UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x
ANTOINE TAYLOR,

|  |  |  |
|---|---|---|
|  | Plaintiff, | **11-CV-0934** |
| v. |  | **(SJF)(GRB)** |

NASSAU COUNTY, THE NASSAU COUNTY POLICE          **NOTICE OF MOTION**
DEPARTMENT, NASSAU COUNTY POLICE
COMMISSIONER LAWRENCE MULVEY, FIRST
DEPUTY COMMISSIONER ROBERT MCGUIGAN,
SECOND DEPUTY COMMISSIONER WILLIAM
FLANAGAN, ASSISTANT COMMISSIONER DAVID
MACK, ASSISTANT COMMISSIONER ROBERT
CODIGNOTTO, CHIEF OF THE DEPARTMENT
STEVEN SKRYNECKI, CHIEF OF PATROL JOHN
HUNTER, JOHN DOES COMMISSIONERS AND
SUPERVISORS, POLICE OFFICER KEITH ROGICH
AND JOHN DOE POLICE OFFICER,

                                                                Defendants.
----------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the pleadings served in this action, the

accompanying memorandum of law, the Statement of Material Facts Pursuant to Local Civil

Rule 56.1 and all exhibits annexed thereto, the Declaration of Peter A. Laserna, Defendants,

Nassau County, Keith Rogich (hereinafter collectively referred to as "County Defendants") will

move this Court at the United States Courthouse for the Eastern District of New York, located at

100 Federal Plaza, Central Islip, New York 11722 as soon as counsel may be heard for an Order

pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor

of County Defendants.

1

Dated:  Mineola, New York
        June 25, 2012

 

John Ciampoli
Nassau County Attorney
By:        /s/
        Peter A. Laserna
        Deputy County Attorney
        (516) 571-2999
        *Attorney for the County Defendants*

To:     John J. Nonnenmacher, Esq.
        Bader, Yakaitis & Nonnenmacher, LLP
        Empire State Building
        350 Fifth Avenue, Suite 7210
        New York, NY 10118
        (212) 465-1110
        jnonnenmacher@bynlaw.com

2