# Exhibit C

ORIGINAL

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   INDEX NO. 11-CV-0934
 5   - - - - - - - - - - - - - - - - - - - - -x
 6   ANTOINE TAYLOR,
 7                              Plaintiff,
 8            -against-
 9   NASSAU COUNTY, THE NASSAU COUNTY POLICE
     DEPARTMENT, NASSAU COUNTY POLICE
10   COMMISSIONER LAWRENCE MULVEY, FIRST
     DEPUTY COMMISSIONER ROBERT MCGUIGAN,
11   SECOND DEPUTY COMMISSIONER WILLIAM
     FLANAGAN, ASSISTANT COMMISSION DAVID
12   MACK, ASSISTANT COMMISSIONER ROBERT
     CODIGNOTTO, CHIEF OF THE DEPARTMENT
13   STEVEN SKRYNECKI, CHIEF OF PATROL JOHN
     HUNTER, JOHN DOES COMMISSIONERS AND
14   SUPERVISORS, POLICE OFFICER KEITH ROGICH
     AND JOHN DOE POLICE OFFICER,
15
                              Defendants.
16
     - - - - - - - - - - - - - - - - - - - - -x
17
                         354 Hunter Street
18                       Ossining, New York
19                       January 18, 2012
                         9:33 a.m.
20
21       DEPOSITION of ANTOINE TAYLOR, the
     plaintiff in the above-entitled action,
22   held at the above time and place, taken
     before Karen Morales, a Shorthand
23   Reporter and Notary Public of the State
     of New York, pursuant to the Federal
24   Rules of Civil Procedure, order and
     stipulations between Counsel.
25
                 *       *       *
```

Page 2

```
 1
 2    APPEARANCES:
 3
 4        BADER, YAKAITIS & NONNENMACHER, LLP
                  Attorneys for Plaintiff
 5                The Empire State Building
                  350 Fifth Avenue
 6                Suite 7210
                  New York, New York 10118
 7
          BY:     ROBERT E. BURKE, ESQ.
 8
 9
          NASSAU COUNTY
10        OFFICE OF THE COUNTY ATTORNEY
                  Attorney for Defendants
11                One West Street
                  Mineola, New York 11501
12
          BY:     PETER LASERNA, ESQ.
13
                  FILE NO.:  10X44051
14
15
16
17
18                    *         *         *
19
20
21
22
23
24
25
```

Page 3

1

2                STIPULATIONS

3        IT IS HEREBY STIPULATED AND AGREED,

4    by and among counsel for the respective

5    parties hereto, that the filing, sealing

6    and certification of the within

7    deposition shall be and the same are

8    hereby waived;

9        IT IS FURTHER STIPULATED AND AGREED

10   that all objections, except as to form of

11   the question, shall be reserved to the

12   time of the trial;

13       IT IS FURTHER STIPULATED AND AGREED

14   that the within deposition may be signed

15   before any Notary Public with the same

16   force and effect as if signed and sworn

17   to before the Court.

18

19

20

21

22           *        *        *

23

24

25

Page 4

```
1
2                    *         *         *
3        A N T O I N E     T A Y L O R , having
4        first been duly sworn by the Notary
5        Public, was examined and testified as
6        follows:
7        EXAMINATION BY
8        MR. LASERNA:
9             Q.     Mr. Taylor, my name is Peter
10       Laserna.  I'm a Deputy County Attorney
11       and I work in the Office of the Nassau
12       County Attorney.  I represent the
13       defendants in this matter.
14                    If you don't mind I'd like to
15       just begin, I know you said it earlier,
16       but can you say your name one more time?
17            A.     Antoine, A-N-T-O-I-N-E, Taylor.
18            Q.     Do you have a middle name?
19            A.     L, Lamont.
20            Q.     Could you spell that as well?
21            A.     L-A-M-O-N-T.
22            Q.     And do you have any aliases or
23       nicknames that you go by ?
24            A.     Well, my family calls me LG.
25            Q.     Is that it?
```

Page 5

ANTOINE TAYLOR

1

2      A.    Yes.

3      Q.    Do you have any nickname that

4  your friends call you?

5      A.    No.

6      Q.    Mr. Taylor, during the

7  deposition, I'm sure your attorney has

8  spoken with you about this, but I'm going

9  to ask questions and you have to answer

10  them all.  He may object to them.  Unless

11  he directs you not to answer you have to

12  answer the question.  He may direct you

13  not to answer and in that event the two

14  of us will go off the record and we'll

15  discuss it.  And if we can't come to a

16  resolution we'll leave it for the end for

17  the judge to rule on whether you have to

18  answer.

19      A.    Absolutely.

20      Q.    And if at any time you need to

21  take a break just let me know and that

22  will be fine with me provided it's all

23  right with the security officials at Sing

24  Sing.  I ask that you just answer any

25  outstanding question before we take a

Page 6

ANTOINE TAYLOR

1

2    break.

3         A.     Not a problem.

4         Q.     Excellent.

5              Mr. Taylor, the first thing I'd

6    like to begin with, there are

7    Interrogatories or questions that I have

8    asked of you and I served these on your

9    attorneys.  As of this date you have not

10   signed the responses to these

11   Interrogatories which is require under

12   the rules of civil procedure.  I have

13   here a copy of the answers to the

14   Interrogatories that your attorney's

15   office has served on my office.  I ask

16   that you review the Interrogatories or

17   the questions that I have asked of you

18   and the responses that were prepared by

19   your attorney and see if they are

20   accurate to the best of your knowledge

21   and memory.  If they are I will ask that

22   you sign them under oath and in front of

23   your attorney and in front of me.  So,

24   you know, take as much time as you'd

25   like.  But here are the Interrogatories

ANTOINE TAYLOR

1
2  that I served on your attorney's office.
3  And when you'd like, these are the
4  responses.
5      A.    No problem.
6          MR. BURKE:  I'd just like t
7  add, of course he can have as much time
8  as he'd like to read it and whatnot.  We
9  previously mailed these to Mr. Taylor and
10  I believe he's actually read them before
11  today but he indicated he wasn't able to
12  have them notarized yet.  So we're trying
13  to move this discovery along and
14  hopefully we can just finish it up right
15  now.
16          MR. LASERNA:  I understand.
17      Q.    Mr. Taylor, I don't mind if you
18  review the document demands, but I don't
19  need your verification or signature for
20  those responses of the document demands.
21  It's just the Interrogatories.  But if
22  you'd like and --
23      A.    Which one?
24          MR. BURKE:  Just what you've
25  read so far.  It's the Interrogatories.

Page 8

ANTOINE TAYLOR

1
2      And this document requests is not
3      necessary for now.
4                MR. LASERNA:   And those are
5      responses that you prepared if I'm not
6      mistaken; is that correct, Mr. Burke?
7                MR. BURKE:   Right.
8           A.      I believe I read this one
9      already.  I read this.
10               MR. BURKE:   That's what I
11     indicated to Mr. Laserna just now, that
12     you had actually read our response to
13     defendants' demand for Interrogatories;
14     is that correct?
15               THE WITNESS:   Absolutely.
16          Q.      You have read those responses
17     to the Interrogatories that your office
18     has prepared?
19          A.      Yes.
20          Q.      And you know them to be
21     accurate?
22          A.      Yes.
23          Q.      I will ask you to sign the end
24     of it, today's date if I'm not mistaken
25     is --

ANTOINE TAYLOR

1

2  A.      Can I like breeze through it

3  quickly one time so I'll make sure before

4  I put my signature on it?

5  Q.      Absolutely.  You can review it

6  as carefully as you'd like.

7          Did I give you or Mr. Burke a

8  pen?

9  A.      I got it.

10  Q.      Okay.

11  A.      The only two things that I can,

12  like, say that is, like, not really true

13  is, like, there was really no lawsuit in

14  Wyoming Civil Supreme.  It was just a

15  claim for some property.  I don't know if

16  that's the same thing or whatever.  And I

17  filed for divorce; is that considered a

18  lawsuit?

19  Q.      Yes, I believe it is.

20          Those are two legal actions

21  that you are involved in as a party; is

22  that correct?

23  A.      Yes.

24  Q.      I believe it's accurate.  I

25  mean, you may want to confer with your

Page 10

ANTOINE TAYLOR

1
2  attorney?

3          MR.  BURKE:   We were trying to
4  respond to the county's demands as
5  completely as possible and in full
6  disclosure as possible.

7          So if those legal actions are
8  just accurate for you as Antoine Taylor
9  that's all we're saying.

10          THE WITNESS:   No problem.

11     A.     All right.  This is it.

12     Q.     Might you date it as well.

13          Mr. Taylor, you're handing me
14  your responses to the Interrogatories my
15  office served on your attorney, correct?

16     A.     Yes.

17     Q.     And you know those responses to
18  be accurate?

19     A.     Yes.

20     Q.     And you signed these responses
21  under oath, correct?

22     A.     Yes.

23     Q.     I have a second copy here if
24  your attorney would like you to sign
25  another copy for your records?

1               ANTOINE TAYLOR

2           MR. BURKE:  Okay.  Thank you.

3 This would just be my copy if you'd do it

4 again.

5     Q.    Mr. Taylor, may I have my pen

6 back.  Thank you.

7     A.    No problem.

8     Q.    Mr. Taylor, have you reviewed

9 any documents for today's deposition?

10     A.    Yes.  Just now.

11     Q.    Besides the response to the

12 Interrogatories and the Interrogatories

13 themselves have you reviewed any

14 documents?

15     A.    Today you said?

16     Q.    Previous to today have you

17 reviewed any documents to prepare for

18 today's deposition?

19     A.    Well, my lawyer sent me some

20 documents that I reviewed in the past,

21 yes.

22     Q.    Have you reviewed any

23 transcripts of the depositions that have

24 taken place for this action?

25     A.    Transcripts?

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868                                  516-608-2400

Page 12

ANTOINE TAYLOR

1

2        MR. BURKE:   In other words,

3   have you read a book that was transcribed

4   from depositions?

5        THE WITNESS:   Not to my

6   recollection.

7        Q.    What is your birth date?

8        A.    10/12/77.

9        Q.    1977?

10        A.    Yes.

11        Q.    What is your current address?

12        A.    354 Hunter Street, Ossining,

13   New York.

14        Q.    And that is the Sing Sing

15   Correctional Facility in New York State?

16        A.    Yes, sir.

17        Q.    What was your address on

18   September 26, 2009?

19        A.    137-14 Guy R. Brewer, Queens,

20   New York.

21        Q.    Could you spell that?

22        A.    Spell which one, sir?

23        Q.    The street.

24        A.    Guy, G-U-Y, R, B-R-E-W-E-R,

25   Brewer.

ANTOINE TAYLOR

1

2    Q.    How long prior to September 26,

3    2009 was that your address?

4    A.    Since I believe '08.

5    Q.    Do you recall when in 2008 you

6    moved there?

7    A.    Say that again.

8    Q.    Do you recall when in 2008 you

9    moved there?

10   A.    Not exactly the precise date,

11   no.

12   Q.    Do you remember the month?

13   A.    No.

14   Q.    Did you live there with

15   anybody?

16   A.    Yes.

17   Q.    Who did you live there with?

18   A.    Cheryl Similien my

19   ex-girlfriend.

20   Q.    Could you spell her last name?

21   A.    S-I-M-I-L-I-E-N, Similien.

22   Q.    What did you say your

23   relationship with her was?

24   A.    I was her boyfriend prior to my

25   incarceration.

1                    ANTOINE TAYLOR

2        Q.     What about currently?

3        A.     No.

4        Q.     How long were you in a

5   relationship with her before your

6   incarceration?

7        A.     Not even a year.

8        Q.     How long had you known Miss

9   Similien?

10       A.     Since the year 19 -- well,

11   excuse me.   2002.

12       Q.     2002?

13       A.     Yes.

14       Q.     You became involved with her

15   around 2008 if I'm not mistaken?

16       A.     Yes.

17       Q.     Have you ever spoken with her

18   about the events of September 26, 2009?

19       A.     Yes.

20       Q.     Do you know what her current

21   address is?

22       A.     No.

23       Q.     When's the last time you spoke

24   with her?

25       A.     2010 maybe.

Page 15

1                    ANTOINE TAYLOR

2        Q.      Do you know what her date of

3   birth is by any chance?

4        A.      10/14/80, 1980

5        Q.      Are you familiar with a Natasha

6   Collier?

7        A.      That's my wife.

8        Q.      Your current wife?

9        A.      Yes.

10       Q.      How long have you been married

11  to her?

12       A.      Since October 5, 2011.

13       Q.      What is her address?

14       A.      Her current address?

15       Q.      Yes.

16       A.      Five Pennsylvania Avenue,

17  Brentwood, New York.

18       Q.      How long have you known her?

19       A.      Since 2009.

20       Q.      Did you meet her while you were

21  incarcerated or before you were

22  incarcerated?

23       A.      Before.

24       Q.      Have you ever discussed with

25  her the events of September 26, 2009?

Page 16

ANTOINE TAYLOR

1

2     A.     Yes.

3     Q.     Are you familiar with a Toya

4  Taylor?

5     A.     Her name is no longer Taylor.

6  It's Maniscalco.

7     Q.     Could you spell her last name?

8     A.     M-A-N-I-S-C-A-L-C-O.  And yes,

9  I'm familiar with her.

10     Q.     So her name is currently Toya

11  Maniscalco previously it was Toya Taylor?

12     A.     Yes.

13     Q.     What caused it to change to

14  Maniscalco?

15     A.     A divorce.

16     Q.     A divorce from whom?

17     A.     Me.

18     Q.     When did this divorce take

19  place?

20     A.     March 2010.

21     Q.     So previous to March 2010 you

22  were married to Mrs. Toya Taylor?

23     A.     Yes.

24     Q.     When did you get married to

25  her?

ANTOINE TAYLOR

1

2      A.      February 19, 2006.

3      Q.      Have you ever spoken to her

4  about September 26, 2009?

5      A.      Yes.

6      Q.      How long have you known her?

7      A.      Since the year 1995.

8      Q.      Are you familiar with a Ramona

9  Myers?

10     A.      Yes.

11     Q.      I'm sorry.  Can I backtrack for

12  a second, do you know Miss Maniscalco's

13  address?

14     A.      380, I believe, Front Street,

15  Hempstead, New York.

16     Q.      And you indicated earlier that

17  you are familiar with a Ramona Myers?

18     A.      Yes.

19     Q.      How do you know her?

20     A.      It's my brother's

21  ex-girlfriend.

22     Q.      How long have you known her

23  for?

24     A.      Since the year 2008.  And it's

25  her house who I was at September 26,

ANTOINE TAYLOR

1
2    2009.

3        Q.    Do you recall the address?

4        A.    152 West Graham, Hempstead, New

5    York.

6        Q.    Do you know if West Graham is a

7    street, an avenue, a boulevard?

8        A.    I don't recall.  So I don't

9    want to just say anything.  But I believe

10   it's a street.

11       Q.    I understand.

12            For now I think it's sufficient

13   if we just refer to it as 152 West Graham

14   as you did earlier.

15            When you say it was her house,

16   does she own the house?

17       A.    As far as her financial status

18   I'm not familiar with it.  But she did

19   live there.

20       Q.    Was your brother living there

21   at the same time on September 26, 2009?

22       A.    Yes.

23       Q.    What is your brother's name.

24       A.    Dwayne Williams.

25       Q.    Is he a half brother or a step

Page 19

ANTOINE TAYLOR

1

2    brother, why is it that he has a

3    different last name than you?

4         A.    It's a half brother.

5         Q.    Does Mr. Williams still live at

6    152 West Graham?

7         A.    I'm not correct.  I mean, I'm

8    not sure.

9         Q.    Do you know if Miss Myers still

10   lives at 152 West Graham?

11        A.    I believe so.

12        Q.    You don't know how old Miss

13   Myers is, do you?

14        A.    Approximately 40 years of age.

15        Q.    Are you familiar with Angie

16   Hill?

17        A.    Yes.

18        Q.    How do you know her?

19        A.    She lives in that area, the

20   same area as Ramona Myers.  As far as her

21   address I do not know.  But she also

22   visits Ramona Myers frequently.

23        Q.    Do you know her outside of your

24   connection with Miss Ramona Myers?

25        A.    Yes.

Page 20

ANTOINE TAYLOR

1

2      Q.      How do you know her?

3      A.      A long time ago when I was, you

4  know, younger I had family members that

5  used to deal with her family members.

6  I've spent nights over her family's house

7  and things of that nature.

8      Q.      And you indicated -- I'm sorry.

9  Were you about to say something, Mr.

10 Taylor?

11     A.      No.  Go ahead.

12     Q.      You indicated that she lives in

13 the same area as Miss Myers?

14     A.      Yes.

15     Q.      Does she live in Hempstead?

16     A.      Yes.

17     Q.      And you don't recall the

18 address?

19     A.      I never knew her address.  I

20 just can point you to her house.

21     Q.      How long have you known her?

22     A.      I would say over 20 years.

23     Q.      Have you discussed the events

24 of September 26, 2009?

25     A.      Me per -- me, actually, no.

1          ANTOINE TAYLOR

2  Personally, no.

3      Q.    Do you know her approximate

4  age?

5      A.    I would have to say about

6  approximately 36 years of age.

7      Q.    Are you familiar with a

8  Christine Pezzutto?

9      A.    Yes.

10     Q.    How do you know her?

11     A.    That's my ex-girlfriend and my

12  daughter's mother.  And it's her vehicle

13  who I was driving on September 26, 2009?

14     Q.    She owned the vehicle?

15     A.    Yes.

16     Q.    What type of vehicle was it?

17     A.    A 1999 Mitsubishi Galant.

18     Q.    Do you recall what color the

19  Mitsubishi Galant was?

20     A.    Gold.

21     Q.    She owned the car?

22     A.    Yes.

23     Q.    How long have you known her?

24     A.    Since 1997.

25     Q.    When did you begin a

Page 22

ANTOINE TAYLOR

1
2    relationship with her?

3        A.    Since 1998 off and on.

4        Q.    You just said you knew her

5    since 1999 but --   I'm sorry.

6            MR. BURKE:  He said 1997.

7        Q.    I apologize.

8        A.    Absolutely.

9        Q.    So you've known her since 1997?

10       A.    Yes.

11       Q.    And you began a relationship

12   with her in 1998?

13       A.    Off and on.

14       Q.    When did you have a child with

15   her?

16       A.    2002.

17       Q.    Have you ever discussed with

18   Miss Pezzutto the events of September 26,

19   2009?

20       A.    Yes.  And also she knows.

21       Q.    What does she know?

22       A.    The events from 2009, September

23   26th.

24       Q.    When did your relationship with

25   her end?

```
 1                 ANTOINE TAYLOR
 2      A.       Beginning of 2011.  Our
 3 relationship could never.  I have a child
 4 with her.  But we're not together as a
 5 couple.
 6      Q.       I understand.
 7               Do you know what her current
 8 address is?
 9      A.       407 Baldwin Road, Hempstead,
10 New York.
11      Q.       Do you know if that was her
12 address on September 26, 2009?
13      A.       Precisely.
14      Q.       Is that a house or an apartment
15 building?
16      A.       A house.
17      Q.       Is it a single family house?
18      A.       Two family.
19      Q.       Do you know the other family
20 that lives there?
21      A.       I'm familiar with them.
22      Q.       Do you know the name of anybody
23 in that family?
24      A.       Mrs. Brown.
25      Q.       Do you know if Miss Pezzutto
```

ANTOINE TAYLOR

1
2  lives at 407 Baldwin Road with your
3  daughter?
4      A.    Yes.
5      Q.    Does anybody else live there
6  besides the two of them?
7      A.    She has another daughter.
8      Q.    You said earlier Mr. Dwayne
9  William is your brother?
10     A.    Yes.
11     Q.    Do you know his birth date by
12 any chance?
13     A.    1974 I believe is the year.
14 January of 1974.
15     Q.    I'm sorry.  I just want to step
16 back for a second.
17          Do you know Miss Pezzutto's
18 date of birth?
19     A.    November 2, 1975 I believe.
20     Q.    Have you known Mr. Williams
21 your whole life or did you meet him later
22 on in life?
23     A.    My whole life.
24     Q.    Are you aware of his current
25 address?

Page 25

1                    ANTOINE TAYLOR

2       A.     No.

3       Q.     But on September 26, 2009 he

4  was living --

5       A.     He resided at 152 West Graham.

6       Q.     Do you know how long prior to

7  that he was living there?

8       A.     No.

9       Q.     Can you estimate, was it a

10  matter of weeks, a matter of months, a

11  matter of years?

12       A.     I would have to say a matter of

13  years.

14       Q.     Mr. Taylor, I'd like to direct

15  your attention to September 25, 2009,

16  that's the, if I'm not mistaken, the day

17  before the date of the incident that took

18  place which resulted in this current

19  legal action.  I'm sorry if I'm being

20  confusing.  But it's the day before

21  September 26th when you were originally

22  arrested.

23       A.     I was originally arrested on

24  September 25th?

25       Q.     No.  I'm sorry.

Page 26

1          ANTOINE TAYLOR

2              On September 26th you had an

3    interaction with the Nassau County Police

4    Department, correct?

5         A.    On September 26th?

6         Q.    Yes, two six.

7         A.    Known to me at that time, no,

8    it was not the police department.  Known

9    to me at that time, no.  But on September

10   26, 2009 I did later on find out that

11   they were police officers and had an

12   interaction with them.

13        Q.    September 26th?

14        A.    Yes.

15        Q.    So I'd like to call your

16   attention to the day before that,

17   September 25, 2009?

18        A.    I don't recall anything.

19        Q.    You don't recall anything at

20   all?

21        A.    On September 25th.

22        Q.    So you don't remember anything

23   at all about September 25, 2009?

24        A.    No.

25        Q.    No, you don't?

Page 27

ANTOINE TAYLOR

1
2      A.     No.   You asked me if I remember
3  anything about September 25th and I said,
4  no.
5      Q.     You don't recall where you were
6  residing on September 25, 2009?
7      A.     Yes, I recall that.
8      Q.     Where were you?
9      A.     I believe it was Guy R. Brewer
10 Boulevard.
11     Q.     But do you know if on that day
12 in particular you were on Guy R. Brewer?
13     A.     Well, I was back and forth
14 between Guy R. Brewer and 590 Fulton.
15     Q.     On September 25th?
16     A.     Between -- prior to September
17 and -- yes, prior to September.
18     Q.     What was that second address?
19     A.     590 Fulton Avenue, Hempstead,
20 New York.
21     Q.     And did you reside there with
22 somebody else?
23     A.     My sister.
24     Q.     What's your sister's name?
25     A.     Michelle Williams.

1          ANTOINE TAYLOR

2     Q.     What's her date of birth?

3     A.     She's 40.  I don't even

4  remember the date of birth, like,

5  offhand.  I just know her age.

6     Q.     Why is it that you were back

7  and forth between 590 Fulton and Guy R.

8  Brewer?

9     A.     That was the life I lived.  I

10 was back and forth.  Things didn't work

11 here I would go here.  That was the life

12 I lived.

13    Q.     Could you elaborate on that I'm

14 note sure I follow you?

15    A.     Well, in a relationship there's

16 a lot of demands and I wasn't really able

17 to meet certain demands coming from

18 certain girlfriends.  So if I wasn't able

19 to meet demands rather than getting into

20 any altercations or arguments I would

21 just leave.  So after leaving I would go

22 and live with my sister.

23    Q.     How long would you stay with

24 her?

25    A.     With my sister?

Page 29

1                     ANTOINE TAYLOR

2       Q.      Yes.

3       A.      It's like off and on.  So I

4   would say like total I've been living

5   with my sister off and on since the year

6   1996.

7       Q.      You mentioned something earlier

8   about girlfriends plural, more than one,

9   on September 26, 2009 were you involved

10  in more than one relationship?

11      A.      Yes.

12      Q.      Could you just tell me the

13  women you were involved in a relationship

14  with?

15      A.      Christine Pezzutto, Toya

16  Maniscalco, Cheryl Similien, Natasha

17  Collier Taylor.

18      Q.      I'm sorry.  Could you repeat

19  that last one?

20      A.      Natasha Taylor.

21      Q.      Natasha Taylor, so is she

22  different from Natasha Collier?

23      A.      It's my wife.

24      Q.      But at the time she was?

25      A.      Natasha Collier.

Page 30

```
 1              ANTOINE TAYLOR
 2      Q.     So on September 26, 2009 she
 3  was Natasha Collier, correct?
 4      A.     Yes.
 5      Q.     So on September 25, 2009 you
 6  don't recall exactly where you were, do
 7  you, where you began your day, where you
 8  --
 9      A.     As far as living arrangements
10  you asked me that already.
11      Q.     Well, you said you were back
12  and forth --
13      A.     Right.
14      Q.     -- between 590 Fulton and --
15      A.     Guy R. Brewer Boulevard.
16      Q.     Yes.
17      A.     I don't remember anything else
18  more than that.
19      Q.     I just want to clarify, when
20  you say you were back and forth were you
21  back and forth on that particular date or
22  in and around that time were you back and
23  forth?
24      A.     In and around that time I was
25  back and forth.
```

Page 31

ANTOINE TAYLOR

1
2       Q.      During this time you were
3  driving Miss Pezzutto's car?
4       A.      Which time, sir?
5       Q.      In and around September of
6  2009?  Well, September 26th you said
7  earlier that you were driving Miss
8  Pezzutto's Mitsubishi Galant?
9       A.      Correct.
10      Q.      How often would you drive her
11 car?
12      A.      I had several cars of my own.
13 So I would drive her car whenever.
14      Q.      When you say you had several
15 cars of your own, did you have several
16 cars that you owned or that you had
17 access to?
18      A.      Let's just say I had access to.
19      Q.      Well, I'd rather say what's
20 accurate, did you own them or not?
21      A.      Access to them.
22      Q.      So you did not own them?
23      A.      No.
24      Q.      How many cars?
25      A.      Two.

Page 32

ANTOINE TAYLOR

1

2      Q.     Two in addition to Miss

3   Pezzutto's?

4      A.     Yes.

5      Q.     What were the years of the cars

6   and the make and model?

7      A.     1999 Buick Century, 1997

8   Cadillac plus the 1999 Mitsubishi Galant.

9      Q.     Who owned the 1999 Buick?

10     A.     Well, Christine.

11     Q.     And the same with the 1997

12  Cadillac?

13     A.     Yes.

14     Q.     Where did you store these cars?

15     A.     407 Baldwin Road, Hempstead,

16  New York.

17     Q.     So would it be fair to say that

18  you alternated between these three cars?

19     A.     Yes.

20     Q.     Do you recall which, if any, of

21  these cars you were driving on September

22  25, 2009?

23     A.     More than likely 1999

24  Mitsubishi Galant.

25     Q.     On September 26, 2009 were you

Page 33

ANTOINE TAYLOR

1

2    driving the Galant?

3         A.    Yes.

4         Q.    Were you driving any other car

5    that day?

6         A.    No.

7         Q.    So focusing now on September

8    26, 2009, where did you begin your day on

9    that date, where did you wake up?

10        A.    407 Baldwin Road, Hempstead,

11   New York.

12        Q.    And you were residing there

13   with Miss Christine Pezzutto?

14        A.    Yes.

15        Q.    She was there on that date?

16        A.    Yes.

17        Q.    Could you spell her last name?

18        A.    P-E-Z-Z-U-T-T-O.

19        Q.    Was your daughter there as

20   well?

21        A.    Yes.

22        Q.    How long did you stay there on

23   September 26, 2009?

24        A.    I'm not sure I understand that

25   question.

Page 34

ANTOINE TAYLOR

1

2  Q.     Well, at some point you left

3  407 Baldwin Road?

4  A.     Yes.

5  Q.     What time was the first time

6  that you left that house?

7  A.     I would say approximately 3:00

8  p.m.

9  Q.     So from the time you woke up

10  until 3:00 p.m. you were in the house at

11  407 Baldwin Road in Hempstead, New York?

12  A.     Yes.

13  Q.     Where did you first go when you

14  left at 3:00 p.m.?

15  A.     I only went one place.

16  Q.     Where did you go?

17  A.     152 West Graham, Hempstead, New

18  York.

19  Q.     What was the purpose for you

20  going there?

21  A.     It's my brother's house.

22  Normally he cuts my hair.  I went there

23  for a haircut and to just have, you know,

24  free time.

25  Q.     Do you recall what day of the

Page 35

ANTOINE TAYLOR

1

2    week this was on September 26, 2009?

3        A.    No.

4        Q.    So you went there to get a

5    haircut and as you said just for free

6    time?

7        A.    Yes.

8        Q.    How often would you visit your

9    brother at 152 West Graham?

10       A.    Out of the seven days a week

11   probably four.

12       Q.    Do you recall who was at the

13   house at 152 West Graham when you went

14   there on September 26, 2009?

15       A.    Yes.

16       Q.    Who was there?

17       A.    Ramona, Dwayne, Ramona's three

18   children.

19       Q.    Do you mind if I cut I off real

20   quick?

21             Are those children of Mr.

22   Williams or are they just Miss Myers'

23   children and they don't bear any

24   relationship?

25       A.    One second.  Four children.

Page 36

ANTOINE TAYLOR

1   Ramona's four children one of them belong
2   to Dwayne.  Excuse me.
3       Q.     Could you spell your brother's
4   first time?
5       A.     D-W-A-Y-N-E, Dwayne.
6       Q.     And before I cut you off you
7   were listing the people who were at 152
8   West Graham and you said Ramona, Dwayne,
9   Ramona's four children?
10      A.     One of them Dwayne, Natasha
11  Collier and some other people who I
12  really don't know.
13      Q.     Approximately how many other
14  people?
15      A.     About four other people.
16      Q.     Do you recall if they were
17  children or adults, men or women?
18      A.     Out of the four other people it
19  was maybe two adults.  I mean, two
20  children.  Excuse me.
21      Q.     So approximately two children
22  and two adults besides the people you've
23  listed?
24      A.     Yes.

Page 37

ANTOINE TAYLOR

1

2     Q.    Do you recall what the weather

3  was like on September 26, 2009?

4     A.    3:00 p.m. when I got there it

5  was sunny.

6     Q.    Was it warm or cold or raining

7  or anything like that?

8     A.    Sweater weather, needed a

9  sweater.

10    Q.    While you were at 152 West

11 Graham did you consume any alcohol?

12    A.    No, I don't think I did.

13    Q.    Would you ever go to 152 West

14 Graham to consume alcohol?

15    A.    I've done in the past.

16    Q.    Did you use any drugs while you

17 were at 152 West Graham?

18    A.    I'm not a drug user.  I don't

19 use drugs.

20    Q.    So I just ask that you answer

21 yes or no?

22    A.    No.

23    Q.    And did you smoke marijuana on

24 that day?

25    A.    No.

ANTOINE TAYLOR

1
2  Q.     And you said just now that
3  you're not a drug user?
4  A.     Other than occasionally
5  alcohol.
6  Q.     Let me know if I'm putting
7  words in your mouth, but does that mean
8  you never use drugs?
9  MR. BURKE:   Note my objection.
10  I'll let him answer.  He's already said
11  he didn't use drugs the day of the
12  incident.
13  A.     In the entirety of my life I
14  probably tried weed one time.
15  Q.     So can you just describe in
16  detail what happened from the time that
17  you initially got to 152 West Graham
18  until you left, what did you do when you
19  first walked in the door for example?
20  A.     Greeted everyone.
21  Q.     And approximately what time did
22  you arrive there?
23  A.     3:10, 3:15.
24  Q.     Is that because 152 West Graham
25  is not that far from Baldwin Road where

ANTOINE TAYLOR

1
2      you were staying that day?

3          A.     It isn't.

4          Q.     It is not that far?

5          A.     It is not that far.

6          Q.     After you greeted everyone what

7      happened next?

8          A.     I believe I was interested in

9      the Internet.

10         Q.     What do you mean when you say

11     you were interested in the Internet?

12         A.     Looking at certain pictures on

13     the Internet.

14         Q.     And does your brother or Miss

15     Myers have a computer that you were

16     using?

17         A.     Miss Myers have a computer that

18     I was looking at.

19         Q.     Were you alone while you were

20     doing this?

21         A.     No.

22         Q.     Who were you with?

23         A.     As far as -- I don't understand

24     that question.  Because I gave you the

25     individuals who was in the house.  And

Page 40

ANTOINE TAYLOR

1
2    you're asking me what?
3         Q.    Well, where was the computer,
4    was it in an office, was it in the living
5    room?
6         A.    I would have to say that the
7    computer is located in something like the
8    living room.  It's like a den area.
9         Q.    Is there a TV in that den area?
10        A.    No.  Other than the screen for
11   the computer, no.
12        Q.    152 West Graham, that's a
13   house, correct?
14        A.    Yes.
15        Q.    How many entrances are there?
16        A.    I believe three.
17        Q.    I just want to step back for a
18   second.
19             Is it a single family house or
20   a multiple dwelling house?
21        A.    I don't roam through that
22   house.  So I don't know the answer to
23   that question.  As far as what I saw
24   throughout my course of coming there
25   about four days a week I would say that

Page 41

ANTOINE TAYLOR

1

2     it's a single family house.   And certain

3     people stay over there but not live

4     there.

5          Q.     I understand.

6               What I'm getting at, the

7     building itself, some buildings are

8     separated into, for example, if it was a

9     multiple dwelling house it might have

10    152A and 152B; is it just one house for

11    one address?

12         A.     Yes.

13         Q.     So are there any apartments

14    that are rented out of 152 West Graham or

15    is it just the --

16         A.     There's no apartments

17    consisting of 152 West Graham.

18         Q.     I understand.

19               And you said earlier that there

20    are, to your knowledge, three entrances

21    to 152 West Graham?

22         A.     Correct.

23         Q.     Where are they?

24         A.     Front door, side door,

25    backdoor.

Page 42

1                    ANTOINE TAYLOR

2        Q.     Do you know how many bedrooms

3   there are in 152 West Graham?

4        A.     As I mentioned earlier I've

5   never roamed throughout that house.  I

6   stayed in one area if not the backyard.

7   I stayed in the den area.  As far as what

8   I saw downstairs in the den area it was

9   one room downstairs.  I don't know

10  anything about upstairs, middle floor or

11  nothing, basement.  I don't know anything

12  about that.  I never roamed.

13       Q.     So you don't know how many

14  floors there are in 152 West Graham, the

15  house there?

16       A.     Absolutely not.

17       Q.     How large is the front yard?

18       A.     It has a driveway.  In an area

19  that's not grassed.  So I'm not sure how

20  to put those measurements.

21       Q.     I understand.

22       A.     It's not that big.

23       Q.     How many cars could fit in the

24  driveway?

25       A.     In the driveway?

Page 43

1                    ANTOINE TAYLOR

2        Q.     Yes.

3        A.     First of all, it's -- it's a

4   driveway that the other house use too to

5   get to their backyard.  But when you get

6   in 152 backyard you can put up to eight

7   cars back there.

8        Q.     So does the driveway extend

9   from the street in front of 152 West

10  Graham all the way to the back of 152

11  West Graham?

12       A.     Ask me that again so I can

13  understand what you're saying.

14       Q.     How about I rephrase it?

15            If you're standing in front of

16  West Graham and facing 152 West Graham

17  which side would the driveway be on?

18       A.     If I was standing in front of

19  152 West Graham?

20       Q.     And facing it.

21       A.     And facing it it would be to my

22  recollection the right.

23       Q.     It would be on your right-hand

24  side?

25       A.     Right.  The driveway of the

Page 44

1                    ANTOINE TAYLOR

2    house it's to the right of the house, the

3    driveway.   You have the house then you

4    have the driveway which is right, yes.

5          Q.      And let's say you're on the

6    sidewalk, does the driveway extend from

7    the street all the way to the backyard of

8    152 West Graham?

9          A.      That's like a trick question.

10   But in the same token you can come off

11   the street and into the driveway and it

12   will take you to the backyard.

13         Q.      I don't mean to trick you.  I'm

14   just trying to clarify.

15               Is the driveway made of cement

16   or pavement or anything like?

17         A.      Dirt.

18         Q.      It's made of dirt?

19         A.      Yes.  And partial grass.

20         Q.      I see.

21         A.      Technically it looks like it

22   was not made to be a driveway.

23         Q.      I understand.

24               So the driveway itself it's

25   just actually dirt and parts of grass

Page 45

ANTOINE TAYLOR

1
2  then?

3      A.    Yes.

4      Q.    And people park on there and if

5  you go all the way into the backyard you

6  said up to eight cars could fit in the

7  driveway?

8      A.    Approximately eight cars could

9  fit in the driveway.  This driveway, this

10  one particular driveway is used for both

11  homes.  But the home next door to 152 has

12  their own backyard they just use that

13  path.

14      Q.    Are there any fences around 152

15  West Graham?

16      A.    Not belonging to West Graham,

17  no.  But there are fences to other

18  houses.  The house to the left of West

19  Graham, there is a fence that belongs to

20  that house that separates 152 West Graham

21  from the other house.

22      Q.    Do you know the address of that

23  other house?

24      A.    No.

25      Q.    What kind of fence is it?

Page 46

ANTOINE TAYLOR

1

2    A.    See through, waist length.

3    Q.    Is it made of mental?

4    A.    Yes.

5    Q.    What about the house on the

6  right of 152 West Graham is there any

7  fence that separates those two houses?

8    A.    No.

9    Q.    Is there a fence in the

10  backyard of 152 West Graham?

11    A.    Part of houses on the other

12  blocks, yes.  See through, a little

13  bigger than the waist length one I just

14  explained.  It's see through though.

15    Q.    Did you park in the driveway of

16  152 West Graham on September 26, 2009?

17    A.    I always park in the back of

18  the yard of 152 West Graham when I come

19  there.

20    Q.    Did anybody else come in after

21  you?

22    A.    I don't understand that

23  question.

24    Q.    I'll rephrase it.  I'm sorry.

25        We'll come back to that

Page 47

ANTOINE TAYLOR

1

2  actually.

3          So when you first came in you

4  went into the den area to go to use the

5  computer?

6      A.    I don't understand that

7  question.

8      Q.    On September 26, 2009 when you

9  first came to 152 West Graham it was

10  approximately 3:10 p.m., correct?

11      A.    Approximately 3:10, 3:15, yes.

12      Q.    And you said you greeted some

13  people?

14      A.    Yes.

15      Q.    And then afterwards you were

16  interested in using the Internet so you

17  went on the computer?

18      A.    No, I didn't say I was

19  interested in using the Internet.  I

20  said, I saw some pictures on the Internet

21  that I liked to see.  I'm not really that

22  computer smart.  So I can't really use

23  the computer.  But I saw some pictures up

24  there that I looked at.

25      Q.    Were you looking at the

Page 48

ANTOINE TAYLOR

1

2  computer with other people?

3      A.    Yes.

4      Q.    Who were the other people that

5  you were looking at the computer with?

6      A.    Ramona's oldest daughter.

7  Infinity is her name.

8      Q.    Do you know how old is?

9      A.    With my guess I would have to

10  say 17.

11      Q.    Currently or at the time?

12      A.    Currently.

13      Q.    And how long were you and

14  Ramona's daughter on the computer for?

15      A.    I don't believe it attracted my

16  attention no longer than ten to 15

17  minutes.

18      Q.    What did you do after that?

19      A.    I went to the backyard and had

20  a cigarette.

21      Q.    How long did you smoke a

22  cigarette for?

23      A.    No longer than five minutes.

24      Q.    Did you smoke a cigarette with

25  anybody else or by yourself?

Page 49

ANTOINE TAYLOR

1

2    A.    I believe my brother came out

3 and asked for one.

4    Q.    What did you do after you

5 smoked a cigarette?

6    A.    Went back in the house.

7    Q.    And then what?

8    A.    A little while after I went

9 back in the house I received a haircut.

10   Q.    Who gave you the haircut?

11   A.    Dwayne Williams.

12   Q.    How long did it take him to cut

13 your hair?

14   A.    I don't know the approximate

15 time.  But regular haircut time I

16 believe.

17   Q.    Do you think it would have

18 taken more than half an hour?

19   A.    Approximately a half an hour.

20   Q.    What did you do after that?

21   A.    I believe I went to the

22 bathroom to get the excess of hair off of

23 me.  And after I went to the bathroom to

24 get the excess of hair off of me I went

25 outside to smoke another cigarette.

Page 50

ANTOINE TAYLOR

1

2      Q.      And did that also take

3  approximately five minutes, the

4  cigarette?

5      A.      Yes.

6      Q.      What did you do after that?

7      A.      Went back into the house, got

8  on my phone, talked to a few people, got

9  off the phone, received a few calls,

10  mingled with my brother, Ramona and her

11  kids in the house and then I decided to

12  step out.

13     Q.      Where did you step out to?

14     A.      To my car.

15     Q.      Why did you decide to step out?

16     A.      I really wanted to go to 407

17  Baldwin Road and complete my hygiene.

18     Q.      What do you mean when you say

19  complete your hygiene?

20     A.      Take a shower, shampoo my hair

21  and get dressed for the day.

22     Q.      What time was that when you

23  stepped out to go back to 407 Baldwin

24  Road?

25     A.      I would have say after 4:00.   I

Page 51

```
 1              ANTOINE TAYLOR
 2    don't know the approximate time.  I don't
 3    really like watching clocks and stuff.
 4        Q.    From the time that you first
 5    came to 152 West Graham at approximately
 6    3:10 p.m. until you left approximately
 7    some time after 4:00 p.m. do you know if
 8    anybody else came to the house besides
 9    you?
10        A.    Yes.  Other people came to the
11    house.
12        Q.    Do you know any of their names?
13        A.    Roger Jones.
14        Q.    How do you know Roger Jones?
15        A.    I grew up with him.
16        Q.    So how long have you known him?
17        A.    It would be around the same
18    time as I know Angie Hill.  Over 20
19    years.
20        Q.    Do you know old he is by any
21    chance?
22        A.    Around the same age as myself.
23        Q.    Did you go to school with him?
24        A.    Yes.  And a couple of other
25    miscellaneous people.  I don't know the
```

Page 52

ANTOINE TAYLOR

1
2  name or am I familiar with who they are.
3  I've seen them before.  But I don't know
4  who they are.
5       Q.     Would you be able to
6  approximate how many people came?
7       A.     After the people and -- the
8  people I told you about, the two kids
9  and --
10      Q.     Yes.
11      A.     Probably about with Roger
12 probably two more people after that.  But
13 they never came into the house.
14      Q.     Where did you go?
15      A.     They were on the porch.  The
16 house has a porch.
17      Q.     Is it in the front yard or the
18 backyard?
19      A.     The front yard, correct.
20      Q.     Is there a porch or a patio or
21 anything like that in the backyard?
22      A.     No.  Just dirt and grass area,
23 partial grass, partial dirt.
24      Q.     Mr. Roger Jones, did he ever go
25 in the house or did he just stay on the

Page 53

1              ANTOINE TAYLOR

2    porch as well?

3        A.    He could have went in the house

4    maybe one or twice while I was there.

5        Q.    Did you yourself ever stay on

6    the porch while you were at 152 West

7    Graham?

8        A.    Yes.   It's times that I do go

9    out there to smoke a cigarette.   There's

10   no smoking in the house.   There's a

11   newborn baby with all due respect for

12   people that live there, respect for baby.

13       Q.    So did you go outside in the

14   backyard and on the front porch to smoke

15   a cigarette?

16       A.    There's a great possibility

17   that I did, yes.

18       Q.    I know that you didn't see

19   every area of the house, but could you

20   describe the areas of the house at 152

21   West Graham that you were familiar with?

22       A.    You have a room which consist

23   of Dwayne and Ramona; you have another

24   room that consist of Infinity, Ramona's

25   oldest daughter; you have a bathroom; you

Page 54

ANTOINE TAYLOR

1
2    have a little den area where the computer
3    is at; you have a door which I believe
4    leads to the basement and the side
5    entrance.   Then you have another door
6    which leads you to the front door which
7    allows the house to have two more doors
8    like a den area door then the front door
9    which takes you up the stairs to the
10   house.   But I've never been that way.
11        Q.     I understand.
12             So when you first approach the
13   front of the house do you have to go
14   through the porch to get to the front
15   door?
16        A.     Say that again, sir.
17        Q.     When you first approach the
18   front of the house do you have to go
19   through the porch to get to the front
20   door?
21        A.     Absolutely.
22        Q.     You may have discussed this
23   already, but is the porch covered by an
24   awning?
25        A.     It has banisters with wooden

```
1              ANTOINE TAYLOR

2   areas I guess.  I'm not into building

3   maintenance.  But I believe it's

4   banisters such as these right here with

5   blockage areas in the walkway.  That's

6   it.

7        Q.    Is there any mesh netting or

8   anything of that sort surrounding the

9   porch or is it just open area?

10       A.    Prior to September 26th and

11  September 26th, no, there was no mesh

12  areas.

13       Q.    When you first walk into that

14  front door of the house what is in front

15  of you?

16       A.    When you first walk into that

17  front door of the house you have a little

18  area, the stairs and then the door that

19  takes you to the actual area where I just

20  explained to you.

21       Q.    The stairs to the best of your

22  knowledge and, you know, keeping in mind

23  that you say you never went up them, but

24  to the best of your knowledge takes you

25  to the second floor?
```

Page 56

1                    ANTOINE TAYLOR

2        A.    I would assume so, yes.

3        Q.    And the door, the other door

4    when you walk into that area what is that

5    area that you walk into?

6        A.    What other door, sir?

7        Q.    So when you first walk in

8    there's stairs?

9        A.    Right.  That door.  That door

10   takes you to the area which I said

11   briefly earlier, the little computer area

12   which I consider like a little den, two

13   rooms.

14       Q.    I just want to take one room a

15   time.

16             So when you walk into that den

17   how big is that den?

18       A.    It's not big at all.  It's

19   actually enough for two people.

20       Q.    Enough for two people.

21       A.    Yes.

22       Q.    And there is a computer in that

23   den area?

24       A.    Yes.  No dividers.  No

25   anything.  Just a little area where they

Page 57

ANTOINE TAYLOR

1
2     store the computer.

3         Q.     Is there a desk where the

4     computer is at?

5         A.     Yes.

6         Q.     Is there a chair for the desk?

7         A.     Yes.

8         Q.     Is there any other furniture?

9         A.     I would assume so.

10        Q.     Well, do you recall on

11    September 26, 2009 if there was any other

12    furniture there?

13        A.     There's other chairs.

14        Q.     How many other chairs?

15        A.     Two, three minus the computer

16    chair.

17        Q.     So then when you leave that --

18        A.     And an area for pictures, a

19    little cabinet.

20        Q.     I understand.

21               When you leave that room what's

22    the next room you can go into?

23        A.     You can go into either or.  You

24    can go into Infinity's room or you can go

25    into Ramona's room.  It's an open area.

Page 58

ANTOINE TAYLOR

1

2    It's not corridor off.  There's no

3    dividers.  It's almost like, but it's

4    not, like a studio apartment when you

5    first walk in because of the little den

6    area and then you have the two rooms.

7        Q.    So are there no walls or

8    dividers separating Ramona's room and

9    Infinity's room?

10        A.    That's not correct.  Yes, there

11   are walls and dividers representing the

12   rooms otherwise there wouldn't be rooms.

13        Q.    I understand.

14             So when you're in the den and

15   let's say your back is to the front of

16   the house where in relation are Ramona's

17   and Infinity's room?

18        A.    You said to me if I was in the

19   house and my back was facing the front

20   door?

21        Q.    Yes.

22        A.    It all depends on where you're

23   at in the house.

24        Q.    If you're in the den?

25        A.    If you're in the den area I

Page 59

ANTOINE TAYLOR

1
2  would be right next to Infinity's room.
3       Q.     Where would it be facing, I
4  mean, would it be to your right, your
5  left or in front of you?
6       A.     It would be to my right, sir.
7       Q.     It would be to you right?
8       A.     Yes, Infinity's room.
9       Q.     And is there a door to
10  Infinity's room?
11       A.     Yes.
12       Q.     And where is your Ramona's
13  room?
14       A.     Towards the sink area which is
15  a little, maybe two or three feet, from
16  the backdoor area.
17       Q.     And does Ramona's bedroom have
18  a door as well?
19       A.     Yes.
20       Q.     That backdoor room; is that
21  what you refer to it as?
22       A.     A backdoor?  I don't know
23  anything about a backdoor room.
24       Q.     There's a backdoor?
25       A.     Right.

Page 60

1        ANTOINE TAYLOR

2        Q.      Is that backdoor in the den?

3        A.      No.   The front door is near the

4   den.   The backdoor is near Ramona's room.

5   The den is near Infinity's room to your

6   right.   And there are a total of one,

7   two, three, four windows in that area

8   which corridors off from the kitchen

9   area.   The den runs into the kitchen, the

10  kitchen runs into the den, the kitchen

11  runs into the backdoor, the backdoor is

12  right next to Ramona's room, Ramona's

13  room is right to the backdoor and kitchen

14  and the door that takes you to the

15  basement and the side door.

16       Q.      So you said that Roger Jones

17  may or may not have come into the house

18  or he may have just stayed out on the

19  porch, correct?

20       A.      No.   He actually came into the

21  house.

22       Q.      He definitely came into the

23  house?

24       A.      Yes.

25       Q.      Have you ever discussed with

Page 61

1          ANTOINE TAYLOR
2  Mr. Roger Jones the events of September
3  26, 2009?
4       A.    Absolutely not.
5       Q.    So you said that perhaps a few
6  more people in addition to Mr. Jones came
7  to 152 West Graham Avenue after you did?
8       A.    Yes.  Maybe one or two more
9  people on the porch that did not come in.
10      Q.    Do you know if they drove
11 there?
12      A.    Well, they would have been in
13 back.  So, no.
14      Q.    You just said now they were on
15 the porch?
16      A.    Right.  I said their car would
17 have been in the back is what I mean.
18 Their car would have been in the back.
19 And looking out the window I didn't see a
20 car in the front yard.  So I would have
21 to say, no.  On the front street I mean.
22      Q.    So there were no cars blocking
23 yours into the driveway?  Nobody came to
24 the house, parked in the driveway and
25 blocked your car?

Page 62

1                  ANTOINE TAYLOR

2       A.      Absolutely not.

3       Q.      And to best of your knowledge

4   there were no other cars in front of 152

5   West Graham on the street?

6       A.      That's a fact.

7       Q.      It's a fact?

8       A.      Yes.  There were no cars in

9   front of 152 West Graham.

10      Q.      On September 26, 2009 when you

11  left?

12      A.      No.  You didn't ask me that.

13      Q.      When were there no cars there?

14      A.      Rewind that, please.  Because

15  you didn't ask me that.  You just slide

16  that in there just now.

17      Q.      Well, you told me that there

18  were no cars?

19      A.      There were no car at 152 Graham

20  parked outside while I was there.

21      Q.      While you were there?

22      A.      Right.  And --

23      Q.      On September 26th?

24      A.      And we never explained about --

25  well, we never even talked about when I

Page 63

1                    ANTOINE TAYLOR

2    was leaving, so.

3        Q.    So on September 26, 2009 while

4    you were at 152 West Graham do you know

5    if there were any cars parked outside the

6    house?

7        A.    In front of 152?

8        Q.    On the street.

9        A.    Absolutely there were no cars

10   parked outside.

11       Q.    While you were there?

12       A.    While I was there.

13       Q.    And while you were leaving were

14   there any cars parked out in front of it?

15       A.    Well, that's like another trick

16   question.  So do you mind if I consult

17   with my lawyer before I answer that?

18            MR. BURKE:  When you say when

19   he was leaving do you mean when he was

20   physically walking out of the house or

21   when he was, if indeed it was driving

22   away from the house or maybe you can

23   break it down for him?

24            MR. LASERNA:  Sure.

25       A.    Because the incident happened

Page 64

1                ANTOINE TAYLOR
2    while I was leaving the house where there
3    were cars that just mysteriously came
4    from nowhere.  So that's why I want to be
5    sure I understand before I answer the
6    question.  Because it's like sort of
7    confusing what you're asking me.
8        Q.    You left the house some time
9    after 4:00, correct?
10       A.    Yes.  Approximately after four
11   o'clock.
12       Q.    How did you leave the house?
13       A.    My car which is registered and
14   insured to Christine Pezzutto was parked
15   in the back of 152 West Graham, I jumped
16   in the car, backed it up, turned around
17   and went face forward out of the yard not
18   backwards.
19       Q.    When you left the house, I just
20   want to get everything in detail, when
21   you left the house which entrance did you
22   leave by?
23       A.    I always leave the same way
24   that I come in.  I came in the back.  It
25   makes no sense to go through the front to

Page 65

ANTOINE TAYLOR

1
2       get to the back when I can use the
3       backdoor to get to the back.  So I used
4       the backdoor.  Once again, I jumped into
5       the vehicle that I was driving, I backed
6       it out, came out forward, made a right on
7       West Graham.
8            Q.    When you left 152 West Graham I
9       don't want to discuss your car right now.
10      I want to talk to you about walking to
11      your car.
12            When you left the house you
13      left out of the backdoor?
14            A.    Yes, sir.
15            Q.    And which direction did you
16      turn in, right or left or was your car
17      straight in front of you?
18            A.    Wait.  I sort of don't
19      understand you.  And I'm not being funny
20      I swear.  Because you said to me you
21      wasn't going to discuss the car.  You're
22      asking me when I came out the backdoor.
23            Q.    While you were walking?
24            A.    While I was walking I went down
25      two or three steps and forward was my

Page 66

ANTOINE TAYLOR

1   ANTOINE TAYLOR
2   vehicle, the vehicle that I was driving.
3       Q.    So your car was only two or
4   three steps away from the backdoor?
5       A.    Two or three and maybe ten
6   inches away from the steps.
7           MR. BURKE:  He said he went
8   down two or three steps when he came out
9   the backdoor.  Not that the car was two
10  or three steps.
11          MR. LASERNA:  I understand.
12      A.    You have to use two or three
13  steps to get in the backdoor or to leave.
14  Let me clarify that.
15      Q.    I understand.
16      A.    And my car was right there
17  which was facing the house to the left of
18  West Graham which would enable me to see
19  the connecting block and part of the
20  front of the house.  I forgot to explain
21  that to you.  In the back you can use the
22  side way.  Remember I told you there's a
23  third door or a second door in which
24  takes you, I believe, to the basement or
25  wherever the house.  And there's also a

Page 67

1                    ANTOINE TAYLOR

2    paved walkway which would allow you to

3    see the sidewalk, that store directly

4    across from 152 West Graham, the stop

5    sign and the connecting block and

6    everything in the neighbor's to the left

7    house.  That's the way the driver's side

8    door of the car that I was driving was

9    facing.

10        Q.   So was the front of the car

11   facing the street?

12        A.   No.  It was facing the

13   neighbor's house directly left of 152

14   West Graham.

15             MR. BURKE:  That's when you

16   initially got into the car, right?

17             THE WITNESS:  Absolutely.

18        Q.   And you got into the car?

19             THE WITNESS:  But he didn't ask

20   me that.

21             MR. BURKE:  I know.  Just to

22   clarify.

23        Q.   You got into the car?

24        A.   Yes.

25        Q.   Did you have to turn to get

Page 68

1                    ANTOINE TAYLOR

2    onto the street?

3         A.    I had to back up.

4         Q.    You backed up?

5         A.    Because I was facing the gate.

6         Q.    I understand.

7         A.    Which connects to the house to

8    the left of 152 West Graham.  I backed

9    up.  I can't give you the correct

10   parallel.  But I went out of the same

11   driveway at 152 West Graham that connects

12   to the house to the right and I went out

13   face first onto the street.

14        Q.    What was the street?

15        A.    West Graham.

16        Q.    Which direction were you headed

17   in?

18        A.    In the driveway or on the

19   street?

20        Q.    On the street.

21        A.    I made a right coming out of

22   the driveway.  My passenger door would

23   have been on the right.  The driver's

24   side door would have been on the left.

25        Q.    You don't know which direction

Page 69

1               ANTOINE TAYLOR
2  in terms of north, east, south or west
3  you were driving on West Graham?
4       A.    I'm not really into all of
5  that.  So I don't really understand that.
6  But I made a right coming out of West
7  Graham driveway.  And there's directly --
8            MR. BURKE:  Just wait for the
9  next question.
10            THE WITNESS:  All right.
11       Q.    Do you know if West Graham is a
12  two-way street?
13       A.    Well, directly in front of 152
14  West Graham it's going and leaving cars,
15  like, coming and going.  So, yes.
16       Q.    Was it dark out when you left,
17  at this time when you backed out of the
18  driveway and made a right onto West
19  Graham?
20            MR. BURKED:  He said he went
21  straight out of the driveway and made a
22  right onto West Graham.  You're saying
23  when he backed out.
24       A.    I didn't back out.
25            MR. LASERNA:  I apologize.  I

Page 70

ANTOINE TAYLOR

1

2   withdraw that.

3        Q.     When you went right on West

4   Graham was it dark?

5        A.     Absolutely not.

6        Q.     It was still light out?

7        A.     It was light out.

8        Q.     Was it raining?

9        A.     It may have been misting.

10  Raining, no.  I didn't have my windshield

11  wipers on.  So I can actually say, no.

12  Misting like water drips or whatever on a

13  car, yes.  But, no.

14        Q.     Did you have your headlights

15  on?

16        A.     Headlights automatically come

17  on in that car.

18        Q.     So how far did you drive before

19  something, if anything, happened?

20        A.     I drove to the stop sign which

21  is, if you're using math, I would say

22  approximately ten feet away from 152 West

23  Graham, the stop sign.

24        Q.     How fast were you driving when

25  you approached the stop sign?

Page 71

ANTOINE TAYLOR

1

2    A.    Ramona's driveway is right

3    there.  So it's really no driving fast.

4    It makes so sense to drive fast when you

5    know you have to stop.  So I wasn't drive

6    fast at all.

7        Q.    So what happened as you

8    approached and after you stopped at the

9    stop sign?

10        A.    I stopped at the stop sign,

11   looked the ways I had to look.  It was

12   clear for me to go.  I went up a few,

13   maybe -- I don't want to call it feet.

14   But I'm not really certain whether it was

15   inches or feet.  I went up just a few and

16   I see this vehicle, dark colored vehicle

17   backing out into traffic while I have the

18   right away.  I don't know.  But I thought

19   it was strange.  Because this guy see me

20   in traffic but he wants to drive and back

21   out in front of me.  I thought that was

22   strange.  So I stopped because I really

23   couldn't afford to have, you know,

24   Christine's vehicle hit.  So as I stopped

25   by pressing on the brakes.  Another

1          ANTOINE TAYLOR

2   vehicle, dark colored vehicle, barricaded

3   me from the back of the vehicle while the

4   front vehicle started shooting.

5       Q.     I want to take all this in

6   turn.

7             So you said that this initial

8   vehicle that came out was a dark vehicle,

9   do you know what kind of vehicle it was?

10      A.     GMC type of vehicle.  I cannot

11  say.  I wasn't, you know, actually

12  driving it or sitting there, well, let me

13  write down what this is.  I would have to

14  say GMC.

15      Q.     Was it a passenger car or an

16  SUV?

17      A.     SUV.

18      Q.     Do you know what color it was?

19      A.     Just dark colored.  I'm not

20  certain with what color it was.

21      Q.     And you said it backed up into

22  the traffic?

23      A.     Absolutely.

24      Q.     Could you describe that, what

25  direction was it coming from?

Page 73

ANTOINE TAYLOR

1

2     A.    The left-hand side of me.  My

3  passenger side.  Excuse me.  My driver's

4  side.

5     Q.    So it was coming from your

6  driver's side?

7     A.    Right.

8     Q.    Do you know what intersection

9  that stop sign was at?

10     A.    If I'm correct and through

11  evaluating paperwork and reading through

12  it I would have to say Rose or whatever.

13     Q.    Would that be Rose Avenue?  If

14  you don't know that's fine.

15     A.    Right.  I'm not really familiar

16  with a lot of these blocks, avenues or

17  streets over in that area.

18     Q.    So it was the corner of West

19  Graham and Rose, and you were you on West

20  Graham at a stop sign?

21     A.    Absolutely.  West Graham I

22  believe going straight which would be

23  considered north I guess.  I don't know.

24     Q.    And to your left this dark

25  colored SUV?

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868               516-608-2400

Page 74

1                    ANTOINE TAYLOR

2        A.      Started backing out.

3        Q.      It backed out in front of you?

4        A.      Yes.   Into traffic is what I

5    was saying, yes.

6        Q.      So the back of the car, it

7    backed out --

8        A.      The back of the SUV.

9             MR. BURKE:   Wait for his

10   question.

11            THE WITNESS:   No.   He said the

12   car.

13            MR. BURKE:   All right.   He said

14   car instead of SUV.   Just be patient.

15   Let him finish the question.

16            THE WITNESS:   All right.   No

17   problem.

18       Q.      Was that dark colored SUV on

19   Rose?

20       A.      No.

21       Q.      Where was it?

22       A.      It was located -- wherever the

23   vehicle backed out from that location was

24   on Graham not on Rose.   I am familiar

25   with where Rose is.   No.   That vehicle

Page 75

ANTOINE TAYLOR

1
did not come from Rose.

3      Q.      It was on Graham, West Graham?

4      A.      Yes.  The location where it

5 backed out from was on Graham, West

6 Graham.

7      Q.      What do you mean by location?

8      A.      I want to say like an abandoned

9 house or lot type of thing.  I want to

10 say that.  But, you know, this is not the

11 type of place where I would be familiar

12 with.  I want to say that.  And matter of

13 fact, I'm going to say like an abandoned

14 house or factory or something on the

15 left-hand side.  That's where it backed

16 out from.  Wherever it backed out from

17 was not a place that people go to a lot.

18 That, I know from being on the porch of

19 152 West Graham.

20      Q.      So it backed out of that

21 abandoned location of wherever normal

22 people wouldn't be, correct?

23      A.      Yes.  Where I have seen too

24 much activity or going on there.

25      Q.      Did it back out of a driveway?

Page 76

1              ANTOINE TAYLOR

2       A.     I'm not certain of that answer.

3    I'm not certain whether it was a driveway

4    or a regular bump.  I don't know.  I'm

5    not certain of that.  But it was backing

6    out pretty fast.

7              MR. LASERNA:  Could you just go

8    off the record for a second.

9              [Discussion held off the

10   record.]

11      Q.     So you said it backed out and

12   it was going pretty fast?

13      A.     Yes.

14      Q.     Would you be able to estimate

15   how fast it was going?

16      A.     Faster than a person should be

17   going backing out of somewhere onto

18   traffic.

19      Q.     Where was this location in

20   regard to the stop sign that you were

21   stopped at?

22             MR. BURKE:  You mean the

23   abandoned location?

24             MR. LASERNA:  Yes.

25      Q.     The location where the SUV

1                 ANTOINE TAYLOR

2  pulled out of, where was that?

3       A.    A little before Rose.

4       Q.    A little before Rose on West

5  Graham?

6       A.    Yes.

7       Q.    And is there any house or

8  property or anything between this

9  location we're speaking of where the SUV

10  backed out and Rose?

11       A.    There's something there.  It's

12  something.

13       Q.    There's something there,

14  there's some property in between that

15  location and the dark colored SUV?

16       A.    Yes.  And I believe that little

17  store on the corner.  That all fits in

18  with that area where the vehicle came

19  from.

20       Q.    I understand.

21             In what direction did this dark

22  colored SUV back out when it backed out

23  of that location we're discussing?

24       A.    In what direction?

25       Q.    Yes.

Page 78

1            ANTOINE TAYLOR

2            MR. BURKE:  You mean relative

3    to him?

4        Q.    Relative to your car?

5        A.    It was coming out backwards to

6    my passenger -- well, to my -- excuse me.

7    To my driver's side.

8        Q.    Did it ever hit your car?

9        A.    No.  Because I stopped.

10        Q.    Was it coming towards you and a

11    little in front of you?

12        A.    Had I not stopped he would have

13    hit me, yes.

14        Q.    It didn't back directly

15    straight out, did it?

16        A.    Yes.

17        Q.    Well, you said that you had

18    stopped at the stop sign?

19        A.    Yes.  And I also said that the

20    vehicle, the SUV, was a little -- it was

21    coming out a little before -- a little

22    after the stop sign and the corner of

23    Rose.

24        Q.    But you told me earlier that

25    the location that it backed out of was

Page 79

1                    ANTOINE TAYLOR

2    slightly before the stop sign, correct?

3        A.    No.

4        Q.    No?

5        A.    Not slightly -- well, all

6    right.  I understand what you're saying.

7    And, yes, it may have sounded like that.

8    When I mean slightly before I do mean

9    before coming to 152.  But when I'm

10   leaving 152 it's slightly after the stop

11   sign.

12       Q.    I understand.

13             So it backed out of that

14   location and you stopped, correct?

15       A.    I stopped at the stop sign.

16             MR. BURKE:  He's just asking if

17   you stopped, yes or no.

18       A.    Yes.

19       Q.    Well, before it backed out you

20   had previously stopped at the stop sign?

21       A.    Yes.

22       Q.    And just describe what happened

23   immediately after you stopped at the stop

24   sign?  I know you have already, just for

25   clarification.

Page 80

ANTOINE TAYLOR

1

2      A.     I looked to see if it was okay

3   to go.  And I went.  It was okay to go.

4      Q.     How far did you go before this

5   SUV backed up?

6      A.     I said I don't want to call it

7   feet.  'Cause I'm not sure.  But I would

8   have to say a few feet or inches after

9   the stop sign to my left is when the SUV

10  came speeding out.

11     Q.     Did it stop at any point?

12     A.     Yes, it stopped.

13     Q.     Where was it when it stopped?

14     A.     In front of my vehicle.

15     Q.     How was it front of your

16  vehicle, could you describe it in detail?

17     A.     I couldn't move unless I hit

18  it.

19     Q.     Was it --

20     A.     It blocked --

21     Q.     Could you just let me finish?

22     A.     Yes.

23     Q.     Was it perpendicular to you?

24     A.     I don't understand.

25         MR. BURKE:  When it stopped in

Page 81

ANTOINE TAYLOR

1
2    front of you were you facing the side of
3    the dark colored SUV?
4            THE WITNESS:  I was facing the
5    driver's side of the SUV.
6        Q.    You were facing the driver's
7    side of the SUV?
8        A.    The driver's side was the part
9    that blocked me in of the SUV, the one
10   that came out.
11       Q.    And was it diagonally in front
12   of you?
13       A.    Hold on.  Being that it was two
14   SUVs that kind of got me confused.  I
15   don't recall per se whether it was the
16   driver's or the passenger's side of the
17   SUV.  But one of them sides of the SUV
18   was in front of me.
19       Q.    Well, if it backed out in front
20   of you and stopped would it have been the
21   passenger side or the driver's side that
22   was in front of you?
23       A.    It would have been the
24   driver's.
25       Q.    So the driver's side was

Page 82

ANTOINE TAYLOR

1
2  directly in front of you and it was the
3  side of the car that was facing you, not
4  the front of the car, the side, correct?
5      A.    The side of the SUV was facing
6  me, yes.
7      Q.    And you said it was completely
8  blocking your way?
9      A.    I could have -- if I chose to I
10 could have backed up a little and slide
11 right.
12     Q.    Let's step back for a second
13 here.
14           This dark colored SUV that was
15 in front of you had stopped, correct?
16     A.    Yes.
17     Q.    And at a certain point you were
18 stopped as well, right?
19     A.    Yes.
20     Q.    Now, was there a time when, it
21 may have been a split second, but was
22 there a time where you were both stopped,
23 both cars were stopped?
24     A.    Yes.
25     Q.    How much space was between

Page 83

1                    ANTOINE TAYLOR

2      those two cars while they were stopped?

3          A.    Can I answer this way?  As soon

4      as the vehicle that backed out stopped in

5      front of me the next vehicle sandwiched

6      me in the back.

7                 MR. BURKE:  Before you get to

8      that he just wants to know how much

9      distance separated your front bumper from

10     the side of the dark colored SUV?

11                THE WITNESS:  The one that

12     backed out originally?

13                MR. BURKE:  Right.

14         A.    He may have tapped the bumper.

15     But not anything to go crazy about.  He

16     may have tapped the bumper.

17         Q.    So you were inches if not

18     touching then is what you're saying?

19         A.    Absolutely.

20         Q.    So after that SUV came out and

21     backed out in front of you you said there

22     was another dark colored vehicle that

23     came out?

24         A.    I believe SUV.  I believe.

25     Another one.

Page 84

ANTOINE TAYLOR

1

2    Q.    Where did this SUV come from,

3 the second one that we're discussing?

4    A.    I can't tell you where it came

5 from because I was more interested in

6 what was going on in front of me?

7    Q.    Where did it eventually end up

8 if you can tell me?

9    A.    Almost identical to the way

10 that -- wait.  Hold on.

11         MR. BURKE:  Just so I

12 understand, when you say where it ended

13 up do you mean where the second SUV

14 stopped?

15         MR. LASERNA:  Yes.

16    Q.    There was a second car that

17 became involved at some point, correct?

18    A.    Yes.

19         MR. BURKE:  He's calling it an

20 SUV.  But, yes.

21         MR. LASERNA:  I apologize.

22         MR. BURKE:  I just don't want

23 him to get confused.

24    Q.    There's a second SUV that came

25 in at some point?

Page 85

ANTOINE TAYLOR

1

2      A.      Yes.

3      Q.      How did that become involved,

4  did it drive towards you, how did that

5  come to your attention that second SUV?

6      A.      All right.  It may have, and

7  I'm not certain, because like I said I

8  was focused on the vehicle in front of

9  me, it may have came from a block, lot,

10  wherever and it may have been bumper, his

11  front bumper to my back bumper or almost

12  identical to the way that the vehicle was

13  in front of me.

14      Q.      The car was behind you is what

15  you're saying, correct?

16      A.      Yes.

17      Q.      And you don't know if it's

18  front bumper was facing you or if one of

19  the sides was facing your back bumper?

20      A.      I don't recall.

21      Q.      You don't recall?

22      A.      But I do know that I could not

23  get out of there unless I hit one of them

24  vehicles.

25      Q.      Just going back to that, when

```
                         ANTOINE TAYLOR
 1
 2     that second SUV was behind you in
 3     whatever position it was in, how far from
 4     your back bumper was it in terms of
 5     inches or feet?
 6         A.    If it was not inches it was
 7     directly on it.
 8         Q.    I understand.
 9               So did any other cars come at
10     that point?
11         A.    All I recall is the gunshots,
12     hearing the gunshots and me trying to get
13     out of there.  That's all I recall at
14     that moment.
15         Q.    You don't recall if any other
16     cars besides those SUVs came?
17         A.    There were a lot of cars.  But
18     do I recall if there were any other cars
19     there besides the SUVs?  There were a lot
20     of cars there after the SUVs.
21         Q.    Where were they?
22         A.    Well, after I heard the shots I
23     didn't try to leave.  I didn't know I was
24     shot and they were all over.
25         Q.    Who was all over, what do you
```

```
 1              ANTOINE TAYLOR
 2   mean when you say they were all over?
 3       A.    Multiple cars.
 4       Q.    What do you mean when you say
 5   they were all over, where were they?
 6       A.    Coming from all sorts of
 7   directions.
 8       Q.    I see.
 9             Stepping back for a second,
10   before you were shot did you see any
11   emergency lights that would indicate that
12   they were police officers?
13       A.    No.
14       Q.    Did you hear any sirens?
15       A.    It may have been sirens.  But
16   I'm shot.  I'm not paying attention to
17   that.
18             MR. BURKE:  No, he's asking
19   before.  He didn't phrase it that way the
20   second question.  But I think he's asking
21   before you were shot.
22       Q.    Before you were shot were there
23   any sirens?
24       A.    Absolutely not.
25       Q.    So before you were shot, I'm
```

Page 88

1                    ANTOINE TAYLOR

2    asking you in particular, before you were

3    shot do you recall seeing any other cars

4    besides those two SUVs we just discussed?

5         A.    Do I recall seeing any other

6    cars?

7                    MR. BURKE:   Before you were

8    shot.

9         A.    I want to be as honest as I

10   can, like, that's a main road.   It's a

11   lot of traffic and cars you're going to

12   see period.   So before I was shot, did I

13   see any other cars?   Yes.

14        Q.    Yes, you did?

15        A.    Yes, I saw other cars.

16        Q.    Were they just driving in

17   regular traffic or were they doing

18   anything unusual, those other cars?

19        A.    I would have to say that some

20   were parked, some other driving in

21   regular traffic.

22        Q.    Before this occurred at the

23   stop sign were there cars parked on West

24   Graham?

25        A.    Yes.   But not in front of 152.

Page 89

1              ANTOINE TAYLOR

2       Q.      Not in front of 152.  But there

3   were cars in front of other houses?

4       A.      Yes.  That belonged to the

5   houses.

6       Q.      I understand.

7               Going back to while you were at

8   the stop sign and you say you were shot,

9   correct?

10      A.      Yes.  But I didn't realize I

11  was shot.  I just know that bullets were

12  hitting my car.  I didn't realize I was

13  shot right away.

14      Q.      When did you first hear the

15  shots?

16      A.      When it first happened.

17              MR. BURKE:  What do you mean,

18  like, when in relation to when he was

19  boxed in for lack of better term or

20  something else?

21      Q.      After this first SUV backed out

22  and blocked you when did you first hear

23  the shots?

24      A.      After -- ask that one more

25  time, sir, please.  Sorry.

Page 90

ANTOINE TAYLOR

1

2    Q.    After the first SUV backed out

3  and blocked you and its passenger side

4  was facing the front of your car,

5  correct?

6    A.    Yes.

7    Q.    I'm sorry.  It's the driver's

8  side facing the front of your car,

9  correct?

10    A.    Along those lines, yes.

11    Q.    When after it stopped and

12  blocked you did you --

13    A.    I would have to say after the

14  second SUV.

15    Q.    After the second SUV came up

16  behind you?

17    A.    Yes.  I would have to say after

18  that.

19    Q.    How long between when the first

20  car came and stopped and when the second

21  car came and stopped?

22    A.    It had to be seconds.

23    Q.    After the second SUV came up

24  behind you and stopped --

25    A.    In a matter of seconds.

1               ANTOINE TAYLOR

2       Q.      Just let me finish the

3   question.  Just so we're on the same

4   page.

5       A.      All right.

6       Q.      So I'm going to go back a

7   second.

8       A.      All right.

9       Q.      The first SUV backed out and

10  blocked you, within a matter of seconds

11  the second SUV was blocking you from

12  behind, correct?

13      A.      Correct.

14      Q.      And then how long, just let me

15  finish the question, how long after that

16  second car blocked you were there

17  gunshots?

18      A.      I would have to say in a matter

19  of another seconds after that.

20      Q.      I understand.

21              Did you see anybody shooting at

22  you?

23      A.      To answer that question, no, I

24  didn't see the shooter.

25      Q.      You did not see the shooter?

Page 92

ANTOINE TAYLOR

1

2      A.     No.   Face to face because at

3  that present time that wasn't what I was

4  interested in.   I wasn't interested in

5  seeing who it was.   But I saw everybody

6  around.

7      Q.     What do you mean when you say

8  you saw everybody around?

9      A.     I believe, if I'm correct, it

10  was the first SUV that was in front of me

11  I believe I just saw a Caucasian with a

12  gun.   And when I tried to leave it was

13  more Caucasians with guns.   So I can't

14  precisely say to you who was the one that

15  shot or whatever.

16      Q.     Do you know where those

17  Caucasians with guns came from?

18      A.     One was, I believe, if I'm not

19  mistaken, inside the SUV with his head

20  out.   And I believe another was to the

21  left of me outside his vehicle.

22      Q.     And when he was to the left of

23  you, to the left of --

24      A.     To the left of my vehicle.

25      Q.     To the left of your vehicle, so

Page 93

1                 ANTOINE TAYLOR

2     that would be on the passenger side of

3     your vehicle?

4          A.     No.

5          Q.     I apologize.   The driver's side

6     of your vehicle?

7          A.     Yes.

8          Q.     Was he out of a car?

9          A.     Yes.

10         Q.     And he had a gun?

11         A.     Yes.

12         Q.     Was he to the left and front,

13    to the left and behind or on the side?

14         A.     He was more, more or less to

15    the left and behind my passenger door.

16    Because I have a four door vehicle.

17         Q.     Can you describe in more detail

18    besides the fact that these were two

19    Caucasians what these men looked like,

20    they were men, correct?

21         A.     Yes.   Well, there was no

22    indication if this what you're getting at

23    that they police.   There was no

24    indication.   I wouldn't say that.   It was

25    regular clothes they had on, jeans,

Page 94

1                    ANTOINE TAYLOR

2   sweatshirts.

3       Q.     We can get back to that.  What

4   I'm actually getting at is, what is their

5   physical appearance, were they fair

6   skinned, were they tall, could you just

7   describe their appearance, you know, did

8   they have short hair or long hair, you

9   know, along those lines?

10      A.     I believe --

11      Q.     I'm sorry to cut you off.  But

12  when you discuss them can you just tell

13  me which one you're talking about?

14      A.     But I'm not able to tell you

15  who was who.  Because I said that already

16  to you.

17           MR. BURKE:  Well, you

18  identified one person as being on the

19  driver's side of your car.

20           THE WITNESS:  Right.

21           MR. BURKE:  And another one as

22  being --

23      A.     I recall one having if not

24  completely bald then a low haircut.

25      Q.     Which one was that?

1          ANTOINE TAYLOR

2      A.     Short.

3      Q.     Short haircut or short stature?

4      A.     No.  Short as in height.

5      Q.     Was he the one that was in the

6  car in front of you or was he the one

7  that was on your driver's side?

8      A.     He may or may not have been.

9  I'm not correct as far as where he ended

10  up or where he been at.  But I know that

11  I was looking and the one that was to the

12  left of the vehicle I believe that he was

13  a little taller than the shorter guy.

14      Q.     So the one that was to the left

15  of your car he was out of his car,

16  correct?

17      A.     Correct, yes.

18      Q.     And he was a little bit taller

19  than the one who was in front of your

20  car?

21      A.     It appeared to be that way.

22  Because remember that this guy is inside

23  of the SUV.  So I'm not really going to

24  get a full glimpse of his height or

25  whatever.  All I can do is just sit there

Page 96

ANTOINE TAYLOR

1
2  and put things together, so.

3      Q.    The one who had shorter hair
4  was in his SUV?

5      A.    I'm not certain.  I believe so,
6  yes.

7      Q.    And he had his gun drawn as
8  well, correct?

9      A.    Yes.

10      Q.    So after shots were fired how
11  do you know that there were gunshots?

12      A.    Number one, I saw shatters in
13  my glass in the windows of the car,
14  that's number one.  And make no mistaken
15  about it, I am familiar with the streets
16  and I know the sounds of gunshots.

17      Q.    So what you observed was the
18  sound of gunshots and your windshield --

19      A.    And then I saw the blood on my
20  shirt.

21      Q.    I just want to step back for a
22  second, did you see gunfire?

23      A.    With this particular guns I
24  could say, no, I didn't see gunfire.

25      Q.    What did you do after you

Page 97

ANTOINE TAYLOR

1

2    observed the gunshots?

3       A.    Well, most importantly, man, I

4    became scared.  I mean, anybody would.  I

5    began scared.  Like I didn't want to get

6    shot and I definitely didn't want to die.

7    I backed up my vehicle and I believe the

8    first thing that came to mind was cut the

9    car right as far as I can and get out of

10   there.  And that's what I did.

11      Q.    Did you hit the car that was

12   behind you when you backed up the

13   vehicle?

14      A.    It's a possibility that I did.

15      Q.    How far did you back it up?

16      A.    In order for me to back up I

17   had to accelerate hard and move this

18   vehicle.  So that transpired.

19      Q.    Well, how far did you back up?

20      A.    It wasn't much.

21      Q.    Well, how far, I mean, if you

22   had to approximate?

23      A.    I backed up enough to get out.

24      Q.    That's not an answer.

25            How far did you back up, was it

Page 98

1                    ANTOINE TAYLOR

2      feet, was it inches?

3           A.    It could not have been feet.

4      It had to inches, sir.

5           Q.    So you backed up inches?

6           A.    Yes.

7           Q.    After you backed up you cut

8      your steering wheel to the right?

9           A.    Yes.  With one hand while I was

10     holding the area where I believe I was

11     shot at.

12          Q.    So you knew before you backed

13     up that you had been shot?

14          A.    Yes.  Because I saw the

15     bullets, I saw little bullet holes in the

16     windows and then I saw the blood.  I

17     believe, if I'm correct, I had on a white

18     shirt so the blood started first.  That

19     allowed me to know I had been shot.

20     Right away there was no pain.

21          Q.    So you observed that you had

22     been shot?

23          A.    Yes.

24          Q.    Where had you been shot?

25          A.    In the abdomen.  Well, I

Page 99

ANTOINE TAYLOR

1

2 wouldn't never considered the abdomen.

3 Because I'm not medical, you know,

4 examiner or anybody like that.  I just --

5 the stomach.

6     Q.    On your right side or your

7 left?

8     A.    It was on my right side.

9     Q.    After you observed that you had

10 been shot you backed up?

11     A.    I backed up the vehicle.

12     MR. BURKE:  Now, just wait for

13 the next question.

14     Q.    What did you do after that?

15     A.    I backed up the vehicle, I

16 turned the wheel as far right as I could

17 and when I turned the wheel as far right,

18 I believe, that it enabled me to get out

19 a little if I didn't have to back up

20 again.

21     Q.    Were you able to get out?

22     A.    No.  Not without backing up

23 again.

24     Q.    So you backed up once?

25     A.    Yes.

1           ANTOINE TAYLOR

2      Q.    Then you cut your wheel and did

3  you drive forward?

4      A.    No.  I don't believe I drove

5  forward.  I believe I backed up and cut

6  the wheel as far as I could right and

7  then drove out.

8      Q.    I'm just a little confused.  I

9  want to step back for a second.

10          You backed up after you had

11  been shot?

12     A.    Yes.

13     Q.    When you backed up did you back

14  up as far as you could or no?

15     A.    I backed up as far as I could,

16  yes.  That wasn't enough.  So, yes, I

17  think you're right, I believe, I did it a

18  little, I went forward a little.

19     Q.    Let's just take this one at a

20  time then.

21          So after you had been shot you

22  backed up as far as you could and then

23  did you cut your wheel to the right?  I

24  want to take this step by step.  So just

25  let me know if at any step I'm wrong.

Page 101

ANTOINE TAYLOR

1
2     A.     Yes.

3     Q.     You cut your wheel to the
4  right?

5     A.     After backing up?

6     Q.     Yes.

7     A.     Yes.

8     Q.     Let's do it even more step by
9  step.

10         After you had been shot you
11  must have put your car in reverse,
12  correct.

13     A.     Correct?

14     Q.     And that's when you backed up,
15  correct?

16     A.     Yes, correct.

17     Q.     And you backed up as far as you
18  could?

19     A.     Yes.

20     Q.     Now, did you put your car in
21  drive or did you cut the wheel, which did
22  you do first if either?

23     A.     I believe that I turned the
24  wheel as far right as I could --

25     Q.     Did you put your car in drive

1              ANTOINE TAYLOR

2     --

3        A.     -- and then I put my car in

4     drive.

5        Q.     Did you accelerate forward

6     after that?

7        A.     Yes.

8        Q.     How far forward did you go?

9        A.     It's still a matter of inches.

10       Q.     A matter of inches?

11       A.     Yes.

12       Q.     Then what did you do exactly

13    after that, after driving a matter of

14    inches, did you put your car in reverse?

15       A.     Reverse again and then I

16    believe that I had to move that vehicle

17    by accelerating fast.

18       Q.     So I just want to step back for

19    one more second.

20              So after going forward for a

21    few inches you put your car in reverse

22    and you backed up again a few inches?

23       A.     Yes.

24       Q.     And after that you put your car

25    in drive and you drove forward?

Page 103

1                    ANTOINE TAYLOR

2        A.    Was able to get out.

3        Q.    You were able get out that way.

4        A.    Yes.

5        Q.    Now, you were able to get out

6    away from that car that was blocking you

7    in front, correct?

8        A.    Yes.   Just a matter of inches

9    again.

10        Q.    Did you hit the sidewalk on

11    your car's right?

12        A.    I believe I did.

13        Q.    You believe you did?

14        A.    I believe I hit a sidewalk,

15    yes.

16        Q.    I understand.

17              So what happened after you hit

18    the sidewalk and drove away past that car

19    that was in front of you?

20        A.    I was able to gain composure

21    and drive away from there.

22        Q.    Did you accelerate from there?

23        A.    Yes, I accelerated from there.

24        Q.    How fast were you going?

25        A.    I don't know approximately how

```
 1              ANTOINE TAYLOR
 2   fast.  But it was over the speed limit.
 3      Q.    Which direction did you go in
 4   after you got away from that --
 5      A.    I was on West Graham.  I
 6   believe I took West Graham all the way up
 7   to the end.  West Graham and from West
 8   Graham to South Franklin.
 9      Q.    So you never turned off of West
10   Graham before you got to South Franklin?
11      A.    Absolutely not.  And I read
12   that.  That's the story.  I didn't do
13   that.
14      Q.    I understand.
15      A.    Absolutely.
16      Q.    What did you do once you got to
17   South Franklin?
18      A.    I waited.  I didn't want to
19   just dodge in front of cars.  I'm already
20   shot.  There was no traffic so I
21   accelerated more and I went across South
22   Franklin and, I believe, I don't know
23   that area, but it's still a run off
24   concoction of West Graham.
25      Q.    How far from the spot you were
```

Page 105

ANTOINE TAYLOR

1
2    at is it until you get to South Franklin?
3         A.    At the speed I was going?
4         Q.    No, in terms of distance.
5         A.    Without driving.
6         Q.    In distance, mile, half a mile,
7    how far is it from the stop sign you were
8    at until South Franklin?
9         A.    Can I give it to you in time
10   rather than miles and all that and then
11   you can differentiate on your own.  About
12   from where I was from where the incident
13   happened, the stop sign, a little before
14   the stop sign, it would have to be less
15   than five minutes, less than five
16   minutes.
17        Q.    Driving, by driving?
18        A.    Yes, by driving.
19        Q.    How many blocks is it?
20        A.    From that area on the
21   right-hand side it's only about two
22   blocks on the right-hand side from Rose
23   Avenue.  Only about one or two.
24        Q.    So it would be much, much less
25   than five minutes, wouldn't it?

Page 106

1                ANTOINE TAYLOR

2       A.    As far as driving?

3       Q.    Yes.

4       A.    I said less than five minutes.

5       Q.    I mean, it would be

6    substantially less than five minutes, it

7    would probably be less than a minute,

8    wouldn't it?

9       A.    You still have traffic on West

10   Graham on the left-hand side that you --

11   and the stop sign, another stop sign

12   after the one on Rose.

13      Q.    I understand.

14            So you said there's two blocks

15   between the stop sign you --

16      A.    Approximately two blocks on the

17   right-hand side.

18      Q.    The stop sign that you were

19   at --

20      A.    Right.

21      Q.    Mr. Taylor, I'd just ask that

22   you let me finish the question.   I

23   understand that you might know what I'm

24   going to ask but just for the record just

25   so we're clear I ask that you let me

Page 107

1                ANTOINE TAYLOR
2     finish the question and then you answer
3     just so we're on the same page.
4          A.    All right.
5          Q.    So from the stop sign that you
6     were at where you had this interaction
7     with those two SUVs until South Franklin
8     there is approximately two blocks on the
9     right, correct?
10         A.    Two the most, right.
11         Q.    Before you reached South
12    Franklin were there any cars that were
13    following you?
14         A.    Absolutely.
15         Q.    How many?
16         A.    I wasn't like -- I'm shot.  I
17    was not sitting there, oh, I got four
18    cars.  I wasn't doing that.
19              MR. BURKE:  If you don't know
20    you can just tell him you don't know.
21         A.    I don't know.
22         Q.    Was it more than one car?
23         A.    Yes.
24         Q.    Did any of those cars have
25    emergency lights that would indicate that

Page 108

```
 1                 ANTOINE TAYLOR
 2   they were police officers?
 3        A.    At this time there's a
 4   possibility.  There's a possibility that
 5   one car may have had lights on.
 6        Q.    Do you recall yes or no?
 7        A.    That's why I'm saying it's a
 8   possibility.
 9        Q.    Well, I'm asking, as you sit
10   here today do you recall whether there
11   were any cars that had emergency lights
12   on that would indicate they were police
13   officers?
14        A.    No.
15        Q.    You do not recall?
16        A.    No.
17        Q.    Do you recall if you heard any
18   sirens before you reached South Franklin?
19        A.    No, I did not hear any sirens
20   before I reached South Franklin.
21        Q.    So you do recall and you recall
22   that you did not hear sirens?
23        A.    I do recall and I do not recall
24   that I didn't hear sirens; that's what
25   you said?
```

Page 109

1                    ANTOINE TAYLOR

2        Q.    No.   No.

3              MR. BURKE:   He asked you, you

4    do recall the fact that you did not hear

5    sirens as you were driving on West Graham

6    towards Franklin?

7              THE WITNESS:   Right.

8        Q.    So you were on West Graham

9    headed towards South Franklin and you

10   stopped at South Franklin you said?

11       A.    Yes.

12       Q.    How long were you stopped

13   there?

14       A.    No more than longer than a

15   minute before I can see if there was

16   traffic or anything.

17       Q.    Was there traffic?

18       A.    Not in directions left or

19   right, no.

20       Q.    There was no traffic on South

21   Franklin?

22       A.    No.   None that would enable me

23   to have an accident, no.

24       Q.    What did you do after you

25   stopped and saw there was no traffic that

Page 110

1                     ANTOINE TAYLOR

2    would cause an accident?

3         A.     I shot straight across.

4         Q.     Where did you go?

5         A.     All the way up as far as West

6    Graham and this other block.  I'm note

7    sure if the name is West Graham still.

8    But it runs into West Graham, takes you

9    to, I believe, that's Baldwin Road.

10        Q.     After you passed through South

11   Franklin and you were on this other

12   street that runs into West Graham were

13   there still cars chasing you?

14        A.     Yes.  But now --

15             MR. BURKE:  You answered his

16   question.  Just yes or no.  Were there

17   cars chasing you?

18             THE WITNESS:  Yes.

19        Q.     At some point did they come

20   over South Franklin as well, did they

21   pass through South Franklin is what I'm

22   saying?

23        A.     Did these cars --

24        Q.     Follow you on West Graham

25   passed South Franklin, they had to cross

1              ANTOINE TAYLOR

2    over South Franklin as well, correct?

3        A.    I would assume so, yes.

4        Q.    After you crossed over South

5    Franklin how long was it before there

6    were cars behind you again if there were

7    ever cars behind you again?

8        A.    All right.  At the very end or

9    should I say beginning of this block that

10   takes you to West Graham I already had

11   made my right and was going before I was

12   even able to see any cars behind me other

13   than being on West Graham.  Do you

14   understand what I say?

15       Q.    No.

16            MR. BURKE:  I have to admit, I

17   didn't follow what you said either.

18       A.    At the very end of this block.

19   You asked me --

20            MR. BURKE:  At the end of what

21   block?

22            THE WITNESS:  West Graham.  The

23   block that runs into West Graham I don't

24   know the name.  I was saying the very

25   end.  But if you think about it it's not

Page 112

1                    ANTOINE TAYLOR
2      the end.  It's the beginning.  Because it
3      takes you to West Graham.  When I had
4      shot over off of South Franklin I had
5      went straight up.
6           Q.    Okay.
7           A.    I made a right at the end of
8      the block when you can't go straight no
9      more.  I made the right.  After that I
10     didn't see any cars no more.
11          Q.    So after you shot through South
12     Franklin as you said it?
13          A.    Yes.
14          Q.    You didn't see any cars again
15     that were behind you?
16          A.    No.  After I made the right
17     onto Baldwin Road.
18          Q.    So before you made that right
19     onto Baldwin Road you could see cars
20     behind you?
21          A.    Yes.
22          Q.    After you shot through South
23     Franklin but before you made the right
24     onto Baldwin you saw cars, correct?
25          A.    Yes.

Page 113

ANTOINE TAYLOR

1

2    Q.    Did any of those cars have

3  emergency lights which would indicate

4  that they were police officers or sirens

5  going?

6    A.    The siren part I cannot answer.

7  Because I already had -- I was way before

8  the car.

9    Q.    I understand.

10    A.    Sirens, that's noise.  There is

11  a possibility that there could have been

12  a light car, a car with a light on there.

13    Q.    Do you remember if there were

14  or you do not remember?

15    A.    There's a possibility that

16  there could have been a car.

17    Q.    That's not an answer.

18          As you sit here today --

19          MR. BURKE:  It's possible there

20  could have been flashing lights?

21          THE WITNESS:  Right.

22          MR. BURKE:  But he's just

23  asking you your memory of that day.  Do

24  you know if there was flashing lights

25  behind you after you shot over South

Page 114

```
 1              ANTOINE TAYLOR
 2  Franklin and you were heading to Baldwin?
 3          THE WITNESS:  Yes, there could
 4  have been, there could have been a car
 5  with flashing lights.
 6      Q.   It's not a could have been.
 7      A.   I said yes already.  What are
 8  you looking for?
 9      Q.    I don't want you to condition
10  your answer, was there, yes or no, it's a
11  yes or no question, yes or no?
12          MR. BURKE:  Answer either yes
13  or no or you don't know if there were
14  flashing lights behind you.
15      A.   Yes.
16      Q.   How many cars had flashing
17  lights if you recall?  If you don't
18  recall then --
19      A.   I don't recall.
20      Q.   You do not recall?
21      A.   No.
22      Q.   So at least one car had
23  flashing lights?
24      A.   Yes.
25      Q.   And you made a right on Baldwin
```

Page 115

1                   ANTOINE TAYLOR
2  Road was it?
3        A.    Yes.
4        Q.    How fast were you traveling
5  after shooting through South Franklin but
6  before making a right on Baldwin?
7        A.    Over the speed limit.
8        Q.    What is the speed limit, do you
9  know?  I don't know as I sit here.  Do
10  you know?
11        A.    What is it 55, 50, what?
12              MR. BURKE:  You were on a
13  regular street, right, not the highway?
14              THE WITNESS:  Yes.
15        Q.    Were you traveling over 55
16  miles per hour?
17        A.    Absolutely.
18        Q.    And you made a right on
19  Baldwin?
20        A.    Yes.
21        Q.    How long were you on Baldwin
22  for?
23        A.    Baldwin Road?
24        Q.    Yes.
25        A.    Until the destination that I

Page 116

1                    ANTOINE TAYLOR

2    went to.

3             MR. BURKE:   Until you came to a

4    stop.

5        Q.    You were driving on Baldwin

6    Road after making a right onto it,

7    correct?

8        A.    Yes.

9        Q.    Did you come to a stop at any

10   point?

11       A.    Yes.

12       Q.    How was it that you came to a

13   stop?

14       A.    I purposely did a 360 and hit a

15   curb.

16       Q.    Why did you do this purposely?

17       A.    I was becoming dizzy, nauseous

18   and I did not want to hit any

19   pedestrians, anybody that didn't have

20   nothing to do with nothing.

21       Q.    And this happened on Baldwin

22   Road?

23       A.    The corner of Downs Avenue and

24   Baldwin Road.

25       Q.    You said you deliberately came

Page 117

```
 1                  ANTOINE TAYLOR
 2   to a stop, correct?
 3        A.    Yes.
 4        Q.    How long were you traveling
 5   from the time you made a right onto
 6   Baldwin Road until you stopped?
 7        A.    How long was I traveling?
 8        Q.    Exactly.
 9        A.    It's not that long.
10        Q.    How long?
11        A.    I don't know.
12             MR. BURKE:  Is there some way
13   you can tell him in terms of blocks?
14             THE WITNESS:  No.  I don't
15   know.
16             MR. BURKE:  Okay.  I'm just
17   asking.  If you don't know you don't
18   know.
19             THE WITNESS:  I'm not going to
20   give answers I don't know the answers to.
21   Because that makes no sense.
22        Q.    Was it less than five minutes
23   or more than five minutes?
24        A.    At the speed I was going it had
25   to be less than five minutes.
```

Page 118

ANTOINE TAYLOR

1

2      Q.     How fast were you going during
3  this time?
4      A.     The speed limit on highways is
5  55.  I was doing 55 or more.
6      Q.     How fast at your faster would
7  you say you were going?
8      A.     Approximately 55 miles.
9      Q.     That was your fastest, you just
10  said 55 miles per hour or more?
11      A.     Right.
12      Q.     Was it more or no?
13           MR. BURKE:  If you know.
14      A.     Listen, it could have been 55
15  or more.
16      Q.     Well, was it more or not, do
17  you recall?  If you don't recall then say
18  I do not recall.
19      A.      I don't recall.
20      Q.     And then when you came to a
21  stop you came to a stop on Baldwin and
22  Downs, correct?
23      A.     Yes.
24      Q.     Can you tell me again why it is
25  you came to stop?

1              ANTOINE TAYLOR

2      A.     Because I was getting dizzy, I

3  was losing too much blood and I did not

4  want to hit any pedestrians, anybody that

5  did not have nothing to do with anything.

6      Q.     Before you came to a stop there

7  did you see any cars behind you?

8              MR. BURKE:   On Baldwin Road

9  itself?

10             MR. LASERNA:   Yes.

11     A.     Baldwin Road is a busy road.

12  There's always cars on Baldwin Road.

13  Yes, I saw cars.

14     Q.     Did you see any police cars?

15     A.     No.

16     Q.     You did not see any police

17  cars?

18     A.     No.

19     Q.     And I know you said this

20  already, but can you tell me one more

21  time how it is you came to a stop at

22  Baldwin and Downs, Baldwin Road and Downs

23  Avenue as you say?

24     A.     Start from the beginning again?

25     Q.     You told me earlier how you

Page 120

                    ANTOINE TAYLOR

1

2    came to a stop at that intersection?

3         A.    Absolutely.

4         Q.    Can you tell me one more time

5    how it is you came to a stop?

6         A.    I purposely did a 360 and hit

7    the curb.

8         Q.    You hit the curb?

9         A.    Yes.

10        Q.    Was there any damage done to

11   your car, the car you were driving that

12   is?

13        A.    No.  What they put in the

14   reports is incorrect.  I did not hit a

15   tree and there was no major damage done

16   to the car.  Only the tire.

17        Q.    So there was no damage done to

18   the car except to the tire?

19        A.    I didn't say there was no

20   damage done.  I said there was no major

21   damage done.

22        Q.    So what damage was done to the

23   car?

24        A.    Probably a axle from the tire.

25   Nothing as far as this front end damage

1                ANTOINE TAYLOR

2    head on into a tree thing.  That's not

3    correct.

4        Q.    I don't know what you're

5    referring to.  And, you know, I'm just

6    asking right now, when you came to a stop

7    you said you hit the curb, correct?

8        A.       Absolutely.

9        Q.    Do you know what damage was

10   done to the car as a result of that?

11            MR. BURKE:  I think he already

12   said the tire and maybe the axle.

13       Q.    Was there anything besides the

14   tire and the axle that was damaged?

15       A.    As far as what?

16            MR. BURKE:  The car.

17       A.    Hold on.  As far as the result

18   of my driving or as far as the result of

19   the car being shot up, which one?

20       Q.    As a result of you hitting the

21   curb was there any damage done to the car

22   besides the tire and the axle?

23       A.    Probably the tire, the axle.

24   That's it.

25       Q.    What happened to the tire?

Page 122

1                    ANTOINE TAYLOR

2      A.      It probably came flat.

3      Q.      Did it come off the car?

4      A.      Absolutely not.

5      Q.      What happened to the axle?

6      A.       It probably ended up loose

7  which would allowed the tire or the car

8  to shake when it drives.

9      Q.      What happened after you hit the

10 curb?

11     A.      I then opened up the door and

12 tried to run to my destination which was

13 407 Baldwin Road.

14     Q.      Why were you trying to run

15 there?

16     A.      Because I didn't want to die on

17 no street corner.  And I have no idea why

18 I was shot.  So I wanted my family to

19 know.

20     Q.      You said earlier that after

21 crossing over South Franklin before

22 turning right you did see cars with

23 emergency lights flashing, correct?

24          MR. BURKE:  I think he said one

25 car.

Page 123

1                    ANTOINE TAYLOR

2         A.      No, not correct.  That's not

3    correct.  I didn't say that.  And he just

4    clarified that for you.

5         Q.      I understand.

6                 So you saw one car with

7    emergency lights that were flashing

8    before you turned right on Baldwin Road,

9    correct?

10        A.      Yes.  Now that I'm thinking

11   about it, yes, it was an unmarked vehicle

12   with a flashing light on it.

13        Q.      What kind of vehicle was it?

14        A.      An unmarked vehicle.

15        Q.      Was it an SUV, was it a

16   passenger car?

17        A.      Could have been a car,

18   passenger car.

19        Q.      Do you know what color it was?

20        A.      No.

21        Q.      What did you think it was at

22   the time?

23        A.      I didn't really give it too

24   much thought, sir.  So I didn't think

25   about what it was.

Page 124

1              ANTOINE TAYLOR

2        Q.      Did it cross your mind that it

3    might have been a police officer?

4        A.      Is he going to be able to help

5    me.  I'm shot.

6        Q.      That's not what I asked you.

7        A.      Did it cross my mind?  I'm shot

8    and a lot of thoughts crossed my mind.

9        Q.      Well, did you think at the time

10   that it might have been a police officer?

11       A.      No.

12       Q.      You did not think it was a

13   police officer?

14       A.      No.

15       Q.      What did you think it might

16   have been, somebody who had flashing

17   lights on their car?

18       A.      I didn't really give it any

19   thought, sir.

20       Q.      So you hit the curb at Baldwin

21   Road and Downs Avenue, correct?

22       A.      Absolutely.

23       Q.      And you got out of your car and

24   ran away from it, correct?

25       A.      Yes.

Page 125

ANTOINE TAYLOR

1
2     Q.     Now, at this time was there any

3  physical damage to you besides the bullet

4  wound?

5     A.     No.

6     Q.     No?  You weren't physically

7  injured during your drive from 152 West

8  Graham to Baldwin Road and Downs Avenue

9  besides being shot, correct?

10     A.     Correct.

11     Q.     Where did you run to after you

12  got out of your car?

13     A.     I believe the location is right

14  by my house on Downs.  It was in the

15  back.  I didn't get far.  Because I was

16  losing too blood.  I didn't get far.

17     Q.     How far did you get away from

18  the car would you say, ten feet, 20 feet?

19     A.     From the location where the car

20  was to the back of that yard.  I don't

21  know.

22          MR. BURKE:  Is that like one

23  house away or two houses away from the

24  car, do you know at all?  If you don't

25  know it's okay.

Page 126

1              ANTOINE TAYLOR

2         THE WITNESS:  It was one house.

3     Q.    Is was one house away from the

4  location of the car?

5     A.    Directly where the car was at,

6  that house, in back of it.

7     Q.    Did you hear any voices while

8  you were running?

9     A.    No.

10    Q.    You didn't hear anybody yelling

11  at you or anything?

12    A.    No.

13    Q.    Did you hear any sirens?

14        MR. BURKE:  You mean while he

15  was running?

16    Q.    While you were running?

17    A.    No.

18    Q.    Did you see any flashing lights

19  while you were running?

20    A.    Yes.

21    Q.    You saw flashing lights while

22  you were running?

23    A.    Yes.

24    Q.    At what point while you were

25  running did you see flashing lights, was

Page 127

1                ANTOINE TAYLOR

2   it before you got out of your car or

3   after you got out of your car that you

4   saw flashing lights?

5        A.    After.

6             MR. BURKE:   It had to be after.

7             MR. LASERNA:   I apologize.

8   Yes.

9        Q.    So after you got out of your

10  car you saw flashing lights?

11       A.    Yes.

12       Q.    How long were you running

13  before you stopped?

14       A.    Not long.  I believe you just

15  asked me that question.

16       Q.    What caused you to stop

17  running?

18       A.    Losing too much blood and I

19  couldn't bear the pain no more.  The

20  bullet was taking its toll.

21       Q.    So what happened?

22       A.    I didn't completely collapse.

23  But I couldn't do it no more.  I couldn't

24  run no more.  I was safer where I was at.

25  That's what I felt in my mind.

Page 128

1                    ANTOINE TAYLOR

2        Q.     So you stopped running?

3        A.     Yes.

4        Q.     And you were in somebody's

5   backyard when you stopped running?

6        A.     Yes.

7        Q.     Do you know who's backyard you

8   were in?

9        A.     The neighbor.

10       Q.     Do you know their name?

11       A.     No.

12       Q.     They were your neighbor?

13       A.     Technically Christine's

14  neighbors.

15       Q.     Thank you.

16              And did you interact with

17  anybody after you stopped running?

18       A.     Yes.  There was -- after I

19  stopped running?  Yes.  There were some

20  interaction going on in the back.

21       Q.     With who?

22       A.     By that time these gentlemen

23  identified themselves as police.

24       Q.     How did they identify as

25  police?

Page 129

ANTOINE TAYLOR

1

2     A.     By saying that they are police.

3     Q.     When did they say they were

4  police?

5     A.     When I was in almost

6  unconscious in the backyard of Downs

7  Avenue.

8     Q.     Had you already stopped running

9  by the time that they identified

10 themselves?

11    A.     I was already on the ground,

12 couldn't move no more.  And one of them

13 ran over to me and kicked me real hard in

14 the face.

15    Q.     How did they identify

16 themselves as police?

17    A.     By saying they were police.

18    Q.     What did they say exactly?

19    A.     Freeze, police.

20    Q.     They said freeze, police?

21    A.     Yes.

22    Q.     Did they say anything else?

23    A.     No.

24    Q.     How many of them were yelling

25 at you?

Page 130

1                   ANTOINE TAYLOR

2       A.      Say that again.

3               MR. LASERNA:  I apologize.  I

4   withdrawn that.

5       Q.      How many of them were saying

6   freeze police?

7       A.      I was not all the way there.

8   As far as, you know, sitting there like

9   -- when you're shot things become, like,

10  you may see more than you think you see

11  and all of this like.  So I don't have

12  the answer for that question.  But it was

13  more than one.

14      Q.      Do you know what they looked

15  like?

16      A.      No.

17      Q.      Were they Caucasian?

18      A.      Yes.

19      Q.      So what did they do after they

20  said freeze, police?

21      A.      I told you, a few them kicked

22  me and then that's all I remember.

23      Q.      More than one of them kicked

24  you?

25      A.      I had more kicks at one time

ANTOINE TAYLOR

1
2      than -- it couldn't have been one person.
3      One person can only kick one foot at a
4      time.  And that's all I remember.  I was
5      out for the rest.
6          Q.     You weren't resisting at all?
7          A.     If you want to consider running
8      and driving erratically to get away from
9      being dead resisting, yes, I did that.
10         Q.     Did you say anything before
11     these officers kicked you?
12         A.     No.
13         Q.     You didn't say anything to
14     them?
15         A.     Say anything like what, what is
16     there to say?  No.
17         Q.     I'm asking you.
18              MR. BURKE:  Just yes or no.  He
19     said no.
20              THE WITNESS:  I said no.  But
21     this is why I start to ask him the
22     question because when I answer it he acts
23     like it's not good enough for him.  I
24     said no.
25              MR. BURKE:  Just take it one

Page 132

1                ANTOINE TAYLOR

2   question at a time.

3          THE WITNESS:  You have to

4   understand, like, this is not easy.

5          MR. BURKE:  No, no one said

6   it's easy.

7          THE WITNESS:  Of course, I'm a

8   human I'm going to come with emotion.   I

9   was shot.  I'm not the victim.  But it

10  wasn't right what happened.

11         MR. BURKE:  We understand.

12  Please wait for the next question.

13     Q.    So these people were kicking

14  you, at any point did they put handcuffs

15  on you?

16     A.    After the kick I don't recall

17  anything else after that.  That was that.

18  That was that.

19     Q.    Are you saying you passed out?

20     A.    Absolutely.

21     Q.    So you were unconscious?

22     A.    Yes.

23     Q.    When is the next time you

24  regained consciousness?

25     A.    I don't know the answer to

Page 133

```
 1              ANTOINE TAYLOR
 2   that.  Because I don't recall.
 3       Q.    Well, do you recall being awake
 4   some time after that?
 5       A.    Awake where?
 6       Q.    Anywhere.
 7       A.    No.
 8       Q.    You're awake right now.
 9             MR. BURKE:  Why don't you ask
10   him where he was when he woke up.
11       Q.    Where were you when you first
12   woke up?
13       A.    Consciously aware of where I
14   was at?
15       Q.    Yes.
16       A.    On the visit in the prison
17   ward.
18       Q.    Could you tell me what that
19   means, on the visit in the prison ward?
20       A.    A family member came to see me
21   while I was in the prison ward which is a
22   part of the jail in the hospital and they
23   allowed me to know what transpired.
24   That's when I was awoke and I can
25   remember.
```

Page 134

1           ANTOINE TAYLOR

2      Q.      Do you know who it was that

3  came to see you?

4      A.      Cheryl Similien.

5      Q.      Do you know when it was she

6  came to see you?

7      A.      No.   No.

8      Q.      When you say the prison ward

9  that was part of the hospital for the

10 jail; is that correct?

11     A.      Yes.

12     Q.      Are you referring to the Nassau

13 Correctional Center as the jail?

14     A.      Yes.

15     Q.      And the hospital are you

16 referring to Nassau --

17     A.      NUMC.

18     Q.      Nassau University Medical

19 Center?

20     A.      Yes.

21     Q.      And you don't recall which date

22 it was that Cheryl Similien came to visit

23 you?

24     A.      No.

25     Q.      Do you have any sense of

Page 135

ANTOINE TAYLOR

1
2    whether it was hours after this shooting
3    or days or weeks or what period of time
4    that Cheryl Similien came to visit you?
5        A.     It could not have been hours.
6    So it had to be days.
7        Q.     Would you say it was less than
8    weeks, less than a week?
9        A.     I would have to say more than a
10   week.
11       Q.     More than a week, so it was a
12   matter of a week or more that she came to
13   visit you?
14       A.     Yes.
15       Q.     So it was a week or more, just
16   to be clear, after you were shot that she
17   came to visit you?
18       A.     Yes.
19       Q.     So you passed out after these
20   individuals were kicking you in the
21   backyard of Downs that you were speaking
22   about earlier, correct?
23       A.     Correct.
24       Q.     And do you recall anything
25   after that but before Cheryl Similien

Page 136

1          ANTOINE TAYLOR

2   visited you?

3       A.    No.

4       Q.    No?

5       A.    I'm being honest with you.

6       Q.    I understand.  I understand

7   that you're sworn under oath and I

8   wouldn't suggest that you would give a

9   dishonest answer.

10          Before these individuals were

11   kicking you you said earlier that you

12   didn't say anything to them, correct?

13          MR. BURKE:  That's what he

14   said.

15       A.    I didn't say anything.

16       Q.    Well, you didn't tell them that

17   you had been shot?

18       A.    It was evident to anyone that

19   I'd been shot.

20       Q.    But you didn't tell them that

21   you had been shot?

22       A.    Sir, where did all this blood

23   come from?

24       Q.    I'm just asking what you said.

25   Did you say that you had been shot?

Page 137

1                    ANTOINE TAYLOR

2        A.     No.   But I did mention that I

3    was in pain now that you said that.

4    After they kicked me I said that.   That

5    was that.   And then I don't remember

6    anything else.

7        Q.     Can you tell me exactly what

8    you said?

9        A.     I'm in pain.

10       Q.     That was before or after they

11   were kicking you?

12       A.     That was during.

13       Q.     Do you know if that caused them

14   to stop or no?

15       A.     It stopped.   It stopped.

16       Q.     It stopped?

17       A.     Meaning they stopped.   And then

18   that was it.

19       Q.     And you passed out after that?

20       A.     Yes.

21       Q.     Do you know if anybody called

22   for an ambulance?

23       A.     Well, to be honest with you,

24   and this just only through what I read,

25   as far as my paperwork goes, the

Page 138

1              ANTOINE TAYLOR
2    detective said, no, none of them called
3    the ambulance.  Detective James
4    Sereghino.  And this is only because I
5    got transcripts that I've read.
6        Q.    What transcripts are you
7    referring to?
8        A.    Court transcripts.
9        Q.    From a criminal proceeding?
10       A.    Yes.
11       Q.    Which criminal proceeding?
12       A.    When I was going to court and I
13   got sentenced.
14       Q.    Who provided you with these
15   transcripts?
16       A.    Who provided me with the
17   transcript?
18       Q.    Yes.
19       A.    They're not transcripts.  It's
20   asking what happened during a pretrial
21   hearing.
22       Q.    I think you referred to
23   transcripts if I'm not mistaken?
24       A.    Yes.  But it happened during
25   the pretrial hearing when James Sereghino

Page 139

1        ANTOINE TAYLOR

2   had to come and give his side of the

3   version.  He said it during court.  I

4   didn't mean transcript.  But he said it

5   during court.

6        Q.    So did you review transcripts

7   from your criminal proceeding or no?

8        A.    I don't have possession of

9   them.  Because they won't turn them over

10  to me as of yet.

11       Q.    What I'm asking is, have you

12  ever reviewed transcripts whether you're

13  in possession of them now or not, have

14  you ever reviewed them before?

15       A.    Anything pertaining to this

16  case?

17       Q.    To the criminal proceeding

18  before this civil litigation.

19       A.    I've read across some

20  transcripts mentioned that my lawyer

21  brought me.  Not him.  But my criminal

22  proceeding lawyer at one time.  But I was

23  not allowed to keep them.

24       Q.    Do you know the name of you

25  criminal proceeding attorney as you

Page 140

ANTOINE TAYLOR

1
2     referred to him?

3         A.     Do I have to mention his name?

4         Q.     Yes.

5         A.     Christopher Devane.

6         Q.     You mentioned a Detective James

7     Sereghino is it?

8         A.     Sereghino.

9         Q.     Have you ever spoken with him

10    before outside of a court proceeding?

11        A.     No.

12        Q.     You never spoken with him

13    outside of a court proceeding?

14        A.     No.  I was about to say, the

15    only time I spoke with him is when he

16    came to the district court in Hempstead

17    to take me to Mineola.  That's the only

18    time I spoke to him.

19        Q.     When was that?

20        A.     November 25, 2010.

21        Q.     So the first time you spoke

22    with Detective Sereghino was November 25,

23    2010?

24        A.     Yes.  That I actually spoke to

25    him, yes.

Page 141

1                    ANTOINE TAYLOR

2        Q.      He never came to visit you at

3    Nassau University Medical Center?

4        A.      I was in a coma.

5        Q.      Well, you weren't in a coma the

6    entire time you were there?

7        A.      Might as well say majority.

8        Q.      That's not what I asked.

9                 Were you in a coma the entire

10   time you were there?

11       A.      No.

12       Q.      No, you weren't?

13       A.      No.

14       Q.      So while you were conscious did

15   he ever come to visit you?

16       A.      I don't recall ever being

17   conscious inside the ICU or in the coma.

18   But I was conscious enough to know that I

19   got a visit from Cheryl Similien on a

20   particular day.  That's it.

21       Q.      So were you conscious enough to

22   know that Detective Sereghino came to

23   visit you on a particular day at any time

24   while you were at the hospital?

25       A.      No.  I don't recall him ever

Page 142

1                    ANTOINE TAYLOR
2    coming to visit me while I was in Nassau
3    University Medical Center.
4         Q.     When did you leave the Nassau
5    University Medical Center?
6         A.     What do you mean?
7         Q.     Well, you went there after you
8    had been shot, correct?
9         A.     Yes.
10        Q.     How long did you stay there
11   for?
12        A.     I don't know the approximate
13   date and time.  I don't know that answer.
14        Q.     Do you know what year it was?
15        A.     2009 I believe.
16        Q.     So it was before 2010 that you
17   left the hospital, correct?
18        A.     Yes, correct.
19        Q.     Do you have any sense of what
20   month it was?
21        A.     When I left?
22        Q.     The hospital, correct.
23        A.     Maybe November.
24        Q.     So you left NUMC, Nassau
25   University Medical Center, some time

Page 143

ANTOINE TAYLOR

1
2  around November of 2009, correct?

3      A.    Correct.

4      Q.    Where did you go?

5      A.    Nassau Correctional Center.

6      Q.    Do you know why it is that you

7  went there?

8      A.    Yes.  They said for attempted

9  murder on a police officer.

10     Q.    For any other reason?

11     A.    Reckless endangerment.

12     Q.    Just so we're clear, you don't

13  recall speaking with Detective Sereghino

14  on October 2, 2009?

15     A.    That's correct I do not recall.

16     Q.    And you never signed a

17  statement that he gave you on October 2,

18  2009 to the best of your recollection?

19     A.    To the best of my recollection

20  I don't recall signing any statement that

21  he gave me.

22     Q.    At some point did you learn

23  that the people in the two SUVs that we

24  discussed earlier that those people in

25  those SUVs were police officers?

Page 144

1                    ANTOINE TAYLOR

2        A.      Yes.   I learned when they came

3    in the back of Downs yard.

4        Q.      What caused you to learn that?

5        A.      They said freeze, police.

6        Q.      But why did you know that the

7    people in the SUVs were police officers

8    as a result?

9        A.      Well, precisely not the people

10   in the SUVs.  But they said they were

11   police when they got back, in the back of

12   Downs yard.

13       Q.      Besides them telling you

14   freeze, police when you were in the

15   backyard on September 26, 2009, the

16   backyard of Downs Avenue, did anybody

17   ever inform you that those people were

18   police officers?

19       A.      Those people who?

20       Q.      The people that were in two

21   SUVs?

22       A.      No.   Nobody informed me that

23   those people in the SUVs were police

24   officers.

25       Q.      So besides what happened on

Page 145

ANTOINE TAYLOR

1

2   September 26, 2009 nothing has caused you

3   to learn that those were police officers

4   in those two SUVs?

5        A.    That's not correct.

6        Q.    Tell me then, just tell me.

7        A.    I learned in court.

8        Q.    How was it that you learned in

9   court, did the judge tell you, the

10  prosecutor, your defense attorney, who

11  told you?

12       A.    James Sereghino.  I told you

13  that he got on the stand and he had to

14  come and give his version of what

15  happened.

16       Q.    What day was that on?

17       A.    It's 2010 some time.  I don't

18  know the date.

19       Q.    What was the nature of the

20  proceeding?

21       A.    Pretrial hearing.

22       Q.    For what?

23       A.    Well, later on because you

24  asked me what was I taken to Nassau

25  County for.  If you notice that I never

Page 146

ANTOINE TAYLOR

1
2  mentioned anything about manslaughter,
3  about them charges.  Later on while being
4  already in Nassau County I was charged
5  with a murder.  And this is where
6  Sereghino comes into play.  Because he's
7  the leading detective in this homicide
8  case which I was not originally arrested
9  for.
10      Q.    What were you originally arrest
11  for?
12      A.    Reckless endangerment and
13  attempted murder.  But that's why --
14  that's not why, you know, he said during
15  the proceedings that these two gentlemen
16  in the SUV were either pulling me over or
17  looking for me he said because of parole
18  violation.
19      Q.    Do you know if you were in
20  violation of your parole?
21      A.    Yes, I was.
22      Q.    And what were you in violation
23  of your parole?
24      A.    I didn't report.
25      Q.    How often did you not report?

Page 147

1               ANTOINE TAYLOR

2       A.    I only missed one report day.

3   I just didn't go.

4       Q.    What was the date that you

5   missed?

6       A.    Somewhere in the summertime of

7   '09.

8       Q.    Why didn't you report?

9       A.    Why didn't I report?

10  Complications with my patrol officer.

11      Q.    What were the complications?

12      A.    Patrol officer was just -- he

13  was just not listening to nothing I had

14  to say or whatever.  He already allowed

15  me to know that if anything transpired

16  that he would arrest me.  So I just did

17  not go in.

18      Q.    What was your parole officer's

19  name?

20      A.    Richard Frazza.

21      Q.    Could you spell that?

22      A.    R-I-C-H-A-R-D, F-R-A-S-S-A, or,

23  Z-Z-A either one of them?

24      Q.    So it was some time in the

25  summer of 2009 that you missed a patrol

Page 148

```
 1                    ANTOINE TAYLOR
 2    appointment with your patrol officer?
 3         A.    Yes.
 4         Q.    And that puts you in violation
 5    of your patrol, correct?
 6         A.    Yes.
 7         Q.    Did anybody from parole contact
 8    you after you missed your appointment?
 9         A.    There was no way of contacting
10    me.
11              MR. BURKE:   Just yes or no.
12         A.    No.
13         Q.    No?
14         A.    They make visits to the area
15    that you're paroled to.
16         Q.    Did anybody make visits to the
17    best of your knowledge?
18         A.    Yes.
19         Q.    Did they interact with you?
20         A.    No.
21         Q.    Why is that, is it because you
22    missed them or you were avoiding them?
23         A.    I was avoiding them.
24         Q.    Why?
25         A.    Because they were coming to
```

Page 149

1                  ANTOINE TAYLOR

2  arrest me and I knew that.

3       Q.    Why did you know that?

4       A.    Because I didn't report.

5       Q.    Do you know and did you know

6  back then you could be arrested for

7  violating your parole?

8       A.    Yes.

9       Q.    How did you come to know that?

10      A.    When you are paroled before you

11 are paroled it's a part of the agreement.

12      Q.    What is part of the agreement,

13 that if you violate parole you're subject

14 to arrest?

15      A.    Yes.

16      Q.    Is there a reason that you

17 didn't turn yourself in to clear it up?

18           MR. BURKE:   I think that was

19 asked and answered.   He said the patrol

20 officer wasn't listening to him and

21 whatnot.

22      Q.    Did you ever speak to a lawyer

23 about this?

24      A.    Yes.   And once my lawyer was

25 going to direct me to turn myself in I

Page 150

ANTOINE TAYLOR

1

2  was going to.

3       Q.      When was that?

4       A.      I spoke to a lawyer some time

5  in the summertime of '09?

6       Q.      What was the lawyer's name?

7       A.      I believe it was -- he's

8  located in Mineola.  Oh, man, what's his

9  name?  I need one second just to think

10  about this guy's name.  Eleven hundred

11  building.  What is his name?  Alan

12  Schwartz I believe.  Schwartz, yes.

13  Schwartz, Alan Schwartz.

14       Q.      You don't recall the date that

15  you spoke with him?

16       A.      No.  I just recall the year.

17  That's it.  And what season it was.

18       Q.      So some time during the summer

19  of 2009 he directly advised you to report

20  to patrol to turn yourself in rather?

21       A.      Who, the lawyers?

22       Q.      Yes, Mr. Alan Schwartz.

23       A.      Yes.

24       Q.      And why did you not follow his

25  advice?

Page 151

ANTOINE TAYLOR

1

2      A.     I don't know.

3      Q.     You never did turn yourself

4   into parole, correct?

5      A.     No.

6      Q.     And as you sit here today you

7   don't recall why it is you never turned

8   yourself into patrol?

9      A.     No.   But I made several

10  complaints to the supervisors of patrol.

11  And all they was concerned with,

12  everybody just went around, you know,

13  just whatever the patrol officer said

14  that's what it was.   And I just basically

15  got tired of that, so.

16     Q.     Can you speak a little bit more

17  about the interaction you had with

18  Officer Frazza, when did you first go

19  into parole?

20     A.     February 2008.

21     Q.     Was he your patrol officer

22  right at the beginning right at February

23  2008?

24     A.     He wasn't there my very first

25  report.   But, yes, he was my first

Page 152

ANTOINE TAYLOR

2  officer.

3      Q.     When you're paroled do you have

4  a parole officer as well as a parole

5  counselor if you're aware?

6      A.     No.   You just have a parole

7  officer.

8      Q.     Did you get along with Officer

9  Frazza?

10         MR. BURKE:   Just note my

11  objection.   I mean, we're just here on a

12  case that's claiming excessive force

13  against the Nassau County Police

14  Department.   We're not making any claims

15  regarding Patrol Officer Frazza or making

16  any claims regarding Antoine Taylor's

17  interaction with that office.

18         THE WITNESS:   So you don't see

19  how it's relevant.

20         MR. BURKE:   So I don't see what

21  it has to do with claims we're making.

22         MR. LASERNA:   Do you want to

23  save this line of questioning and we'll

24  call the judge later or do you want me to

25  get into it?

```
 1              ANTOINE TAYLOR
 2         I mean, I can tell you why I
 3    feel it's relevant if you'd like.
 4         MR. BURKE:  You can tell me
 5    why.  I'm just saying that we're just
 6    here based on the incident of September
 7    26, 2009 that being the shooting that
 8    took place between the Nassau County
 9    Police Department and Antoine Taylor and
10    just the very facts of whatever happened
11    there on West Graham and Rose Street, not
12    any prior dealings with parole officer or
13    whether or not these two get along or
14    anything to that effect.  So I just don't
15    know where you're going with it or, you
16    know.
17         MR. LASERNA:  It's not
18    something I want to discuss in front of
19    Mr. Taylor.  If you want I can end this
20    line of questioning and call the judge at
21    the end if you'd like.
22         MR. BURKE:  I'm just saying he
23    said he --
24         MR. LASERNA:  I mean, I can
25    discuss it afterwards.  It's just
```

Page 154

```
 1              ANTOINE TAYLOR
 2   something --
 3              MR. BURKE:  I can discuss it
 4   with you.  My only concern is he said
 5   he's been on parole and didn't report.
 6   He knew therefore he was subject to
 7   arrest.  I don't know what else could
 8   possibly be asked of him regarding the
 9   claim he's making in this lawsuit.
10              I mean, if you want to talk off
11   the record or outside or whatever I'm
12   okay with that.
13              MR. LASERNA:  Yes.  Let's go
14   off the record and you and I can talk
15   about that.
16              [Discussion held off the
17   record.]
18              (A recess was taken.)
19     Q.    So with regard to Officer
20   Richard Frazza, did you ever interact
21   with him outside of your parole setting?
22     A.    Yes.
23              MR. BURKE:  Let me just note,
24   I'm letting Mr. Taylor answer these
25   questions regarding Parole officer Frazza
```

Page 155

1          ANTOINE TAYLOR

2    as discoveries.  I just want to preserve

3    our objection at the time trial if need

4    be with any question regarding Officer

5    Frazza.

6          MR. LASERNA:  I understand.

7        Q.    When would you interact with

8    Officer Frazza outside of the parole

9    setting?

10       A.    Anytime he would come to my

11   address or one time specifically he

12   wanted me to meet him at a restaurant.

13       Q.    Where was the restaurant?

14       A.    Right next to a program that he

15   had me going to.  A program building on

16   Fulton and Hempstead.

17       Q.    A program?

18       A.    Yes.

19       Q.    What sort of program?

20       A.    I satisfied all my programs in

21   the department of corrections.  Mr.

22   Frazza was still like -- I don't have a

23   drug his -- I don't want to get into

24   this.  I didn't have a drug history or

25   anything.  And he tried to put me in drug

1              ANTOINE TAYLOR

2    programs and I refuted that because I'm

3    not a drug addict or anything.  So it was

4    agreed upon by my then wife, if I ever

5    wanted to patrol and live with her who

6    was Toya Maniscalco that I would have to

7    go to marriage counseling.  And that was

8    what it was all boiled down to after I

9    knew that I didn't have to go to any

10   programs in the streets other than seek

11   employment.  So it was agreed upon by me

12   and him to go to a counsel for marriage.

13        Q.    And did you in fact go to that

14   counsel for marriage?

15        A.    Come to find out, it wasn't

16   even for marriage.  It was for anger.  So

17   it really couldn't do nothing for my

18   marriage.  But I still went there just

19   to, you know, satisfy the parole criteria

20   into work on some things that I needed to

21   work on as far as anger.  Which I already

22   did in the department of corrections.

23        Q.    So was it an anger counselor,

24   if I'm putting words in your mouth just

25   let me know?

ANTOINE TAYLOR

1

2      A.      It wasn't a marriage counselor.

3  He knows nothing about marriage or

4  whatever.   It was more or less like, yes,

5  an anger counselor and a drug counselor.

6  You know, I was tricked.

7      Q.      I understand.

8           When did you start meeting with

9  this person?

10     A.      That also was in the summer of

11 2009.

12     Q.      How many times did you meet

13 with him?

14     A.      The counselor you only have to

15 see him once a week to give urine and to

16 sit down and have a session with him.

17     Q.      What sort of session was it?

18     A.      Haw?

19     Q.      What kind of session was it?

20     A.      He like to get personal.   I

21 don't do that.   I don't really like to

22 get personal with people I don't really

23 understand or know anything about or that

24 I feel cannot relate to me.   He asked all

25 sorts of questions and he basically, the

Page 158

ANTOINE TAYLOR

1

2    lines that he kept it along with him was,

3    where I wanted to be in my future and the

4    things I wanted to do.  As far as

5    personal I never got personal with him.

6         Q.    How many times did you meet

7    with him approximately?

8         A.    I went to this program for

9    approximately six to eight weeks.  You

10   have to see him every week, every

11   Wednesday or so.

12        Q.    So approximately six to eight

13   times you saw him?

14        A.    Yes.

15        Q.    And did you see him even after

16   your patrol violation or no?

17        A.    After the parole violation?

18        Q.    Yes.

19        A.    I've been violated on parole

20   more than once by this same parole

21   officer.  So I would have to say, yes, I

22   did.  Not precisely that parole violation

23   that we was discussing earlier.  But you

24   said after parole violation.  I would

25   say, yes.

Page 159

1          ANTOINE TAYLOR

2      Q.      Were you arrested every time

3  you had a parole violation?

4      A.      Yes, for parole.  Because this

5  is what this particular parole officer

6  was doing.

7      Q.      Did you two have a negative

8  relationship, would you characterize it

9  as that?

10     A.      In the beginning I like, I had

11 it set in my mind that I was going to do

12 the right thing and wasn't nothing going

13 to stop me or whatever.  But later on

14 throughout the course of me doing the

15 right thing I obtained a job, I was

16 working.  This particular parole officer

17 is a little too personal.  He wasn't

18 really doing -- he was going like going

19 the extra mile to do and say certain

20 things that was inappropriate.  And I

21 didn't like that.  And once I brought it

22 to everybody's attention this particular

23 parole officer made his business to still

24 be my parole officer even after three

25 violations.  Which is like basically a

ANTOINE TAYLOR

1
2   conflict of interest.  He still made it
3   his business through his seniority and
4   him having so much time as a parole
5   officer, he still made it his business to
6   be my PO.  So I would say after I saw him
7   and was consciously aware of what he was
8   doing I didn't like him.  Because he was
9   -- it's like -- I mean, this is just my
10  interpretation, that he was deliberately
11  trying to do wrong things to me.  Like,
12  he gave me a parole violation for
13  hearsay.  No proof no nothing.  He said
14  to me, you got one or two choices, either
15  you go to jail or you find a program.
16  Remember I told you, I satisfied my
17  programs.  He couldn't give me no
18  programs.  But he tried to give me an
19  ultimatum, if you want to live with your
20  wife go for marriage counseling.  And
21  sent me to the people who he knows and is
22  good with so basically he can keep a grip
23  on me.  These people -- and I saw that
24  too.  But I still did it.  Because I did
25  really want to go live with my wife and

Page 161

ANTOINE TAYLOR

1

2  make some changes in my life.  So the

3  hearsay violation, I heard you was

4  driving.  And I wasn't even driving at

5  this time.  Well, I'm going to violate

6  you.  I would come and he would put me in

7  handcuffs.  The bottom is, the ultimatum

8  was, I had to go a drug program, a 28 day

9  outpatient drug program.  I don't even

10  use drugs.  I never had a dirty urine.

11  But I'm in a 28 day drug program for a

12  violation that I didn't even commit.

13  That's what the relationship was with me

14  and him.  And of course I became annoyed

15  after going through this so many times.

16  One violation I did really do.  So I'm

17  accepting that.  And the rest was just

18  made up and bogus.

19      Q.    When you say you became

20  annoyed, how did you become annoyed, did

21  you say anything to Officer Frazza?

22      A.    I would never say anything to

23  Officer Frazza that would harm me or harm

24  him.  I would never do that.  Because

25  that's just not smart.  Either you're

Page 162

ANTOINE TAYLOR

1
2  going do something to somebody or you

3  not.  You don't allowed them to know what

4  you going to do to them so that they can

5  be, you know, prepared for you.  So, no.

6  But I know what you getting at.  And I

7  know where that came from.  And that's

8  not true.

9          MR. BURKE:  Why don't you just

10  let him ask the next question.

11      Q.     Did you ever threaten Officer

12  Frazza?

13      A.     Never.

14      Q.     You saw an anger and drug

15  counselor you said even though Officer

16  Frazza told you it was a marriage

17  counselor, correct?

18      A.     Yes.

19      Q.     Do you remember the counselor's

20  name?

21      A.     No.  But I have in like some

22  paperwork or whatever.

23      Q.     So I'll leave a spot for you to

24  fill that in and when you review the

25  transcript if you find the name would you

Page 163

ANTOINE TAYLOR

1
2  just fill that in?

3      A.      No problem.

4  (Insert)

5  _____

6      Q.      Thank you.

7              Have you ever seen counselors

8  before that for any reason for therapy,

9  for drug or marriage counseling, any sort

10  of therapist or counselor, anything along

11  those lines?

12      A.      Throughout my course of being

13  incarcerated, yes.  As far as protocol,

14  yes.

15      Q.      But never outside of what was

16  imposed on you by the criminal justice

17  system?

18      A.      Other than me doing vocational

19  like in society and fulfilling out ends

20  and having a counselor to go to and speak

21  to, yes.

22      Q.      You first went on parole in

23  February of?

24      A.      2008.

25      Q.      Were you incarcerated before

Page 164

1                    ANTOINE TAYLOR
2    that?
3         A.    Yes.
4         Q.    How long were you incarcerated
5    for?
6         A.    Have to be approximately three
7    years.
8         Q.    What were the charges that you
9    were incarcerated for?
10        A.    Sale, controlled substance.
11        Q.    Sale of a controlled substance
12   did you say?
13        A.    Yes.
14        Q.    So you were incarcerated in
15   approximately 2005?
16        A.    2005 to 2008.
17        Q.    Do you know what you were
18   initially charged with when you were
19   arrested for that conviction?
20        A.    Originally charged with?
21        Q.    Yes.
22        A.    Sale I believe.
23        Q.    When were you arrested that
24   lead to that criminal conviction?
25        A.    2005.

ANTOINE TAYLOR

1

2      Q.      Do you know what month?

3      A.      No.  Not precisely, no.

4      Q.      Do you remember if you've ever

5   been arrested before that?

6      A.      Yes.

7      Q.      How many times?

8      A.      Numerous.

9      Q.      Do you have any sense of how

10  many?

11     A.      More than two.

12     Q.      Just bear with me for one

13  moment.

14     A.      No problem.

15     Q.      Do you know if you were

16  arrested on July 25th of 1991?

17     A.      Yes.

18     Q.      Do you know what you were

19  arrested for?

20     A.      I believe it was a robbery.  I

21  believe.

22     Q.      Do you know where the robbery

23  took place that you were arrested for?

24     A.      It was never really a robbery.

25  That's what I ended up getting railroaded

                    ANTOINE TAYLOR

1

2   and copping out to.  So, yes.

3        Q.    Yes, you do know where the

4   robbery was or there was no robbery?  I

5   don't understand.

6        A.    The robbery supposed to have

7   took place in Roosevelt, New York, Long

8   Island.

9        Q.    Were you convicted on any of

10  those charges for your arrest?

11       A.    Yes.

12       Q.    What were you convicted of?

13       A.    It was so long ago I don't

14  recall.

15       Q.    Do you know who arrested you

16  that day?

17       A.    No.

18       Q.    You don't know who arrested

19  you?

20       A.    In 1991?

21       Q.    Yes.

22       A.    No.

23       Q.    Do you recall if it was police

24  officers or anything of that sort?

25       A.    More than likely probably

Page 167

ANTOINE TAYLOR

1
2    detectives.

3        Q.    Were they uniformed detectives

4    or were they wearing suits?

5        A.    Sir, this is 1991 I don't

6    recall two months of anything from 1991.

7    But the arrest.  I know that I've been

8    arrested in 1991.

9        Q.    Were you arrested on October

10   13, 1994?

11       A.    October 13, 1994.  What was the

12   question?

13       Q.    Do you recall being arrested on

14   October 13, 1994?

15       A.    No, I don't recall.

16       Q.    So as you sit here today can

17   you tell me whether you were or were not

18   arrested on October 13, 1994 or you

19   simply don't recall?

20       A.    Simply don't recall.

21       Q.    Do you recall being arrested on

22   February 21, 1996?

23       A.    If you give me like a brief

24   description, yes, I would probably

25   remember.  That probably goes for these.

Page 168

ANTOINE TAYLOR

1

2   If you allow me to have some insight I

3   can tell you.

4      Q.   Do you recall on February 21,

5   1996 being charged with criminal

6   possession of a controlled substance with

7   intent to sell, criminal possession of a

8   weapon in the third degree, criminal

9   possession of a controlled substance and

10   resisting arrest?

11      A.   I don't recall.  But now that

12   you brought it up and if my rap sheet

13   says it I guess it did happen.

14      Q.   Do you believe it happened?

15      A.   Yes.  It's on my rap sheet.

16   That means it's me.

17      Q.   I mean, you're not looking at

18   your rap sheet, are you, as you sit here?

19      A.   No.  But I trust you telling me

20   the truth we on record.

21      Q.   Do you know what the final

22   disposition for those charges were?

23      A.   The final disposition for those

24   charges?

25      Q.   Yes.

Page 169

1                    ANTOINE TAYLOR

2        A.     More than likely jail time.

3        Q.     Did you plead guilty or were

4   you convicted or were the charges

5   dismissed?

6        A.     More than likely I pled guilty.

7        Q.     Do you know what you pled

8   guilty to?

9        A.     For the 1996 charge?

10       Q.     Yes.

11       A.     Probably like a E felony if

12   anything.

13       Q.     Were you incarcerated for that?

14       A.     Yes.

15       Q.     How long were you incarcerated

16   for?

17       A.     No longer than eight months

18   probably.

19       Q.     When you were arrested in

20   February of 1996 do you know who arrested

21   you?

22       A.     No.

23       Q.     Do you recall if it was police

24   officers or police detectives?

25       A.     No.

Page 170

ANTOINE TAYLOR

1

2    Q.    No, you don't recall?

3    A.    It's 17 years ago.

4    Q.    Were you arrested on November

5  19, 1997 and charged with menacing?

6    A.    Yes.

7    Q.    Do you know what the final

8  disposition for that was?

9    A.    I probably pled out, did jail

10  time.

11    Q.    Do you know what you pled to?

12    A.    Misdemeanor.

13    Q.    Do you know how much jail time

14  you did?

15    A.    No more than 90 days.

16    Q.    Do you know who arrested you on

17  November 19, 1997?

18    A.    No.

19    Q.    So you don't recall any of the

20  details from your arrest on November 19,

21  1997?

22    A.    No.

23    Q.    Were you arrested on March 19,

24  1999 and charged with assault in the

25  second degree with intent to cause

Page 171

1                    ANTOINE TAYLOR

2   physical injury to a police officer,

3   firemen or EMT; were you arrested on that

4   date for that charge?

5        A.     I don't recall.

6        Q.     You don't recall?

7        A.     No.

8        Q.     Do you recall being arrested

9   some time during the year 1999?

10       A.     Yes.

11       Q.     Do you recall what you were

12  charged with?

13       A.     No.

14       Q.     Do you recall why you were

15  arrested?

16       A.     Not unless you give me some

17  insight.

18       Q.     Well, do you recall

19  specifically being arrested some time in

20  the spring of 1999?

21       A.     What was the charge, sir?

22       Q.     Assault in the second degree,

23  intent to cause physical injury to a

24  police officer, firemen or an EMT.

25       A.     No, I don't recall.  But if

Page 172

ANTOINE TAYLOR

1
2      it's on my rap sheet then more than

3      likely I pled out to it, misdemeanor.

4          Q.     Do you recall if you pled to

5      reduced charges for assault in the third

6      degree?

7          A.     No, I don't recall.  But if you

8      saying I did it then I did.

9          Q.     If you don't recall that's

10     fine.

11             Do you recall serving a period

12     of incarceration for that charge, for

13     that arrest in the spring of 1999?

14         A.     Yes.

15         Q.     How long?

16         A.     I don't know.  If not a year 90

17     days approximate.

18         Q.     Do you recall being arrested

19     later on that year on June 13, 1999?

20         A.     For what?

21         Q.     Assault in the second degree,

22     injuring a person while confined in a

23     correctional facility?

24         A.     1990 what?  Say the year again.

25         Q.     June 13, 1999?

ANTOINE TAYLOR

1

2      A.      Yes, I recall that incident.

3      Q.      Can you describe that incident?

4      A.      Regular jailhouse assault.   I

5   was in an altercation with another inmate

6   and I guess I got the best end of the

7   stick and the person didn't and I was

8   charged with it.

9      Q.      Who arrested you?

10     A.      I was released from prison and

11  re-arrested again.   I don't recall who.

12  More than likely it was the 1st Precinct

13  in Williston Park.   3rd Precinct

14  Williston Park, Long Island, New York.

15     Q.      Do you recall if it was

16  uniformed police officers or police

17  detectives who came to arrest you?

18     A.      More than likely detectives.

19  Williston Park Precinct.

20     Q.      From the 1st Precinct?

21     A.      3rd.

22     Q.      Do you recall being arrested on

23  February 12th of the year 2000 and

24  charged with robbery in the second

25  degree, assault in the second degree,

Page 174

ANTOINE TAYLOR

1
2    aggravated criminal contempt and assault
3    in the third degree?
4         A.    Do I recall?
5         Q.    Yes, do you recall.
6         A.    I don't.  But if it's on there
7    then I did the time for it.
8         Q.    Well, do you recall being
9    arrested on February 12, 2000?
10        A.    No.
11        Q.    You don't recall being arrested
12   on that day?
13        A.    No.  But if it's on my rap
14   sheet then I pled out to it, so.
15        Q.    Well, I'm just asking if you
16   recall?
17        A.    I don't recall.
18        Q.    Do you recall being arrested on
19   September 6, 2003?
20        A.    Say that again?
21        Q.    Do you recall being arrested on
22   September 6, 2003?
23        A.    Tell me what the charge is,
24   sir.
25        Q.    Well, do you recall the arrest?

ANTOINE TAYLOR

1
2       A.      No.
3       Q.      Do you recall being arrested
4   and charged with aggregated criminal
5   contempt and assault in the third degree
6   and general violation of the executive
7   law?
8       A.      What is the general violation
9   of the executive law?
10      Q.      I don't know, sir.  I don't
11  know.
12      A.      I don't recall.  You said
13  criminal contempt?  That sounds like some
14  kind of violation of an order of
15  protection probably.  So I would just
16  have to say that I don't recall fully.
17  But criminal contempt sounds like a
18  violation of an order of protection.
19      Q.      Do you recall ever being
20  arrested for a violation of an order of
21  protection?
22      A.      Yes.  Numerous times for my
23  ex-wife Toya.
24      Q.      How many times?
25      A.      Probably about three times.

Page 176

ANTOINE TAYLOR

1

2  Q.   Do you recall what years these
3  violations occurred?

4  A.   Not unless you remind, no.  No,
5  I -- one of the years I believe it was
6  '99 if I'm correct.  The last time I
7  believe was in 2000.  The very last time.
8  That's it.

9  Q.   Once time you said was 1999?

10  A.   Yes.

11  Q.   And the last time was in 2000?

12  A.   Yes.

13  Q.   And there's probably only one
14  or two other times besides those two?

15  A.   Right.  There's three
16  violations of an order of protection.
17  That's the total.

18  Q.   Do you know why there was an
19  order of protection against you?

20  A.   Against me and her?  Either I
21  put it on her or she put it on me, my
22  wife.

23  Q.   What was the reason?

24  A.   Or the court just give it to
25  her.

Page 177

ANTOINE TAYLOR

1

2      Q.    For what reason?

3      A.    It was like not a healthy

4  relationship going on, a lot of fighting.

5      Q.    Do you recall being arrested

6  March 24, 2004?

7      A.    March 4, 2004?

8      Q.    No.  I think it's March 24th in

9  the year 2004.

10      A.    No, I don't.  Please remind me.

11      Q.    Do you recall being arrested on

12  March 24, 2004 and being charged with

13  assault in the second degree, aggravated

14  criminal contempt and criminal possession

15  of a weapon?

16      A.    No.

17      Q.    So you don't recall being

18  arrested in 2004?

19      A.    No.

20      Q.    Do you recall being arrested on

21  February 3, 2005?

22      A.    No.  But tell me for what so I

23  can see if I can recall.  February, 3,

24  2005, you said 2005?

25      Q.    Yes.

Page 178

ANTOINE TAYLOR

1

2      A.      2005 what I remember is the

3  sale of a drug, a narcotic.   That's more

4  recent.

5      Q.      Is that what you were charged

6  with or were you convicted of any

7  charges?

8      A.      Convicted of the sale.

9      Q.      Is that the only thing you were

10  convicted of?

11      A.      That I can remember right now,

12  yes.

13      Q.      Do you remember if there were

14  any other charges for that arrest?

15      A.      No.  Do you mined going over it

16  with me?

17      Q.      No.  I mean, it's not that

18  important.  I don't have it directly in

19  front of me actually.

20              You pled guilty to criminal

21  sale of a controlled substance in the

22  fourth degree for that arrest that took

23  place on February 3, 2005?

24      A.      Yes.

25      Q.      Do you know if this is a

```
1                    ANTOINE TAYLOR

2    felony?

3         A.     Yes.

4         Q.     And did you serve a period of

5    incarceration for this conviction?

6         A.     Three to six, yes.

7         Q.     Did that result in your release

8    in February of 2008?

9         A.     Yes.

10        Q.     Do you recall who arrested you

11   on February 3, 2005?

12        A.     I turned myself in.

13        Q.     You turned yourself in?

14        A.     To detectives.

15        Q.     Who were the detectives names?

16        A.     I only know the names that they

17   call them on the street.  I don't even

18   know their government names.  But was

19   like the armory in Hempstead.

20        Q.     Why did you turn yourself in?

21        A.     They kept calling my mother's

22   house lying to my mother telling my

23   mother that they wanted to talk to me

24   about something.  And I know that police

25   don't call people houses saying that they
```

ANTOINE TAYLOR

1
2    want to talk about something.  So to save
3    my mother the aggravation I went down
4    there.  Because I felt that I just
5    probably did something in the past to
6    turn myself in.  That's what I did.
7         Q.    When you say you know that the
8    police don't call people's houses to say
9    they want to talk to people what do you
10   mean by that?
11        A.    That's really unheard of for a
12   police officer to call your house and say
13   that they want an individual to come down
14   who didn't do anything to speak about
15   something.  It's really nothing -- we can
16   speak over the phone if you're not trying
17   to arrest me or anything.  That's
18   basically what I'm saying.  So I knew
19   something wasn't right with that picture.
20   And plus I don't think I was living
21   correctly in society at the time anyway.
22   So I figured that I did something.
23        Q.    Stepping back for a moment.  I
24   may have missed one.
25             Do you recall being arrested

Page 181

ANTOINE TAYLOR

1
2  June 5th of 2004?

3      A.    No.  But tell me so I can see

4  if I can recall.

5      Q.    Do you recall being charged

6  with criminal contempt in the first

7  degree, violation of an order of

8  protection as well as resisting arrest on

9  June 5, 2004?

10     A.    No.  I actually don't recall

11 that.

12     Q.    You don't recall that?

13     A.    No, sir.

14     Q.    Was there any incident in June

15 of 2004 that would have led to a

16 violation of an outstanding order of

17 protection?

18     A.    What is an outstanding order of

19 protection?

20     Q.    Well, was there an order of

21 protection against you in the year 2004?

22     A.    Yes.  I don't think the order

23 of protection between me and my ex-wife

24 had ended until about 2005.

25     Q.    What were the terms of the

1                ANTOINE TAYLOR

2    order of protection?

3         A.    Do not harasses.

4         Q.    Was there an incident that led

5    to you being charged with violation of

6    that order of protection?

7         A.    It could have been.  But I

8    don't recall.  It was always incidents

9    with me and my ex-wife.  It was always.

10   I don't even have to be doing anything,

11   you know, I can get arrested.  Because

12   she's mad I'm not complying.

13        Q.    Do you recall any of the

14   arrests that took place because of an

15   allegation of an violation of your order

16   of protection?

17        A.    Yes.  I named few of them to

18   you.  1999 and 2000 I believe.

19        Q.    Do you recall one in 2004 or

20   no?

21        A.    No.

22        Q.    Those ones in 1999 and 2000

23   were they Nassau County police officers

24   that arrested you?

25        A.    It has to be.  Because I only

1                    ANTOINE TAYLOR

2    lived in Nassau at that time.

3         Q.    Do you know if they were

4    uniformed police officers or detectives?

5         A.    2000 probably detectives.

6         Q.    What about 1999?

7         A.    Uniform probably.  Uniform.

8         Q.    And do you recall being

9    arrested on April 20, 2008?

10        A.    April 20, 2008?  Yes.

11        Q.    Why were you arrested?

12        A.    That was the parole violation I

13   deserved.

14        Q.    What was it?

15        A.    Actually, it wasn't even

16   supposed to be that.  It was the drinking

17   and driving, right?

18        Q.    I'm asking you, is that what

19   you were charged with?

20        A.    Yes.

21        Q.    Do you know if you were charged

22   with driving under the influence or

23   something along those lines?

24        A.    Yes, I was charged with driving

25   under the influence.  But later on I had

Page 184

1              ANTOINE TAYLOR

2    received a letter stating that I was not

3    supposed to get that because I was

4    arrested in my house and not behind the

5    wheel of a car.

6        Q.    So what was the disposition for

7    those charges, were those dismissed?

8        A.    I actually ended doing six

9    months and then got the letter stating

10   that I wasn't supposed to do no time.

11       Q.    So I'm still unclear, were the

12   charges eventually dismissed?

13       A.    No.  I did the time.  I didn't

14   even pursue with dismissing the time.

15   Why pursue dismissing the time when I

16   already did it?  I received the letter

17   after I did six months stating that I was

18   not supposed to do the time.  And I

19   received this letter from the district

20   attorney's office.  It wasn't going to do

21   me no good I did the time already.  I

22   actually never got pulled over in the

23   car.  I got arrested at my house.

24       Q.    But you were driving under the

25   influence?

Page 185

1                    ANTOINE TAYLOR

2        A.    Right.

3        Q.    Who arrested you?

4        A.    Regular police officers.

5        Q.    They came to your house to

6   arrest you?

7        A.    Yes.

8        Q.    Uniformed police officers?

9        A.    Yes.

10        Q.    To your knowledge have you ever

11   had a bench warrant issued for you?

12        A.    Yes.  That happened to me like

13   three or four times.  Coming home from

14   prison or coming home from the county

15   jail.  The warrant will not show up in

16   the county jail's computer.  But it will

17   show up in the cop car.  That's crazy.

18   Something that happened, already happened

19   have not been updated in the computer

20   that I've been arrested for bench

21   warrants for that.  Where I must see the

22   judge.  Cannot get bailed out.  I have to

23   go and see the judge.

24        Q.    Have you ever been arrested

25   outside of New York?

Page 186

1                     ANTOINE TAYLOR

2        A.    No.

3        Q.    Have you ever been convicted of

4    a felony?

5        A.    Yes.  I remember just outside

6    of New York.  We still in New York?

7        Q.    Well, have you ever been

8    convicted of a felony outside of New

9    York?

10       A.    No.

11       Q.    Have you ever been convicted of

12   a felony inside New York?

13       A.    Yes.

14       Q.    What felonies and what years

15   were the convictions?

16       A.    2005, 2000 and, excuse me,

17   2010.

18       Q.    2010, 2005 and year 2000?

19       A.    Yes.

20       Q.    What were the convictions for

21   in 2010?

22       A.    Manslaughter in the first,

23   reckless endangerment in the first.  I

24   don't know the other charges.

25       Q.    You don't know the charges for

Page 187

ANTOINE TAYLOR

1
2   the years 2005 and 2000?
3       A.   Say that again?
4       Q.   You don't know what you were
5   convicted of in the year 2005 and the
6   year 2000?
7       A.   Yes, I know.  I said I don't
8   know the other charges as far as 2010.
9       Q.   I apologize.
10      A.   No problem.
11           2005 was criminal sale.
12      Q.   And the year 2000?
13      A.   Violation of an order of
14  protection, criminal contempt.
15      Q.   That was a felony?
16      A.   Yes.
17      Q.   I want to go back to the 2010
18  convictions.
19           But first, have you ever been
20  arrested by a police officer who was
21  undercover?
22      A.   Yes.
23      Q.   When?
24      A.   I believe one of those times I
25  told you I mentioned the 3rd Precinct

ANTOINE TAYLOR

1

2   incident.  I don't remember the year now

3   that we went through so many other years.

4   Yes, that time.

5       Q.    Approximately how old were you

6   when they happened?

7       A.    Back in like -- well, I believe

8   that was in the '90s.  So I had to be

9   like 21, 22.

10      Q.    Can you describe what happened

11   when you were arrested by an undercover

12   officer?

13      A.    I was handcuffed and hauled off

14   to prison.  That's what happened.

15      Q.    How were you interacting with

16   this person?

17      A.    Interacting with the arresting

18   officer?

19      Q.    Yes.

20      A.    If I'm wrong I'm wrong I'm

21   guilty.  I have to man up to what I did.

22   I have to face my responsible.  But if I

23   didn't do anything I don't see why I

24   should have to go willingly.  That's just

25   how I see things.

ANTOINE TAYLOR

1

2     Q.     I understand.

3            I don't know anything about

4  what happened with this other than --

5     A.     No, you asked me if there was

6  any type of interactions.  Yes.  There

7  was none.  I guess I was wrong.  So I

8  went willingly.  There was no problem.

9     Q.     What was happening, what were

10 you arrested for?

11    A.     Oh, with the -- that's for the

12 in-house assault that I was re-arrested

13 when I went home and I told you that the

14 3rd Precinct, those were the detectives

15 that re-arrested me on the street.

16    Q.     Do you remember what they were

17 wearing?

18    A.     Regular clothes.

19    Q.     Were they wearing suits with a

20 tie and everything?

21    A.     Yes, absolutely, suits.

22    Q.     Other than that were you

23 arrested by anybody that was undercover?

24    A.     Could have.  But I don't recall

25 offhand right now.

1           ANTOINE TAYLOR

2       Q.    Do you recall ever being

3   arrested by someone who was in plain

4   clothes?

5       A.    Well, you consider suit plain

6   clothes?

7       Q.    Yes.

8       A.    Right.  Yes, I just told you

9   about that incident.

10      Q.    Just that one time?

11      A.    That I recall, yes.

12      Q.    Do you recall anything besides

13  that?

14      A.    In 2010.

15      Q.    2010 or 2009?

16      A.    Nine.  Excuse me.  Nine.

17      Q.    Do you recall ever being

18  arrested by a member of the Nassau County

19  Police Department's Bureau of Special

20  Operations?

21      A.    You just discussed that.  2009.

22      Q.    Other than 2009?

23      A.    Absolutely not.

24      Q.    Absolutely not you don't recall

25  or absolutely not you were definitely

ANTOINE TAYLOR

1  
2  never arrested by a member of Bureau of  
3  Special Operations?  
4      A.    Never was arrested by a member  
5  of the Bureau of Special Operations  
6  before other than 2009.  
7      Q.    Earlier you said that you pled  
8  guilty in 2010 to manslaughter in the  
9  first degree and reckless endangerment in  
10  the first degree?  
11      A.    Yes.  
12      Q.    And that conviction was in  
13  December 2010 if I'm correct?  
14      A.    That conviction?  December  
15  2010.  
16      Q.    If I said it was December 8,  
17  2010 would that refresh your  
18  recollection?  
19      A.    I would know a little about it.  
20  It's my life.  Like, it just happens.  I  
21  would know a little about it.  
22      Q.    So was it December 8, 2010?  
23      A.    Approximately.  
24      Q.    What incident or event took  
25  place that caused you to be charged with

Page 192

ANTOINE TAYLOR

1
2    and convicted of manslaughter in the
3    first degree?
4        A.    Well, I don't really like to
5    talk about that.  Because that has
6    nothing to do with this lawsuit.  And in
7    the same token I have an appeal in.  And
8    I don't think I should be talking about
9    that.
10       Q.    Unfortunately you do have to
11   discuss it.
12       A.    Well, what do you want to
13   discuss about that?
14             MR. BURKE:  What's the
15   question?
16             MR. LASERNA:  What were the
17   events or incident that took place that
18   caused you to be charged with
19   manslaughter in the first degree?
20             MR. BURKE:  Just note my
21   objection.
22             THE WITNESS:  I'll talk about
23   it.
24             MR. BURKE:  Just answer his
25   question specifically.

Page 193

1          ANTOINE TAYLOR

2              THE WITNESS:  He asked me what

3     events.

4          A.    2009 somewhere in maybe August,

5     a week after not reporting to parole a

6     friend of mine's was drinking and

7     driving.  I'm at a red light, he speeded

8     up the block, he hit me in the back.

9     Poof.  I get out.  I know the guy.  So

10    I'm mad at him.  So I smack him.  Because

11    I think what he's doing is stupid.  He's

12    right in front of the precinct.  He has a

13    bottle of Hennessy in his hand, a gun in

14    the car and drugs.  I think that's real

15    stupid.  He gets mad.  He cocks the gun

16    back telling me to get in my car.  I tell

17    him, you're going to pay for the damage

18    that he did to my car and that I'm not

19    getting back in my car.  He gets out of

20    the car.  Normally when a person want to

21    cock the gun back that mean they have

22    intent to use it.  I don't like guns.

23    But I think that if a person cock a gun

24    back he going to use it.  He cocked the

25    gun back, we tussled over the gun.  I

Page 194

ANTOINE TAYLOR

1
2  never had control over the gun.  The gun
3  went off.  In the mists of us struggling
4  for the gun it went off and this guy who
5  I considered my friend, he passed away.
6  And I get charged for that only because I
7  chose not to go to the precinct and tell
8  them.  Because I was not willing to do 25
9  years or life for something that I didn't
10  do.  Actually, like, I don't carry guns.
11          MR. BURKE:   I think you
12  answered the question not to cut you off.
13  But you told him the circumstances of
14  what led to the bench order conviction.
15      Q.    You said he hit you in the
16  back, were you in a car when he hit you?
17      A.    Yes.
18      Q.    What was the name of this
19  person?
20      A.    UK Pavi.  It's like a long
21  name, some kind of religious name.  I
22  don't know how to spell the long name.  I
23  just know have to spell Pavi, P-A-V-I.
24      Q.    Hospkins, is that his last
25  name, do you know how to spell that?

Page 195

1                    ANTOINE TAYLOR

2        A.    Yes.

3        Q.    Can you spell it, please.

4        A.    Why?

5        Q.    Just for the record?

6        A.    H-O-S-K-I-N or H-O-S-P-K-I-N-S.

7        Q.    What did you do with the gun

8    after this incident took place?

9        A.    What gun?

10            MR. BURKE:   Just note my

11   objection.  I mean, I think this is too

12   far afield from the lawsuit that brings

13   us here today.  I think he's explained

14   the circumstances of what happened beyond

15   that I don't know what else you could

16   want from him.

17            MR. LASERNA:   Do you want to

18   save it for the judge?

19            MR. BURKE:   I think so, yes.   I

20   mean, we can talk outside.

21            MR. LASERNA:   Yes, we'll save

22   it for the judge.

23       Q.    Have you ever owned or

24   possessed a handgun before?

25       A.    I had an inoperable gun a long

Page 196

1                   ANTOINE TAYLOR

2    time ago.

3      Q.      When was this?

4      A.      One of those charges back in

5    the early '90s or mid '90s.  One of those

6    charges.  That's the only gun that I ever

7    even saw.

8      Q.      On December 8, 2010 you also

9    pled guilt to reckless endangerment in

10   the first degree, correct?

11     A.      Yes.  I pled out to reckless

12   endangerment in the first degree.  But

13   the way that the courts was trying to

14   draw this conclusion I did not agree with

15   that and I put that on record.

16             MR. BURKE:  He's just asking

17   you, yes or no.

18             MR. LASERNA:  I move to strike

19   that which is not responsive.

20     Q.      On December 8, 2010 you did

21   plead guilt to reckless endangerment in

22   the first degree, correct?

23     A.      Yes.

24     Q.      Was that a charge that was

25   reduced down from a attempted murder in

Page 197

1                  ANTOINE TAYLOR
2    the first degree?
3         A.    I don't know.  Because I
4    believe attempted murder was already with
5    the reckless endangerment.
6         Q.    Well, do you recall ever being
7    charged with reckless --
8         A.    Hold on.  Let me rephrase what
9    I'm saying.  I do recall.  Attempted
10   murder was a whole different charge from
11   reckless endangerment.  I was charged
12   with both of them.
13        Q.    Do you recall if your plea of
14   guilty to the reckless endangerment in
15   the first degree was a satisfaction of
16   your other charge of attempted murder in
17   the first degree?
18        A.    I don't recall that being
19   mentioned anywhere in the proceedings,
20   no.
21        Q.    Just a couple more things.
22        A.    Not a problem.
23        Q.    Just to clarify, I know we've
24   gone over this several times, but as you
25   sit here today do you recall ever seeing

Page 198

ANTOINE TAYLOR

1
2  flashing lights or hearing police sirens
3  before crossing over South Franklin on
4  September 26, 2009?
5      A.    No, I don't recall.
6      Q.    And Mr. Taylor, if you would,
7  could you describe the damages, if any,
8  that you have sustained as a result of
9  the incidents from September 26, 2009?
10      A.    I lost my right kidney, I have
11  a perforated liver and a large amount of
12  my colon removed.  And as an end result
13  of all of that I got a big ball in my
14  stomach for the rest of my life which
15  cannot be fixed or removed and it makes
16  life so much harder.  Because it's
17  considered a hernia and cannot be fixed.
18  And any little thing, any little movement
19  allows it to come.  I can't eat what I
20  want to eat, I can't do what I want to do
21  and it's difficult.  That was the end
22  result.
23      Q.    You say you have a ball in your
24  stomach that's considered a hernia?
25      A.    Yes.

1              ANTOINE TAYLOR

2     Q.     How does that affect you

3  normally, can you feel it?

4     A.     Yes.

5     Q.     What does it feel like?

6     A.     Just that word, a ball.

7     Q.     You can feel it in your

8  stomach?

9     A.     Yes.

10     Q.     In what way can you feel it,

11  can you feel it with your hand or can you

12  just actually feel it?

13     A.     I can feel it when I'm sitting

14  or laying in certain positions.

15     Q.     Is it painful?

16     A.     And I can see it.

17           Haw?

18     Q.     Is it painful?

19     A.     It's painful most times

20  throughout the day.

21     Q.     How painful is it?

22     A.     Painful where when I use the

23  bathroom there's blood in my stool.  That

24  type of painful.

25     Q.     Every day there's blood in your

Page 200

1                    ANTOINE TAYLOR

2    stool?

3        A.      No, it's not every day anymore.

4        Q.      How often?

5        A.      I would say every week.

6        Q.      And you say you can see the

7    ball in your stomach?

8        A.      Certain movements and certain

9    ways I sit, yes.

10       Q.      Can you describe those

11   movements and the way you sit?

12       A.      Well, my stomach it looks like

13   -- I don't know.  My stomach don't look

14   like my stomach.  So therefore by looking

15   at it it sits out flat and the ball which

16   is a hernia just sticks out right there.

17   It makes it more obvious and noticeable.

18   I don't know any other definition of it.

19   Because I'm not really that correct or

20   informed with medical terms.

21           MR. LASERNA:  I'm going to

22   request on the record that you provide us

23   pictures of the ball and the scar that

24   surrounds it.  We're going to need those

25   fairly quickly.

Page 201

1                    ANTOINE TAYLOR

2        A.      And how are we supposed to get

3    those pictures?

4        Q.      I'm not sure.   You can discuss

5    it with your attorney after the

6    deposition.

7        A.      You got a camera now?

8        Q.      I do not.

9                And you said that you're not

10   able to eat what you want to eat,

11   correct?

12       A.      Yes.

13       Q.      What would like to eat that

14   you're not able to eat?

15       A.      All types of food.   Chicken.

16       Q.      You're not able to eat chicken?

17       A.      No.

18       Q.      What else?

19       A.      Too much rice, seafood.

20   Anything with protein.

21       Q.      You can't have protein?

22       A.      Protein breaks down the kidney.

23   You need the kidney.   I have one kidney.

24   Too much protein's not good for the

25   kidney.

Page 202

1                ANTOINE TAYLOR

2      Q.     So how often do you eat

3   protein?

4      A.     I've been refraining from it.

5   But, you know, they serve it here.   Tuna

6   fish, that's protein.   Mainly a lot of

7   things.   But I have to be on a special

8   diet.

9      Q.     Is the prison facility aware of

10  your diet?

11     A.     Yes.

12     Q.     How are they aware?

13     A.     It's on my records.

14     Q.     Do they provide you with this

15  diet?

16     A.     Yes.

17     Q.     And you said that you can't do

18  whatever you want to do, correct?

19     A.     Yes.   I love to workout.   I

20  can't really workout.

21     Q.     Why aren't you able to workout?

22     A.     Because I have a hernia.

23     Q.     That prevents you from working

24  out?

25     A.     No strenuous activity.

Page 203

ANTOINE TAYLOR

1

2     Q.     Or what would be the result?

3     A.     You could die.  Because if the

4 hernia bust off and bleeds inside of you

5 you will never know.  And the hernia has

6 been so called fixed last year.  But it

7 don't go nowhere.  So it's not fixed.

8     Q.     So are there any other damages

9 that you'd like to discuss?

10    A.     As far as what, my mental?

11    Q.     Any damages whatsoever, mental,

12 physical?

13    A.     Mentally I could never be the

14 same.  That scar anybody for life.

15    Q.     In what way?

16    A.     What do you mean in what way?

17    Q.     I'm just asking you to

18 elaborate.

19    A.     Every time I just -- first of

20 all, I don't even like guns, like, I

21 don't even like guns.  And I don't even

22 really know how to cope with being able

23 to digest the fact that I got one kidney.

24 And I can't drink juice.  I got to always

25 drink water.  I can't have a Diet Coke.

1          ANTOINE TAYLOR

2    I can't do none of that.  I'm 35 years

3    old.  What am I doing on this type of

4    lifestyle, for what?

5         Q.    Are there other damages you'd

6    like to discuss?

7         A.    No.

8         Q.    One other question, were you

9    armed with a firearm or gun, a long arm,

10   a rifle, a shot gun or any type of weapon

11   on September 26, 2009?

12        A.    Absolutely not.

13             MR. LASERNA:  All right.  I

14   think the only thing left is we have to

15   call the judge about some of the

16   questioning that I had regarding the

17   homicide.

18             MR. BURKE:  It was just that

19   one question, right?

20             MR. LASERNA:  Well, I wanted to

21   get into some -- yes, I guess that one

22   question.  There's probably going to be a

23   couple of questions to come from it

24   unless he --

25             MR. BURKE:  We had the

Page 205

1              ANTOINE TAYLOR
2    deposition of Detective James Sereghino,
3    although not asked, he kind of got into
4    the details that would answer your
5    question I believe.
6              MR. LASERNA:  Yes.
7              MR. BURKE:  I'm just concerned.
8    I don't want to badger the witness over,
9    you know, the events involving the
10   Hospkins matter if it's really
11   unnecessary.
12             THE WITNESS:  It's necessary
13   for him.  He wants to open other avenues.
14             MR. BURKE:  That's my position.
15   I just don't want to badger Mr. Taylor on
16   whatever happened with Hospkins.  He gave
17   you all the details of what went down
18   that day and obviously that's what led to
19   the manslaughter conviction.  I just
20   don't think it's necessary to get into
21   the nitty-gritty details about what
22   happened to the gun and such.  I just
23   think it's inappropriate.
24             MR. LASERNA:  I mean, that's
25   fine if you feel that way.  You and I can

1                    ANTOINE TAYLOR

2      call the judge and see what his ruling on

3      the matter is.

4              MR. BURKE:  It's up to you.

5              MR. LASERNA:  I mean, I do want

6      to get into it.  That's something I do

7      want to get into.

8              So is there a phone we can

9      access?

10             CORRECTION OFFICER:  Tell me

11     what you would like and I'll make it

12     happen.

13             MR. LASERNA:  If we can have a

14     phone in here where we can put the judge

15     on speaker phone.

16             CORRECTION OFFICER:  It will

17     take a minute.

18             MR. LASERNA:  We can wait a

19     little while.

20             (A recess was taken.)

21             (A telephone call was placed to

22     the court.)

23             THE COURT:  Hi, this is Judge

24     Brown.

25             MR. LASERNA:  Hello, your

Page 207

1                    ANTOINE TAYLOR

2    Honor.

3               THE COURT:   Who do I have on

4    the line?

5               MR. LASERNA:   Speaking right

6    now is Peter Laserna.   I'm a Deputy

7    County Attorney with the Office of the

8    Nassau County Attorney.   I represent the

9    defendants in this matter.

10              THE COURT:   How are you, Mr.

11   Laserna?

12              MR. LASERNA:   I'm good.   How

13   are you, your Honor?

14              THE COURT:   Good.

15              Is counsel for the plaintiff

16   there too?

17              MR. BURKE:   Yes.   My name is

18   Robert Burke.   I'm here for the plaintiff

19   as well as the plaintiff himself being

20   here and the court reporter and

21   corrections officer.

22              THE COURT:   Is the court

23   reporter taking this down?

24              MR. LASERNA:   Yes, your Honor.

25              THE COURT:   Excellent.

Page 208

1              ANTOINE TAYLOR

2          So what is the application?

3          MR. LASERNA:  Your Honor, I

4    don't know if you heard Mr. Burke but the

5    plaintiff is here.  Would you like him to

6    remain in the room?

7          THE COURT:  He's the one being

8    deposed?

9          MR. LASERNA:  Yes.

10          THE COURT:  Ask him to step

11   outside, please.

12          Mr. Burke, has no objection to

13   that, right?

14          MR. BURKE:  That's right.  He

15   just stepped out.

16          MR. LASERNA:  Your Honor, this

17   is Peter Laserna speaking, I would like

18   to -- I don't know if you're familiar

19   with the underlying allegations of this

20   matter.

21          THE COURT:  I'm vaguely

22   familiar with them.

23          MR. LASERNA:  But essentially

24   Mr. Taylor was arrested on September 26,

25   2009 and, you know, the defendants feel

1                ANTOINE TAYLOR

2     that he was trying to run over a police

3     officer.  Mr. Taylor alleges that the

4     police shot him without cause.

5                THE COURT:  Yes, I saw that in

6     the complaint.

7                MR. LASERNA:  And a few months

8     prior to that, and what Mr. Taylor just

9     testified to, he was involved in a

10    homicide.  He just testified that he

11    accidently shot somebody however he pled

12    guilty to manslaughter in the first

13    degree.  I just want to ask -- we got

14    into the actual events of the homicide

15    and I want to ask him about what he did

16    with the firearm that was used in the

17    homicide.  The reason I want to ask what

18    he did with the firearm afterwards is he

19    claimed that the homicide was accidental

20    and he's claimed that he didn't say

21    anything after the arrest of September

22    26, 2009.  Detective Sereghino has

23    already testified in this matter,

24    Detective Sereghino was a detective

25    investigating this homicide.  He informed

Page 210

ANTOINE TAYLOR

1
2    BSO of this homicide and that was one of
3    the reasons BSO, the Bureau of Special
4    Operations, was arresting the plaintiff.
5    So it's one of the underlying events for
6    which he was being arrested which is
7    always relevant in an excess force claim.
8            THE COURT:  Yes.
9            MR. LASERNA:  And it's also --
10   immediately after his arrest Detective
11   Sereghino said that when he first met
12   with the plaintiff the plaintiff said it
13   wasn't my gun.  So that to me suggests
14   that he did know he was being arrested
15   for a homicide and that that he did know
16   that they were police officers which
17   would contradict his claim.  I think it's
18   -- you know, whether I'll actually be
19   able to admit that at trial is one thing.
20   But I think it's something that I'm
21   entitled it get into.
22           THE COURT:  Forgive me, I may
23   have lost the thread of the story at some
24   point.  But you're asking about the
25   presence or what happened to a gun from

Page 211

1              ANTOINE TAYLOR
2   the prior manslaughter arrest incident;
3   is that right?
4              MR. LASERNA:  Well, no, your
5   Honor.  The prior manslaughter he was not
6   arrested for when he was arrested on
7   September 26, 2009.  When he was shot by
8   the police officer he was being arrested,
9   and one of the reason he was being
10  arrested was for questioning with regard
11  to that homicide that took place earlier
12  in the summer.
13             THE COURT:  So you want to ask
14  him about the gun that he had prior to
15  that arrest?
16             MR. LASERNA:  Yes, your Honor.
17             THE COURT:  Why?
18             MR. LASERNA:  I think it goes
19  -- because he's alleged that he has -- I
20  think it goes to, you know, sort of a
21  guilty state of mind.  He knew that he
22  was being arrested on that date.  It
23  contradicts his --
24             THE COURT:  Did he have a gun
25  with him that night?

Page 212

1                ANTOINE TAYLOR

2           MR. LASERNA:  I don't know.  I

3    think he told me he did not.

4           THE COURT:  Did the officers

5    when they arrested him, did they find a

6    gun?

7           MR. LASERNA:  No, they did not.

8           THE COURT:  Were the officers

9    aware of the use of a gun by the

10   defendant on another occasion?

11          MR. LASERNA:  Yes.  They

12   believed he was armed and they knew that

13   he was wanted in a homicide, he was a

14   suspect in a homicide, a shooting that

15   took place, I believe, two months

16   earlier.

17          THE COURT:  So let me ask you

18   this question.

19          MR. LASERNA:  Yes, your Honor.

20          THE COURT:  Let's assume that

21   the answer to, what happened to that gun

22   that you used in the past, right?  Is

23   either, A, I melted it down and made

24   paperweight out of it or, B, it was right

25   there under the visor of my car.  They

Page 213

```
1                ANTOINE TAYLOR
2    just didn't find it.  How does that
3    affect any claim in this case regarding
4    the officer's state of mind?  All the
5    officers knew that he was dangerous, I'm
6    going to take your position for a second,
7    irrespective of where that gun is on the
8    face of the plant unless you have some
9    other piece of evidence you're looking
10   for.  That's the part I'm not following.
11             MR. LASERNA:  Your Honor, it's
12   not the officer's state of mind that I'm
13   concerned about with this particular
14   piece of evidence.
15             THE COURT:  Yes.
16             MS. LASERNA:  It's the
17   plaintiff's state of mind.  I want to try
18   and provide evidence that he knew he was
19   being arrested for that homicide that
20   took place in 2009 and that's why he
21   drove away from the police officers.  And
22   that's what initiated the shooting.  He
23   knew he was being arrested because he had
24   possession of this gun and he told the
25   detective immediately after the arrest
```

Page 214

1               ANTOINE TAYLOR
2    that it was not his gun.  So that to me
3    suggests that he did in fact know he was
4    being arrested for that homicide that
5    took place several months prior.
6               THE COURT:  Mr. Burke, let me
7    hear from you.
8               MR. BURKE:  The lawsuit that
9    brings us here today arises from the
10   incident of September 26, 2009 wherein
11   the plaintiff alleges that the Nassau
12   County Police Department used excess
13   force by shooting him.  It has nothing to
14   do with the Nassau County Police
15   Department homicide investigation from
16   August of '09 to which the plaintiff
17   ultimately pled guilty to manslaughter.
18   Now, I let the plaintiff answer the
19   county attorney's question whereby he
20   essentially gave a narrative as to his
21   interaction with the deceased person
22   whereby he said they had a car accident,
23   he knew the deceased person, he slapped
24   the deceased person, the deceased person
25   produced a gun, they got into a struggle

Sie

1                ANTOINE TAYLOR

2    over the gun.  The plaintiff said he

3    never had control or possession of the

4    gun however it went off and obviously the

5    deceased person died.  Then the county

6    attorney wanted to know the whereabouts

7    of the gun.  I'm just trying to protect

8    the plaintiff from any undo harassment.

9    He's answered questions about that matter

10   and other matters.  And then on top of

11   that when I deposed the Nassau County

12   police Detective James Sereghino January

13   10th I didn't specifically ask him but he

14   recounted his events of how he recovered

15   the gun.  So there's no question

16   ultimately as to where the gun is.  Now,

17   I just don't want the plaintiff --

18                THE COURT:  Mr. Burke, I seem

19   to agree.  So what I'll say, I think the

20   line of questioning as to where the gun

21   is now or what happened to the gun next I

22   find so not connected to the subject

23   matter of this case.  I believe that

24   particular line of questioning is not

25   relevant.

Page 216

1              ANTOINE TAYLOR
2           MR. BURKE:  If I may, your
3   Honor.
4           THE COURT:  Mr. Burke, you're
5   winning so you might want to stop.
6           MR. BURKE:  I'm just saying,
7   we're not claiming any false arrest and
8   there was no gun found on the plaintiff
9   or in his car on the day of the incident?
10          THE COURT:  I'm with you.  But
11  let me just say, Mr. Laserna, I'm not
12  intending to cut off your inquiry, valid
13  inquiry, into what I'll call, the
14  plaintiff's state of mind in terms of why
15  he was being arrested, what was going to
16  happen next, so forth.  Because I think
17  that's highly relevant or potentially
18  highly relevant to the matter at issue in
19  this case.  Because I presume you both
20  attorneys have to show what the plaintiff
21  did next or sort of his mental state,
22  what it was and, you know, his sort of
23  physical action.  I think that makes a
24  lot of sense.
25          So nothing I'm saying now

ANTOINE TAYLOR

1

2  should -- and I'm trying to save you a

3  call because I realize you guys are doing

4  it at the facility and it's difficult.

5  So by way of guidance I don't think

6  specifically where that gun went is

7  relevant at all.  And I would say no.

8  But I would think that questions that

9  will help establish what the plaintiff's

10  state of mind was or other things that

11  may help, what the officers' state of

12  mine was, not that this plaintiff could

13  probably shed that much light on it.  But

14  I think those are fair game.  And I'm not

15  going to give example unless you want to

16  go through specific examples, to save

17  another call, but I think that's a fair

18  guideline.  Does that make sense to

19  everyone?

20          MR. BURKE:  Yes, your Honor.

21          MR. LASERNA:  Yes, your Honor.

22  I mean, I just want to emphasis the fact

23  that immediately after he was arrested

24  one of the things he said was, it wasn't

25  my gun.  I mean, I feel like the issue

Page 218

1                    ANTOINE TAYLOR

2    of --

3              THE COURT:  But he said that,

4    right?

5              MR. LASERNA:  That's what

6    Detective Sereghino said.

7              THE COURT:  You can ask the

8    plaintiff, did you say it wasn't my gun?

9    What gun were you talking about?

10             MR. BURKE:  But the plaintiff

11   has already recounted that he doesn't

12   recall any such conversation.

13             THE COURT:  So then I think

14   you're kind of at a dead end there.

15             MR. BURKE:  Again, we're not

16   claiming false arrest or anything under

17   those --

18             THE COURT:  I'm with you.

19             MR. LASERNA:  I guess, the last

20   thing I can say, your Honor is, I'm not

21   trying to harass the plaintiff.

22             THE COURT:  I'm not suggesting

23   you are.  But I think that under the

24   circumstances that the question is just

25   not necessary and probably make the

Page 219

1                ANTOINE TAYLOR

2   situation more difficult.

3                MR. LASERNA:  All right, your

4   Honor.  Thank you for your ruling.

5                THE COURT:  Okay.

6                MR. BURKE:  All right.  Thank

7   you.

8                MR. LASERNA:  Thank you for

9   your time, your Honor.

10               THE COURT:  Right.  Bye.

11               CORRECTION OFFICER:  Are you

12  ready for the inmate?

13               MR. LASERNA:  Yes.

14  BY MR. LASERNA

15      Q.    Are you ready, Mr. Taylor?

16      A.    I'm ready.

17      Q.    I have a couple more questions

18  and then we'll be done.

19               As you sit here today do you

20  know why the police arrested you on

21  September 26, 2009?

22      A.    We discussed this already.

23      Q.    Well, just indulge me.  I

24  apologize.  We're almost done.

25      A.    It was said by Detective James

Page 220

1                ANTOINE TAYLOR

2   Sereghino, the leading homicide

3   detective, that the officers were

4   arresting me for a parole warrant.

5        Q.    Do you know of any other

6   reasons why they were arresting you?

7        A.    Later on it was discussed that

8   perhaps they wanted to speak to me in

9   regards to a homicide.

10        Q.    And that homicide took place in

11   August 2009 you said earlier or the

12   summer of 2009 maybe you said?

13        A.    August 2009.

14        Q.    And that homicide, just so

15   we're clear, was the homicide of Pavi

16   Hospkins as you referred to him?

17        A.    I don't like to use the word

18   homicide.  Because it wasn't a homicide.

19   So the manslaughter charge.

20        Q.    It was from when Mr. Hospkins

21   lost his life in whatever manner it may

22   have happened?

23        A.    Right.

24        Q.    That's the homicide we're

25   discussing, whether you characterize it

ANTOINE TAYLOR

1

2   as a homicide or not, that's what we're

3   discussing, correct?

4        A.    Yes.

5        Q.    And you learned that

6   afterwards, when did you learn that they

7   may have wanted you for questioning with

8   regard to Mr. Hospkins death?

9        A.    Some time during my stint in

10  prison after all of this.

11       Q.    What do you mean exactly after

12  all of this?

13       A.    After me getting shot and, you

14  know, finding out bits and pieces of

15  things.

16       Q.    Was it before you pled guilty

17  or after?

18       A.    That I found out?

19       Q.    Yes.

20       A.    Before.

21       Q.    Did you ever learn prior to

22  September 26, 2009 that you were wanted

23  for questioning with regard to the death

24  of Mr. Hospkins?

25       A.    No.

Page 222

ANTOINE TAYLOR

1

2     Q.    Did you ever have any suspicion

3  that you may have been wanted for

4  questioning with regard to that death?

5     A.    Yes.

6     Q.    What gave you that suspicion?

7     A.    The streets.

8     Q.    Could you elaborate on that?

9     A.    Like the streets I mean by

10  people talking, people saying certain

11  things in the streets.

12     Q.    What would they say for

13  example?

14     A.    That Pavi died.  So I figured

15  like although I'm not, you know, the

16  cause of his death like I do have some

17  responsibility for it.

18     Q.    And you heard these things on

19  the streets as you said prior to

20  September 26, 2009?

21     A.    Yes.

22     Q.    And would you have thought that

23  these things you were hearing on the

24  street would somehow reach the Nassau

25  County Police Department?

1                    ANTOINE TAYLOR

2       A.      Sound always travels.  So, yes.

3   Why not.

4       Q.      How would in the normal course

5   of things these sort of things you were

6   hearing on the streets be related to the

7   police department?

8       A.      I don't understand.

9       Q.      Well, what makes you think

10  that, you know, as you say sound always

11  travels, what made you think that the

12  police department would come to learn Mr.

13  Hospkins death and your involvement?

14      A.      What would make me think that?

15      Q.      Yes.

16      A.      Once again, the streets, I

17  guess, or people in the streets.  That's

18  what allowed me to realize that maybe.

19  What you just said, people.

20      Q.      So were people telling you that

21  the Nassau County Police Department was

22  aware of your involvement in this --

23      A.      No.

24      Q.      Can you elaborate on what you

25  mean?

Page 224

ANTOINE TAYLOR

1

2    A.    What I mean by that is, like,

3    when you see how it got in the streets

4    that Pavi died.  Whether it was by

5    accident or whatever.  You understand

6    what I'm saying?  Like, I'm saying when I

7    heard this in the streets this was

8    sending a flag in my mind, like, you

9    know, maybe I might, you know, have to,

10   you know, get questioned about it or

11   whatever.

12        Q.    Questioned by whom?

13        A.    By any law official.

14        Q.    So you were under the belief

15   that you may have been wanted for

16   questioning with regard to Mr. Hospkins

17   death by law officials?

18        A.    That's not a belief.  That's a

19   fact.

20        Q.    So it's a fact that you were

21   wanted for questioning with regard to Mr.

22   Hospkins' death?

23        A.    According to what I understand,

24   yes, that's a fact.

25        Q.    Were you under that impression

Page 225

1                    ANTOINE TAYLOR

2     before September 26, 2009?

3          A.     No.

4          Q.     Well, when did you first --

5          A.     I just told you when you asked

6     me ten minutes when --

7          Q.     Mr. Taylor --

8          A.     I said during the course --

9          Q.     Mr. Taylor, can I cut you off.

10    Again, let me finish my question even if

11    you know what the question is going to

12    be.

13         A.     It's not that.  You're asking

14    me the same thing over and over.

15         Q.     I did not ask you the question.

16    Mr. Taylor, let me finish my question and

17    then you may answer.

18                Before September 26, 2009 did

19    you think that law enforcement officials

20    may have wanted to speak to you about Mr.

21    Hospkins' death?

22         A.     No.

23         Q.     You did not think that?

24         A.     No.

25                MR. BURKE:   He just said no.

Page 226

ANTOINE TAYLOR

1

2      Q.    So you weren't concerned about

3   people in the streets discussing Mr.

4   Hospkins' death?

5      A.    People in the streets was not

6   really there.  So, no.

7      Q.    You were not concerned about

8   it?

9      A.    No.

10     Q.    After your arrest on September

11  26, 2009 did you tell anybody this

12  statement, it wasn't my gun?

13     A.    No.  Detective Sereghino told

14  me that he knew it wasn't my gun.

15     Q.    When did he tell you that?

16     A.    November 25, 2010 in the mists

17  of him taking me from Hempstead District

18  Court to Mineola.  And he always told a

19  bunch of other people that know me too

20  that he visited, he told me that he knew

21  it wasn't my gun.

22     Q.    What else did he tell you, what

23  else did you guys discuss on that trip?

24     A.    I don't recall.

25     Q.    You don't recall?

ANTOINE TAYLOR

1

2     A.    No.

3     Q.    And did you say anything about

4  a gun after you were arrested on

5  September 26, 2009?

6     A.    Did I say anything about a gun

7  after I was arrested?

8     Q.    Immediately after you were

9  arrested.

10     A.    2009, no, absolutely not.

11     Q.    Did you say anything about a

12  gun to any of the officers who arrested

13  you on September 26, 2009?

14     A.    Absolutely not.

15     Q.    And did you yourself, not

16  Detective Sereghino saying something to

17  you, did you yourself say anything to

18  Detective Sereghino about a gun?

19     A.    Yes, I did.  I did say

20  something to Detective Sereghino about a

21  gun.

22     Q.    What did you say to him?

23     A.    How did he know it wasn't mine.

24     Q.    What did he say?

25     A.    He gave me some geographical

Page 228

1          ANTOINE TAYLOR

2  answer about how the gun was not from New

3  York and everything.  That's how he got

4  into that discussion about it.  It was

5  stolen from Kentucky or something.  And I

6  never been to Kentucky or -- that's how

7  we got into that discussion.  So that's

8  the question I asked him in regards to a

9  gun.

10     Q.    And you never signed a

11  statement that Detective Sereghino wrote

12  out, correct?

13     A.    There should not be my

14  signature on anything during the course

15  of 2009.  My signature should not be on

16  anything that homicide detective, any law

17  official said I put there.  It shouldn't

18  be there.

19          [Continued on the next page to

20  allow for signature line and jurat.]

21

22

23

24

25

Page 229

1                    ANTOINE TAYLOR

2      Q.     So the answer is, no.

3      A.     Absolutely.

4             MR. LASERNA:  All right.  I

5  think we're done here.

6             Thank you, Mr. Taylor.

7             (Time noted:  2:10 p.m.)

8

9

10

11       _____

        ANTOINE TAYLOR

12

13  _____

   Subscribed and sworn to

14  before me this _____

   day of _____,

15  2012.

16  _____

        Notary Public

17

18

19

20

21

22

23

24

25

Page 230

```
1
2                    I N D E X
3

WITNESS          EXAMINATION BY              PAGE
4
5   ANTOINE
    TAYLOR        MR. LASERNA                   4
6
7
8                  INSERTIONS
9        Page                    Line
10         163                     4
11
12                  REQUESTS
13       Page                    Line
14        200                     20
15
16
17
18
19
20
21
22
23
24
25
```

Page 231

1

2                    CERTIFICATION

3

4      I, Karen Morales, a Notary Public for

5   and within the State of New York, do

6   hereby certify:

7      That the witness whose testimony as

8   herein set forth, was duly sworn by me;

9   and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12      I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I

15   am in no way interested in the outcome of

16   this matter.

17      IN WITNESS WHEREOF, I have hereunto

18   set my hand this 18th day of January,

19   2012.

20

21

22           KAREN MORALES

23

24

25                 *       *       *

1
2                     E R R A T A   S H E E T
3
4              LINE
   PAGE   NUMBER   CORRECTION       REASON FOR
5
6      ------------------------------------------------
7      ------------------------------------------------
8      ------------------------------------------------
9      ------------------------------------------------
10     ------------------------------------------------
11     ------------------------------------------------
12     ------------------------------------------------
13     ------------------------------------------------
14     ------------------------------------------------
15     ------------------------------------------------
16     ------------------------------------------------
17     ------------------------------------------------
18     ------------------------------------------------
19     ------------------------------------------------
20     ------------------------------------------------
21     ------------------------------------------------
22
23
24              ------------------------------------
25              (Signature of the Witness)

[& - 407]

| & |
| --- |

**&**  2:4

| 0 |
| --- |

**08**  13:4
**09**  147:7 150:5
  214:16
**0934**  1:4

| 1 |
| --- |

**10/12/77**  12:8
**10/14/80**  15:4
**10118**  2:6
**10th**  215:13
**10x44051**  2:13
**11**  1:4
**11501**  2:11
**12**  174:9
**12th**  173:23
**13**  167:10,11,14,18
  172:19,25
**137-14**  12:19
**15**  48:16
**152**  18:4,13 19:6,10
  25:5 34:17 35:9,13
  36:8 37:10,13,17
  38:17,24 40:12
  41:14,17,21 42:3,14
  43:6,9,10,16,19
  44:8 45:11,14,20
  46:6,10,16,18 47:9
  51:5 53:6,20 61:7
  62:4,9,19 63:4,7
  64:15 65:8 67:4,13
  68:8,11 69:13 70:22
  75:19 79:9,10 88:25
  89:2 125:7
**152a**  41:10
**152b**  41:10
**163**  230:10
**17**  48:10 170:3
**18**  1:19
**18th**  231:18
**19**  14:10 17:2 170:5
  170:17,20,23

**1974**  24:13,14
**1975**  24:19
**1977**  12:9
**1980**  15:4
**1990**  172:24
**1991**  165:16 166:20
  167:5,6,8
**1994**  167:10,11,14
  167:18
**1995**  17:7
**1996**  29:6 167:22
  168:5 169:9,20
**1997**  21:24 22:6,9
  32:7,11 170:5,17,21
**1998**  22:3,12
**1999**  21:17 22:5
  32:7,8,9,23 170:24
  171:9,20 172:13,19
  172:25 176:9
  182:18,22 183:6
**1st**  173:12,20

| 2 |
| --- |

**2**  24:19 143:14,17
**20**  20:22 51:18
  125:18 183:9,10
  230:14
**200**  230:14
**2000**  173:23 174:9
  176:7,11 182:18,22
  183:5 186:16,18
  187:2,6,12
**2002**  14:11,12 22:16
**2003**  174:19,22
**2004**  177:6,7,9,12,18
  181:2,9,15,21
  182:19
**2005**  164:15,16,25
  177:21,24,24 178:2
  178:23 179:11
  181:24 186:16,18
  187:2,5,11
**2006**  17:2
**2008**  13:5,8 14:15
  17:24 151:20,23

**163:24** 164:16
  179:8 183:9,10
**2009**  12:18 13:3
  14:18 15:19,25 17:4
  18:2,21 20:24 21:13
  22:19,22 23:12 25:3
  25:15 26:10,17,23
  27:6 29:9 30:2,5
  31:6 32:22,25 33:8
  33:23 35:2,14 37:3
  46:16 47:8 57:11
  61:3 62:10 63:3
  142:15 143:2,14,18
  144:15 145:2
  147:25 150:19
  153:7 157:11
  190:15,21,22 191:6
  193:4 198:4,9
  204:11 208:25
  209:22 211:7
  213:20 214:10
  219:21 220:11,12
  220:13 221:22
  222:20 225:2,18
  226:11 227:5,10,13
  228:15
**2010**  14:25 16:20,21
  140:20,23 142:16
  145:17 186:17,18
  186:21 187:8,17
  190:14,15 191:8,13
  191:15,17,22 196:8
  196:20 226:16
**2011**  15:12 23:2
**2012**  1:19 229:15
  231:19
**21**  167:22 168:4
  188:9
**22**  188:9
**24**  177:6,12
**24th**  177:8
**25**  25:15 26:17,23
  27:6 30:5 32:22
  140:20,22 194:8
  226:16

**25th**  25:24 26:21
  27:3,15 165:16
**26**  12:18 13:2 14:18
  15:25 17:4,25 18:21
  20:24 21:13 22:18
  23:12 25:3 26:10
  29:9 30:2 32:25
  33:8,23 35:2,14
  37:3 46:16 47:8
  57:11 61:3 62:10
  63:3 144:15 145:2
  153:7 198:4,9
  204:11 208:24
  209:22 211:7
  214:10 219:21
  221:22 222:20
  225:2,18 226:11
  227:5,13
**26th**  22:23 25:21
  26:2,5,13 31:6
  55:10,11 62:23
**28**  161:8,11
**2:10**  229:7

| 3 |
| --- |

**3**  177:21,23 178:23
  179:11
**35**  204:2
**350**  2:5
**354**  1:17 12:12
**36**  21:6
**360**  116:14 120:6
**380**  17:14
**3:10**  38:23 47:10,11
  51:6
**3:15**  38:23 47:11
**3rd**  173:13,21
  187:25 189:14

| 4 |
| --- |

**4**  177:7 230:5,10
**40**  19:14 28:3
**407**  23:9 24:2 32:15
  33:10 34:3,11 50:16
  50:23 122:13

| | | | |
|---|---|---|---|
| **4:00**  50:25 51:7 64:9 | 189:21 190:23,24 | **aggravated**  174:2 | 132:25 136:9 |
| **5** | 190:25 204:12 | 177:13 | 142:13 154:24 |
| **5**  15:12 181:9 | 227:10,14 229:3 | **aggravation**  180:3 | 192:24 205:4 |
| **50**  115:11 | **accelerate**  97:17 | **aggregated**  175:4 | 212:21 214:18 |
| **55**  115:11,15 118:5 | 102:5 103:22 | **ago**  20:3 166:13 | 225:17 228:2 229:2 |
| 118:5,8,10,14 | **accelerated**  103:23 | 170:3 196:2 | **answered**  110:15 |
| **590**  27:14,19 28:7 | 104:21 | **agree**  196:14 215:19 | 149:19 194:12 |
| 30:14 | **accelerating**  102:17 | **agreed**  3:3,9,13 | 215:9 |
| **5th**  181:2 | **accepting**  161:17 | 156:4,11 | **answers**  6:13 117:20 |
| **6** | **access**  31:17,18,21 | **agreement**  149:11 | 117:20 |
| **6**  174:19,22 | 206:9 | 149:12 | **antoine**  1:6,21 4:17 |
| **7** | **accident**  109:23 | **ahead**  20:11 | 5:1 6:1 7:1 8:1 9:1 |
| **7210**  2:6 | 110:2 214:22 224:5 | **alan**  150:11,13,22 | 10:1,8 11:1 12:1 |
| **8** | **accidental**  209:19 | **alcohol**  37:11,14 | 13:1 14:1 15:1 16:1 |
| **8**  191:16,22 196:8 | **accidently**  209:11 | 38:5 | 17:1 18:1 19:1 20:1 |
| 196:20 | **accurate**  6:20 8:21 | **aliases**  4:22 | 21:1 22:1 23:1 24:1 |
| **9** | 9:24 10:8,18 31:20 | **allegation**  182:15 | 25:1 26:1 27:1 28:1 |
| **90**  170:15 172:16 | **action**  1:21 11:24 | **allegations**  208:19 | 29:1 30:1 31:1 32:1 |
| **90s**  188:8 196:5,5 | 25:19 216:23 | **alleged**  211:19 | 33:1 34:1 35:1 36:1 |
| **99**  176:6 | 231:14 | **alleges**  209:3 214:11 | 37:1 38:1 39:1 40:1 |
| **9:33**  1:19 | **actions**  9:20 10:7 | **allow**  67:2 168:2 | 41:1 42:1 43:1 44:1 |
| **a** | **activity**  75:24 | 228:20 | 45:1 46:1 47:1 48:1 |
| **a.m.**  1:19 | 202:25 | **allowed**  98:19 122:7 | 49:1 50:1 51:1 52:1 |
| **abandoned**  75:8,13 | **acts**  131:22 | 133:23 139:23 | 53:1 54:1 55:1 56:1 |
| 75:21 76:23 | **actual**  55:19 209:14 | 147:14 162:3 | 57:1 58:1 59:1 60:1 |
| **abdomen**  98:25 99:2 | **add**  7:7 | 223:18 | 61:1 62:1 63:1 64:1 |
| **able**  7:11 28:16,18 | **addict**  156:3 | **allows**  54:7 198:19 | 65:1 66:1 67:1 68:1 |
| 52:5 76:14 94:14 | **addition**  32:2 61:6 | **altercation**  173:5 | 69:1 70:1 71:1 72:1 |
| 99:21 103:2,3,5,20 | **address**  12:11,17 | **altercations**  28:20 | 73:1 74:1 75:1 76:1 |
| 111:12 124:4 | 13:3 14:21 15:13,14 | **alternated**  32:18 | 77:1 78:1 79:1 80:1 |
| 201:10,14,16 | 17:13 18:3 19:21 | **ambulance**  137:22 | 81:1 82:1 83:1 84:1 |
| 202:21 203:22 | 20:18,19 23:8,12 | 138:3 | 85:1 86:1 87:1 88:1 |
| 210:19 | 24:25 27:18 41:11 | **amount**  198:11 | 89:1 90:1 91:1 92:1 |
| **absolutely**  5:19 8:15 | 45:22 155:11 | **anger**  156:16,21,23 | 93:1 94:1 95:1 96:1 |
| 9:5 22:8 42:16 | **admit**  111:16 | 157:5 162:14 | 97:1 98:1 99:1 |
| 54:21 61:4 62:2 | 210:19 | **angie**  19:15 51:18 | 100:1 101:1 102:1 |
| 63:9 67:17 70:5 | **adults**  36:18,20,23 | **annoyed**  161:14,20 | 103:1 104:1 105:1 |
| 72:23 73:21 83:19 | **advice**  150:25 | 161:20 | 106:1 107:1 108:1 |
| 87:24 104:11,15 | **advised**  150:19 | **answer**  5:9,11,12,13 | 109:1 110:1 111:1 |
| 107:14 115:17 | **affect**  199:2 213:3 | 5:18,24 37:20 38:10 | 112:1 113:1 114:1 |
| 120:3 121:8 122:4 | **afford**  71:23 | 40:22 63:17 64:5 | 115:1 116:1 117:1 |
| 124:22 132:20 | **afield**  195:12 | 76:2 83:3 91:23 | 118:1 119:1 120:1 |
| | **age**  19:14 21:4,6 | 97:24 107:2 113:6 | 121:1 122:1 123:1 |
| | 28:5 51:22 | 113:17 114:10,12 | 124:1 125:1 126:1 |
| | | 130:12 131:22 | 127:1 128:1 129:1 |

Insufficient

[antoine - attracted]                                                                    Page 3

130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1,16
153:1,9 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1,11
230:5
**anybody** 13:15
23:22 24:5 46:20
48:25 51:8 91:21
97:4 99:4 116:19
119:4 126:10
128:17 137:21
144:16 148:7,16
189:23 203:14
226:11

**anymore** 200:3
**anytime** 155:10
**anyway** 180:21
**apartment** 23:14
58:4
**apartments** 41:13
41:16
**apologize** 22:7
69:25 84:21 93:5
127:7 130:3 187:9
219:24
**appeal** 192:7
**appearance** 94:5,7
**appearances** 2:2
**appeared** 95:21
**application** 208:2
**appointment** 148:2
148:8
**approach** 54:12,17
**approached** 70:25
71:8
**approximate** 21:3
49:14 51:2 52:6
97:22 142:12
172:17
**approximately**
19:14 21:6 34:7
36:14,22 38:21 45:8
47:10,11 49:19 50:3
51:5,6 64:10 70:22
103:25 106:16
107:8 118:8 158:7,9
158:12 164:6,15
188:5 191:23
**april** 183:9,10
**area** 19:19,20 20:13
40:8,9 42:6,7,8,18
47:4 52:22 53:19
54:2,8 55:9,18,19
56:4,5,10,11,23,25
57:18,25 58:6,25
59:14,16 60:7,9
73:17 77:18 98:10
104:23 105:20
148:14

**areas** 53:20 55:2,5
55:12
**arguments** 28:20
**arises** 214:9
**arm** 204:9
**armed** 204:9 212:12
**armory** 179:19
**arrangements** 30:9
**arrest** 146:10
147:16 149:2,14
154:7 166:10 167:7
168:10 170:20
172:13 173:17
174:25 178:14,22
180:17 181:8 185:6
209:21 210:10
211:2,15 213:25
216:7 218:16
226:10
**arrested** 25:22,23
146:8 149:6 159:2
164:19,23 165:5,16
165:19,23 166:15
166:18 167:8,9,13
167:18,21 169:19
169:20 170:4,16,23
171:3,8,15,19
172:18 173:9,11,22
174:9,11,18,21
175:3,20 177:5,11
177:18,20 179:10
180:25 182:11,24
183:9,11 184:4,23
185:3,20,24 187:20
188:11 189:10,12
189:15,23 190:3,18
191:2,4 208:24
210:6,14 211:6,6,8
211:10,22 212:5
213:19,23 214:4
216:15 217:23
219:20 227:4,7,9,12
**arresting** 188:17
210:4 220:4,6

**arrests** 182:14
**arrive** 38:22
**asked** 6:8,17 27:2
30:10 49:3 109:3
111:19 124:6
127:15 141:8
145:24 149:19
154:8 157:24 189:5
193:2 205:3 225:5
228:8
**asking** 40:2 64:7
65:22 79:16 87:18
87:20 88:2 108:9
113:23 117:17
121:6 131:17
136:24 138:20
139:11 174:15
183:18 196:16
203:17 210:24
225:13
**assault** 170:24
171:22 172:5,21
173:4,25 174:2
175:5 177:13
189:12
**assistant** 1:11,12
**assume** 56:2 57:9
111:3 212:20
**attempted** 143:8
146:13 196:25
197:4,9,16
**attention** 25:15
26:16 48:16 85:5
87:16 159:22
**attorney** 2:10,10
4:10,12 5:7 6:19,23
10:2,15,24 139:25
145:10 201:5 207:7
207:8 215:6
**attorney's** 6:14 7:2
184:20 214:19
**attorneys** 2:4 6:9
216:20
**attracted** 48:15

**august** 193:4 214:16
220:11,13
**automatically** 70:16
**avenue** 2:5 15:16
18:7 27:19 61:7
73:13 105:23
116:23 119:23
124:21 125:8 129:7
144:16
**avenues** 73:16
205:13
**avoiding** 148:22,23
**awake** 133:3,5,8
**aware** 24:24 133:13
152:5 160:7 202:9
202:12 212:9
223:22
**awning** 54:24
**awoke** 133:24
**axle** 120:24 121:12
121:14,22,23 122:5

**b**

**b** 12:24 212:24
**baby** 53:11,12
**back** 11:6 24:16
27:13 28:6,10 30:11
30:20,21,22,25
40:17 43:7,10 46:17
46:25 49:6,9 50:7
50:23 58:15,19
61:13,17,18 64:15
64:24 65:2,3 66:21
68:3 69:24 71:20
72:3 74:6,8 75:25
77:22 78:14 82:12
83:6 85:11,19,25
86:4 87:9 89:7 91:6
94:3 96:21 97:15,16
97:19,25 99:19
100:9,13 102:18
125:15,20 126:6
128:20 144:3,11,11
149:6 180:23
187:17 188:7 193:8

193:16,19,21,24,25
194:16 196:4
**backdoor** 41:25
59:16,20,22,23,24
60:2,4,11,11,13
65:3,4,13,22 66:4,9
66:13
**backed** 64:16 65:5
68:4,8 69:17,23
72:21 74:3,7,23
75:5,15,16,20 76:11
77:10,22 78:25
79:13,19 80:5 81:19
82:10 83:4,12,21
89:21 90:2 91:9
97:7,12,23 98:5,7
98:12 99:10,11,15
99:24 100:5,10,13
100:15,22 101:14
101:17 102:22
**backing** 71:17 74:2
76:5,17 99:22 101:5
**backtrack** 17:11
**backwards** 64:18
78:5
**backyard** 42:6 43:5
43:6 44:7,12 45:5
45:12 46:10 48:19
52:18,21 53:14
128:5,7 129:6
135:21 144:15,16
**bader** 2:4
**badger** 205:8,15
**bailed** 185:22
**bald** 94:24
**baldwin** 23:9 24:2
32:15 33:10 34:3,11
38:25 50:17,23
110:9 112:17,19,24
114:2,25 115:6,19
115:21,23 116:5,21
116:24 117:6
118:21 119:8,11,12
119:22,22 122:13
123:8 124:20 125:8

**ball** 198:13,23 199:6
200:7,15,23
**banisters** 54:25 55:4
**barricaded** 72:2
**based** 153:6
**basement** 42:11
54:4 60:15 66:24
**basically** 151:14
157:25 159:25
160:22 180:18
**bathroom** 49:22,23
53:25 199:23
**bear** 35:23 127:19
165:12
**becoming** 116:17
**bedroom** 59:17
**bedrooms** 42:2
**began** 22:11 30:7
97:5
**beginning** 23:2
111:9 112:2 119:24
151:22 159:10
**belief** 224:14,18
**believe** 7:10 8:8 9:19
9:24 13:4 17:14
18:9 19:11 24:13,19
27:9 39:8 40:16
48:15 49:2,16,21
54:3 55:3 66:24
73:22 77:16 83:24
83:24 92:9,11,18,20
94:10 95:12 96:5
97:7 98:10,17 99:18
100:4,5,17 101:23
102:16 103:12,13
103:14 104:6,22
110:9 125:13
127:14 142:15
150:7,12 164:22
165:20,21 168:14
176:5,7 182:18
187:24 188:7 197:4
205:5 212:15
215:23

**believed** 212:12
**belong** 36:2
**belonged** 89:4
**belonging** 45:16
**belongs** 45:19
**bench** 185:11,20
194:14
**best** 6:20 55:21,24
62:3 143:18,19
148:17 173:6
**better** 89:19
**beyond** 195:14
**big** 42:22 56:17,18
198:13
**bigger** 46:13
**birth** 12:7 15:3
24:11,18 28:2,4
**bit** 95:18 151:16
**bits** 221:14
**bleeds** 203:4
**block** 66:19 67:5
85:9 110:6 111:9,18
111:21,23 112:8
193:8
**blockage** 55:5
**blocked** 61:25 80:20
81:9 89:22 90:3,12
91:10,16
**blocking** 61:22 82:8
91:11 103:6
**blocks** 46:12 73:16
105:19,22 106:14
106:16 107:8
117:13
**blood** 96:19 98:16
98:18 119:3 125:16
127:18 136:22
199:23,25 231:14
**bogus** 161:18
**boiled** 156:8
**book** 12:3
**bottle** 193:13
**bottom** 161:7
**boulevard** 18:7
27:10 30:15

[boxed - charged]                                                                Page 5

| | | | |
|---|---|---|---|
| boxed 89:19 | 87:18 88:7 89:17 | camera 201:7 | 112:10,14,19,24 |
| boyfriend 13:24 | 94:17,21 99:12 | car 21:21 31:3,11,13 | 113:2 114:16 119:7 |
| brakes 71:25 | 107:19 109:3 | 33:4 50:14 61:16,18 | 119:12,13,14,17 |
| break 5:21 6:2 | 110:15 111:16,20 | 61:20,25 62:19 | 122:22 |
| 63:23 | 113:19,22 114:12 | 64:13,16 65:9,11,16 | case 139:16 146:8 |
| breaks 201:22 | 115:12 116:3 | 65:21 66:3,9,16 | 152:12 213:3 |
| breeze 9:2 | 117:12,16 118:13 | 67:8,10,16,18,23 | 215:23 216:19 |
| brentwood 15:17 | 119:8 121:11,16 | 70:13,17 72:15 74:6 | caucasian 92:11 |
| brewer 12:19,25 | 122:24 125:22 | 74:12,14 78:4,8 | 130:17 |
| 27:9,12,14 28:8 | 126:14 127:6 | 82:3,4 84:16 85:14 | caucasians 92:13,17 |
| 30:15 | 131:18,25 132:5,11 | 89:12 90:4,8,20,21 | 93:19 |
| brief 167:23 | 133:9 136:13 | 91:16 93:8 94:19 | cause 80:7 110:2 |
| briefly 56:11 | 148:11 149:18 | 95:6,15,15,20 96:13 | 170:25 171:23 |
| brings 195:12 214:9 | 152:10,20 153:4,22 | 97:9,11 101:11,20 | 209:4 222:16 |
| brother 18:20,25 | 154:3,23 162:9 | 101:25 102:3,14,21 | caused 16:13 127:16 |
| 19:2,4 24:9 35:9 | 192:14,20,24 | 102:24 103:6,18 | 137:13 144:4 145:2 |
| 39:14 49:2 50:10 | 194:11 195:10,19 | 107:22 108:5 113:8 | 191:25 192:18 |
| brother's 17:20 | 196:16 204:18,25 | 113:12,12,16 114:4 | cement 44:15 |
| 18:23 34:21 36:4 | 205:7,14 206:4 | 114:22 120:11,11 | center 134:13,19 |
| brought 139:21 | 207:17,18 208:4,12 | 120:16,18,23 | 141:3 142:3,5,25 |
| 159:21 168:12 | 208:14 214:6,8 | 121:10,16,19,21 | 143:5 |
| brown 23:24 206:24 | 215:18 216:2,4,6 | 122:3,7,25 123:6,16 | century 32:7 |
| bso 210:2,3 | 217:20 218:10,15 | 123:17,18 124:17 | certain 28:17,18 |
| buick 32:7,9 | 219:6 225:25 | 124:23 125:12,18 | 39:12 41:2 71:14 |
| building 2:5 23:15 | burked 69:20 | 125:19,24 126:4,5 | 72:20 76:2,3,5 |
| 41:7 55:2 150:11 | business 159:23 | 127:2,3,10 184:5,23 | 82:17 85:7 96:5 |
| 155:15 | 160:3,5 | 185:17 193:14,16 | 159:19 199:14 |
| buildings 41:7 | bust 203:4 | 193:18,19,20 | 200:8,8 222:10 |
| bullet 98:15 125:3 | busy 119:11 | 194:16 212:25 | certification 3:6 |
| 127:20 | bye 219:10 | 214:22 216:9 | 231:2 |
| bullets 89:11 98:15 | | car's 103:11 | certify 231:6,12 |
| bump 76:4 | **c** | carefully 9:6 | chair 57:6,16 |
| bumper 83:9,14,16 | c 16:8,8 147:22 | carry 194:10 | chairs 57:13,14 |
| 85:10,11,11,18,19 | cabinet 57:19 | cars 31:12,15,16,24 | chance 15:3 24:12 |
| 86:4 | cadillac 32:8,12 | 32:5,14,18,21 42:23 | 51:21 |
| bunch 226:19 | call 5:4 26:15 71:13 | 43:7 45:6,8 61:22 | change 16:13 |
| bureau 190:19 | 80:6 152:24 153:20 | 62:4,8,13,18 63:5,9 | changes 161:2 |
| 191:2,5 210:3 | 179:17,25 180:8,12 | 63:14 64:3 69:14 | characterize 159:8 |
| burke 2:7 7:6,24 8:6 | 204:15 206:2,21 | 82:23 83:2 86:9,16 | 220:25 |
| 8:7,10 9:7 10:3 11:2 | 216:13 217:3,17 | 86:17,18,20 87:3 | charge 169:9 171:4 |
| 12:2 22:6 38:9 | called 137:21 138:2 | 88:3,6,11,13,15,18 | 171:21 172:12 |
| 63:18 66:7 67:15,21 | 203:6 | 88:23 89:3 104:19 | 174:23 196:24 |
| 69:8 74:9,13 76:22 | calling 84:19 179:21 | 107:12,18,24 | 197:10,16 220:19 |
| 78:2 79:16 80:25 | calls 4:24 50:9 | 108:11 110:13,17 | charged 146:4 |
| 83:7,13 84:11,19,22 | | 110:23 111:6,7,12 | 164:18,20 168:5 |

[charged - correct]

Page 6

170:5,24 171:12
173:8,24 175:4
177:12 178:5 181:5
182:5 183:19,21,24
191:25 192:18
194:6 197:7,11
**charges** 146:3 164:8
166:10 168:22,24
169:4 172:5 178:7
178:14 184:7,12
186:24,25 187:8
196:4,6
**chasing** 110:13,17
**cheryl** 13:18 29:16
134:4,22 135:4,25
141:19
**chicken** 201:15,16
**chief** 1:12,13
**child** 22:14 23:3
**children** 35:18,21
35:23,25 36:2,10,18
36:21,22
**choices** 160:14
**chose** 82:9 194:7
**christine** 21:8 29:15
32:10 33:13 64:14
**christine's** 71:24
128:13
**christopher** 140:5
**cigarette** 48:20,22
48:24 49:5,25 50:4
53:9,15
**circumstances**
194:13 195:14
218:24
**civil** 1:24 6:12 9:14
139:18
**claim** 9:15 154:9
210:7,17 213:3
**claimed** 209:19,20
**claiming** 152:12
216:7 218:16
**claims** 152:14,16,21
**clarification** 79:25

**clarified** 123:4
**clarify** 30:19 44:14
66:14 67:22 197:23
**clear** 71:12 106:25
135:16 143:12
149:17 220:15
**clocks** 51:3
**clothes** 93:25 189:18
190:4,6
**cock** 193:21,23
**cocked** 193:24
**cocks** 193:15
**codignotto** 1:12
**coke** 203:25
**cold** 37:6
**collapse** 127:22
**collier** 15:6 29:17,22
29:25 30:3 36:12
**colon** 198:12
**color** 21:18 72:18,20
123:19
**colored** 71:16 72:2
72:19 73:25 74:18
77:15,22 81:3 82:14
83:10,22
**coma** 141:4,5,9,17
**come** 5:15 44:10
46:18,20,25 60:17
61:9 64:24 70:16
75:2 84:2 85:5 86:9
110:19 116:9 122:3
132:8 136:23 139:2
141:15 145:14
149:9 155:10
156:15 161:6
180:13 198:19
204:23 223:12
**comes** 146:6
**coming** 28:17 40:24
68:21 69:6,15 72:25
73:5 78:5,10,21
79:9 87:6 142:2
148:25 185:13,14
**commission** 1:11

**commissioner** 1:10
1:10,11,12
**commissioners** 1:13
**commit** 161:12
**complaint** 209:6
**complaints** 151:10
**complete** 50:17,19
**completely** 10:5
82:7 94:24 127:22
**complications**
147:10,11
**complying** 182:12
**composure** 103:20
**computer** 39:15,17
40:3,7,11 47:5,17
47:22,23 48:2,5,14
54:2 56:11,22 57:2
57:4,15 185:16,19
**concern** 154:4
**concerned** 151:11
205:7 213:13 226:2
226:7
**conclusion** 196:14
**concoction** 104:24
**condition** 114:9
**confer** 9:25
**confined** 172:22
**conflict** 160:2
**confused** 81:14
84:23 100:8
**confusing** 25:20
64:7
**connected** 215:22
**connecting** 66:19
67:5
**connection** 19:24
**connects** 68:7,11
**conscious** 141:14,17
141:18,21
**consciously** 133:13
160:7
**consciousness**
132:24
**consider** 56:12
131:7 190:5

**considered** 9:17
73:23 99:2 194:5
198:17,24
**consist** 53:22,24
**consisting** 41:17
**consult** 63:16
**consume** 37:11,14
**contact** 148:7
**contacting** 148:9
**contempt** 174:2
175:5,13,17 177:14
181:6 187:14
**continued** 228:19
**contradict** 210:17
**contradicts** 211:23
**control** 194:2 215:3
**controlled** 164:10
164:11 168:6,9
178:21
**conversation** 218:12
**convicted** 166:9,12
169:4 178:6,8,10
186:3,8,11 187:5
192:2
**conviction** 164:19
164:24 179:5
191:12,14 194:14
205:19
**convictions** 186:15
186:20 187:18
**cop** 185:17
**cope** 203:22
**copping** 166:2
**copy** 6:13 10:23,25
11:3
**corner** 73:18 77:17
78:22 116:23
122:17
**correct** 8:6,14 9:22
10:15,21 19:7 26:4
30:3 31:9 40:13
41:22 47:10 52:19
58:10 60:19 64:9
68:9 73:10 75:22
79:2,14 82:4,15

84:17 85:15 89:9
90:5,9 91:12,13
92:9 93:20 95:9,16
95:17 96:8 98:17
101:12,13,15,16
103:7 107:9 111:2
112:24 116:7 117:2
118:22 121:3,7
122:23 123:2,3,9
124:21,24 125:9,10
134:10 135:22,23
136:12 142:8,17,18
142:22 143:2,3,15
145:5 148:5 151:4
162:17 176:6
191:13 196:10,22
200:19 201:11
202:18 221:3
228:12
**correction** 206:10
206:16 219:11
232:4
**correctional** 12:15
134:13 143:5
172:23
**corrections** 155:21
156:22 207:21
**correctly** 180:21
**corridor** 58:2
**corridors** 60:8
**counsel** 1:24 3:4
156:12,14 207:15
**counseling** 156:7
160:20 163:9
**counselor** 152:5
156:23 157:2,5,5,14
162:15,17 163:10
163:20
**counselor's** 162:19
**counselors** 163:7
**county** 1:9,9,9 2:9
2:10 4:10,12 26:3
145:25 146:4
152:13 153:8
182:23 185:14,16

190:18 207:7,8
214:12,14,19 215:5
215:11 222:25
223:21
**county's** 10:4
**couple** 23:5 51:24
197:21 204:23
219:17
**course** 7:7 40:24
132:7 159:14
161:14 163:12
223:4 225:8 228:14
**court** 1:2 3:17 138:8
138:12 139:3,5
140:10,13,16 145:7
145:9 176:24
206:22,23 207:3,10
207:14,20,22,22,25
208:7,10,21 209:5
210:8,22 211:13,17
211:24 212:4,8,17
212:20 213:15
214:6 215:18 216:4
216:10 218:3,7,13
218:18,22 219:5,10
226:18
**courts** 196:13
**covered** 54:23
**crazy** 83:15 185:17
**criminal** 138:9,11
139:7,17,21,25
163:16 164:24
168:5,7,8 174:2
175:4,13,17 177:14
177:14 178:20
181:6 187:11,14
**criteria** 156:19
**cross** 110:25 124:2,7
**crossed** 111:4 124:8
**crossing** 122:21
198:3
**curb** 116:15 120:7,8
121:7,21 122:10
124:20

**current** 12:11 14:20
15:8,14 23:7 24:24
25:18
**currently** 14:2
16:10 48:11,12
**cut** 35:19 36:7 49:12
94:11 97:8 98:7
100:2,5,23 101:3,21
194:12 216:12
225:9
**cuts** 34:22
**cv** 1:4

## d

**d** 36:6 147:22 230:2
**damage** 120:10,15
120:17,20,21,22,25
121:9,21 125:3
193:17
**damaged** 121:14
**damages** 198:7
203:8,11 204:5
**dangerous** 213:5
**dark** 69:16 70:4
71:16 72:2,8,19
73:24 74:18 77:15
77:21 81:3 82:14
83:10,22
**date** 6:9 8:24 10:12
12:7 13:10 15:2
24:11,18 25:17 28:2
28:4 30:21 33:9,15
134:21 142:13
145:18 147:4
150:14 171:4
211:22
**daughter** 24:3,7
33:19 48:6,14 53:25
**daughter's** 21:12
**david** 1:11
**day** 25:16,20 26:16
27:11 30:7 33:5,8
34:25 37:24 38:11
39:2 50:21 113:23
141:20,23 145:16

147:2 161:8,11
166:16 174:12
199:20,25 200:3
205:18 216:9
229:14 231:18
**days** 35:10 40:25
135:3,6 170:15
172:17
**dead** 131:9 218:14
**deal** 20:5
**dealings** 153:12
**death** 221:8,23
222:4,16 223:13
224:17,22 225:21
226:4
**deceased** 214:21,23
214:24,24 215:5
**december** 191:13,14
191:16,22 196:8,20
**decide** 50:15
**decided** 50:11
**defendant** 212:10
**defendants** 1:15
2:10 4:13 8:13
207:9 208:25
**defense** 145:10
**definitely** 60:22
97:6 190:25
**definition** 200:18
**degree** 168:8 170:25
171:22 172:6,21
173:25,25 174:3
175:5 177:13
178:22 181:7 191:9
191:10 192:3,19
196:10,12,22 197:2
197:15,17 209:13
**deliberately** 116:25
160:10
**demand** 8:13
**demands** 7:18,20
10:4 28:16,17,19
**den** 40:8,9 42:7,8
47:4 54:2,8 56:12
56:16,17,23 58:5,14

58:24,25 60:2,4,5,9
60:10
**department** 1:9,12
26:4,8 152:14 153:9
155:21 156:22
214:12,15 222:25
223:7,12,21
**department's**
190:19
**depends** 58:22
**deposed** 208:8
215:11
**deposition** 1:21 3:7
3:14 5:7 11:9,18
201:6 205:2
**depositions** 11:23
12:4
**deputy** 1:10,11 4:10
207:6
**describe** 38:15
53:20 72:24 79:22
80:16 93:17 94:7
173:3 188:10 198:7
200:10
**description** 167:24
**deserved** 183:13
**desk** 57:3,6
**destination** 115:25
122:12
**detail** 38:16 64:20
80:16 93:17
**details** 170:20 205:4
205:17,21
**detective** 138:2,3
140:6,22 141:22
143:13 146:7 205:2
209:22,24,24
210:10 213:25
215:12 218:6
219:25 220:3
226:13 227:16,18
227:20 228:11,16
**detectives** 167:2,3
169:24 173:17,18
179:14,15 183:4,5

189:14
**devane** 140:5
**diagonally** 81:11
**die** 97:6 122:16
203:3
**died** 215:5 222:14
224:4
**diet** 202:8,10,15
203:25
**different** 19:3 29:22
197:10
**differentiate** 105:11
**difficult** 198:21
217:4 219:2
**digest** 203:23
**direct** 5:12 25:14
149:25
**direction** 65:15
68:16,25 72:25
77:21,24 104:3
**directions** 87:7
109:18
**directly** 67:3,13
69:7,13 78:14 82:2
86:7 126:5 150:19
178:18
**directs** 5:11
**dirt** 44:17,18,25
52:22,23
**dirty** 161:10
**disclosure** 10:6
**discoveries** 155:2
**discovery** 7:13
**discuss** 5:15 65:9,21
94:12 153:18,25
154:3 192:11,13
201:4 203:9 204:6
226:23
**discussed** 15:24
20:23 22:17 54:22
60:25 88:4 143:24
190:21 219:22
220:7
**discussing** 77:23
84:3 158:23 220:25

221:3 226:3
**discussion** 76:9
154:16 228:4,7
**dishonest** 136:9
**dismissed** 169:5
184:7,12
**dismissing** 184:14
184:15
**disposition** 168:22
168:23 170:8 184:6
**distance** 83:9 105:4
105:6
**district** 1:2,3 140:16
184:19 226:17
**dividers** 56:24 58:3
58:8,11
**divorce** 9:17 16:15
16:16,18
**dizzy** 116:17 119:2
**document** 7:18,20
8:2
**documents** 11:9,14
11:17,20
**dodge** 104:19
**doe** 1:14
**doing** 39:20 88:17
107:18 118:5 159:6
159:14,18 160:8
163:18 182:10
184:8 193:11 204:3
217:3
**door** 38:19 41:24,24
45:11 54:3,5,6,8,8
54:15,20 55:14,17
55:18 56:3,3,6,9,9
58:20 59:9,18 60:3
60:14,15 66:23,23
67:8 68:22,24 93:15
93:16 122:11
**doors** 54:7
**downs** 116:23
118:22 119:22,22
124:21 125:8,14
129:6 135:21 144:3
144:12,16

**downstairs** 42:8,9
**draw** 196:14
**drawn** 96:7
**dressed** 50:21
**drink** 203:24,25
**drinking** 183:16
193:6
**drips** 70:12
**drive** 31:10,13 70:18
71:4,5,20 85:4
100:3 101:21,25
102:4,25 103:21
125:7
**driver's** 67:7 68:23
73:3,6 78:7 81:5,6,8
81:16,21,24,25 90:7
93:5 94:19 95:7
**drives** 122:8
**driveway** 42:18,24
42:25 43:4,8,17,25
44:3,4,6,11,15,22,24
45:7,9,9,10 46:15
61:23,24 68:11,18
68:22 69:7,18,21
71:2 75:25 76:3
**driving** 21:13 31:3,7
32:21 33:2,4 63:21
65:5 66:2 67:8 69:3
70:24 71:3 72:12
88:16,20 102:13
105:5,17,17,18
106:2 109:5 116:5
120:11 121:18
131:8 161:4,4
183:17,22,24
184:24 193:7
**drove** 61:10 70:20
100:4,7 102:25
103:18 213:21
**drug** 37:18 38:3
155:23,24,25 156:3
157:5 161:8,9,11
162:14 163:9 178:3
**drugs** 37:16,19 38:8
38:11 161:10

[drugs - february]                                                                 Page 9

193:14
**due** 53:12
**duly** 4:4 231:8
**dwayne** 18:24 24:8
  35:17 36:3,6,9,11
  49:11 53:23
**dwelling** 40:20 41:9

**e**

**e** 2:7 4:3,17 12:24,24
  13:21 33:18 36:6
  169:11 230:2
**earlier** 4:15 17:16
  18:14 24:8 29:7
  31:7 41:19 42:4
  56:11 78:24 119:25
  122:20 135:22
  136:11 143:24
  158:23 191:7
  211:11 212:16
  220:11
**early** 196:5
**east** 69:2
**eastern** 1:3
**easy** 132:4,6
**eat** 198:19,20
  201:10,10,13,14,16
  202:2
**effect** 3:16 153:14
**eight** 43:6 45:6,8
  158:9,12 169:17
**either** 57:23 101:22
  111:17 114:12
  146:16 147:23
  160:14 161:25
  176:20 212:23
**elaborate** 28:13
  203:18 222:8
  223:24
**eleven** 150:10
**emergency** 87:11
  107:25 108:11
  113:3 122:23 123:7
**emotion** 132:8

**emphasis** 217:22
**empire** 2:5
**employment** 156:11
**emt** 171:3,24
**enable** 66:18 109:22
**enabled** 99:18
**endangerment**
  143:11 146:12
  186:23 191:9 196:9
  196:12,21 197:5,11
  197:14
**ended** 84:12 95:9
  122:6 165:25
  181:24 184:8
**ends** 163:19
**enforcement** 225:19
**entire** 141:6,9
**entirety** 38:13
**entitled** 1:21 210:21
**entrance** 54:5 64:21
**entrances** 40:15
  41:20
**errata** 232:2
**erratically** 131:8
**esq** 2:7,12
**essentially** 208:23
  214:20
**establish** 217:9
**estimate** 25:9 76:14
**evaluating** 73:11
**event** 5:13 191:24
**events** 14:18 15:25
  20:23 22:18,22 61:2
  192:17 193:3 205:9
  209:14 210:5
  215:14
**eventually** 84:7
  184:12
**everybody** 92:5,8
  151:12
**everybody's** 159:22
**evidence** 213:9,14
  213:18
**evident** 136:18

**ex** 13:19 17:21 21:11
  175:23 181:23
  182:9
**exactly** 13:10 30:6
  102:12 117:8
  129:18 137:7
  221:11
**examination** 4:7
  230:3
**examined** 4:5
**examiner** 99:4
**example** 38:19 41:8
  217:15 222:13
**examples** 217:16
**excellent** 6:4 207:25
**excess** 49:22,24
  210:7 214:12
**excessive** 152:12
**excuse** 14:11 36:3
  36:21 73:3 78:6
  186:16 190:16
**executive** 175:6,9
**explain** 66:20
**explained** 46:14
  55:20 62:24 195:13
**extend** 43:8 44:6
**extra** 159:19

**f**

**f** 147:22
**face** 64:17 68:13
  92:2,2 129:14
  188:22 213:8
**facility** 12:15 172:23
  202:9 217:4
**facing** 43:16,20,21
  58:19 59:3 66:17
  67:9,11,12 68:5
  81:2,4,6 82:3,5
  85:18,19 90:4,8
**fact** 62:6,7 75:13
  93:18 109:4 156:13
  203:23 214:3
  217:22 224:19,20
  224:24

**factory** 75:14
**facts** 153:10
**fair** 32:17 94:5
  217:14,17
**fairly** 200:25
**false** 216:7 218:16
**familiar** 15:5 16:3,9
  17:8,17 18:18 19:15
  21:7 23:21 52:2
  53:21 73:15 74:24
  75:11 96:15 208:18
  208:22
**family** 4:24 20:4,5
  23:17,18,19,23
  40:19 41:2 122:18
  133:20
**family's** 20:6
**far** 7:25 18:17 19:20
  30:9 38:25 39:4,5
  39:23 40:23 42:7
  70:18 80:4 86:3
  95:9 97:9,15,19,21
  97:25 99:16,17
  100:6,14,15,22
  101:17,24 102:8
  104:25 105:7 106:2
  110:5 120:25
  121:15,17,18
  125:15,16,17 130:8
  137:25 156:21
  158:4 163:13 187:8
  195:12 203:10
**fast** 70:24 71:3,4,6
  76:6,12,15 102:17
  103:24 104:2 115:4
  118:2,6
**faster** 76:16 118:6
**fastest** 118:9
**february** 17:2
  151:20,22 163:23
  167:22 168:4
  169:20 173:23
  174:9 177:21,23
  178:23 179:8,11

**federal** 1:23
**feel** 153:3 157:24
  199:3,5,7,10,11,12
  199:13 205:25
  208:25 217:25
**feet** 59:15 70:22
  71:13,15 80:7,8
  86:5 98:2,3 125:18
  125:18
**felonies** 186:14
**felony** 169:11 179:2
  186:4,8,12 187:15
**felt** 127:25 180:4
**fence** 45:19,25 46:7
  46:9
**fences** 45:14,17
**fifth** 2:5
**fighting** 177:4
**figured** 180:22
  222:14
**file** 2:13
**filed** 9:17
**filing** 3:5
**fill** 162:24 163:2
**final** 168:21,23
  170:7
**financial** 18:17
**find** 26:10 156:15
  160:15 162:25
  212:5 213:2 215:22
**finding** 221:14
**fine** 5:22 73:14
  172:10 205:25
**finish** 7:14 74:15
  80:21 91:2,15
  106:22 107:2
  225:10,16
**firearm** 204:9
  209:16,18
**fired** 96:10
**firemen** 171:3,24
**first** 1:10 4:4 6:5
  34:5,13 36:5 38:19
  43:3 47:3,9 51:4
  54:12,17 55:13,16

  56:7 58:5 68:13
  89:14,16,21,22 90:2
  90:19 91:9 92:10
  97:8 98:18 101:22
  133:11 140:21
  151:18,24,25
  163:22 181:6
  186:22,23 187:19
  191:9,10 192:3,19
  196:10,12,22 197:2
  197:15,17 203:19
  209:12 210:11
  225:4
**fish** 202:6
**fit** 42:23 45:6,9
**fits** 77:17
**five** 15:16 48:23
  50:3 105:15,15,25
  106:4,6 117:22,23
  117:25
**fixed** 198:15,17
  203:6,7
**flag** 224:8
**flanagan** 1:11
**flashing** 113:20,24
  114:5,14,16,23
  122:23 123:7,12
  124:16 126:18,21
  126:25 127:4,10
  198:2
**flat** 122:2 200:15
**floor** 42:10 55:25
**floors** 42:14
**focused** 85:8
**focusing** 33:7
**follow** 28:14 110:24
  111:17 150:24
**following** 107:13
  213:10
**follows** 4:6
**food** 201:15
**foot** 131:3
**force** 3:16 152:12
  210:7 214:13

**forgive** 210:22
**forgot** 66:20
**form** 3:10
**forth** 27:13 28:7,10
  30:12,20,21,23,25
  216:16 231:8
**forward** 64:17 65:6
  65:25 100:3,5,18
  102:5,8,20,25
**found** 216:8 221:18
**four** 35:11,25 36:2
  36:10,16,19 40:25
  60:7 64:10 93:16
  107:17 185:13
**fourth** 178:22
**franklin** 104:8,10
  104:17,22 105:2,8
  107:7,12 108:18,20
  109:6,9,10,21
  110:11,20,21,25
  111:2,5 112:4,12,23
  114:2 115:5 122:21
  198:3
**frazza** 147:20
  151:18 152:9,15
  154:20,25 155:5,8
  155:22 161:21,23
  162:12,16
**free** 34:24 35:5
**freeze** 129:19,20
  130:6,20 144:5,14
**frequently** 19:22
**friend** 193:6 194:5
**friends** 5:4
**front** 6:22,23 17:14
  41:24 42:17 43:9,15
  43:18 52:17,19
  53:14 54:6,8,13,14
  54:18,19 55:14,14
  55:17 58:15,19 59:5
  60:3 61:20,21 62:4
  62:9 63:7,14 64:25
  65:17 66:20 67:10
  69:13 71:21 72:4
  74:3 78:11 80:14,15

  81:2,11,18,19,22
  82:2,4,15 83:5,9,21
  84:6 85:8,11,13,18
  88:25 89:2,3 90:4,8
  92:10 93:12 95:6,19
  103:7,19 104:19
  120:25 153:18
  178:19 193:12
**fulfilling** 163:19
**full** 10:5 95:24
**fully** 175:16
**fulton** 27:14,19 28:7
  30:14 155:16
**funny** 65:19
**furniture** 57:8,12
**further** 3:9,13
  231:12
**future** 158:3

**g**

**g** 12:24
**gain** 103:20
**galant** 21:17,19 31:8
  32:8,24 33:2
**game** 217:14
**gate** 68:5
**general** 175:6,8
**gentlemen** 128:22
  146:15
**geographical** 227:25
**getting** 28:19 41:6
  93:22 94:4 119:2
  162:6 165:25
  193:19 221:13
**girlfriend** 13:19
  17:21 21:11
**girlfriends** 28:18
  29:8
**give** 9:7 68:9 105:9
  117:20 123:23
  124:18 136:8 139:2
  145:14 157:15
  160:17,18 167:23
  171:16 176:24
  217:15

**given** 231:10
**glass** 96:13
**glimpse** 95:24
**gmc** 72:10,14
**go** 4:23 5:14 20:11 28:11,21 34:13,16 37:13 45:5 47:4 50:16,23 51:23 52:14,24 53:8,13 54:13,18 57:22,23 57:24,24 64:25 71:12 75:17 76:7 80:3,3,4 83:15 91:6 102:8 104:3 110:4 112:8 143:4 147:3 147:17 151:18 154:13 156:7,9,12 156:13 160:15,20 160:25 161:8 163:20 185:23 187:17 188:24 194:7 203:7 217:16
**goes** 137:25 167:25 211:18,20
**going** 5:8 34:20 65:21 69:14,15 73:22 75:13,24 76:12,15,17 84:6 85:25 88:11 89:7 91:6 95:23 102:20 103:24 105:3 106:24 111:11 113:5 117:19,24 118:2,7 124:4 128:20 132:8 138:12 149:25 150:2 153:15 155:15 159:11,12 159:18,18 161:5,15 162:2,4 177:4 178:15 184:20 193:17,24 200:21 200:24 204:22 213:6 216:15 217:15 225:11
**gold** 21:20
**good** 131:23 160:22 184:21 201:24 207:12,14
**government** 179:18
**graham** 18:4,6,13 19:6,10 25:5 34:17 35:9,13 36:9 37:11 37:14,17 38:17,24 40:12 41:14,17,21 42:3,14 43:10,11,16 43:16,19 44:8 45:15 45:16,19,20 46:6,10 46:16,18 47:9 51:5 53:7,21 61:7 62:5,9 62:19 63:4 64:15 65:7,8 66:18 67:4 67:14 68:8,11,15 69:3,7,11,14,19,22 70:4,23 73:19,20,21 74:24 75:3,3,5,6,19 77:5 88:24 104:5,6 104:7,8,10,24 106:10 109:5,8 110:6,7,8,12,24 111:10,13,22,23 112:3 125:8 153:11
**grass** 44:19,25 52:22 52:23
**grassed** 42:19
**great** 53:16
**greeted** 38:20 39:6 47:12
**grew** 51:15
**grip** 160:22
**gritty** 205:21
**ground** 129:11
**guess** 48:9 55:2 73:23 168:13 173:6 189:7 204:21 218:19 223:17
**guidance** 217:5
**guideline** 217:18
**guilt** 196:9,21
**guilty** 169:3,6,8 178:20 188:21 191:8 197:14 209:12 211:21 214:17 221:16
**gun** 92:12 93:10 96:7 193:13,15,21 193:23,25,25 194:2 194:2,4 195:7,9,25 196:6 204:9,10 205:22 210:13,25 211:14,24 212:6,9 212:21 213:7,24 214:2,25 215:2,4,7 215:15,16,20,21 216:8 217:6,25 218:8,9 226:12,14 226:21 227:4,6,12 227:18,21 228:2,9
**gunfire** 96:22,24
**guns** 92:13,17 96:23 193:22 194:10 203:20,21
**gunshots** 86:11,12 91:17 96:11,16,18 97:2
**guy** 12:19,24 27:9 27:12,14 28:7 30:15 71:19 95:13,22 193:9 194:4
**guy's** 150:10
**guys** 217:3 226:23

**h**

**h** 147:22 195:6,6
**hair** 34:22 49:13,22 49:24 50:20 94:8,8 96:3
**haircut** 34:23 35:5 49:9,10,15 94:24 95:3
**half** 18:25 19:4 49:18,19 105:6
**hand** 43:23 73:2 75:15 98:9 105:21 105:22 106:10,17 193:13 199:11 231:18
**handcuffed** 188:13
**handcuffs** 132:14 161:7
**handgun** 195:24
**handing** 10:13
**happen** 168:13 206:12 216:16
**happened** 38:16 39:7 63:25 70:19 71:7 79:22 89:16 103:17 105:13 116:21 121:25 122:5,9 127:21 132:10 138:20,24 144:25 145:15 153:10 168:14 185:12,18,18 188:6 188:10,14 189:4 195:14 205:16,22 210:25 212:21 215:21 220:22
**happening** 189:9
**happens** 191:20
**harass** 218:21
**harasses** 182:3
**harassment** 215:8
**hard** 97:17 129:13
**harder** 198:16
**harm** 161:23,23
**hauled** 188:13
**haw** 157:18 199:17
**head** 92:19 121:2
**headed** 68:16 109:9
**heading** 114:2
**headlights** 70:14,16
**healthy** 177:3
**hear** 87:14 89:14,22 108:19,22,24 109:4 126:7,10,13 214:7
**heard** 86:22 108:17 161:3 208:4 222:18 224:7

**hearing** 86:12 138:21,25 145:21 198:2 222:23 223:6
**hearsay** 160:13 161:3
**height** 95:4,24
**held** 1:22 76:9 154:16
**hello** 206:25
**help** 124:4 217:9,11
**hempstead** 17:15 18:4 20:15 23:9 27:19 32:15 33:10 34:11,17 140:16 155:16 179:19 226:17
**hennessy** 193:13
**hereto** 3:5
**hereunto** 231:17
**hernia** 198:17,24 200:16 202:22 203:4,5
**hi** 206:23
**highly** 216:17,18
**highway** 115:13
**highways** 118:4
**hill** 19:16 51:18
**history** 155:24
**hit** 71:24 78:8,13 80:17 85:23 97:11 103:10,14,17 116:14,18 119:4 120:6,8,14 121:7 122:9 124:20 193:8 194:15,16
**hitting** 89:12 121:20
**hold** 81:13 84:10 121:17 197:8
**holding** 98:10
**holes** 98:15
**home** 45:11 185:13 185:14 189:13
**homes** 45:11
**homicide** 146:7 204:17 209:10,14 209:17,19,25 210:2 210:15 211:11 212:13,14 213:19 214:4,15 220:2,9,10 220:14,15,18,18,24 221:2 228:16
**honest** 88:9 136:5 137:23
**honor** 207:2,13,24 208:3,16 211:5,16 212:19 213:11 216:3 217:20,21 218:20 219:4,9
**hopefully** 7:14
**hospital** 133:22 134:9,15 141:24 142:17,22
**hospkins** 194:24 205:10,16 220:16 220:20 221:8,24 223:13 224:16,22 225:21 226:4
**hour** 49:18,19 115:16 118:10
**hours** 135:2,5
**house** 17:25 18:15 18:16 20:6,20 23:14 23:16,17 34:6,10,21 35:13 39:25 40:13 40:19,20,22 41:2,9 41:10 42:5,15 43:4 44:2,2,3 45:18,20 45:21,23 46:5 49:6 49:9 50:7,11 51:8 51:11 52:13,16,25 53:3,10,19,20 54:7 54:10,13,18 55:14 55:17 58:16,19,23 60:17,21,23 61:24 63:6,20,22 64:2,8 64:12,19,21 65:12 66:17,20,25 67:7,13 68:7,12 75:9,14 77:7 125:14,23 126:2,3,6 179:22 180:12 184:4,23 185:5 189:12
**houses** 45:18 46:7 46:11 89:3,5 125:23 179:25 180:8
**human** 132:8
**hundred** 150:10
**hunter** 1:13,17 12:12
**hygiene** 50:17,19

**i**

**icu** 141:17
**idea** 122:17
**identical** 84:9 85:12
**identified** 94:18 128:23 129:9
**identify** 128:24 129:15
**immediately** 79:23 210:10 213:25 217:23 227:8
**important** 178:18
**importantly** 97:3
**imposed** 163:16
**impression** 224:25
**inappropriate** 159:20 205:23
**incarcerated** 15:21 15:22 163:13,25 164:4,9,14 169:13 169:15
**incarceration** 13:25 14:6 172:12 179:5
**inches** 66:6 71:15 80:8 83:17 86:5,6 98:2,4,5 102:9,10 102:14,21,22 103:8
**incident** 25:17 38:12 63:25 105:12 153:6 173:2,3 181:14 182:4 188:2 190:9 191:24 192:17 195:8 211:2 214:10 216:9
**incidents** 182:8 198:9
**incorrect** 120:14
**index** 1:4
**indicate** 87:11 107:25 108:12 113:3
**indicated** 7:11 8:11 17:16 20:8,12
**indication** 93:22,24
**individual** 180:13
**individuals** 39:25 135:20 136:10
**indulge** 219:23
**infinity** 48:7 53:24
**infinity's** 57:24 58:9 58:17 59:2,8,10 60:5
**influence** 183:22,25 184:25
**inform** 144:17
**informed** 144:22 200:20 209:25
**initial** 72:7
**initially** 38:17 67:16 164:18
**initiated** 213:22
**injured** 125:7
**injuring** 172:22
**injury** 171:2,23
**inmate** 173:5 219:12
**inoperable** 195:25
**inquiry** 216:12,13
**insert** 163:4
**insertions** 230:8
**inside** 92:19 95:22 141:17 186:12 203:4
**insight** 168:2 171:17
**insured** 64:14
**intending** 216:12
**intent** 168:7 170:25 171:23 193:22
**interact** 128:16 148:19 154:20

155:7
**interacting** 188:15 188:17
**interaction** 26:3,12 107:6 128:20 151:17 152:17 214:21
**interactions** 189:6
**interest** 160:2
**interested** 39:8,11 47:16,19 84:5 92:4 92:4 231:15
**internet** 39:9,11,13 47:16,19,20
**interpretation** 160:10
**interrogatories** 6:7 6:11,14,16,25 7:21 7:25 8:13,17 10:14 11:12,12
**intersection** 73:8 120:2
**investigating** 209:25
**investigation** 214:15
**involved** 9:21 14:14 29:9,13 84:17 85:3 209:9
**involvement** 223:13 223:22
**involving** 205:9
**irrespective** 213:7
**island** 166:8 173:14
**issue** 216:18 217:25
**issued** 185:11

**j**

**jail** 133:22 134:10 134:13 160:15 169:2 170:9,13 185:15
**jail's** 185:16
**jailhouse** 173:4
**james** 138:3,25 140:6 145:12 205:2 215:12 219:25
**january** 1:19 24:14 215:12 231:18
**jeans** 93:25
**job** 159:15
**john** 1:13,13,14
**jones** 51:13,14 52:24 60:16 61:2,6
**judge** 5:17 145:9 152:24 153:20 185:22,23 195:18 195:22 204:15 206:2,14,23
**juice** 203:24
**july** 165:16
**jumped** 64:15 65:4
**june** 172:19,25 181:2,9,14
**jurat** 228:20
**justice** 163:16

**k**

**k** 195:6,6
**karen** 1:22 231:4,22
**keep** 139:23 160:22
**keeping** 55:22
**keith** 1:14
**kentucky** 228:5,6
**kept** 158:2 179:21
**kick** 131:3 132:16
**kicked** 129:13 130:21,23 131:11 137:4
**kicking** 132:13 135:20 136:11 137:11
**kicks** 130:25
**kidney** 198:10 201:22,23,23,25 203:23
**kids** 50:11 52:8
**kind** 45:25 72:9 81:14 123:13 157:19 175:14 194:21 205:3 218:14
**kitchen** 60:8,9,10,10 60:13
**knew** 20:19 22:4 98:12 149:2 154:6 156:9 180:18 211:21 212:12 213:5,18,23 214:23 226:14,20
**know** 4:15 5:21 6:24 8:20 9:15 10:17 14:20 15:2 17:12,19 18:6 19:9,12,18,21 19:23 20:2,4 21:3 21:10 22:21 23:7,11 23:19,22,25 24:11 24:17 25:6 27:11 28:5 34:23 36:13 38:6 40:22 42:2,9 42:11,13 45:22 48:8 49:14 51:2,7,12,14 51:18,20,25 52:3 53:18 55:22 59:22 61:10 63:4 67:21 68:25 69:11 71:5,18 71:23 72:9,11,18 73:8,14,23 75:10,18 76:4 79:24 83:8 85:17,22 86:23 89:11 92:16 94:7,9 95:10 96:11,16 98:19 99:3 100:25 103:25 104:22 106:23 107:19,20 107:21 111:24 113:24 114:13 115:9,9,10 117:11 117:15,17,18,20 118:13 119:19 121:4,5,9 122:19 123:19 125:21,24 125:25 128:7,10 130:8,14 132:25 133:23 134:2,5 137:13,21 139:24 141:18,22 142:12 142:13,14 143:6 144:6 145:18 146:14,19 147:15 149:3,5,5,9 151:2 151:12 153:15,16 154:7 156:19,25 157:6,23 162:3,5,6 162:7 164:17 165:2 165:15,18,22 166:3 166:15,18 167:7 168:21 169:7,20 170:7,11,13,16 172:16 175:10,11 176:18 178:25 179:16,18,24 180:7 182:11 183:3,21 186:24,25 187:4,7,8 189:3 191:19,21 193:9 194:22,23,25 195:15 197:3,23 200:13,18 202:5 203:5,22 205:9 208:4,18,25 210:14 210:15,18 211:20 212:2 214:3 215:6 216:22 219:20 220:5 221:14 222:15 223:10 224:9,9,10 225:11 226:19 227:23
**knowledge** 6:20 41:20 55:22,24 62:3 148:17 185:10
**known** 14:8 15:18 17:6,22 20:21 21:23 22:9 24:20 26:7,8 51:16
**knows** 22:20 157:3 160:21

**l**

**l** 4:3,19,21 13:21 16:8
**lack** 89:19

lamont 4:19
large 42:17 198:11
laserna 2:12 4:8,10
  7:16 8:4,11 63:24
  66:11 69:25 76:7,24
  84:15,21 119:10
  127:7 130:3 152:22
  153:17,24 154:13
  155:6 192:16
  195:17,21 196:18
  200:21 204:13,20
  205:6,24 206:5,13
  206:18,25 207:5,6
  207:11,12,24 208:3
  208:9,16,17,23
  209:7 210:9 211:4
  211:16,18 212:2,7
  212:11,19 213:11
  213:16 216:11
  217:21 218:5,19
  219:3,8,13,14 229:4
  230:5
law 175:7,9 224:13
  224:17 225:19
  228:16
lawrence 1:10
lawsuit 9:13,18
  154:9 192:6 195:12
  214:8
lawyer 11:19 63:17
  139:20,22 149:22
  149:24 150:4
lawyer's 150:6
lawyers 150:21
laying 199:14
lead 164:24
leading 146:7 220:2
leads 54:4,6
learn 143:22 144:4
  145:3 221:6,21
  223:12
learned 144:2 145:7
  145:8 221:5
leave 5:16 28:21
  57:17,21 64:12,22

64:23 66:13 86:23
  92:12 142:4 162:23
leaving 28:21 63:2
  63:13,19 64:2 69:14
  79:10
led 181:15 182:4
  194:14 205:18
left 34:2,6,14 38:18
  45:18 51:6 59:5
  62:11 64:8,19,21
  65:8,12,13,16 66:17
  67:6,13 68:8,24
  69:16 73:2,24 75:15
  80:9 92:21,22,23,24
  92:25 93:12,13,15
  95:12,14 99:7
  106:10 109:18
  142:17,21,24
  204:14
legal 9:20 10:7
  25:19
length 46:2,13
letter 184:2,9,16,19
letting 154:24
lg 4:24
life 24:21,22,23 28:9
  28:11 38:13 161:2
  191:20 194:9
  198:14,16 203:14
  220:21
lifestyle 204:4
light 70:6,7 113:12
  113:13 123:12
  113:7 217:13
lights 87:11 107:25
  108:5,11 113:3,20
  113:24 114:5,14,17
  114:23 122:23
  123:7 124:17
  126:18,21,25 127:4
  127:10 198:2
liked 47:21
limit 104:2 115:7,8
  118:4

line 152:23 153:20
  207:4 215:20,24
  228:20 230:9,13
  232:4
lines 90:10 94:9
  158:2 163:11
  183:23
listed 36:24
listen 118:14
listening 147:13
  149:20
listing 36:8
litigation 139:18
little 46:12 49:8 54:2
  55:17 56:11,12,25
  57:19 58:5 59:15
  77:3,4,16 78:11,20
  78:21,21 82:10
  95:13,18 98:15
  99:19 100:8,18,18
  105:13 151:16
  159:17 191:19,21
  198:18,18 206:19
live 13:14,17 18:19
  19:5 20:15 24:5
  28:22 41:3 53:12
  156:5 160:19,25
lived 28:9,12 183:2
liver 198:11
lives 19:10,19 20:12
  23:20 24:2
living 18:20 25:4,7
  29:4 30:9 40:4,8
  180:20
llp 2:4
located 40:7 74:22
  150:8
location 74:23 75:4
  75:7,21 76:19,23,25
  77:9,15,23 78:25
  79:14 125:13,19
  126:4
long 13:2 14:4,8
  15:10,18 17:6,22
  20:3,21 21:23 25:6

28:23 33:22 48:13
  48:21 49:12 51:16
  90:19 91:14,15 94:8
  109:12 111:5
  115:21 117:4,7,9,10
  127:12,14 142:10
  164:4 166:7,13
  169:15 172:15
  173:14 194:20,22
  195:25 204:9
longer 16:5 48:16,23
  109:14 169:17
look 71:11 200:13
looked 47:24 71:11
  80:2 93:19 130:14
looking 39:12,18
  47:25 48:5 61:19
  95:11 114:8 146:17
  168:17 200:14
  213:9
looks 44:21 200:12
loose 122:6
losing 119:3 125:16
  127:18
lost 198:10 210:23
  220:21
lot 28:16 73:16 75:9
  75:17 85:9 86:17,19
  88:11 124:8 177:4
  202:6 216:24
love 202:19
low 94:24
lying 179:22

**m**

m 4:21 13:21 16:8
mack 1:12
mad 182:12 193:10
  193:15
mailed 7:9
main 88:10
maintenance 55:3
major 120:15,20
majority 141:7

making  115:6 116:6
  152:14,15,21 154:9
man  97:3 150:8
  188:21
maniscalco  16:6,11
  16:14 29:16 156:6
maniscalco's  17:12
manner  220:21
manslaughter  146:2
  186:22 191:8 192:2
  192:19 205:19
  209:12 211:2,5
  214:17 220:19
march  16:20,21
  170:23 177:6,7,8,12
marijuana  37:23
marriage  156:7,12
  156:14,16,18 157:2
  157:3 160:20
  162:16 163:9
  231:14
married  15:10
  16:22,24
math  70:21
matter  4:13 25:10
  25:10,11,12 75:12
  90:25 91:10,18
  102:9,10,13 103:8
  135:12 205:10
  206:3 207:9 208:20
  209:23 215:9,23
  216:18 231:16
matters  215:10
mcguigan  1:10
mean  9:25 19:7
  36:20 38:7 39:10
  44:13 50:18 59:4
  61:17,21 63:19 75:7
  76:22 78:2 79:8,8
  84:13 87:2,4 89:17
  92:7 97:4,21 106:5
  126:14 139:4 142:6
  152:11 153:2,24
  154:10 160:9
  168:17 178:17

180:10 193:21
  195:11,20 203:16
  205:24 206:5
  217:22,25 221:11
  222:9 223:25 224:2
meaning  137:17
means  133:19
  168:16
measurements
  42:20
medical  99:3 134:18
  141:3 142:3,5,25
  200:20
meet  15:20 24:21
  28:17,19 155:12
  157:12 158:6
meeting  157:8
melted  212:23
member  133:20
  190:18 191:2,4
members  20:4,5
memory  6:21
  113:23
men  36:18 93:19,20
menacing  170:5
mental  46:3 203:10
  203:11 216:21
mentally  203:13
mention  137:2
  140:3
mentioned  29:7
  42:4 139:20 140:6
  146:2 187:25
  197:19
mesh  55:7,11
met  210:11
michelle  27:25
mid  196:5
middle  4:18 42:10
mile  105:6,6 159:19
miles  105:10 115:16
  118:8,10
mind  4:14 7:17
  35:19 55:22 63:16
  97:8 124:2,7,8

127:25 159:11
  211:21 213:4,12,17
  216:14 217:10
  224:8
mine  217:12 227:23
mine's  193:6
mined  178:15
mineola  2:11 140:17
  150:8 226:18
mingled  50:10
minus  57:15
minute  106:7
  109:15 206:17
minutes  48:17,23
  50:3 105:15,16,25
  106:4,6 117:22,23
  117:25 225:6
miscellaneous  51:25
misdemeanor
  170:12 172:3
missed  147:2,5,25
  148:8,22 180:24
mistaken  8:6,24
  14:15 25:16 92:19
  96:14 138:23
misting  70:9,12
mists  194:3 226:16
mitsubishi  21:17,19
  31:8 32:8,24
model  32:6
moment  86:14
  165:13 180:23
month  13:12 142:20
  165:2
months  25:10 167:6
  169:17 184:9,17
  209:7 212:15 214:5
morales  1:22 231:4
  231:22
mother  21:12
  179:22,23 180:3
mother's  179:21
mouth  38:7 156:24
move  7:13 80:17
  97:17 102:16

129:12 196:18
moved  13:6,9
movement  198:18
movements  200:8
  200:11
multiple  40:20 41:9
  87:3
mulvey  1:10
murder  143:9 146:5
  146:13 196:25
  197:4,10,16
myers  17:9,17 19:9
  19:13,20,22,24
  20:13 35:22 39:15
  39:17
mysteriously  64:3

**n**

n  4:3,3,17,17,21
  13:21 16:8 36:6
  195:6,6 230:2
name  4:9,16,18
  13:20 16:5,7,10
  18:23 19:3 23:22
  27:24 33:17 48:7
  52:2 110:7 111:24
  128:10 139:24
  140:3 147:19 150:6
  150:9,10,11 162:20
  162:25 194:18,21
  194:21,22,25
  207:17
named  182:17
names  51:12 179:15
  179:16,18
narcotic  178:3
narrative  214:20
nassau  1:9,9,9 2:9
  4:11 26:3 134:12,16
  134:18 141:3 142:2
  142:4,24 143:5
  145:24 146:4
  152:13 153:8
  182:23 183:2
  190:18 207:8

214:11,14 215:11
222:24 223:21
**natasha**  15:5 29:16
29:20,21,22,25 30:3
36:11
**nature**  20:7 145:19
**nauseous**  116:17
**near**  60:3,4,5
**necessary**  8:3
205:12,20 218:25
**need**  5:20 7:19
150:9 155:3 200:24
201:23
**needed**  37:8 156:20
**negative**  159:7
**neighbor**  128:9,12
**neighbor's**  67:6,13
**neighbors**  128:14
**netting**  55:7
**never**  20:19 23:3
38:8 42:5,12 52:13
54:10 55:23 62:24
62:25 99:2 104:9
140:12 141:2
143:16 145:25
151:3,7 158:5
161:10,22,24
162:13 163:15
165:24 184:22
191:2,4 194:2 203:5
203:13 215:3 228:6
228:10
**new**  1:3,18,23 2:6,6
2:11 12:13,15,20
15:17 17:15 18:4
23:10 27:20 32:16
33:11 34:11,17
166:7 173:14
185:25 186:6,6,8,12
228:2 231:5
**newborn**  53:11
**nickname**  5:3
**nicknames**  4:23
**night**  211:25

**nights**  20:6
**nine**  190:16,16
**nitty**  205:21
**noise**  113:10
**nonnenmacher**  2:4
**normal**  75:21 223:4
**normally**  34:22
193:20 199:3
**north**  69:2 73:23
**notarized**  7:12
**notary**  1:23 3:15 4:4
229:16 231:4
**note**  28:14 38:9
110:6 152:10
154:23 192:20
195:10
**noted**  229:7
**notice**  145:25
**noticeable**  200:17
**november**  24:19
140:20,22 142:23
143:2 170:4,17,20
226:16
**number**  96:12,14
232:4
**numc**  134:17 142:24
**numerous**  165:8
175:22

**o**

**o**  4:3,3,17,21 16:8
33:18 195:6,6
**o'clock**  64:11
**oath**  6:22 10:21
136:7
**object**  5:10
**objection**  38:9
152:11 155:3
192:21 195:11
208:12
**objections**  3:10
**observed**  96:17 97:2
98:21 99:9
**obtained**  159:15

**obvious**  200:17
**obviously**  205:18
215:4
**occasion**  212:10
**occasionally**  38:4
**occurred**  88:22
176:3
**october**  15:12
143:14,17 167:9,11
167:14,18
**offhand**  28:5 189:25
**office**  2:10 4:11 6:15
6:15 7:2 8:17 10:15
40:4 152:17 184:20
207:7
**officer**  1:14,14
124:3,10,13 143:9
147:10,12 148:2
149:20 151:13,18
151:21 152:2,4,7,8
152:15 153:12
154:19,25 155:4,8
158:21 159:5,16,23
159:24 160:5
161:21,23 162:11
162:15 171:2,24
180:12 187:20
188:12,18 206:10
206:16 207:21
209:3 211:8 219:11
**officer's**  147:18
213:4,12
**officers**  26:11 87:12
108:2,13 113:4
131:11 143:25
144:7,18,24 145:3
166:24 169:24
173:16 182:23
183:4 185:4,8
210:16 212:4,8
213:5,21 217:11
220:3 227:12
**official**  224:13
228:17

**officials**  5:23 224:17
225:19
**oh**  107:17 150:8
189:11
**okay**  9:10 11:2 80:2
80:3 112:6 117:16
125:25 154:12
219:5
**old**  19:12 48:8 51:20
188:5 204:3
**oldest**  48:6 53:25
**once**  65:4 99:24
104:16 149:24
157:15 158:20
159:21 176:9
223:16
**ones**  182:22
**open**  55:9 57:25
205:13
**opened**  122:11
**operations**  190:20
191:3,5 210:4
**order**  1:24 97:16
175:14,18,20
176:16,19 181:7,16
181:18,20,22 182:2
182:6,15 187:13
194:14
**originally**  25:21,23
83:12 146:8,10
164:20
**ossining**  1:18 12:12
**outcome**  231:15
**outpatient**  161:9
**outside**  19:23 49:25
53:13 62:20 63:5,10
92:21 140:10,13
154:11,21 155:8
163:15 185:25
186:5,8 195:20
208:11
**outstanding**  5:25
181:16,18
**owned**  21:14,21
31:16 32:9 195:23

[p - police]

**p**

p  33:18 194:23
 195:6
p.m.  34:8,10,14 37:4
 47:10 51:6,7 229:7
page  91:4 107:3
 228:19 230:3,9,13
 232:4
pain  98:20 127:19
 137:3,9
painful  199:15,18
 199:19,21,22,24
paperweight  212:24
paperwork  73:11
 137:25 162:22
parallel  68:10
park  45:4 46:15,17
 173:13,14,19
parked  61:24 62:20
 63:5,10,14 64:14
 88:20,23
parole  146:17,20,23
 147:18 148:7 149:7
 149:13 151:4,19
 152:4,4,6 153:12
 154:5,21,25 155:8
 156:19 158:17,19
 158:20,22,24 159:3
 159:4,5,16,23,24
 160:4,12 163:22
 183:12 193:5 220:4
paroled  148:15
 149:10,11 152:3
part  46:11 66:19
 81:8 113:6 133:22
 134:9 149:11,12
 213:10
partial  44:19 52:23
 52:23
particular  27:12
 30:21 45:10 88:2
 96:23 141:20,23
 159:5,16,22 213:13
 215:24

parties  3:5 231:13
parts  44:25
party  9:21
pass  110:21
passed  110:10,25
 132:19 135:19
 137:19 194:5
passenger  68:22
 72:15 73:3 78:6
 81:21 90:3 93:2,15
 123:16,18
passenger's  81:16
path  45:13
patient  74:14
patio  52:20
patrol  1:13 147:10
 147:12,25 148:2,5
 149:19 150:20
 151:8,10,13,21
 152:15 156:5
 158:16
paved  67:2
pavement  44:16
pavi  194:20,23
 220:15 222:14
 224:4
pay  193:17
paying  87:16
pedestrians  116:19
 119:4
pen  9:8 11:5
pennsylvania  15:16
people  36:8,12,15
 36:16,19,23 41:3
 45:4 47:13 48:2,4
 50:8 51:10,25 52:6
 52:7,8,12 53:12
 56:19,20 61:6,9
 75:17,22 132:13
 143:23,24 144:7,9
 144:17,19,20,23
 157:22 160:21,23
 179:25 180:9
 222:10,10 223:17
 223:19,20 226:3,5

226:19
people's  180:8
perforated  198:11
period  88:12 135:3
 172:11 179:4
perpendicular
 80:23
person  76:16 94:18
 131:2,3 157:9
 172:22 173:7
 188:16 193:20,23
 194:19 214:21,23
 214:24,24 215:5
personal  157:20,22
 158:5,5 159:17
personally  21:2
pertaining  139:15
peter  2:12 4:9 207:6
 208:17
pezzutto  21:8 22:18
 23:25 29:15 33:13
 64:14
pezzutto's  24:17
 31:3,8 32:3
phone  50:8,9 180:16
 206:8,14,15
phrase  87:19
physical  94:5 125:3
 171:2,23 203:12
 216:23
physically  63:20
 125:6
picture  180:19
pictures  39:12 47:20
 47:23 57:18 200:23
 201:3
piece  213:9,14
pieces  221:14
place  1:22 11:24
 16:19 25:18 34:15
 75:11,17 153:8
 165:23 166:7
 178:23 182:14
 191:25 192:17
 195:8 211:11

212:15 213:20
 214:5 220:10
placed  206:21
plain  190:3,5
plaintiff  1:7,21 2:4
 207:15,18,19 208:5
 210:4,12,12 214:11
 214:16,18 215:2,8
 215:17 216:8,20
 217:12 218:8,10,21
plaintiff's  213:17
 216:14 217:9
plant  213:8
play  146:6
plea  197:13
plead  169:3 196:21
please  62:14 89:25
 132:12 177:10
 195:3 208:11
pled  169:6,7 170:9
 170:11 172:3,4
 174:14 178:20
 191:7 196:9,11
 209:11 214:17
 221:16
plural  29:8
plus  32:8 180:20
po  160:6
point  20:20 34:2
 80:11 82:17 84:17
 84:25 86:10 110:19
 116:10 126:24
 132:14 143:22
 210:24
police  1:9,9,14,14
 26:3,8,11 87:12
 93:23 108:2,12
 113:4 119:14,16
 124:3,10,13 128:23
 128:25 129:2,4,16
 129:17,19,20 130:6
 130:20 143:9,25
 144:5,7,11,14,18,23
 145:3 152:13 153:9
 166:23 169:23,24

**[police - reached]**

171:2,24 173:16,16
179:24 180:8,12
182:23 183:4 185:4
185:8 187:20
190:19 198:2 209:2
209:4 210:16 211:8
213:21 214:12,14
215:12 219:20
222:25 223:7,12,21
**poof** 193:9
**porch** 52:15,16,20
53:2,6,14 54:14,19
54:23 55:9 60:19
61:9,15 75:18
**position** 86:3 205:14
213:6
**positions** 199:14
**possessed** 195:24
**possession** 139:8,13
168:6,7,9 177:14
213:24 215:3
**possibility** 53:16
97:14 108:4,4,8
113:11,15
**possible** 10:5,6
113:19
**possibly** 154:8
**potentially** 216:17
**precinct** 173:12,13
173:19,20 187:25
189:14 193:12
194:7
**precise** 13:10
**precisely** 23:13
92:14 144:9 158:22
165:3
**prepare** 11:17
**prepared** 6:18 8:5
8:18 162:5
**presence** 210:25
**present** 92:3
**preserve** 155:2
**pressing** 71:25
**presume** 216:19

**pretrial** 138:20,25
145:21
**pretty** 76:6,12
**prevents** 202:23
**previous** 11:16
16:21
**previously** 7:9 16:11
79:20
**prior** 13:2,24 25:6
27:16,17 55:10
153:12 209:8 211:2
211:5,14 214:5
221:21 222:19
**prison** 133:16,19,21
134:8 173:10
185:14 188:14
202:9 221:10
**probably** 35:11
38:14 52:11,12
106:7 120:24
121:23 122:2,6
166:25 167:24,25
169:11,18 170:9
175:15,25 176:13
180:5 183:5,7
204:22 217:13
218:25
**problem** 6:3 7:5
10:10 11:7 74:17
163:3 165:14
187:10 189:8
197:22
**procedure** 1:24 6:12
**proceeding** 138:9,11
139:7,17,22,25
140:10,13 145:20
**proceedings** 146:15
197:19
**produced** 214:25
**program** 155:14,15
155:17,19 158:8
160:15 161:8,9,11
**programs** 155:20
156:2,10 160:17,18

**proof** 160:13
**property** 9:15 77:8
77:14
**prosecutor** 145:10
**protect** 215:7
**protection** 175:15
175:18,21 176:16
176:19 181:8,17,19
181:21,23 182:2,6
182:16 187:14
**protein** 201:20,21
201:22 202:3,6
**protein's** 201:24
**protocol** 163:13
**provide** 200:22
202:14 213:18
**provided** 5:22
138:14,16
**public** 1:23 3:15 4:5
229:16 231:4
**pulled** 77:2 184:22
**pulling** 146:16
**purpose** 34:19
**purposely** 116:14,16
120:6
**pursuant** 1:23
**pursue** 184:14,15
**put** 9:4 42:20 43:6
96:2 101:11,20,25
102:3,14,21,24
120:13 132:14
155:25 161:6
176:21,21 196:15
206:14 228:17
**puts** 148:4
**putting** 38:6 156:24

**q**

**queens** 12:19
**question** 3:11 5:12
5:25 33:25 39:24
40:23 44:9 46:23
47:7 63:16 64:6
69:9 74:10,15 87:20
91:3,15,23 99:13

106:22 107:2
110:16 114:11
127:15 130:12
131:22 132:2,12
155:4 162:10
167:12 192:15,25
194:12 204:8,19,22
205:5 212:18
214:19 215:15
218:24 225:10,11
225:15,16 228:8
**questioned** 224:10
224:12
**questioning** 152:23
153:20 204:16
211:10 215:20,24
221:7,23 222:4
224:16,21
**questions** 5:9 6:7,17
154:25 157:25
204:23 215:9 217:8
219:17
**quick** 35:20
**quickly** 9:3 200:25

**r**

**r** 4:3 12:19,24,24,24
27:9,12,14 28:7
30:15 147:22,22,22
**railroaded** 165:25
**raining** 37:6 70:8,10
**ramona** 17:8,17
19:20,22,24 35:17
36:9 50:10 53:23
**ramona's** 35:17
36:2,10 48:6,14
53:24 57:25 58:8,16
59:12,17 60:4,12,12
71:2
**ran** 124:24 129:13
**rap** 168:12,15,18
172:2 174:13
**reach** 222:24
**reached** 107:11
108:18,20

[read - result]

read 7:8,10,25 8:8,9
8:12,16 12:3 104:11
137:24 138:5
139:19
reading 73:11
ready 219:12,15,16
real 35:19 129:13
193:14
realize 89:10,12
217:3 223:18
really 9:12,13 28:16
36:13 47:21,22
50:16 51:3 69:4,5
71:3,14,22 73:15
95:23 123:23
124:18 156:17
157:21,22 159:18
160:25 161:16
165:24 180:11,15
192:4 200:19
202:20 203:22
205:10 226:6
reason 143:10
149:16 163:8
176:23 177:2
209:17 211:9 232:4
reasons 210:3 220:6
recall 13:5,8 18:3,8
20:17 21:18 26:18
26:19 27:5,7 30:6
32:20 34:25 35:12
36:17 37:2 57:10
81:15 85:20,21
86:11,13,15,18 88:3
88:5 94:23 108:6,10
108:15,17,21,21,23
108:23 109:4
114:17,18,19,20
118:17,17,18,19
132:16 133:2,3
134:21 135:24
141:16,25 143:13
143:15,20 150:14
150:16 151:7
166:14,23 167:6,13

167:15,19,20,21
168:4,11 169:23
170:2,19 171:5,6,8
171:11,14,18,25
172:4,7,9,11,18
173:2,11,15,22
174:4,5,8,11,16,17
174:18,21,25 175:3
175:12,16,19 176:2
177:5,11,17,20,23
179:10 180:25
181:4,5,10,12 182:8
182:13,19 183:8
189:24 190:2,11,12
190:17,24 197:6,9
197:13,18,25 198:5
218:12 226:24,25
received 49:9 50:9
184:2,16,19
recess 154:18
206:20
reckless 143:11
146:12 186:23
191:9 196:9,11,21
197:5,7,11,14
recollection 12:6
43:22 143:18,19
191:18
record 5:14 76:8,10
106:24 154:11,14
154:17 168:20
195:5 196:15
200:22 231:10
records 10:25
202:13
recounted 215:14
218:11
recovered 215:14
red 193:7
reduced 172:5
196:25
refer 18:13 59:21
referred 138:22
140:2 220:16

referring 121:5
134:12,16 138:7
reframing 202:4
refresh 191:17
refuted 156:2
regained 132:24
regard 76:20 154:19
211:10 221:8,23
222:4 224:16,21
regarding 152:15,16
154:8,25 155:4
204:16 213:3
regards 220:9 228:8
registered 64:13
regular 49:15 76:4
88:17,21 93:25
115:13 173:4 185:4
189:18
relate 157:24
related 223:6
231:13
relation 58:16 89:18
relationship 13:23
14:5 22:2,11,24
23:3 28:15 29:10,13
35:24 159:8 161:13
177:4
relative 78:2,4
release 179:7
released 173:10
relevant 152:19
153:3 210:7 215:25
216:17,18 217:7
religious 194:21
remain 208:6
remember 13:12
26:22 27:2 28:4
30:17 66:22 95:22
113:13,14 130:22
131:4 133:25 137:5
160:16 162:19
165:4 167:25 178:2
178:11,13 186:5
188:2 189:16

remind 176:4
177:10
removed 198:12,15
rented 41:14
repeat 29:18
rephrase 43:14
46:24 197:8
report 146:24,25
147:2,8,9 149:4
150:19 151:25
154:5
reporter 1:23
207:20,23
reporting 193:5
reports 120:14
represent 4:12
207:8
representing 58:11
request 200:22
requests 8:2 230:12
require 6:11
reserved 3:11
reside 27:21
resided 25:5
residing 27:6 33:12
resisting 131:6,9
168:10 181:8
resolution 5:16
respect 53:11,12
respective 3:4
respond 10:4
response 8:12 11:11
responses 6:10,18
7:4,20 8:5,16 10:14
10:17,20
responsibility
222:17
responsible 188:22
responsive 196:19
rest 131:5 161:17
198:14
restaurant 155:12
155:13
result 121:10,17,18
121:20 144:8 179:7

198:8,12,22 203:2
**resulted** 25:18
**reverse** 101:11
102:14,15,21
**review** 6:16 7:18 9:5
139:6 162:24
**reviewed** 11:8,13,17
11:20,22 139:12,14
**rewind** 62:14
**rice** 201:19
**richard** 147:20
154:20
**rifle** 204:10
**right** 5:23 7:14 8:7
10:11 30:13 43:22
43:23,25 44:2,4
46:6 55:4 56:9 59:2
59:4,6,7,25 60:6,12
60:13 61:16 62:22
65:6,9,16 66:16
67:16 68:12,21,23
69:6,10,18,22 70:3
71:2,18 73:7,15
74:13,16 79:6 82:11
82:18 83:13 85:6
89:13 91:5,8 94:20
97:9 98:8,20 99:6,8
99:16,17 100:6,17
100:23 101:4,24
103:11 105:21,22
106:17,20 107:4,9
107:10 109:7,19
111:8,11 112:7,9,16
112:18,23 113:21
114:25 115:6,13,18
116:6 117:5 118:11
121:6 122:22 123:8
125:13 132:10
133:8 151:22,22
155:14 159:12,15
176:15 178:11
180:19 183:17
185:2 189:25 190:8
193:12 198:10
200:16 204:13,19
207:5 208:13,14
211:3 212:22,24
218:4 219:3,6,10
220:23 229:4
**road** 23:9 24:2
32:15 33:10 34:3,11
38:25 50:17,24
88:10 110:9 112:17
112:19 115:2,23
116:6,22,24 117:6
119:8,11,11,12,22
122:13 123:8
124:21 125:8
**roam** 40:21
**roamed** 42:5,12
**robbery** 165:20,22
165:24 166:4,4,6
173:24
**robert** 1:10,12 2:7
207:18
**roger** 51:13,14
52:11,24 60:16 61:2
**rogich** 1:14
**room** 40:5,8 42:9
53:22,24 56:14
57:21,22,24,25 58:8
58:9,17 59:2,8,10
59:13,20,23 60:4,5
60:12,13 208:6
**rooms** 56:13 58:6,12
58:12
**roosevelt** 166:7
**rose** 73:12,13,19
74:19,24,25 75:2
77:3,4,10 78:23
105:22 106:12
153:11
**rule** 5:17
**rules** 1:24 6:12
**ruling** 206:2 219:4
**run** 104:23 122:12
122:14 125:11
127:24 209:2
**running** 126:8,15,16
126:19,22,25
127:12,17 128:2,5
128:17,19 129:8
131:7
**runs** 60:9,10,11
110:8,12 111:23

**s**

**s** 13:21 16:8 147:22
147:22 195:6,6,6
**safer** 127:24
**sale** 164:10,11,22
178:3,8,21 187:11
**sandwiched** 83:5
**satisfaction** 197:15
**satisfied** 155:20
160:16
**satisfy** 156:19
**save** 152:23 180:2
195:18,21 217:2,16
**saw** 40:23 42:8
47:20,23 88:15 92:5
92:8,11 96:12,19
98:14,15,16 109:25
112:24 119:13
123:6 126:21 127:4
127:10 158:13
160:6,23 162:14
196:7 209:5
**saying** 10:9 43:13
69:22 74:5 79:6
83:18 85:15 108:7
110:22 111:24
129:2,17 130:5
132:19 153:5,22
172:8 179:25
180:18 197:9 216:6
216:25 222:10
224:6,6 227:16
**says** 168:13
**scar** 200:23 203:14
**scared** 97:4,5
**school** 51:23
**schwartz** 150:12,12
150:13,13,22
**screen** 40:10
**se** 81:15
**seafood** 201:19
**sealing** 3:5
**season** 150:17
**second** 1:11 10:23
17:12 24:16 27:18
35:25 40:18 55:25
66:23 76:8 82:12,21
84:3,13,16,24 85:5
86:2 87:9,20 90:14
90:15,20,23 91:7,11
91:16 96:22 100:9
102:19 150:9
170:25 171:22
172:21 173:24,25
177:13 213:6
**seconds** 90:22,25
91:10,19
**security** 5:23
**see** 6:19 44:20 46:2
46:12,14 47:21
53:18 61:19 66:18
67:3 71:16,19 80:2
87:8,10 88:12,13
91:21,24,25 96:22
96:24 109:15
111:12 112:10,14
112:19 119:7,14,16
122:22 126:18,25
130:10,10 133:20
134:3,6 152:18,20
157:15 158:10,15
177:23 181:3
185:21,23 188:23
188:25 199:16
200:6 206:2 224:3
**seeing** 88:3,5 92:5
197:25
**seek** 156:10
**seen** 52:3 75:23
163:7
**sell** 168:7
**sending** 224:8

**seniority** 160:3
**sense** 64:25 71:4 117:21 134:25 142:19 165:9 216:24 217:18
**sent** 11:19 160:21
**sentenced** 138:13
**separated** 41:8 83:9
**separates** 45:20 46:7
**separating** 58:8
**september** 12:18 13:2 14:18 15:25 17:4,25 18:21 20:24 21:13 22:18,22 23:12 25:3,15,21,24 26:2,5,9,13,17,21,23 27:3,6,15,16,17 29:9 30:2,5 31:5,6 32:21,25 33:7,23 35:2,14 37:3 46:16 47:8 55:10,11 57:11 61:2 62:10,23 63:3 144:15 145:2 153:6 174:19,22 198:4,9 204:11 208:24 209:21 211:7 214:10 219:21 221:22 222:20 225:2,18 226:10 227:5,13
**sereghino** 138:4,25 140:7,8,22 141:22 143:13 145:12 146:6 205:2 209:22 209:24 210:11 215:12 218:6 220:2 226:13 227:16,18 227:20 228:11
**serve** 179:4 202:5
**served** 6:8,15 7:2 10:15
**serving** 172:11
**session** 157:16,17,19
**set** 159:11 231:8,18
**setting** 154:21 155:9
**seven** 35:10
**shake** 122:8
**shampoo** 50:20
**shatters** 96:12
**shed** 217:13
**sheet** 168:12,15,18 172:2 174:14 232:2
**shirt** 96:20 98:18
**shooter** 91:24,25
**shooting** 72:4 91:21 115:5 135:2 153:7 212:14 213:22 214:13
**short** 94:8 95:2,3,3,4
**shorter** 95:13 96:3
**shorthand** 1:22
**shot** 86:24 87:10,16 87:21,22,25 88:3,8 88:12 89:8,11,13 92:15 97:6 98:11,13 98:19,22,24 99:10 100:11,21 101:10 104:20 107:16 110:3 112:4,11,22 113:25 121:19 122:18 124:5,7 125:9 130:9 132:9 135:16 136:17,19 136:21,25 142:8 204:10 209:4,11 211:7 221:13
**shots** 86:22 89:15,23 96:10
**show** 185:15,17 216:20
**shower** 50:20
**side** 41:24 43:17,24 54:4 60:15 66:22 67:7 68:24 73:2,3,4 73:6 75:15 78:7 81:2,5,7,8,16,21,21 81:25 82:3,4,5 83:10 90:3,8 93:2,5 93:13 94:19 95:7 99:6,8 105:21,22 106:10,17 139:2
**sides** 81:17 85:19
**sidewalk** 44:6 67:3 103:10,14,18
**sign** 6:22 8:23 10:24 67:5 70:20,23,25 71:9,10 73:9,20 76:20 78:18,22 79:2 79:11,15,20,24 80:9 88:23 89:8 105:7,13 105:14 106:11,11 106:15,18 107:5
**signature** 7:19 9:4 228:14,15,20 232:24
**signed** 3:14,16 6:10 10:20 143:16 228:10
**signing** 143:20
**similien** 13:18,21 14:9 29:16 134:4,22 135:4,25 141:19
**simply** 167:19,20
**sing** 5:23,24 12:14 12:14
**single** 23:17 40:19 41:2
**sink** 59:14
**sir** 12:16,22 31:4 54:16 56:6 59:6 65:14 89:25 98:4 123:24 124:19 136:22 167:5 171:21 174:24 175:10 181:13
**siren** 113:6
**sirens** 87:14,15,23 108:18,19,22,24 109:5 113:4,10 126:13 198:2
**sister** 27:23 28:22 28:25 29:5
**sister's** 27:24
**sit** 95:25 108:9 113:18 115:9 151:6 157:16 167:16 168:18 197:25 200:9,11 219:19
**sits** 200:15
**sitting** 72:12 107:17 130:8 199:13
**situation** 219:2
**six** 26:6 158:9,12 179:6 184:8,17
**skinned** 94:6
**skrynecki** 1:13
**slapped** 214:23
**slide** 62:15 82:10
**slightly** 79:2,5,8,10
**smack** 193:10
**smart** 47:22 161:25
**smoke** 37:23 48:21 48:24 49:25 53:9,14
**smoked** 49:5
**smoking** 53:10
**society** 163:19 180:21
**somebody** 27:22 124:16 162:2 209:11
**somebody's** 128:4
**soon** 83:3
**sorry** 17:11 20:8 22:5 24:15 25:19,25 29:18 46:24 89:25 90:7 94:11
**sort** 55:8 64:6 65:18 155:19 157:17 163:9 166:24 211:20 216:21,22 223:5
**sorts** 87:6 157:25
**sound** 96:18 223:2 223:10
**sounded** 79:7
**sounds** 96:16 175:13 175:17

Case 2:11-cv-00934-GRB Document 63-4 Filed 08/06/12 Page 254 of 259 PageID #: 876

**south** 69:2 104:8,10 104:17,21 105:2,8 107:7,11 108:18,20 109:9,10,20 110:10 110:20,21,25 111:2 111:4 112:4,11,22 113:25 115:5 122:21 198:3
**space** 82:25
**speak** 149:22 151:16 163:20 180:14,16 220:8 225:20
**speaker** 206:15
**speaking** 77:9 135:21 143:13 207:5 208:17
**special** 190:19 191:3 191:5 202:7 210:3
**specific** 217:16
**specifically** 155:11 171:19 192:25 215:13 217:6
**speed** 104:2 105:3 115:7,8 117:24 118:4
**speeded** 193:7
**speeding** 80:10
**spell** 4:20 12:21,22 13:20 16:7 33:17 36:4 147:21 194:22 194:23,25 195:3
**spent** 20:6
**split** 82:21
**spoke** 14:23 140:15 140:18,21,24 150:4 150:15
**spoken** 5:8 14:17 17:3 140:9,12
**spot** 104:25 162:23
**spring** 171:20 172:13
**stairs** 54:9 55:18,21 56:8
**stand** 145:13
**standing** 43:15,18
**start** 119:24 131:21 157:8
**started** 72:4 74:2 98:18
**state** 1:23 2:5 12:15 211:21 213:4,12,17 216:14,21 217:10 217:11 231:5
**statement** 143:17,20 226:12 228:11
**states** 1:2
**stating** 184:2,9,17
**stature** 95:3
**status** 18:17
**stay** 28:23 33:22 41:3 52:25 53:5 142:10
**stayed** 42:6,7 60:18
**staying** 39:2
**steering** 98:8
**step** 18:25 24:15 40:17 50:12,13,15 82:12 96:21 100:9 100:24,24,25 101:8 101:9 102:18 208:10
**stepped** 50:23 208:15
**stepping** 87:9 180:23
**steps** 65:25 66:4,6,8 66:10,13
**steven** 1:13
**stick** 173:7
**sticks** 200:16
**stint** 221:9
**stipulated** 3:3,9,13
**stipulations** 1:24 3:2
**stolen** 228:5
**stomach** 99:5 198:14,24 199:8 200:7,12,13,14
**stool** 199:23 200:2
**stop** 67:4 70:20,23 70:25 71:5,9,10 73:9,20 76:20 78:18 78:22 79:2,10,15,20 79:23 80:9,11 88:23 89:8 105:7,13,14 106:11,11,15,18 107:5 116:4,9,13 117:2 118:21,21,25 119:6,21 120:2,5 121:6 127:16 137:14 159:13 216:5
**stopped** 71:8,10,22 71:24 76:21 78:9,12 78:18 79:14,15,17 79:20,23 80:12,13 80:25 81:20 82:15 82:18,22,23 83:2,4 84:14 90:11,20,21 90:24 109:10,12,25 117:6 127:13 128:2 128:5,17,19 129:8 137:15,15,16,17
**store** 32:14 57:2 67:3 77:17
**story** 104:12 210:23
**straight** 65:17 69:21 73:22 78:15 110:3 112:5,8
**strange** 71:19,22
**street** 1:17 2:11 12:12,23 17:14 18:7 18:10 43:9 44:7,11 61:21 62:5 63:8 67:11 68:2,13,14,19 68:20 69:12 110:12 115:13 122:17 153:11 179:17 189:15 222:24
**streets** 73:17 96:15 156:10 222:7,9,11 222:19 223:6,16,17 224:3,7 226:3,5
**strenuous** 202:25
**strike** 196:18
**struggle** 214:25
**struggling** 194:3
**studio** 58:4
**stuff** 51:3
**stupid** 193:11,15
**subject** 149:13 154:6 215:22
**subscribed** 229:13
**substance** 164:10,11 168:6,9 178:21
**substantially** 106:6
**sufficient** 18:12
**suggest** 136:8
**suggesting** 218:22
**suggests** 210:13 214:3
**suit** 190:5
**suite** 2:6
**suits** 167:4 189:19 189:21
**summer** 147:25 150:18 157:10 211:12 220:12
**summertime** 147:6 150:5
**sunny** 37:5
**supervisors** 1:14 151:10
**supposed** 166:6 183:16 184:3,10,18 201:2
**supreme** 9:14
**sure** 5:7 9:3 19:8 28:14 33:24 42:19 63:24 64:5 80:7 110:7 201:4
**surrounding** 55:8
**surrounds** 200:24
**suspect** 212:14
**suspicion** 222:2,6
**sustained** 198:8
**suv** 72:16,17 73:25 74:8,14,18 76:25

77:9,15,22 78:20
80:5,9 81:3,5,7,9,17
81:17 82:5,14 83:10
83:20,24 84:2,13,20
84:24 85:5 86:2
89:21 90:2,14,15,23
91:9,11 92:10,19
95:23 96:4 123:15
146:16
**suvs** 81:14 86:16,19
86:20 88:4 107:7
143:23,25 144:7,10
144:21,23 145:4
**swear** 65:20
**sweater** 37:8,9
**sweatshirts** 94:2
**sworn** 3:16 4:4
136:7 229:13 231:8
**system** 163:17

**t**

**t** 4:3,3,17,21 7:6
33:18,18
**take** 5:21,25 6:24
16:18 44:12 49:12
50:2,20 56:14 72:5
100:19,24 131:25
140:17 206:17
213:6
**taken** 1:22 11:24
49:18 145:24
154:18 206:20
**takes** 54:9 55:19,24
56:10 60:14 66:24
110:8 111:10 112:3
**talk** 65:10 154:10,14
179:23 180:2,9
192:5,22 195:20
**talked** 50:8 62:25
**talking** 94:13 192:8
218:9 222:10
**tall** 94:6
**taller** 95:13,18
**tapped** 83:14,16
**taylor** 1:6,21 4:9,17
5:1,6 6:1,5 7:1,9,17
8:1 9:1 10:1,8,13
11:1,5,8 12:1 13:1
14:1 15:1 16:1,4,5
16:11,22 17:1 18:1
19:1 20:1,10 21:1
22:1 23:1 24:1 25:1
25:14 26:1 27:1
28:1 29:1,17,20,21
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
106:21 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1,9
153:19 154:1,24
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1,6 199:1
200:1 201:1 202:1
203:1 204:1 205:1
205:15 206:1 207:1
208:1,24 209:1,3,8
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1,15 220:1
221:1 222:1 223:1
224:1 225:1,7,9,16
226:1 227:1 228:1
229:1,6,11 230:5
**taylor's** 152:16
**technically** 44:21
128:13
**telephone** 206:21
**tell** 29:12 84:4,8
94:12,14 107:20
117:13 118:24
119:20 120:4
133:18 136:16,20
137:7 145:6,6,9
153:2,4 167:17
168:3 174:23
177:22 181:3
193:16 194:7
206:10 226:11,15
226:22
**telling** 144:13
168:19 179:22
193:16 223:20
**ten** 48:16 66:5 70:22
125:18 225:6
**term** 89:19
**terms** 69:2 86:4
105:4 117:13
181:25 200:20
216:14
**testified** 4:5 209:9
209:10,23
**testimony** 231:7,10
**thank** 11:2,6 128:15
163:6 219:4,6,8
229:6
**therapist** 163:10
**therapy** 163:8
**thing** 6:5 9:16 75:9
97:8 121:2 159:12
159:15 178:9
198:18 204:14
210:19 218:20
225:14
**things** 9:11 20:7
28:10 96:2 130:9
156:20 158:4
159:20 160:11
188:25 197:21
202:7 217:10,24
221:15 222:11,18
222:23 223:5,5
**think** 18:12 37:12
49:17 87:20 100:17
111:25 121:11
122:24 123:21,24
124:9,12,15 130:10
138:22 149:18
150:9 177:8 180:20
181:22 192:8
193:11,14,23
194:11 195:11,13
195:19 204:14
205:20,23 210:17
210:20 211:18,20

Case 2:11-cv-00934-GRB Document 63-4 Filed 08/06/12 Page 256 of 259 PageID #: 878

212:3 215:19
216:16,23 217:5,8
217:14,17 218:13
218:23 223:9,11,14
225:19,23 229:5
**thinking** 123:10
**third** 66:23 168:8
172:5 174:3 175:5
**thought** 71:18,21
123:24 124:19
222:22
**thoughts** 124:8
**thread** 210:23
**threaten** 162:11
**three** 32:18 35:17
40:16 41:20 57:15
59:15 60:7 65:25
66:4,5,8,10,12
159:24 164:6
175:25 176:15
179:6 185:13
**tie** 189:20
**time** 1:22 3:12 4:16
5:20 6:24 7:7 9:3
14:23 18:21 20:3
26:7,9 29:24 30:22
30:24 31:2,4 34:5,5
34:9,24 35:6 36:5
38:14,16,21 48:11
49:15,15 50:22 51:2
51:4,7,18 56:15
64:8 69:17 82:20,22
89:25 92:3 100:20
105:9 108:3 117:5
118:3 119:21 120:4
123:22 124:9 125:2
128:22 129:9
130:25 131:4 132:2
132:23 133:4 135:3
139:22 140:15,18
140:21 141:6,10,23
142:13,25 145:17
147:24 150:4,18
155:3,11 159:2
160:4 161:5 169:2
170:10,13 171:9,19
174:7 176:6,7,9,11
180:21 183:2
184:10,13,14,15,18
184:21 188:4
190:10 196:2
203:19 219:9 221:9
229:7
**times** 53:8 157:12
158:6,13 161:15
165:7 175:22,24,25
176:14 185:13
187:24 197:24
199:19
**tire** 120:16,18,24
121:12,14,22,23,25
122:7
**tired** 151:15
**today** 7:11 11:15,16
108:10 113:18
151:6 167:16
195:13 197:25
214:9 219:19
**today's** 8:24 11:9,18
**token** 44:10 192:7
**told** 52:8 62:17
66:22 78:24 119:25
130:21 145:11,12
160:16 162:16
187:25 189:13
190:8 194:13 212:3
213:24 225:5
226:13,18,20
**toll** 127:20
**top** 215:10
**total** 29:4 60:6
176:17
**touching** 83:18
**toya** 16:3,10,11,22
29:15 156:6 175:23
**traffic** 71:17,20
72:22 74:4 76:18
88:11,17,21 104:20
106:9 109:16,17,20
109:25
**transcribed** 12:3
**transcript** 138:17
139:4 162:25 231:9
**transcripts** 11:23,25
138:5,6,8,15,19,23
139:6,12,20
**transpired** 97:18
133:23 147:15
**traveling** 115:4,15
117:4,7
**travels** 223:2,11
**tree** 120:15 121:2
**trial** 3:12 155:3
210:19
**trick** 44:9,13 63:15
**tricked** 157:6
**tried** 38:14 92:12
122:12 155:25
160:18
**trip** 226:23
**true** 9:12 162:8
231:9
**trust** 168:19
**truth** 168:20
**try** 86:23 213:17
**trying** 7:12 10:3
44:14 86:12 122:14
160:11 180:16
196:13 209:2 215:7
217:2 218:21
**tuna** 202:5
**turn** 65:16 67:25
72:6 139:9 149:17
149:25 150:20
151:3 179:20 180:6
**turned** 64:16 99:16
99:17 101:23 104:9
123:8 151:7 179:12
179:13
**turning** 122:22
**tussled** 193:25
**tv** 40:9
**twice** 53:4
**two** 5:13 9:11,20
23:18 24:6 26:6
31:25 32:2 36:20,20
36:22,23 46:7 52:8
52:12 54:7 56:12,19
56:20 57:15 58:6
59:15 60:7 61:8
65:25 66:3,5,8,9,12
69:12 81:13 83:2
88:4 93:18 105:21
105:23 106:14,16
107:7,8,10 125:23
143:23 144:20
145:4 146:15
153:13 159:7
160:14 165:11
167:6 176:14,14
212:15
**type** 21:16 72:10
75:9,11 189:6
199:24 204:3,10
**types** 201:15

**u**

**u** 12:24 33:18
**uk** 194:20
**ultimately** 214:17
215:16
**ultimatum** 160:19
161:7
**unclear** 184:11
**unconscious** 129:6
132:21
**undercover** 187:21
188:11 189:23
**underlying** 208:19
210:5
**understand** 7:16
18:11 23:6 33:24
39:23 41:5,18 42:21
43:13 44:23 46:22
47:6 54:11 57:20
58:13 64:5 65:19
66:11,15 68:6 69:5
77:20 79:6,12 80:24
84:12 86:8 89:6
91:20 103:16

104:14 106:13,23
111:14 113:9 123:5
132:4,11 136:6,6
155:6 157:7,23
166:5 189:2 223:8
224:5,23
**undo** 215:8
**unfortunately**
192:10
**unheard** 180:11
**uniform** 183:7,7
**uniformed** 167:3
173:16 183:4 185:8
**united** 1:2
**university** 134:18
141:3 142:3,5,25
**unmarked** 123:11
123:14
**unnecessary** 205:11
**unusual** 88:18
**updated** 185:19
**upstairs** 42:10
**urine** 157:15 161:10
**use** 37:16,19 38:8,11
43:4 45:12 47:4,22
65:2 66:12,21
161:10 193:22,24
199:22 212:9
220:17
**user** 37:18 38:3

**v**

**v** 194:23
**vaguely** 208:21
**valid** 216:12
**vehicle** 21:12,14,16
65:5 66:2,2 71:16
71:16,24 72:2,2,3,4
72:8,8,9,10 74:23
74:25 77:18 78:20
80:14,16 83:4,5,22
85:8,12 92:21,24,25
93:3,6,16 95:12
97:7,13,18 99:11,15
102:16 123:11,13

123:14
**vehicles** 85:24
**verification** 7:19
**version** 139:3
145:14
**victim** 132:9
**violate** 149:13 161:5
**violated** 158:19
**violating** 149:7
**violation** 146:18,20
146:22 148:4
158:16,17,22,24
159:3 160:12 161:3
161:12,16 175:6,8
175:14,18,20 181:7
181:16 182:5,15
183:12 187:13
**violations** 159:25
176:3,16
**visit** 35:8 133:16,19
134:22 135:4,13,17
141:2,15,19,23
142:2
**visited** 136:2 226:20
**visits** 19:22 148:14
148:16
**visor** 212:25
**vocational** 163:18
**voices** 126:7

**w**

**w** 12:24 36:6
**waist** 46:2,13
**wait** 65:18 69:8 74:9
84:10 99:12 132:12
206:18
**waited** 104:18
**waived** 3:8
**wake** 33:9
**walk** 55:13,16 56:4
56:5,7,16 58:5
**walked** 38:19
**walking** 63:20 65:10
65:23,24

**walkway** 55:5 67:2
**walls** 58:7,11
**want** 9:25 18:9
24:15 30:19 40:17
56:14 64:4,20 65:9
65:10 71:13 72:5
75:8,9,12 80:6
84:22 88:9 96:21
97:5,6 100:9,24
102:18 104:18
114:9 116:18 119:4
122:16 131:7
152:22,24 153:18
153:19 154:10
155:2,23 160:19,25
180:2,9,13 187:17
192:12 193:20
195:16,17 198:20
198:20 201:10
202:18 205:8,15
206:5,7 209:13,15
209:17 211:13
213:17 215:17
216:5 217:15,22
**wanted** 50:16
122:18 155:12
156:5 158:3,4
179:23 204:20
212:13 215:6 220:8
221:7,22 222:3
224:15,21 225:20
**wants** 71:20 83:8
205:13
**ward** 133:17,19,21
134:8
**warm** 37:6
**warrant** 185:11,15
220:4
**warrants** 185:21
**watching** 51:3
**water** 70:12 203:25
**way** 43:10 44:7 45:5
54:10 64:23 66:22
67:7 69:12 82:8
83:3 84:9 85:12

87:19 95:21 103:3
104:6 110:5 113:7
117:12 130:7 148:9
196:13 199:10
200:11 203:15,16
205:25 217:5
231:15
**ways** 71:11 200:9
**we've** 197:23
**weapon** 168:8
177:15 204:10
**wearing** 167:4
189:17,19
**weather** 37:2,8
**wednesday** 158:11
**weed** 38:14
**week** 35:2,10 40:25
135:8,10,11,12,15
157:15 158:10
193:5 200:5
**weeks** 25:10 135:3,8
158:9
**went** 34:15,22 35:4
35:13 47:4,17 48:19
49:6,8,21,23,24
50:7 53:3 55:23
64:17 65:24 66:7
68:10,12 69:20 70:3
71:12,15 80:3
100:18 104:21
112:5 116:2 142:7
143:7 151:12
156:18 158:8
163:22 180:3 188:3
189:8,13 194:3,4
205:17 215:4 217:6
**west** 2:11 18:4,6,13
19:6,10 25:5 34:17
35:9,13 36:9 37:10
37:13,17 38:17,24
40:12 41:14,17,21
42:3,14 43:9,11,16
43:16,19 44:8 45:15
45:16,18,20 46:6,10
46:16,18 47:9 51:5

53:6,21 61:7 62:5,9
63:4 64:15 65:7,8
66:18 67:4,14 68:8
68:11,15 69:2,3,6
69:11,14,18,22 70:3
70:22 73:18,19,21
75:3,5,19 77:4
88:23 104:5,6,7,7,9
104:24 106:9 109:5
109:8 110:5,7,8,12
110:24 111:10,13
111:22,23 112:3
125:7 153:11
**whatnot** 7:8 149:21
**whatsoever** 203:11
**wheel** 98:8 99:16,17
100:2,6,23 101:3,21
101:24 184:5
**when's** 14:23
**whereabouts** 215:6
**whereof** 231:17
**white** 98:17
**wife** 15:7,8 29:23
156:4 160:20,25
175:23 176:22
181:23 182:9
**william** 1:11 24:9
**williams** 18:24 19:5
24:20 27:25 35:22
49:11
**willing** 194:8
**willingly** 188:24
189:8
**williston** 173:13,14
173:19
**window** 61:19
**windows** 60:7 96:13
98:16
**windshield** 70:10
96:18
**winning** 216:5
**wipers** 70:11
**withdraw** 70:2
**withdrawn** 130:4
**witness** 8:15 10:10
12:5 67:17,19 69:10
74:11,16 81:4 83:11
94:20 109:7 110:18
111:22 113:21
114:3 115:14
117:14,19 126:2
131:20 132:3,7
152:18 192:22
193:2 205:8,12
230:3 231:7,11,17
232:24
**woke** 34:9 133:10
133:12
**women** 29:13 36:18
**wooden** 54:25
**word** 199:6 220:17
**words** 12:2 38:7
156:24
**work** 4:11 28:10
156:20,21
**working** 159:16
202:23
**workout** 202:19,20
202:21
**wound** 125:4
**write** 72:13
**wrong** 100:25
160:11 188:20,20
189:7
**wrote** 228:11
**wyoming** 9:14

**x**

**x** 1:5,16 230:2

**y**

**y** 4:3 12:24 36:6
**yakaitis** 2:4
**yard** 42:17 46:18
52:17,19 61:20
64:17 125:20 144:3
144:12
**year** 14:7,10 17:7,24
24:13 29:5 142:14
150:16 171:9
172:16,19,24
173:23 177:9
181:21 186:18
187:5,6,12 188:2
203:6
**years** 19:14 20:22
21:6 25:11,13 32:5
51:19 164:7 170:3
176:2,5 186:14
187:2 188:3 194:9
204:2
**yelling** 126:10
129:24
**york** 1:3,18,23 2:6,6
2:11 12:13,15,20
15:17 17:15 18:5
23:10 27:20 32:16
33:11 34:11,18
166:7 173:14
185:25 186:6,6,9,12
228:3 231:5
**younger** 20:4

**z**

**z** 33:18,18 147:23,23