# Exhibit E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ANTOINE TAYLOR,

             Plaintiff,

    -against-

NASSAU COUNTY, THE NASSAU COUNTY POLICE
DEPARTMENT, NASSAU COUNTY POLICE COMMISSIONER
LAWRENCE MULVEY, FIRST DEPUTY COMMISSIONER ROBERT
MCGUIGAN, SECOND DEPUTY COMMISSIONER WILLIAM
FLANAGAN, ASSISTANT COMMISSIONER DAVID MACK,
ASSISTANT COMMISSIONER ROBERT CODIGNOTTO, CHIEF
OF THE DEPARTMENT STEVEN SKRYNECKI, CHIEF OF
PATROL JOHN HUNTER, JOHN DOES COMMISSIONERS AND
SUPERVISORS, POLICE OFFICER KEITH ROGICH AND JOHN
DOE POLICE OFFICER,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

          EXAMINATION BEFORE TRIAL of James
Cereghino, the witness herein, taken by the
Plaintiff, pursuant to Court Order, held at 1
West Street, Mineola, New York, on the 10th day
of January, 2012, commencing at 1:02 p.m., before
Howard I. Shapiro, a Certified Shorthand Reporter
and Notary Public, within and for the State of
New York.

             **H&B REPORTING CO. INC.**
              **121 Radigan Avenue**
         **Staten Island, New York  10309**
              **(718) 948-5835**

2

1

2      A P P E A R A N C E S :

3           BADER, YAKAITIS & NONNENMACHER, LLP
                  Attorneys for Plaintiff
4           350 Fifth Avenue-suite 7210
            New York, New York 10118

5
            BY:   ROBERT E. BURKE, ESQ.

6

7           NASSAU COUNTY
            OFFICE OF THE COUNTY ATTORNEY
8                 Attorneys for Defendants
            One West Street
9           Mineola, New York   11501

10          BY:   PETER LASERNA, ESQ.
       (FILE #: 10X44061)

11

12

13     Also Present:

14

15

16                        *   *   *   *

17

18

19

20

21

22

23

24

25

3

```
1
2              F E D E R A L   S T I P U L A T I O N S
3
4                   IT IS HEREBY STIPULATED AND AGREED
5       By and between the counsel for the respective
6       Parties hereto, that the filing, sealing, and
7       Certification of the within deposition shall
8       Be and the same are hereby waived;
9
10                  IT IS FURTHER STIPULATED AND AGREED
11      That all objections, except as to the form
12      Of the question, shall be reserved to the times
13      Of the trial;
14
15                  IT IS FURTHER STIPULATED AND AGREED
16      That the within deposition may be signed before
17      Any notary public with the same force and
18      Effect as if signed and sworn to before this
19      court.
20
21
22                          *       *       *       *
23
24
25
```

H & B Reporting Co., Inc.

```
                          Cereghino                    4

 1

 2   James Cereghino,

 3              called as a witness, having been first

 4              duly sworn by the Notary Public

 5              (Howard I. Shapiro, CSR), was examined

 6              and testified as follows:

 7   EXAMINATION BY

 8   MR. BURKE:

 9              Q    Please state your name for the

10   record.

11              A    James Cereghino.

12              Q    Please state your address for

13   the record.

14              A    Nassau County Police, Homicide

15   Squad, 1490 Franklin Avenue, Mineola, New

16   York  11501.

17              Q    Good afternoon Detective.

18              A    Good afternoon counsel.

19              Q    My name is Robert Burke.  I'm an

20   attorney.  I work at a law firm called Bader

21   Yakaitis and Nonnenmacher, which is a law

22   firm that represents the Plaintiff Antoine

23   Taylor in the lawsuit that brings us here

24   today.

25              I have some questions for you.
```

H & B Reporting Co., Inc.

5

Cereghino

1
2   Some of them may seem obvious to you but,
3   I'll ask that you let me finish the question
4   before you give the answer.
5                If you need to take a break for
6   any reason, we can take a break, I only ask
7   that you answer any outstanding question
8   before we take a break.
9                Are you presently currently
10  employed?
11          A    Yes, sir.
12          Q    Who do you work for?
13          A    The Nassau County Police
14  Department.
15          Q    What is your job title?
16          A    I'm, my rank is Detective.  I'm
17  an Investigator in the Homicide Squad.
18          Q    When did you first begin working
19  for the Nassau County Police Department?
20          A    February 23, 1977.
21          Q    What job title did you have when
22  you began with the Nassau County Police
23  Department?
24          A    Police officer.
25          Q    Had you been a police officer

6

1          Cereghino

2    anywhere else before the Nassau County

3    Police Department?

4          A    Yes, I was.

5          Q    Where did you work?

6          A    New Rochelle Police Department.

7          Q    How long were you a police

8    officer in New Rochelle?

9          A    A little over two years.

10         Q    Did you work as a police officer

11   anywhere else besides this Nassau County

12   Police Department?

13         A    No, sir.

14         Q    At some point after being a

15   police officer with the Nassau County Police

16   Department, did you then become a sergeant?

17         A    No, sir.

18         Q    Did you go straight from being a

19   police officer to a detective?

20         A    Yes, sir.

21         Q    In what year did you become a

22   detective?

23         A    1987.

24         Q    In order to go straight from a

25   police officer to a detective, did you have

7

1                          Cereghino

2    to take a test, or was it a promotion based

3    on merit or how did that come about?

4            A    There were no written tests

5    involved, it was based upon your activity

6    and the recommendation of a supervisor.

7            Q    Upon becoming a detective in

8    1987, did you go right to the Homicide Squad

9    or some other unit?

10           A    I was assigned to the Fourth

11   Squad in March of 1987.  In November of 1987

12   I was promoted to detective.  I worked in

13   the Fourth Squad until June of 1994, where I

14   then transferred to the Third Squad in

15   Wiliston Park, where I worked until January

16   1998, when I was then assigned to Homicide

17   Squad.

18           Q    So, in other words you've been

19   part of Homicide Squad since 1998 to the

20   present time?

21           A    Just a little less than

22   14 years, yes, sir.

23           Q    Currently where are you based,

24   is that 1490 Franklin Avenue address or

25   somewhere else?

—————H & B Reporting Co., Inc.—————

8

Cereghino

1

2      A    Homicide Squad is in 1490

3  Franklin Avenue on the second floor.

4      Q    Can you just describe your job

5  duties as a detective with the Homicide

6  Squad?

7      A    We investigate murders,

8  suspicious deaths, suicides, industrial

9  accidents.  We conduct investigations into

10  deaths.

11      Q    At some point did you become

12  aware of the arrest of Antoine Taylor having

13  taken place on September 26, 2009 by the

14  Nassau County Police Department?

15      A    Yes, sir.

16      Q    Did you become aware of that

17  arrest the same day or some day afterwards

18  or something else?

19      A    The same day, sir.  I was in the

20  general area.

21      Q    Is it your understanding that

22  Antoine Taylor was arrested in the Hempstead

23  area?

24      A    Yes, sir.

25          MR. LASERNA:  Objection.  On

H & B Reporting Co., Inc.

```
 1                    Cereghino
 2       what date?
 3            Q    On September 26, 2009.
 4            A.   Yes, sir.
 5            Q    On September 26, 2009, is it
 6       your understanding that there was a shooting
 7       involving the Nassau County Police
 8       Department and Antoine Taylor prior to him
 9       actually being put under arrest?
10            A    Yes, sir.
11            Q    Did you witness any of that
12       police shooting yourself?
13            A    I was in the general area.  I
14       heard the gunshots.  When I, when I moved
15       towards the shooting area where I heard the
16       shots come from, I was then, there was a
17       police officer in the middle of the road.
18       He pointed behind me.
19                 I looked behind me.  I saw the
20       Mitsubishi Galant heading east on Graham,
21       followed by a Crown Vic, an unmarked Crown
22       Vic, Crown Victoria and an SUV in pursuit.
23            Q    Let's say prior to September 26,
24       2009, had you ever met Antoine Taylor?
25            A    No, sir.
```

1                    Cereghino

2          Q    On September 26, 2009, for what

3    reason were you yourself in the Hempstead

4    area in the vicinity of Antoine Taylor?

5          A    I had received information from

6    a confidential informant while I was off

7    duty that Antoine Lamont Taylor was inside

8    the residence at 152 West Graham in

9    Hempstead.

10         Q    Did you receive that information

11   from the confidential informant on

12   September 26, 2009, or prior thereto?

13         A    The prior weekend the

14   confidential informant had notified the

15   Hempstead Police Department about it, about

16   Taylor frequenting 152 West Graham.

17              I received that information on

18   September 22nd.  Part of the information was

19   that he came by there every Friday night.

20              On September 25th, along with

21   members of the Bureau of Special Operations,

22   we set up surveillance on the residence,

23   which we maintained from I believe roughly

24   7 P.M. until approximately 1 A.M.

25              When it did not appear that he

```
 1                    Cereghino              11

 2     was going to, that we were going to find him

 3     there, I broke it off, until I received a

 4     phone call from the confidential informant

 5     the next day, I would approximate the phone

 6     call around 3 o'clock.

 7              Q    Would that be three in the

 8     afternoon?

 9              A    Yes, sir.

10              Q    And that would be on September

11     26, 2009?

12              A    Yes, sir.

13              Q    For what reason or reasons did

14     the Nassau County Police Department want to

15     talk to Antoine Taylor?

16              A    I was aware an open parole

17     warrant for Antoine Lamont Taylor, and an

18     active assault investigation out of the

19     Third Squad on one of his girlfriends Cheryl

20     Similien.

21                   And I wanted an opportunity to

22     speak to him concerning the death of Ukegabi

23     Hoskins.

24              Q    I'm sorry, I just didn't catch

25     the name of the girlfriend?
```

```
                                                                12
 1                          Cereghino
 2            A    Cheryl, C-H-E-R-Y-L.   Similien,
 3    S-I-M-I-L-I-E-N.
 4            Q    How is it that you became aware
 5    of the open parole warrant?
 6            A    Ukegabi Hoskins died on August
 7    14, 2009.   He was shot to death at the
 8    intersection of Washington Street and
 9    Nichols Court in Hempstead.
10                 Within a few days I was
11    receiving information from other
12    confidential informants that a subject by
13    the name if LG had done the shooting, and
14    that his true name was Antoine Taylor.
15                 When I did background on Antoine
16    Taylor I became aware of the parole order.
17            Q    For lack of a better term, were
18    you the lead Detective in investigating
19    Antoine Taylor, or did you report to another
20    Detective or something else?
21                 MR. LASERNA:   Objection.
22            A    Without nitpicking, I was
23    investigating the death of Ukegabi Hoskins
24    and Antoine Lamont Taylor's name came up in
25    the investigation.
```

H & B Reporting Co., Inc.

13

Cereghino

1

2      Q    So moving back to September 26,

3  2009, where were you physically located when

4  you heard the sound of gunshots?

5      A    Just east of the residential

6  area at 152 West Graham.  There's an

7  industrial area.  I was in an unmarked

8  minivan with Detective Pescitelli,

9  P-E-S-C-I-T-E-L-L-I.  Backed down the

10  driveway between the buildings.

11             I did not have vision of 152

12  West Graham.  And no one at 152 West Graham

13  would be able to see me.

14      Q    How long had you been at the

15  location east of 152 West Graham in the

16  industrial area before you heard the sound

17  of gunshots?

18      A    I would say less than an hour.

19      Q    As you sat there for less than

20  an hour, did you have a police radio to

21  listen to?

22      A    Yes, sir.

23      Q    As you sat there for less than

24  an hour, were there other members of the

25  Nassau County Police Department in the

14

1                        Cereghino

2    vicinity to keep an eye on 152 West Graham?

3         A    There were members of the Bureau

4    of Special Operations who were in

5    plainclothes, with surveillance vehicles,

6    who had a better view of 152 West Graham.

7         Q    As you sat there for less than

8    an hour, were you listening to any talk over

9    the police radio as to Antoine Taylor being

10   sighted or moving about the premises or

11   anything to that effect?

12        A    It was confirmed that the

13   Mitsubishi Galant that we believed Antoine

14   Lamont Taylor was driving was parked behind

15   152 West Graham.

16        Q    At anytime before you heard the

17   sound of gunshots, but while you were still

18   parked in the industrial area, did you

19   become aware of Antoine Taylor leaving 152

20   West Graham or the Mitsubishi Galant being

21   on the move?

22        A    One of the BSO officers secreted

23   himself in an abandoned house, which was

24   where he had a vision of the rear of 152

25   West Graham.

15

1                    Cereghino

2              And he was able to advise us

3    when the car moved.

4        Q    Would that be officer O'Connor?

5        A    To be honest, I don't think so.

6    I don't recall who it was, but I don't think

7    it was officer O'Connor.

8        Q    About how much time elapsed, if

9    you know, from when you heard that

10   transmission that the Galant moved, until

11   you heard the sound of gunshots?

12       A    I suppose I shouldn't have said

13   I heard the radio transmission that the

14   Galant was moving, because I was on, at the

15   moment I was on the phone with the Detective

16   in our Central Detective Squad.

17             Another confidential informant

18   had called our crime stoppers advising that

19   Antoine Lamont Taylor was in the house.

20             He wasn't, the detective in

21   Central Detectives wasn't able to link the

22   call to me.

23             So I was asking him questions

24   through the Detective in Central Detectives.

25   I asked him what was he wearing?  Was he

16

1                    Cereghino

2  armed?  Questions of that nature.

3             And while I was on the phone

4  with him, I heard the gunshots.

5          Q    Do you recall how many gunshots

6  you heard?

7          A    I recall three.

8          Q    From where you were sitting in

9  the industrial area, could you tell the

10  general direction from which the gunshots

11  were heard?

12         A    Yes, I would say they were to

13  the, I mean Graham runs a little funny.

14  They were to my left, to the west.

15         Q    As you say Graham runs a little

16  funny.  Does West Graham essentially run

17  east and west or perhaps a little bit

18  northeast and southwest?

19         A    Generally east and west, yes,

20  sir.

21         Q    Was there any intersecting

22  street in between where you were parked at

23  the industrial area and 152 West Graham, if

24  you know?

25         A    There was a street on the north

─────H & B Reporting Co., Inc.─────

1                          Cereghino

2    of Graham, Rose that ran not perpendicular,

3    that ran on an angle.  And when I, if I may

4    continue, when I pulled out I was heading

5    towards the gunshots.  I saw a BSO officer,

6    Officer Edward Alongi in the street pointing

7    behind me.

8                    I then realized that the Galant

9    had gone down Rose so that I didn't see it

10   to Sycamore, came back to Graham.  And when

11   I looked behind me I saw the Galant, I saw

12   the Ford Crown Victoria and I saw the SUV

13   with those two units in pursuit of the

14   Mitsubishi Galant.

15                   At that time I turned my minivan

16   around and attempted to catch up to them.

17        Q    So again some of this may seem

18   obvious to you but were you the driver of

19   the minivan or was the other detective the

20   driver?

21        A    I was driving.

22        Q    So did you leave your parked

23   area in the industrial area immediately upon

24   hearing gunshots?

25        A    When I heard the gunshots, I

18

                    Cereghino

1

2    dropped my phone, I put it in drive.  I

3    pulled up.  I started to make the left.  I

4    saw Alongi directing me behind me.

5              I saw the Galant.  I made the

6    U-turn and headed east on Graham.

7         Q    When you first saw the Galant,

8    where was it exactly, was it on Rose, near

9    Sycamore?

10        A    If it was on Rose my view would

11   have been blocked.  He must have gone down

12   Rose, made the left on Sycamore, and bent

13   around onto Graham.

14             When I turned around I saw him

15   coming around off of Sycamore onto Graham.

16   Prior to that I didn't see him.

17        Q    When you say when you turned

18   around, were you able to look through back

19   windows on the van, or like side view

20   mirror, or rear view mirror, can you

21   describe that?

22        A    I believe I had started to make

23   the left so I was able to look over my

24   shoulder and look through the windows.

25        Q    Did you then turn around and

```
                        Cereghino              19
1
2    pursue the Galant right away or did you stay
3    in that vicinity for any period of time for
4    whatever reason?
5          A    I put the pedal to the metal on
6    the minivan.  They got ahead of me.  I heard
7    a radio transmission that he was heading
8    towards the parkway.  So I made the right.
9    And went down Baldwin Road, because I knew
10   that there was an entrance for the Southern
11   State Parkway there.
12             As I proceeded south on Baldwin
13   Road, when I came to Downs just off of Downs
14   Road on the southeast corner, I saw the
15   Mitsubishi Galant wrapped around a tree and
16   no occupants.
17             I then continued one block
18   further south and made the left.  And
19   Detective Pescitelli and I went in there in
20   an attempt to box him in.
21         Q    When you came across the Galant
22   wrapped around the tree with no occupants,
23   were there any other police vehicles that
24   were already stopped in that area before you
25   got there?
```

Cereghino                           20

1

2       A    No, sir.

3       Q    When you first saw the Galant

4   wrapped around the tree with no occupants,

5   did you see Antoine Taylor someplace outside

6   the car?

7       A    No, sir.

8       Q    Just to back up.  After you saw

9   the Galant wrapped around the tree with no

10  occupants, where did you drive exactly?

11           I'm not sure if I followed you.

12      A    The tree is just passed Downs

13  Road on Baldwin Road.  When I saw that I

14  just went one block further south.  I

15  assumed there was a foot pursuit.

16           I went one block further south

17  hopefully to apprehend him or to cut him off

18  wherever he was, because I did hear on the

19  radio something about Downs Road.

20           So I made the assumption that

21  the BSO officers were on Downs.  So I went

22  one block further south.

23      Q    Upon going one block further

24  south, did you come to a stop?

25      A    I made the left onto that

21

Cereghino

1    street, I went about half way down.  I

2    pulled the car over.  Secured it.

3            Detective Pescitelli and I were

4    out on foot.  As we were going into the

5    first backyard, we heard a radio

6    transmission that the subject had been

7    apprehended, and they were in the rear of 10

8    Downs Road.

9            Q    Upon hearing that radio

10   transmission, did you then go over to 10

11   Downs Road?

12           A    We made our way there, yes sir.

13           Q    Upon arriving at 10 Downs Road,

14   did you go into the backyard?

15           A    Yes, sir.

16           Q    And upon going into the backyard

17   of 10 Downs Road, what did you observe?

18           A    I saw a subject later who

19   identified himself as Antoine Lamont Taylor

20   lying on the ground, handcuffed behind his

21   back.  His shirt was up.  And I could see

22   that he suffered a gunshot wound to the I

23   believe to the right side of his abdomen.

24           Q    Did you have any conversation

```
 1                    Cereghino              22

 2    with Antoine Taylor?

 3            A    Yes, I did.  I identified

 4    myself.  I told him that I was from the

 5    Homicide Squad.

 6                 And he basically said, "it

 7    wasn't my fault.  It was Ukegabi's, it was

 8    Pov's gun."  And basically that he shot him.

 9                 At that time I gave him his

10    rights.  When he acknowledged it by that

11    time the ambulance pulled up to the scene.

12    I backed off.  So that they could be

13    attended to.

14                 They ultimately put him in the

15    ambulance.  I climbed into the back of the

16    ambulance to speak with him further.

17                 I then asked him about the gun.

18    He told me that he couldn't breath, but he

19    would tell me where the gun was if I took

20    handcuffs off.

21            Q    So if I could just back up and

22    go over some of that with you.

23            A    Sure.

24            Q    As you said in the beginning, it

25    wasn't his fault and then you said something
```

                                                          23
1                    Cereghino
2    about Hoskins, are you referring to the
3    August 14, 2009, situation with Hoskins.
4         A    I never identified to him what
5    it was I wanted to talk to him about.  But
6    it was just that he said, "it wasn't my
7    fault.  It was Pov's gun.  We struggled over
8    it and I shot him."
9         Q    And when you said that Taylor
10   said if you take the handcuffs off me I'll
11   tell you where the gun is, would that be
12   referring to quote unquote Pov's gun?
13             MR. LASERNA:  Objection.
14        Q    I'm just trying to follow the
15   story.
16             Which gun was he referring to if
17   you know?
18        A    I believe that Mr. Taylor was
19   referring to the same gun throughout when he
20   said it was Pov's gun.  And then I asked him
21   I want the gun, I'm assuming we're talking
22   about the gun that killed Mr. Hoskins.
23        Q    While you are in the backyard
24   and Taylor was there, did you have any
25   conversations with Taylor about the police

Cereghino                                    24

1

2    shooting on that day September 26, 2009?

3         A    No, sir.  I may have told him

4    the ambulance is on the way, you know.

5    We'll get him to a hospital.

6              That's about it sir.

7         Q    So in other words you didn't

8    have any conversation with him as to how he

9    drove his vehicle back on West Graham or how

10   it was that he had been shot?

11        A    I never had an opportunity to

12   ask him those questions because the

13   ambulance was there and I backed off.

14        Q    Was he apprehended in the

15   backyard of ten Downs Road by the Bureau of

16   Special Operations officers?

17        A    Yes, sir.

18        Q    Getting back to the open parole

19   warrant on Taylor before September 26, 2009,

20   did you actually see a copy of the warrant?

21        A    Yes, sir I secured a copy of it.

22        Q    Would that be at police

23   headquarters 1490 Franklin Avenue?

24        A    Certified copy, yes, sir.

25              MR. LASERNA:  Could we go off

H & B Reporting Co., Inc.

25

1                    Cereghino

2          the record for a second?

3                 MR. BURKE:   Sure.

4                 (Whereupon, a discussion was

5          held off the record.)

6          Q    Do you know if the Homicide

7    Squad investigated the police shooting on

8    September 26, 2009 involving Antoine Taylor?

9          A    Yes.   The Homicide Squad, I

10   missed that earlier.   We also investigate

11   police shootings.

12          Q    I was going to ask you that.

13   So, in other words there need not be a death

14   in order to be an investigation from

15   Homicide?

16          A    Yes, sir.

17          Q    So does Homicide investigate

18   anytime a police weapon is fired, is it just

19   anytime someone is hit in a shooting, or

20   something else, what are the guidelines?

21          A    More often than not it's if

22   someone suffers an injury, if someone's hit.

23               And in this instance if I may

24   add, Detective Hoctor, H-O-C-T-O-R, he

25   conducted the investigation into the

────── H & B Reporting Co., Inc. ──────

1                    Cereghino                    26

2    shooting.

3                    MR. BURKE:   Off the record.

4                    (Whereupon, a discussion was

5              held off the record.)

6         Q    Did you have any participation

7    into the homicide investigation of the

8    police shooting involving Antoine Taylor?

9         A    I spoke to Detective Hoctor

10   about it and I told him I did not witness

11   it.   And then I just concentrated on the

12   homicide, my homicide investigation.

13        Q    Did you have to fill out any

14   type of police report regarding the events

15   of September 26, 2009, with Antoine Taylor?

16        A    No, sir.

17        Q    As a detective, do you keep any

18   type of a memo book or written log of your

19   daily activities?

20        A    No, but I do keep notes of, you

21   know, of the status of my investigation.

22        Q    Do you know if you have any

23   notes from September 26, 2009, and the

24   events of that day?

25        A    Aside from the oral admissions

27

Cereghino

1        he made in the backyard at 10 Downs?  I made

2        notes of that.

3

4                Q   Aside from that, do you have

5        anything else?

6                A   Yes, I should have something in

7        my, I should have notes of that, yes, sir.

8                Q   After Antoine Taylor was

9        attended to by the ambulance at the

10       backyard, did you leave to go back to

11       headquarters, or did you go with Taylor to

12       the hospital or something else?

13               A   I jumped in the back of the

14       ambulance in an effort to continue to speak

15       to him.  And I rode it obviously all the way

16       to NUMC.

17               But once we arrived there, he

18       was attended to and I didn't have another

19       opportunity to speak to him for another ten

20       days, or thereabouts.

21               Q   As you took the ambulance ride

22       to NUMC, were you the only official in the

23       ambulance or were there other police

24       officers or officials with you?

25               A   I believe I was the only police

1                    Cereghino

2    officer in the ambulance, but there were

3    two, there were two AMT's in there.

4              Q   Upon arriving at NUMC, did you

5    stay with Taylor for any period of time, or

6    did you leave the hospital or something

7    else?

8              A   When it became apparent that I

9    was not going to have an opportunity to

10   speak to him I left.

11             Q   From there did you go back to

12   police headquarters, or back to the scene

13   where this all happened, or something else?

14             A   I believe I responded back to

15   Baldwin Road, ended up speaking to one of

16   Antoine's, one of Antoine's girlfriends that

17   lived right there on Baldwin Road.

18             Q   Do you know her name?

19             A   Yes, I do and I can't think of

20   it.  Along with that, because she gave us a

21   consent search of the Mitsubishi Galant.

22                  She also is the one that took us

23   to the gun.  And I'm -- give me time, maybe

24   it will come to me.

25             Q   Let me just ask you this.  When

Cereghino                               29

1

2    you mentioned Cheryl Semolian --

3           A    Similien.

4           Q    -- Similien, and then this other

5    girlfriend, I think you used the term

6    girlfriends, do you know how many

7    girlfriends Taylor had around that time

8    period?

9           A    Multiple in addition to his wife

10   Latoya.

11          Q    When the second girlfriend

12   whatever her name is gave consent to search

13   the vehicle, was it still light outside or

14   was it dark?

15          A    Oh, it was dark by then.

16          Q    Do you know who owned the

17   vehicle?

18          A    I believe the girlfriend did.

19   She lived right there at 407 Baldwin Road.

20          Q    Did you or someone else conduct

21   the search of the vehicle?

22          A    I don't believe I did.  Someone

23   else did.  With negative results.

24          Q    When you say negative results,

25   you mean nothing was found of any interest?

—————H & B Reporting Co., Inc.—————

30

1                          Cereghino

2          A     No gun, no bullets.

3          Q     Do you know if any other

4     searches were performed by the police in the

5     vicinity of Baldwin and Downs or back on

6     West Graham where this all started?

7          A     I believe in the general area of

8     10, the rear of 10 Downs Road and the path

9     that he took after exiting the vehicle, a

10    search was done for any weapons that he may

11    have dropped with negative results.

12         Q     Did you have any other types of

13    conversations with the second girlfriend

14    other than her consent to search the Galant?

15         A     Yes, we interviewed her that

16    night upstairs in her apartment at 407

17    Baldwin Road, as to the, as to what happened

18    around the date of my murder.

19         Q     That would be Hoskins?

20         A     Ukegabi Hoskins, on August 14th.

21         Q     Was there any conversation with

22    her about what had taken place on

23    September 26, 2009, you know starting out at

24    152 West Graham and ending up on the corner

25    by the tree?

31

1                          Cereghino

2          A     When I spoke to her then I don't

3     think she had any knowledge of it other than

4     her car was now maybe two doors from where

5     she lived, you know, having come into the

6     accident with the tree?

7          Q     Do you know if the car was

8     impounded by the police department?

9          A     Yes, it was.

10         Q     Did you take any pictures on

11    September 26, 2009, of the car or anything

12    else involving this Taylor matter that day?

13         A     I believe crime scene would have

14    taken pictures, yes sir.

15         Q     Before today's deposition, did

16    you review any pictures regarding this

17    Taylor matter?

18         A     No, sir.  Other than my

19    paperwork I just saw a picture of him, of

20    Antoine.

21         Q     Before today's deposition, did

22    you review any paperwork regarding Taylor on

23    September 26, 2009?

24         A     Just brief notes that I had

25    taken that day, but mostly what I reviewed

```
                                                              32
1                         Cereghino
2      concerning my murder and the investigation
3      leading up to his arrest.
4                Q   When you say brief notes, you
5      mean just your personal handwritten notes,
6      or something else?
7                A    Exactly.  I would just stated
8      arrested, you know, as an example the night
9      before put 52 West Graham under surveillance
10     for such a period of time to 1 A.M. with
11     negative results.
12               The next day Antoine Lamont
13     Taylor arrested.
14               Q   What is the purpose of the
15     Police Department Homicide Squad
16     investigating a police shooting such as this
17     where nobody got killed?
18               A   I believe, I don't know what the
19     exact rules and regulations say, but I
20     believe to see that the proper guidelines
21     were used and that was a proper shooting.
22               Q   Do you know the result of this
23     investigation regarding whether or not it
24     was a proper shooting and whether the proper
25     guidelines were used as you say?
```

33

1                           Cereghino

2          A    I work in the same office as

3    Detective Hoctor, and I don't believe I ever

4    asked him.

5          Q    Do you know the name of the

6    police officer that was involved in the

7    shooting with Antoine Taylor that day?

8          A    The one who fired the shots?

9          Q    Yes.

10         A    Into the car?

11         Q    Yes.

12         A    Officer Rogich.

13         Q    On September 26, 2009, or up

14   until the present time, have you had any

15   conversation with Police Officer Rogich

16   about the events of that day?

17         A    Yes, sir.

18         Q    Was that on the same day

19   September 26, 2009, or some other day?

20         A    I spoke to him that day.  And I

21   may have spoken to him as it wound it's way

22   through the criminal justice system, whether

23   it was at the grand jury or a hearing.

24         Q    When you spoke to him that day,

25   I don't expect you to remember word for word

34

1                        Cereghino
2    but can you just tell me basically what was
3    said between yourself and Officer Rogich?
4            A   As I recall I asked him what
5    happened.  And he told me that he came
6    flying out of the driveway.  He drove at
7    him.  He felt he couldn't get out of the
8    way.  And he fired several rounds.
9            Q   Do you remember where you were
10   located when you had that conversation with
11   Officer Rogich?
12           A   Might have been back at my
13   office.  I'm not certain.
14           Q   Do you know if that was face to
15   face or over the phone?
16           A   No.  No.  It would have been
17   face to face.
18           Q   Besides being on the Homicide
19   Squad, are you part of any other squad or
20   team or bureau such as the shooting team?
21           A   No.
22           Q   Do you know if the shooting team
23   would have investigated this matter?
24           A   I certainly think they would
25   have, yes sir.

```
 1                        Cereghino          35

 2            Q    Did the shooting team question

 3      you about this matter?

 4            A    I don't believe so.

 5            Q    When you arrested Taylor in the

 6      backyard, did you tell him for what reason

 7      he was under arrest?

 8            A    Technically I didn't arrest him.

 9      When I got there he was already in handcuffs

10      lying on the ground.

11                 When I went up to him and I told

12      him who I was, and I told him I was from the

13      Homicide Squad.  That's when without

14      anything further, he said "it wasn't my

15      fault.  It was Pov's gun."  I believe "we

16      struggled over it and I shot him."

17            Q    Did you say earlier that you

18      told him he was under arrest or am I wrong,

19      I could be mistaken?

20            A    I didn't -- when I got there he

21      was lying on the ground in cuffs, in pain.

22            Q    Do you know what crime or crimes

23      he was charged with on September 26, 2009,

24      or thereafter upon being apprehended and

25      arrested?
```

36

1                          Cereghino

2          A    Well, there was a parole

3    warrant, I believe there was a Hempstead

4    warrant.  I believe attempted murder of a

5    police officer.  And the murder that I was

6    investigating, the murder of Ukegabi

7    Hoskins.

8               And if there are other charges

9    those are the main ones I remember.

10         Q    Do you know what the Hempstead

11   warrant was for?

12         A    I don't recall.  I believe it

13   was a violation, something minor.

14         Q    Does Hempstead have its own

15   police department?

16         A    Yes, sir.

17         Q    On September 26, 2009 as you

18   were in the backyard, were you in

19   plainclothes or some type of police uniform

20   or something else?

21         A    I was in plainclothes.

22         Q    Were the officers from the

23   Bureau of Special Operations who had

24   arrested Taylor in plainclothes as well?

25         A    Yes, sir.

37

1                    Cereghino

2          Q    While you were in the backyard,

3    were there any uniformed police officers

4    present?

5          A    I believe some members of the

6    Hempstead Police Department responded, after

7    the fact, uniformed members of the Hempstead

8    Police Department.

9          Q    Do you know if the Hempstead

10   Police Department has its own Homicide Squad

11   or does the Nassau County Police Department

12   take care of such investigations in

13   Hempstead?

14         A    By the state charter, villages

15   can't investigate felonies.  They can do

16   misdemeanors but they can't investigate

17   felonies.

18              So even incorporated villages

19   such as the Hempstead Police Department that

20   have their own police, they contract with

21   the Nassau County Police Department to do

22   their investigations.

23         Q    At some point after September 26

24   of 2009, did you have to go to court to

25   testify regarding Antoine Taylor?

────────── H & B Reporting Co., Inc. ──────────

38

Cereghino

1

2      A    Yes, I believe I testified in

3   the grand jury and at the beginning of the

4   hearings.

5      Q    Do you know approximately what

6   date or month and year you testified at the

7   grand jury?

8      A    I'll be honest with you, I don't

9   recall that.  I do recall that he did plead

10  guilty before the hearings were over.

11      So it would have been right

12  around when he pled guilty for the hearings.

13  The grand jury I don't recall.

14      Q    When you testified at the

15  hearings, in which court was that located?

16      A    County court.

17      Q    Did you testify in open court?

18      A    Yes, in front of Judge George

19  Peck, P-E-C-K.

20      Q    Was Taylor present when you

21  testified in front of Judge Peck?

22      A    I believe he was, yes sir.

23      Q    Did you give any testimony in

24  front of Judge Peck as to whether or not

25  police officers had their shields displayed

H & B Reporting Co., Inc.

39

Cereghino

1

2    on September 26, 2009, regarding this Taylor

3    matter?

4              A    I did not give any testimony

5    regarding that, no sir.

6              Q    Was the testimony that you gave

7    before Judge Peck primarily regarding the

8    Hoskins matter?

9              A    Yes, sir.

10             Q    Now on September 26 of '09 or

11   sometime thereafter, did you actually go to

12   152 West Graham to talk with anybody at that

13   location?

14             A    Yes, I did.

15             Q    Do you know when that took

16   place, was it one time or more than one

17   time?

18             A    We went there once.  There was

19   no answer at the door.  I went there another

20   time to find out if anybody had any

21   information or if Antoine made any

22   post-admissions concerning the death of

23   Ukegabi Hoskins.

24             And the second time I believe I

25   spoke to the wife of Antoine's brother that

                                    40
1                   Cereghino
2       lived there.  I don't recall her name.  But
3       she provided no information that aided the
4       investigation.
5                   If I may, the girlfriend
6       Christine, Pezzuto, P-E-Z-Z-U-T-O.  She
7       lives at 407 Baldwin Road.  She was the
8       renter of the car that Antoine Lamont Taylor
9       was driving the night Hoskins died.
10              Q     Would that be a different car
11      than the Galant?
12              A     Yes, it was a Dodge Magnum.  No,
13      Dodge something.
14              Q     Can you just give a brief
15      physical description of Christine Pezzuto,
16      is she an African-American lady, or a
17      Caucasian lady, or something else?
18              A     She's a Caucasian lady, 5'4",
19      thin build, sometimes blond hair.
20              Q     I think earlier you mentioned
21      after you got to the hospital with Taylor,
22      there came a point in time where you were
23      unable to see him for another ten days; is
24      that correct?
25              A     Well, he was under arrest and he

```
 1                        Cereghino              41
 2    was under police guard while he was under
 3    arrest.  I left word with whoever was
 4    guarding him if he regained consciousness
 5    that I wanted to talk to him.
 6                   I don't remember the exact day.
 7    It was eight to 10 days later.  I received
 8    the word.  I responded over there.
 9                   I spoke to the attending doctor,
10    if I could speak to him.  I went in.  I
11    advised him of his rights.  Notification of
12    rights department form 233.
13                   I read him his rights.  He
14    agreed to give me a statement, which I
15    reduced to writing.  He read it.  He signed
16    it.
17                   At that point I asked him I
18    wanted the gun but he was hesitant to do so.
19    He wanted to give it to me but he didn't
20    want, he didn't want to jamb up Pezzuto.
21                   But ultimately he did tell me.
22    He didn't give me her name.  He gave me the
23    phone number.  I recognized it as hers.
24                   I took out my cell phone.  I
25    called her.  I put it to his head.  He said
```

                                                                    42

1                           Cereghino

2    "give it to them."

3              I told Christine I'll be there

4    in five minutes.

5              I went there, picked her up with

6    Detective Nigro, N-I-G-R-O, from my office.

7              She took us to the nearby

8    cemetery, to a particular grave.  And there

9    was a potted plant on the grave.  And the

10   nine millimeter handgun was in the plotted

11   plant on the bottom of the pot.

12             There was grout that had been

13   put in there, obviously it rained or got

14   wet.  The grout was hard as a rock, but you

15   could you see the outline of the clip.

16             And when I had crime scene

17   respond, I had them use the metal detector

18   to tell me that it was there, and we

19   recovered the gun.

20        Q    All that conversation at the

21   hospital in recovering the gun, that related

22   back to the Hoskins matter, correct?

23        A    Yes, sir absolutely.

24        Q    When you saw him at the hospital

25   eight to 10 days after September 26th of

43

Cereghino

1
2   '09, did you have any conversation with
3   Taylor about the police shooting of
4   September 26 of '09?
5          A    Only to ask him how he was
6   feeling.  That was it.
7          Q    After that date eight to 10 days
8   after this incident, have you had any
9   further conversations with Taylor?
10          A    Beginning of November I had to
11   pull him out of the jail to properly process
12   him.  And just nothing, nothing pertaining
13   to any case.
14          Q    So at that time did you have any
15   conversation with Taylor concerning what
16   took place on September 26, 2009?
17          A    No.  He already had been
18   arraigned.  His rights to a counsel was
19   attached.  I did not ask him any questions
20   in that regard.
21          Q    I don't mean to infer that you
22   would do anything improper, just maybe he
23   said something to you.
24          A    I understand.  No problem.  No
25   problem.

44

1                    Cereghino

2         Q    Since that time in November when

3    you had to take him out, have you seen him

4    since or was that he last time?

5         A    Just during the hearings.  I saw

6    him at the hearings until the hearing's

7    concluded.

8              MR. BURKE:  Okay, thank you.  I

9              have no further questions.

10             MR. LASERNA:  I have some

11             questions.

12   EXAMINATION BY

13   MR. LASERNA:

14        Q    There was, you brought the, you

15   said that you brought the BSO officers to

16   the area of 152 West Graham Avenue in

17   Hempstead on two occasions, September 25th

18   and September 26th of 2009?

19        A    Yes, sir.

20        Q    Do you remember debriefing the

21   BSO officers on why you were bringing them

22   there?

23        A    Yes.

24        Q    Can you just tell us essentially

25   what you debriefed them on or what you told

                              Cereghino                    45

1

2     them?

3            A    I advised them that there were

4     two warrants for his arrest, one being a

5     parole warrant.  And where members of the

6     parole were concerned because threats had

7     been made by Mr. Taylor against a particular

8     parole officer, Richard Frassa, F-R-A-S-S-A,

9     along with the Active Assault Investigation

10    Third Squad, and the fact that he was a

11    person of interest in my homicide

12    investigation from August 14th.

13            I had confidential informants

14    telling me, and I had hearsay that Antoine

15    Lamont Taylor was the person who had killed

16    Ukegabi Hoskins, and I wanted an opportunity

17    to speak to him.

18            Q    Do you have any of the details

19    regarding the assault that you just

20    mentioned?

21            A    The assault on Cheryl Similien?

22    Or the, Ukegabi Hoskins?

23            Q    The other assault that you were

24    not investigating but which you were aware

25    of, and which you said that you debriefed

46

                         Cereghino

1
2    BSO officers.

3         A    Right.  The assault with Cheryl
4    Similien was a domestic incident, where I
5    believe he had banged her around, I don't
6    belive any weapons were involved.

7              But I also made sure to tell
8    them that my case was a shooting.  And that
9    Mr. Taylor, there was a strong likelihood
10   that he might be armed, because of threats
11   made against parole officer Frassa.

12        Q    Did you, do you know what the
13   parole warrant, the open parole warrant was
14   about?

15        A    I believe he was absconding,
16   failure to appear.

17        Q    Getting back to that incident of
18   September 26, 2009 which you were discussing
19   with Mr. Burke; you told him earlier that
20   the first time you saw Mr. Taylor driving
21   was when he was, when he had come back onto
22   West Graham Avenue off of Sycamore, was it?

23        A    Yes, sir.

24        Q    And that he was being followed
25   by the Crown Victoria and an SUV all of

————— H & B Reporting Co., Inc. —————

47

Cereghino

1  which were unmarked police cars, correct?

2

3       A    Yes, but they both had lights

4  and sirens activated and working.

5       Q    What kind of lights?

6       A    I believe dashboard.

7       Q    But they were lights that would

8  indicate that they were police officers?

9       A    Yes, sir.

10       Q    You testified you discussed

11  earlier that officer Alongi was the officer

12  who pointed you in the direction, correct?

13       A    The opposite direction in which

14  I wanted to go, yes, sir.

15       Q    Was he near a police car?

16       A    He was in the middle of the

17  street.  I don't recall, I don't recall him

18  being near a police car.

19       Q    You discussed earlier testifying

20  at the grand jury and at hearings, do you

21  recall ever saying that Officer Rogich was

22  not, did not have his police badge displayed

23  on September 26, 2009?

24       A    No, sir.  I never said that.

25            MR. LASERNA:  That's all I have.

48

1                       Cereghino

2              THE WITNESS:   Thank you

3         counselor.

4              (Whereupon, the deposition of

5         James Cereghino was concluded at

6         2:03 p.m.)

7

8                       *  *  *

9

10         _____

11                       James Cereghino

12

13    Subscribed and sworn to

14    before me this _____ day

15    of _____, 2012.

16

17    _____

      NOTARY PUBLIC
18

19

20

21

22

23

24

25

49

1          Cereghino

2          I N D E X

3    WITNESS              EXAMINATION BY           PAGE

4    James Cereghino      Mr. Burke               4

5                         Mr. Laserna             44

6

7    PLAINTIFF'S EXHIBITS
     None
8

9    DEFENDANTS' EXHIBITS
     None
10

11   DOCUMENTS/INFORMATION REQUESTED

12           Page

13           None

14   INFORMATION TO BE INSERTED

15           Page

16           None

17   QUESTIONS MARKED FOR A RULING

18           Page

19           None

20

21

22

23

24

25

H & B Reporting Co., Inc.

```
                              50
1                 Cereghino

2           C E R T I F I C A T E

3

4           I, HOWARD I. SHAPIRO, a Certified

5    Shorthand Reporter and Notary Public within

6    and for the State of New York, do hereby

7    certify:

8           That James Cereghino, the witness

9    whose deposition is hereinbefore set forth,

10   was duly sworn by me and that such

11   deposition is a true record of the testimony

12   given by the witness.

13          That the within is a true and

14   accurate transcript of the proceedings taken

15   by me this 10th day of January, 2012.

16          I further certify that I am not

17   related to any of the parties to this action

18   by blood or marriage and I am in no way

19   interested in the outcome of this matter.

20          IN WITNESS WHEREOF, I have hereunto

21   set my hand this _____ day of January, 2012.

22

23

24                   HOWARD I. SHAPIRO, CSR

25
```

H & B Reporting Co., Inc.

'09 [3] - 39:10, 43:2, 43:4

## 1

1 [3] - 1:16, 10:24, 32:10
10 [10] - 21:8, 21:11, 21:14, 21:18, 27:2, 30:8, 41:7, 42:25, 43:7
10118 [1] - 2:4
10309 [1] - 1:22
10th [2] - 1:17, 50:15
10X44061 [1] - 2:10
11501 [2] - 2:9, 4:16
121 [1] - 1:21
14 [3] - 7:22, 12:7, 23:3
1490 [4] - 4:15, 7:24, 8:2, 24:23
14th [2] - 30:20, 45:12
152 [15] - 10:8, 10:16, 13:6, 13:11, 13:12, 13:15, 14:2, 14:6, 14:15, 14:19, 14:24, 16:23, 30:24, 39:12, 44:16
1977 [1] - 5:20
1987 [4] - 6:23, 7:8, 7:11
1994 [1] - 7:13
1998 [2] - 7:16, 7:19
1:02 [1] - 1:17

## 2

2009 [28] - 8:13, 9:3, 9:5, 9:24, 10:2, 10:12, 11:11, 12:7, 13:3, 23:3, 24:2, 24:19, 25:8, 26:15, 26:23, 30:23, 31:11, 31:23, 33:13, 33:19, 35:23, 36:17, 37:24, 39:2, 43:16, 44:18, 46:18, 47:23
2012 [4] - 1:17, 48:15, 50:15, 50:21
22nd [1] - 10:18
23 [1] - 5:20
233 [1] - 41:12
25th [2] - 10:20, 44:17
26 [27] - 8:13, 9:3, 9:5, 9:23, 10:2, 10:12, 11:11, 13:2, 24:2, 24:19, 25:8, 26:15, 26:23, 30:23, 31:11, 31:23, 33:13, 33:19, 35:23, 36:17, 37:23, 39:2, 39:10, 43:4, 43:16, 46:18, 47:23
26th [2] - 42:25, 44:18
2:03 [1] - 48:6

## 3

3 [1] - 11:6
350 [1] - 2:4

## 4

4 [1] - 49:4
407 [3] - 29:19, 30:16, 40:7
44 [1] - 49:5

## 5

5'4 [1] - 40:18
52 [1] - 32:9

## 7

7 [1] - 10:24
718 [1] - 1:22
7210 [1] - 2:4

## 9

948-5835 [1] - 1:22

## A

A.M [2] - 10:24, 32:10
abandoned [1] - 14:23
abdomen [1] - 21:24
able [5] - 13:13, 15:2, 15:21, 18:18, 18:23
absconding [1] - 46:15
absolutely [1] - 42:23
accident [1] - 31:6
accidents [1] - 8:9
accurate [1] - 50:14
acknowledged [1] - 22:10
action [1] - 50:17
activated [1] - 47:4
active [1] - 11:18
Active [1] - 45:9
activities [1] - 26:19
activity [1] - 7:5
add [1] - 25:24
addition [1] - 29:9
address [2] - 4:12, 7:24
admissions [2] - 26:25, 39:22
advise [1] - 15:2
advised [2] - 41:11, 45:3
advising [1] - 15:18
African [1] - 40:16
African-American [1] - 40:16
afternoon [3] - 4:17, 4:18, 11:8
afterwards [1] - 8:17
agreed [1] - 41:14
AGREED [3] - 3:4, 3:10, 3:15
ahead [1] - 19:6
aided [1] - 40:3
Alongi [3] - 17:6, 18:4, 47:11
ambulance [10] - 22:11, 22:15, 22:16, 24:4, 24:13, 27:9, 27:14, 27:21, 27:23, 28:2
American [1] - 40:16
AMT's [1] - 28:3
AND [5] - 1:10, 1:11, 3:4, 3:10, 3:15
angle [1] - 17:3
answer [3] - 5:4, 5:7, 39:19
ANTOINE [1] - 1:3
Antoine [31] - 4:22, 8:12, 8:22, 9:8, 9:24, 10:4, 10:7, 11:15, 11:17, 12:14, 12:15, 12:19, 12:24, 14:9, 14:13, 14:19, 15:19, 20:5, 21:20, 22:2, 25:8, 26:8, 26:15, 27:8, 31:20, 32:12, 33:7, 37:25, 39:21, 40:8, 45:14
Antoine's [3] - 28:16, 39:25
anytime [3] - 14:16, 25:18, 25:19
apartment [1] - 30:16
apparent [1] - 28:8
appear [2] - 10:25, 46:16
apprehend [1] - 20:17
apprehended [3] - 21:8, 24:14, 35:24
approximate [1] - 11:5
area [16] - 8:20, 8:23, 9:13, 9:15, 10:4, 13:6, 13:7, 13:16, 14:18, 16:9, 16:23, 17:23, 19:24, 30:7, 44:16

arraigned [1] - 43:18
arrest [10] - 8:12, 8:17, 9:9, 32:3, 35:7, 35:8, 35:18, 40:25, 41:3, 45:4
arrested [6] - 8:22, 32:8, 32:13, 35:5, 35:25, 36:24
arrived [1] - 27:17
arriving [2] - 21:14, 28:4
aside [2] - 26:25, 27:4
Assault [1] - 45:9
assault [5] - 11:18, 45:19, 45:21, 45:23, 46:3
assigned [2] - 7:10, 7:16
ASSISTANT [2] - 1:9, 1:9
assumed [1] - 20:15
assuming [1] - 23:21
assumption [1] - 20:20
attached [1] - 43:19
attempt [1] - 19:20
attempted [2] - 17:16, 36:4
attended [3] - 22:13, 27:9, 27:18
attending [1] - 41:9
attorney [1] - 4:20
ATTORNEY [1] - 2:7
Attorneys [2] - 2:3, 2:8
August [4] - 12:6, 23:3, 30:20, 45:12
Avenue [8] - 1:21, 2:4, 4:15, 7:24, 8:3, 24:23, 44:16, 46:22
Avenue-suite [1] - 2:4
aware [7] - 8:12, 8:16, 11:16, 12:4, 12:16, 14:19, 45:24

## B

backed [3] - 13:9, 22:12, 24:13
background [1] - 12:15
backyard [10] - 21:6, 21:15, 21:17, 23:23, 24:15, 27:2, 27:10, 35:6, 36:18, 37:2
Bader [1] - 4:20
BADER [1] - 2:3
badge [1] - 47:22
Baldwin [9] - 19:9, 19:12, 20:13, 28:15, 28:17, 29:19, 30:5, 30:17, 40:7
banged [1] - 46:5
based [3] - 7:2, 7:5, 7:23
BE [1] - 49:14
became [3] - 12:4, 12:16, 28:8
become [5] - 6:16, 6:21, 8:11, 8:16, 14:19
becoming [1] - 7:7
BEFORE [1] - 1:15
began [1] - 5:22
begin [1] - 5:18
beginning [3] - 22:24, 38:3, 43:10
behind [7] - 9:18, 9:19, 14:14, 17:7, 17:11, 18:4, 21:21
belive [1] - 46:6
bent [1] - 18:12
better [2] - 12:17, 14:6
between [4] - 3:5, 13:10, 16:22, 34:3
bit [1] - 16:17
block [5] - 19:17, 20:14, 20:16, 20:22, 20:23
blocked [1] - 18:11
blond [1] - 40:19

51

blood [1] - 50:18
book [1] - 26:18
bottom [1] - 42:11
box [1] - 19:20
break [3] - 5:5, 5:6, 5:8
breath [1] - 22:18
brief [3] - 31:24, 32:4, 40:14
bringing [1] - 44:21
brings [1] - 4:23
broke [1] - 11:3
brother [1] - 39:25
brought [2] - 44:14, 44:15
BSO [6] - 14:22, 17:5, 20:21, 44:15, 44:21, 46:2
build [1] - 40:19
buildings [1] - 13:10
bullets [1] - 30:2
bureau [1] - 34:20
Bureau [4] - 10:21, 14:3, 24:15, 36:23
Burke [3] - 4:19, 46:19, 49:4
BURKE [5] - 2:5, 4:8, 25:3, 26:3, 44:8
BY [5] - 2:5, 2:10, 4:7, 44:12, 49:3

**C**

C-H-E-R-Y-L [1] - 12:2
car [11] - 15:3, 20:6, 21:3, 31:4, 31:7, 31:11, 33:10, 40:8, 40:10, 47:15, 47:18
care [1] - 37:12
cars [1] - 47:2
case [2] - 43:13, 46:8
catch [2] - 11:24, 17:16
Caucasian [2] - 40:17, 40:18
cell [1] - 41:24
cemetery [1] - 42:8
Central [3] - 15:16, 15:21, 15:24
Cereghino [7] - 1:16, 4:2, 4:11, 48:5, 48:11, 49:4, 50:8
certain [1] - 34:13
certainly [1] - 34:24
certification [1] - 3:7
certified [1] - 24:24
Certified [2] - 1:18, 50:4
certify [2] - 50:7, 50:16
charged [1] - 35:23
charges [1] - 36:8
charter [1] - 37:14
Cheryl [5] - 11:19, 12:2, 29:2, 45:21, 46:3
CHIEF [2] - 1:9, 1:10
Christine [3] - 40:6, 40:15, 42:3
climbed [1] - 22:15
clip [1] - 42:15
CO [1] - 1:21
CODIGNOTTO [1] - 1:9
coming [1] - 18:15
commencing [1] - 1:17
COMMISSIONER [5] - 1:7, 1:8, 1:8, 1:9, 1:9
COMMISSIONERS [1] - 1:10
concentrated [1] - 26:11
concerned [1] - 45:6
concerning [4] - 11:22, 32:2, 39:22, 43:15
concluded [2] - 44:7, 48:5

conduct [2] - 8:9, 29:20
conducted [1] - 25:25
confidential [7] - 10:6, 10:11, 10:14, 11:4, 12:12, 15:17, 45:13
confirmed [1] - 14:12
consciousness [1] - 41:4
consent [3] - 28:21, 29:12, 30:14
continue [2] - 17:4, 27:14
continued [1] - 19:17
contract [1] - 37:20
conversation [7] - 21:25, 24:8, 30:21, 33:15, 34:10, 42:20, 43:2, 43:15
conversations [3] - 23:25, 30:13, 43:9
copy [3] - 24:20, 24:21, 24:24
corner [2] - 19:14, 30:24
correct [4] - 40:24, 42:22, 47:2, 47:12
counsel [3] - 3:5, 4:18, 43:18
counselor [1] - 48:3
COUNTY [5] - 1:7, 1:7, 2:7, 2:7
county [1] - 38:16
County [13] - 4:14, 5:13, 5:19, 5:22, 6:2, 6:11, 6:15, 8:14, 9:7, 11:14, 13:25, 37:11, 37:21
COURT [1] - 1:2
court [5] - 3:19, 37:24, 38:15, 38:16, 38:17
Court [2] - 1:16, 12:9
crime [4] - 15:18, 31:13, 35:22, 42:16
crimes [1] - 35:22
criminal [1] - 33:22
Crown [5] - 9:21, 9:22, 17:12, 46:25
CSR [2] - 4:5, 50:24
cuffs [1] - 35:21
cut [1] - 20:17

**D**

daily [1] - 26:19
dark [2] - 29:14, 29:15
dashboard [1] - 47:6
date [4] - 9:2, 30:18, 38:6, 43:7
DAVID [1] - 1:9
days [6] - 12:10, 27:20, 40:23, 41:7, 42:25, 43:7
death [5] - 11:22, 12:7, 12:23, 25:13, 39:22
deaths [2] - 8:8, 8:10
debriefed [2] - 44:25, 45:25
debriefing [1] - 44:20
Defendants [2] - 1:12, 2:8
DEFENDANTS' [1] - 49:9
department [3] - 31:8, 36:15, 41:12
Department [19] - 5:14, 5:19, 5:23, 6:3, 6:6, 6:12, 6:16, 8:14, 9:8, 10:15, 11:14, 13:25, 32:15, 37:6, 37:8, 37:10, 37:11, 37:19, 37:21
DEPARTMENT [2] - 1:7, 1:10
deposition [7] - 3:7, 3:16, 31:15, 31:21, 48:4, 50:9, 50:11
DEPUTY [2] - 1:8, 1:8
describe [2] - 8:4, 18:21
description [1] - 40:15
details [1] - 45:18
detective [9] - 6:19, 6:22, 6:25, 7:7, 7:12, 8:5, 15:20, 17:10, 18:17

Detective [14] - 4:17, 5:16, 12:18, 12:20, 13:8, 15:15, 15:16, 15:24, 19:19, 21:4, 25:24, 26:9, 33:3, 42:6
Detectives [2] - 15:21, 15:24
detector [1] - 42:17
died [2] - 12:6, 40:9
different [1] - 40:10
directing [1] - 18:4
direction [3] - 16:10, 47:12, 47:13
discussed [2] - 47:10, 47:19
discussing [1] - 46:18
discussion [2] - 25:4, 26:4
displayed [2] - 38:25, 47:22
DISTRICT [2] - 1:2, 1:2
doctor [1] - 41:9
DOCUMENTS/INFORMATION [1] - 49:11
Dodge [2] - 40:12, 40:13
DOE [1] - 1:11
DOES [1] - 1:10
domestic [1] - 46:4
done [2] - 12:13, 30:10
door [1] - 39:19
doors [1] - 31:4
down [5] - 13:9, 17:9, 18:11, 19:9, 21:2
Downs [13] - 19:13, 20:12, 20:19, 20:21, 21:9, 21:12, 21:14, 21:18, 24:15, 27:2, 30:5, 30:8
drive [1] - 18:2, 20:10
driver [2] - 17:18, 17:20
driveway [2] - 13:10, 34:6
driving [4] - 14:14, 17:21, 40:9, 46:20
dropped [2] - 18:2, 30:11
drove [2] - 24:9, 34:6
duly [2] - 4:4, 50:10
during [1] - 44:5
duties [1] - 8:5
duty [1] - 10:7

**E**

east [6] - 9:20, 13:5, 13:15, 16:17, 16:19, 18:6
EASTERN [1] - 1:2
Edward [1] - 17:6
effect [3] - 3:18, 14:11
effort [1] - 27:14
eight [3] - 41:7, 42:25, 43:7
elapsed [1] - 15:8
employed [1] - 5:10
ended [1] - 28:15
ending [1] - 30:24
entrance [1] - 19:10
ESQ [2] - 2:5, 2:10
essentially [2] - 16:16, 44:24
events [3] - 26:14, 26:24, 33:16
exact [2] - 32:19, 41:6
exactly [3] - 18:8, 20:10, 32:7
EXAMINATION [4] - 1:15, 4:7, 44:12, 49:3
examined [1] - 4:5
example [1] - 32:8
except [1] - 3:11
EXHIBITS [2] - 49:7, 49:9

52

exiting [1] - 30:9
expect [1] - 33:25
eye [1] - 14:2

**F**

face [4] - 34:14, 34:15, 34:17
fact [2] - 37:7, 45:10
failure [1] - 46:16
fault [4] - 22:7, 22:25, 23:7, 35:15
February [1] - 5:20
felonies [2] - 37:15, 37:17
felt [1] - 34:7
few [1] - 12:10
Fifth [1] - 2:4
fILE [1] - 2:10
filing [1] - 3:6
fill [1] - 26:13
finish [1] - 5:3
fired [3] - 25:18, 33:8, 34:8
firm [2] - 4:20, 4:22
FIRST [1] - 1:8
first [6] - 4:3, 5:18, 18:7, 20:3, 21:6, 46:20
five [1] - 42:4
FLANAGAN [1] - 1:9
floor [1] - 8:3
flying [1] - 34:6
follow [1] - 23:14
followed [3] - 9:21, 20:11, 46:24
follows [1] - 4:6
foot [2] - 20:15, 21:5
FOR [1] - 49:17
force [1] - 3:17
Ford [1] - 17:12
form [2] - 3:11, 41:12
forth [1] - 50:9
Fourth [2] - 7:10, 7:13
Franklin [4] - 4:15, 7:24, 8:3, 24:23
Frassa [2] - 45:8, 46:11
FRASSA [1] - 45:8
frequenting [1] - 10:16
Friday [1] - 10:19
front [3] - 38:18, 38:21, 38:24
funny [2] - 16:13, 16:16
FURTHER [2] - 3:10, 3:15

**G**

Galant [18] - 9:20, 14:13, 14:20, 15:10, 15:14, 17:8, 17:11, 17:14, 18:5, 18:7, 19:2, 19:15, 19:21, 20:3, 20:9, 28:21, 30:14, 40:11
general [4] - 8:20, 9:13, 16:10, 30:7
generally [1] - 16:19
George [1] - 38:18
girlfriend [2] - 11:25, 29:5, 29:11, 29:18, 30:13, 40:5
girlfriends [4] - 11:19, 28:16, 29:6, 29:7
given [1] - 50:12
Graham [28] - 9:20, 10:8, 10:16, 13:6, 13:12, 13:15, 14:2, 14:6, 14:15, 14:20, 14:25, 16:13, 16:15, 16:16, 16:23, 17:2, 17:10, 18:6, 18:13, 18:15, 24:9, 30:6, 30:24, 32:9, 39:12, 44:16, 46:22

grand [5] - 33:23, 38:3, 38:7, 38:13, 47:20
grave [2] - 42:8, 42:9
ground [3] - 21:21, 35:10, 35:21
grout [2] - 42:12, 42:14
guard [1] - 41:2
guarding [1] - 41:4
guidelines [3] - 25:20, 32:20, 32:25
guilty [2] - 38:10, 38:12
gun [17] - 22:8, 22:17, 22:19, 23:7, 23:11, 23:12, 23:16, 23:19, 23:20, 23:21, 23:22, 28:23, 30:2, 35:15, 41:18, 42:19, 42:21
gunshot [1] - 21:23
gunshots [11] - 9:14, 13:4, 13:17, 14:17, 15:11, 16:4, 16:5, 16:10, 17:5, 17:24, 17:25

**H**

H&B [1] - 1:21
hair [1] - 40:19
half [1] - 21:2
hand [1] - 50:21
handcuffed [1] - 21:21
handcuffs [3] - 22:20, 23:10, 35:9
handgun [1] - 42:10
handwritten [1] - 32:5
hard [1] - 42:14
head [1] - 41:25
headed [1] - 18:6
heading [3] - 9:20, 17:4, 19:7
headquarters [3] - 24:23, 27:11, 28:12
hear [1] - 20:18
heard [14] - 9:14, 9:15, 13:4, 13:16, 14:16, 15:9, 15:11, 15:13, 16:4, 16:6, 16:11, 17:25, 19:6, 21:6
hearing [1] - 17:24, 21:10, 33:23
hearing's [1] - 44:6
hearings [7] - 38:4, 38:10, 38:12, 38:15, 44:5, 44:6, 47:20
hearsay [1] - 45:14
held [3] - 1:16, 25:5, 26:5
Hempstead [14] - 8:22, 10:3, 10:9, 10:15, 12:9, 36:3, 36:10, 36:14, 37:6, 37:7, 37:9, 37:13, 37:19, 44:17
HEREBY [1] - 3:4
hereby [2] - 3:8, 50:6
herein [1] - 1:16
hereinbefore [1] - 50:9
hereto [1] - 3:6
hereunto [1] - 50:20
hesitant [1] - 41:18
himself [2] - 14:23, 21:20
hit [2] - 25:19, 25:22
Hoctor [3] - 25:24, 26:9, 33:3
HOCTOR [1] - 25:24
Homicide [16] - 4:14, 5:17, 7:8, 7:16, 7:19, 8:2, 8:5, 22:5, 25:6, 25:9, 25:15, 25:17, 32:15, 34:18, 35:13, 37:10
homicide [2] - 26:7, 26:12, 45:11
honest [2] - 15:5, 38:8
hopefully [1] - 20:17
Hoskins [15] - 11:23, 12:6, 12:23,

39:8, 39:23, 40:9, 42:22, 45:16, 45:22
hospital [6] - 24:5, 27:12, 28:6, 40:21, 42:21, 42:24
hour [4] - 13:18, 13:20, 13:24, 14:8
house [2] - 14:23, 15:19
HOWARD [1] - 50:4, 50:24
Howard [2] - 1:18, 4:5
HUNTER [1] - 1:10

**I**

identified [3] - 21:20, 22:3, 23:4
immediately [1] - 17:23
impounded [1] - 31:8
improper [1] - 43:22
IN [1] - 50:20
INC [1] - 1:21
incident [3] - 43:8, 46:4, 46:17
incorporated [1] - 37:18
indicate [1] - 47:8
industrial [7] - 8:8, 13:7, 13:16, 14:18, 16:9, 16:23, 17:23
infer [1] - 43:21
informant [5] - 10:6, 10:11, 10:14, 11:4, 15:17
informants [2] - 12:12, 45:13
information [7] - 10:5, 10:10, 10:17, 10:18, 12:11, 39:21, 40:3
INFORMATION [1] - 49:14
injury [1] - 25:22
INSERTED [1] - 49:14
inside [1] - 10:7
instance [1] - 25:23
interest [2] - 29:25, 45:11
interested [1] - 50:19
intersecting [1] - 16:21
intersection [1] - 12:8
interviewed [1] - 30:15
investigate [5] - 8:7, 25:10, 25:17, 37:15, 37:16
investigated [2] - 25:7, 34:23
investigating [5] - 12:18, 12:23, 32:16, 36:6, 45:24
investigation [1] - 45:9
investigation [11] - 11:18, 12:25, 25:14, 25:25, 26:7, 26:12, 26:21, 32:2, 32:23, 40:4, 45:12
investigations [3] - 8:9, 37:12, 37:22
Investigator [1] - 5:17
involved [3] - 7:5, 33:6, 46:6
involving [4] - 9:7, 25:8, 26:8, 31:12
IS [3] - 3:4, 3:10, 3:15
Island [1] - 1:22
IT [3] - 3:4, 3:10, 3:15

**J**

jail [1] - 43:11
jamb [1] - 41:20
James [7] - 1:15, 4:2, 4:11, 48:5, 48:11, 49:4, 50:8
January [4] - 1:17, 7:15, 50:15, 50:21
job [3] - 5:15, 5:21, 8:4
JOHN [3] - 1:10, 1:11
Judge [4] - 38:18, 38:21, 38:24, 39:7
jumped [1] - 27:13

53

**June** [1] - 7:13
**jury** [5] - 33:23, 38:3, 38:7, 38:13, 47:20
**justice** [1] - 33:22

## K

**keep** [3] - 14:2, 26:17, 26:20
**KEITH** [1] - 1:11
**killed** [3] - 23:22, 32:17, 45:15
**kind** [1] - 47:5
**knowledge** [1] - 31:3

## L

**lack** [1] - 12:17
**lady** [3] - 40:16, 40:17, 40:18
**Lamont** [8] - 10:7, 11:17, 12:24, 14:14, 15:19, 21:20, 32:12, 40:8, 45:15
**Laserna** [1] - 49:5
**LASERNA** [8] - 2:10, 8:25, 12:21, 23:13, 24:25, 44:10, 44:13, 47:25
**last** [1] - 44:4
**Latoya** [1] - 29:10
**law** [2] - 4:20, 4:21
**LAWRENCE** [1] - 1:8
**lawsuit** [1] - 4:23
**lead** [1] - 12:18
**leading** [1] - 32:3
**leave** [3] - 17:22, 27:10, 28:6
**leaving** [1] - 14:19
**left** [8] - 16:14, 18:3, 18:12, 18:23, 19:18, 20:25, 28:10, 41:3
**less** [5] - 7:21, 13:18, 13:19, 13:23, 14:7
**LG** [1] - 12:13
**light** [1] - 29:13
**lights** [3] - 47:3, 47:5, 47:7
**likelihood** [1] - 46:9
**link** [1] - 15:21
**listen** [1] - 13:21
**listening** [1] - 14:8
**lived** [4] - 28:17, 29:19, 31:5, 40:2
**lives** [1] - 40:7
**LLP** [1] - 2:3
**located** [3] - 13:3, 34:10, 38:15
**location** [2] - 13:15, 39:13
**log** [1] - 26:18
**look** [3] - 18:18, 18:23, 18:24
**looked** [2] - 9:19, 17:11
**lying** [3] - 21:21, 35:10, 35:21

## M

**MACK** [1] - 1:9
**Magnum** [1] - 40:12
**main** [1] - 36:9
**maintained** [1] - 10:23
**March** [1] - 7:11
**MARKED** [1] - 49:17
**marriage** [1] - 50:18
**matter** [8] - 31:12, 31:17, 34:23, 35:3, 39:3, 39:8, 42:22, 50:19
**MCGUIGAN** [1] - 1:8
**mean** [4] - 16:13, 29:25, 32:5, 43:21
**members** [6] - 10:21, 13:24, 14:3,

37:5, 37:7, 45:5
**memo** [1] - 26:18
**mentioned** [3] - 29:2, 40:20, 45:20
**merit** [1] - 7:3
**met** [1] - 9:24
**metal** [2] - 19:5, 42:17
**middle** [2] - 9:17, 47:16
**might** [2] - 34:12, 46:10
**millimeter** [1] - 42:10
**Mineola** [3] - 1:17, 2:9, 4:15
**minivan** [4] - 13:8, 17:15, 17:19, 19:6
**minor** [1] - 36:13
**minutes** [1] - 42:4
**mirror** [2] - 18:20
**misdemeanors** [1] - 37:16
**missed** [1] - 25:10
**mistaken** [1] - 35:19
**Mitsubishi** [6] - 9:20, 14:13, 14:20, 17:14, 19:15, 28:21
**moment** [1] - 15:15
**month** [1] - 38:6
**mostly** [1] - 31:25
**move** [1] - 14:21
**moved** [3] - 9:14, 15:3, 15:10
**moving** [3] - 13:2, 14:10, 15:14
**MR** [10] - 4:8, 8:25, 12:21, 23:13, 24:25, 25:3, 26:3, 44:8, 44:10, 44:13
**multiple** [1] - 29:9
**MULVEY** [1] - 1:8
**murder** [5] - 30:18, 32:2, 36:4, 36:5, 36:6
**murders** [1] - 8:7
**must** [1] - 18:11

## N

**name** [11] - 4:9, 4:19, 11:25, 12:13, 12:14, 12:24, 28:18, 29:12, 33:5, 40:2, 41:22
**NASSAU** [4] - 1:7, 1:7, 2:7
**Nassau** [13] - 4:14, 5:13, 5:19, 5:22, 6:2, 6:11, 6:15, 8:14, 9:7, 11:14, 13:25, 37:11, 37:21
**nature** [1] - 16:2
**near** [3] - 18:8, 47:15, 47:18
**nearby** [1] - 42:7
**need** [2] - 5:5, 25:13
**negative** [4] - 29:23, 29:24, 30:11, 32:11
**never** [3] - 23:4, 24:11, 47:24
**NEW** [1] - 1:2
**New** [10] - 1:17, 1:19, 1:22, 2:4, 2:9, 4:15, 6:6, 6:8, 50:6
**next** [2] - 11:5, 32:12
**Nichols** [1] - 12:9
**night** [4] - 10:19, 30:16, 32:8, 40:9
**Nigro** [1] - 42:6
**NIGRO** [1] - 42:6
**nine** [1] - 42:10
**nitpicking** [1] - 12:22
**nobody** [1] - 32:17
**none** [5] - 49:7, 49:9, 49:13, 49:16, 49:19
**Nonnenmacher** [1] - 4:21

north [1] - 16:25
**northeast** [1] - 16:18
**notary** [1] - 3:17
**Notary** [3] - 1:18, 4:4, 50:5
**NOTARY** [1] - 48:17
**notes** [7] - 26:20, 26:23, 27:3, 27:7, 31:24, 32:4, 32:5
**nothing** [3] - 29:25, 43:12
**notification** [1] - 41:11
**notified** [1] - 10:14
**November** [3] - 7:11, 43:10, 44:2
**number** [1] - 41:23
**NUMC** [3] - 27:16, 27:22, 28:4

## O

**o'clock** [1] - 11:6
**O'Connor** [2] - 15:4, 15:7
**Objection** [1] - 23:13
**objection** [2] - 8:25, 12:21
**objections** [1] - 3:11
**observe** [1] - 21:18
**obvious** [2] - 5:2, 17:18
**obviously** [2] - 27:15, 42:13
**occasions** [1] - 44:17
**occupants** [4] - 19:16, 19:22, 20:4, 20:10
**OF** [4] - 1:2, 1:10, 2:7
**office** [3] - 33:2, 34:13, 42:6
**OFFICE** [1] - 2:7
**Officer** [6] - 17:6, 33:12, 33:15, 34:3, 34:11, 47:21
**OFFICER** [2] - 1:11, 1:11
**officer** [18] - 5:24, 5:25, 6:8, 6:10, 6:15, 6:19, 6:25, 9:17, 15:4, 15:7, 17:5, 28:2, 33:6, 36:5, 45:8, 46:11, 47:11
**officers** [11] - 14:22, 20:21, 24:16, 27:24, 36:22, 37:3, 38:25, 44:15, 44:21, 46:2, 47:8
**official** [1] - 27:22
**officials** [1] - 27:24
**often** [1] - 25:21
**once** [2] - 27:17, 39:18
**One** [1] - 2:8
**one** [15] - 11:19, 13:12, 14:22, 19:17, 20:14, 20:16, 20:22, 20:23, 28:15, 28:16, 28:22, 33:8, 39:16, 45:4
**ones** [1] - 36:9
**open** [5] - 11:16, 12:5, 24:18, 38:17, 48:13
**Operations** [4] - 10:21, 14:4, 24:16, 36:23
**opportunity** [5] - 11:21, 24:11, 27:19, 28:9, 45:16
**opposite** [1] - 47:13
**oral** [1] - 26:25
**order** [3] - 6:24, 12:16, 25:14
**Order** [1] - 1:16
**outcome** [1] - 50:19
**outline** [1] - 42:15
**outside** [2] - 20:5, 29:13
**outstanding** [1] - 5:7
**own** [3] - 36:14, 37:10, 37:20
**owned** [1] - 29:16

## P

P-E-C-K [1] - 38:19
P-E-S-C-I-T-E-L-L-I [1] - 13:9
P-E-Z-Z-U-T-O [1] - 40:6
P.M [1] - 10:24
p.m [2] - 1:17, 48:6
PAGE [1] - 49:3
Page [3] - 49:12, 49:15, 49:18
pain [1] - 35:21
paperwork [2] - 31:19, 31:22
Park [1] - 7:15
parked [4] - 14:14, 14:18, 16:22, 17:22
parkway [1] - 19:8
Parkway [1] - 19:11
parole [11] - 11:16, 12:5, 12:16, 24:18, 36:2, 45:5, 45:6, 45:8, 46:11, 46:13
part [3] - 7:19, 10:18, 34:19
participation [1] - 26:6
particular [2] - 42:8, 45:7
parties [2] - 3:6, 50:17
passed [1] - 20:12
path [1] - 30:8
PATROL [1] - 1:10
Peck [4] - 38:19, 38:21, 38:24, 39:7
pedal [1] - 19:5
performed [1] - 30:4
perhaps [1] - 16:17
period [4] - 19:3, 28:5, 29:8, 32:10
perpendicular [1] - 17:2
person [2] - 45:11, 45:15
personal [1] - 32:5
pertaining [1] - 43:12
Pescitelli [3] - 13:8, 19:19, 21:4
PETER [1] - 2:10
Pezzuto [3] - 40:6, 40:15, 41:20
phone [8] - 11:4, 11:5, 15:15, 16:3, 18:2, 34:15, 41:23, 41:24
physical [1] - 40:15
physically [1] - 13:3
picked [1] - 42:5
picture [1] - 31:19
pictures [3] - 31:10, 31:14, 31:16
place [4] - 8:13, 30:22, 39:16, 43:16
plainclothes [4] - 14:5, 36:19, 36:21, 36:24
Plaintiff [4] - 1:4, 1:16, 2:3, 4:22
PLAINTIFF'S [1] - 49:7
plant [2] - 42:9, 42:11
plead [1] - 38:9
pled [1] - 38:12
plotted [1] - 42:10
point [5] - 6:14, 8:11, 37:23, 40:22, 41:17
pointed [2] - 9:18, 47:12
pointing [1] - 17:6
Police [21] - 4:14, 5:13, 5:19, 5:22, 6:3, 6:6, 6:12, 6:15, 8:14, 9:7, 10:15, 11:14, 13:25, 32:15, 33:15, 37:6, 37:8, 37:10, 37:11, 37:19, 37:21
police [39] - 5:24, 5:25, 6:7, 6:10, 6:15, 6:19, 6:25, 9:12, 9:17, 13:20, 14:9, 19:23, 23:25, 24:22, 25:7, 25:11, 25:18, 26:8, 26:14, 27:23, 27:25, 28:12, 30:4, 31:8, 32:16, 33:6, 36:5, 36:15, 36:19,

37:3, 37:20, 38:25, 41:2, 43:3, 47:2, 47:8, 47:15, 47:18, 47:22
POLICE [4] - 1:7, 1:7, 1:11, 1:11
post [1] - 39:22
post-admissions [1] - 39:22
pot [1] - 42:11
potted [1] - 42:9
Pov's [5] - 22:8, 23:7, 23:12, 23:20, 35:15
premises [1] - 14:10
present [4] - 7:20, 33:14, 37:4, 38:20
Present [1] - 2:13
presently [1] - 5:9
primarily [1] - 39:7
problem [2] - 43:24, 43:25
proceeded [1] - 19:12
proceedings [1] - 50:14
process [1] - 43:11
promoted [1] - 7:12
promotion [1] - 7:2
proper [4] - 32:20, 32:21, 32:24
properly [1] - 43:11
provided [1] - 40:3
Public [3] - 1:18, 4:4, 50:5
public [1] - 3:17
PUBLIC [1] - 48:17
pull [1] - 43:11
pulled [4] - 17:4, 18:3, 21:3, 22:11
purpose [1] - 32:14
pursuant [1] - 1:16
pursue [1] - 19:2
pursuit [3] - 9:22, 17:13, 20:15
put [7] - 9:9, 18:2, 19:5, 22:14, 32:9, 41:25, 42:13

## Q

questions [7] - 4:25, 15:23, 16:2, 24:12, 43:19, 44:9, 44:11
QUESTIONS [1] - 49:17
quote [1] - 23:12

## R

Radigan [1] - 1:21
radio [7] - 13:20, 14:9, 15:13, 19:7, 20:19, 21:6, 21:10
rained [1] - 42:13
ran [2] - 17:2, 17:3
rank [1] - 5:16
read [2] - 41:13, 41:15
realized [1] - 17:8
rear [4] - 14:24, 18:20, 21:8, 30:8
reason [5] - 5:6, 10:3, 11:13, 19:4, 35:6
reasons [1] - 11:13
receive [1] - 10:10
received [4] - 10:5, 10:17, 11:3, 41:7
receiving [1] - 12:11
recognized [1] - 41:23
recommendation [1] - 7:6
record [7] - 4:10, 4:13, 25:2, 25:5, 26:3, 28:5, 50:11
recovered [1] - 42:19
recovering [1] - 42:21

referring [4] - 23:2, 23:12, 23:16, 23:19
regained [1] - 41:4
regard [1] - 43:20
regarding [9] - 26:14, 31:16, 31:22, 32:23, 37:25, 39:2, 39:5, 39:7, 45:19
regulations [1] - 32:19
related [2] - 42:21, 50:17
remember [5] - 33:25, 34:9, 36:9, 41:6, 44:20
renter [1] - 40:8
report [2] - 12:19, 26:14
Reporter [1] - 1:18, 50:5
REPORTING [1] - 1:21
represents [1] - 4:22
REQUESTED [1] - 49:11
reserved [1] - 3:12
residence [2] - 10:8, 10:22
residential [1] - 13:5
respective [1] - 3:5
respond [1] - 42:17
responded [2] - 28:14, 37:6, 41:8
result [1] - 32:22
results [4] - 29:23, 29:24, 30:11, 32:11
review [2] - 31:16, 31:22
reviewed [1] - 31:25
Richard [1] - 45:8
ride [1] - 27:21
rights [5] - 22:10, 41:11, 41:12, 41:13, 43:18
Road [5] - 19:9, 19:13, 19:14, 20:13, 20:19, 21:9, 21:12, 21:14, 21:18, 24:15, 28:15, 28:17, 29:19, 30:8, 30:17, 40:7
road [1] - 9:17
Robert [1] - 4:19
ROBERT [3] - 1:8, 1:9, 2:5
Rochelle [2] - 6:6, 6:8
rock [1] - 42:14
rode [1] - 27:15
ROGICH [1] - 1:11
Rogich [5] - 33:12, 33:15, 34:3, 34:11, 47:21
Rose [5] - 17:2, 17:9, 18:8, 18:10, 18:12
roughly [1] - 10:23
rounds [1] - 34:8
rules [1] - 32:19
RULING [1] - 49:17
run [1] - 16:16
runs [2] - 16:13, 16:15

## S

S-I-M-I-L-I-E-N [1] - 12:3
sat [3] - 13:19, 13:23, 14:7
saw [18] - 9:19, 17:5, 17:11, 17:12, 18:4, 18:5, 18:7, 18:14, 19:14, 20:3, 20:8, 20:13, 21:19, 31:19, 42:24, 44:5, 46:20
scene [4] - 22:11, 28:12, 31:13, 42:16
sealing [1] - 3:6
search [5] - 28:21, 29:12, 29:21, 30:10, 30:14
searches [1] - 30:4
second [5] - 8:3, 25:2, 29:11, 30:13,

55

39:24
**SECOND** [1] - 1:8
**secreted** [1] - 14:22
**secured** [2] - 21:3, 24:21
**see** [9] - 13:13, 17:9, 18:16, 20:5, 21:22, 24:20, 32:20, 40:23, 42:15
**seem** [2] - 5:2, 17:17
**Semolian** [1] - 29:2
**September** [32] - 8:13, 9:3, 9:5, 9:23, 10:2, 10:12, 10:18, 10:20, 11:10, 13:2, 24:2, 24:19, 25:8, 26:15, 26:23, 30:23, 31:11, 31:23, 33:13, 33:19, 35:23, 36:17, 37:23, 39:2, 39:10, 42:25, 43:4, 43:16, 44:17, 44:18, 46:18, 47:23
**sergeant** [1] - 6:16
**set** [3] - 10:22, 50:9, 50:21
**several** [1] - 34:8
**shall** [2] - 3:7, 3:12
**SHAPIRO** [2] - 50:4, 50:24
**Shapiro** [2] - 1:18, 4:5
**shields** [1] - 38:25
**shirt** [1] - 21:22
**shooting** [18] - 9:6, 9:12, 9:15, 12:13, 24:2, 25:7, 25:19, 26:2, 26:8, 32:16, 32:21, 32:24, 33:7, 34:20, 34:22, 35:2, 43:3, 46:8
**shootings** [1] - 25:11
**Shorthand** [2] - 1:18, 50:5
**shot** [5] - 12:7, 22:8, 23:8, 24:10, 35:16
**shots** [2] - 9:16, 33:8
**shoulder** [1] - 18:24
**side** [2] - 18:19, 21:24
**sighted** [1] - 14:10
**signed** [3] - 3:16, 3:18, 41:15
**Similien** [5] - 11:20, 29:3, 29:4, 45:21, 46:4
**similien** [1] - 12:2
**sirens** [1] - 47:4
**sitting** [1] - 16:8
**situation** [1] - 23:3
**SKRYNECKI** [1] - 1:10
**someone** [4] - 25:19, 25:22, 29:20, 29:22
**someplace** [1] - 20:5
**sometime** [1] - 39:11
**sometimes** [1] - 40:19
**somewhere** [1] - 7:25
**sorry** [1] - 11:24
**sound** [4] - 13:4, 13:16, 14:17, 15:11
**south** [6] - 19:12, 19:18, 20:14, 20:16, 20:22, 20:24
**southeast** [1] - 19:14
**Southern** [1] - 19:10
**southwest** [1] - 16:18
**speaking** [1] - 28:15
**Special** [4] - 10:21, 14:4, 24:16, 36:23
**spoken** [1] - 33:21
**squad** [1] - 34:19
**Squad** [20] - 4:15, 5:17, 7:8, 7:11, 7:13, 7:14, 7:17, 7:19, 8:2, 8:6, 11:19, 15:16, 22:5, 25:7, 25:9, 32:15, 34:19, 35:13, 37:10, 45:10
**started** [3] - 18:3, 18:22, 30:6
**starting** [1] - 30:23

**state** [3] - 4:9, 4:12, 37:14
**State** [3] - 1:18, 19:11, 50:6
**statement** [1] - 41:14
**Staten** [1] - 1:22
**STATES** [1] - 1:2
**status** [1] - 26:21
**stay** [2] - 19:2, 28:5
**still** [2] - 14:17, 29:13
**STIPULATED** [3] - 3:4, 3:10, 3:15
**stop** [1] - 20:24
**stopped** [1] - 19:24
**stoppers** [1] - 15:18
**story** [1] - 23:15
**straight** [2] - 6:18, 6:24
**street** [5] - 16:22, 16:25, 17:6, 21:2, 47:17
**Street** [3] - 1:17, 2:8, 12:8
**strong** [1] - 46:9
**struggled** [2] - 23:7, 35:16
**subject** [3] - 12:12, 21:7, 21:19
**Subscribed** [1] - 48:13
**suffered** [1] - 21:23
**suffers** [1] - 25:22
**suicides** [1] - 8:8
**suite** [1] - 2:4
**supervisor** [1] - 7:6
**SUPERVISORS** [1] - 1:11
**suppose** [1] - 15:12
**surveillance** [3] - 10:22, 14:5, 32:9
**suspicious** [1] - 8:8
**SUV** [3] - 9:22, 17:12, 46:25
**sworn** [4] - 3:18, 4:4, 48:13, 50:10
**Sycamore** [5] - 17:10, 18:9, 18:12, 18:15, 46:22
**system** [1] - 33:22

**T**

**TAYLOR** [1] - 1:3
**Taylor** [51] - 4:23, 8:12, 8:22, 9:8, 9:24, 10:4, 10:7, 10:16, 11:15, 11:17, 12:14, 12:16, 12:19, 14:9, 14:14, 14:19, 15:19, 20:5, 21:20, 22:2, 23:9, 23:18, 23:24, 23:25, 24:19, 25:8, 26:8, 26:15, 27:8, 27:11, 28:5, 29:7, 31:12, 31:17, 31:22, 32:13, 33:7, 35:5, 36:24, 37:25, 38:20, 39:2, 40:8, 40:21, 43:3, 43:9, 43:15, 45:7, 45:15, 46:9, 46:20
**Taylor's** [1] - 12:24
**team** [4] - 34:20, 34:22, 35:2
**technically** [1] - 35:8
**ten** [3] - 24:15, 27:19, 40:23
**term** [2] - 12:17, 29:5
**test** [1] - 7:2
**testified** [6] - 4:6, 38:2, 38:6, 38:14, 38:21, 47:10
**testify** [2] - 37:25, 38:17
**testifying** [1] - 47:19
**testimony** [4] - 38:23, 39:4, 39:6, 50:11
**tests** [1] - 7:4
**THE** [4] - 1:7, 1:10, 2:7, 48:2
**thereabouts** [1] - 27:20
**thereafter** [2] - 35:24, 39:11

**thereto** [1] - 10:12
**thin** [1] - 40:19
**Third** [3] - 7:14, 11:19, 45:10
**threats** [2] - 45:6, 46:10
**three** [2] - 11:7, 16:7
**throughout** [1] - 23:19
**title** [2] - 5:15, 5:21
**TO** [1] - 49:14
**today** [1] - 4:24
**today's** [2] - 31:15, 31:21
**took** [6] - 22:19, 27:21, 28:22, 30:9, 39:15, 41:24, 42:7, 43:16
**towards** [3] - 9:15, 17:5, 19:8
**transcript** [1] - 50:14
**transferred** [1] - 7:14
**transmission** [5] - 15:10, 15:13, 19:7, 21:7, 21:11
**tree** [7] - 19:15, 19:22, 20:4, 20:9, 20:12, 30:25, 31:6
**trial** [1] - 3:13
**TRIAL** [1] - 1:15
**true** [3] - 12:14, 50:11, 50:13
**trying** [1] - 23:14
**turn** [2] - 18:6, 18:25
**turned** [3] - 17:15, 18:14, 18:17
**two** [7] - 6:9, 17:13, 28:3, 31:4, 44:17, 45:4
**type** [3] - 26:14, 26:18, 36:19
**types** [1] - 30:12

**U**

**U-turn** [1] - 18:6
**Ukegabi** [8] - 11:22, 12:6, 12:23, 30:20, 36:6, 39:23, 45:16, 45:22
**Ukegabi's** [1] - 22:7
**ultimately** [2] - 22:14, 41:21
**unable** [1] - 40:23
**under** [7] - 9:9, 32:9, 35:7, 35:18, 40:25, 41:2
**uniform** [1] - 36:19
**uniformed** [2] - 37:3, 37:7
**unit** [1] - 7:9
**UNITED** [1] - 1:2
**units** [1] - 17:13
**unmarked** [3] - 9:21, 13:7, 47:2
**unquote** [1] - 23:12
**up** [15] - 10:22, 12:24, 17:16, 18:3, 20:8, 21:22, 22:11, 22:21, 28:15, 30:24, 32:3, 33:13, 35:11, 41:20, 42:5
**upstairs** [1] - 30:16

**V**

**van** [1] - 18:19
**vehicle** [5] - 24:9, 29:13, 29:17, 29:21, 30:9
**vehicles** [2] - 14:5, 19:23
**Vic** [2] - 9:21, 9:22
**vicinity** [4] - 10:4, 14:2, 19:3, 30:5
**Victoria** [3] - 9:22, 17:12, 46:25
**view** [4] - 14:6, 18:10, 18:19, 18:20
**villages** [2] - 37:14, 37:18
**violation** [1] - 36:13
**vision** [2] - 13:11, 14:24

56

## W

waived [1] - 3:8
warrant [10] - 11:17, 12:5, 24:19, 24:20, 36:3, 36:4, 36:11, 45:5, 46:13
warrants [1] - 45:4
Washington [1] - 12:8
weapon [1] - 25:18
weapons [2] - 30:10, 46:6
wearing [1] - 15:25
weekend [1] - 10:13
West [22] - 1:17, 2:8, 10:8, 10:16, 13:6, 13:12, 13:15, 14:2, 14:6, 14:15, 14:20, 14:25, 16:16, 16:23, 24:9, 30:6, 30:24, 32:9, 39:12, 44:16, 46:22
west [3] - 16:14, 16:17, 16:19
wet [1] - 42:14
WHEREOF [1] - 50:20
wife [2] - 29:9, 39:25
Wiliston [1] - 7:15
WILLIAM [1] - 1:8
windows [2] - 18:19, 18:24
WITNESS [3] - 48:2, 49:3, 50:20
witness [6] - 1:16, 4:3, 9:11, 26:10, 50:8, 50:12
word [4] - 33:25, 41:3, 41:8
words [3] - 7:18, 24:7, 25:13
wound [2] - 21:23, 33:21
wrapped [4] - 19:15, 19:22, 20:4, 20:9
writing [1] - 41:15
written [2] - 7:4, 26:18

## Y

YAKAITIS [1] - 2:3
Yakaitis [1] - 4:21
year [2] - 6:21, 38:6
years [2] - 6:9, 7:22
YORK [1] - 1:2
York [8] - 1:17, 1:19, 1:22, 2:4, 2:9, 4:16, 50:6
yourself [3] - 9:12, 10:3, 34:3