# Exhibit F



SHEET 1   PAGE 1

1

                                                1

1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

3      ---------------------------------------------X
       ANTOINE TAYLOR,

4                          Plaintiff,

5         - against -          Civil Action No.:
                              11-CV-0934

6      NASSAU COUNTY, THE NASSAU COUNTY
       POLICE DEPARTMENT, NASSAU COUNTY

7      POLICE COMMISSIONER LAWRENCE MULVEY,
       FIRST DEPUTY COMMISSIONER ROBERT MCGUIGAN,

8      SECOND DEPUTY COMMISSIONER WILLIAM FLANAGAN,
       ASSISTANT COMMISSIONER DAVID MACK, ASSISTANT

9      COMMISSIONER ROBERT CODIGNOTTO, CHIEF OF THE
       DEPARTMENT STEVEN SKRYNECKI, CHIEF OF PATROL

10     JOHN HUNTER, JOHN DOES COMMISSIONERS AND
       SUPERVISORS, POLICE OFFICER KEITH ROGICH

11     AND JOHN DOE POLICE OFFICER,

12                       Defendants.

13     ---------------------------------------------X

14                    One West Street
                       Mineola, New York

15

16                    January 27, 2012
                    9:44 A.M.

17

18           DEPOSITION of POLICE OFFICER MICHAEL F.

19    KNATZ, a Nonparty witness in the above-entitled

20    action, at the above-mentioned place, before

21    Nancy Dionisio a Notary Public of the State of

22    New York, taken pursuant to Federal Rules of

23    Civil Procedure, and pursuant to Subpoena, and

24    stipulations between Counsel.

25               *   *   *   *

SHEET 2  PAGE 2

2

1

2        A P P E A R A N C E S :

3

4

5

6        BADER, YAKAITIS & NONNENMACHER, LLP
              Attorneys for Plaintiff
              350 Fifth Avenue — Suite 7210
7             New York, New York 10118

8        BY:   JOHN J. NONNENMACHER, ESQ.

9

10

11       NASSAU COUNTY
         OFFICE OF THE COUNTY ATTORNEY
12            Attorneys for Defendants
              One West Street
13            Mineola, New York 11501

14       BY:   PETER LASERNA, ESQ.
         FILE NO.:  10X44051
15

16

17

18                    *   *   *   *
19

20

21

22

23

24

25

SHEET 3  PAGE 3.

3

1

2              IT IS HEREBY STIPULATED AND

3        AGREED by and between the attorneys for

4        the respective parties hereto, that

5        filing, sealing, and certification are

6        hereby waived;

7              IT IS FURTHER STIPULATED AND

8        AGREED that all objections, except as

9        to the form of the question, shall be

10       reserved to the time of the trial;

11             IT IS FURTHER STIPULATED AND

12       AGREED that the within Deposition may

13       be signed before any Notary Public

14       with the same force and effect as

15       though subscribed and sworn to before

16       this Court.

17

18

19                    *    *    *    *

20

21

22

23

24

25

SHEET 4  PAGE 4

4

1

2      M I C H A E L   F.   K N A T Z , a Nonparty

3                      Witness herein, having been first

4                      duly sworn by a Notary Public of

5                      the State of New York, was

6                      examined and testified as

7                      follows:

8

9      EXAMINATION BY MR. NONNENMACHER:

10          Q.     May I have your full name for the

11     record, please?

12          A.     Michael F. Knatz.

13          Q.     State your current address for the

14     record, please.

15          A.     1490 Franklin Avenue, Mineola, New York

16     11501.

17          Q.     Good morning, Officer Knatz, my name is

18     John Nonnenmacher, I'm a partner with the law

19     firm of Bader, Yakaitis and Nonnenmacher and I

20     represent Antoine Taylor.  I'm going to be asking

21     you a number of questions regarding an incident

22     that occurred back in September of 2009.

23               Are you here today pursuant to a

24     subpoena?

25          A.     Yes.

5

```
 1                        Knatz
 2         Q.    That was a subpoena that was served on
 3    you by my office?
 4         A.    I got it in my mail at work.  Nobody
 5    really handed it to me.
 6         Q.    Are you presently employed?
 7         A.    Yes.
 8         Q.    Who are you employed by?
 9         A.    Nassau County.
10         Q.    Is that the Nassau County Police
11    Department?
12         A.    Yes.
13         Q.    Are you a police officer?
14         A.    Yes.
15         Q.    How long have you been a police officer
16    employed by Nassau County?
17         A.    Since 1987.
18         Q.    Prior to that were you employed by any
19    other law enforcement agency?
20         A.    No.
21         Q.    Did you go to the academy?
22         A.    Nassau County Police Academy?
23         Q.    Yes.
24         A.    Yes.
25         Q.    When did you graduate from the academy?
```

SHEET 6   PAGE 6

6

```
1                          Knatz

2          A.     It was early 1988.

3          Q.     When you graduated from the academy in

4    1988, what was your first assignment?

5          A.     Fifth Precinct in Dutch Broadway in

6    Elmont.

7          Q.     Were you a police officer then?

8          A.     Yes.

9          Q.     How long were you assigned to the Fifth

10   Precinct?

11         A.     Five, six years.

12         Q.     Following the Fifth Precinct, where

13   were you transferred to or where were you

14   assigned then?

15         A.     Bureau of Special Operations, BSO.

16         Q.     Did they have a particular location?

17         A.     Well, I was still -- we still have an

18   office in the Fifth Precinct, BSO, but we have

19   offices all over the place, we have in various

20   precincts throughout the county.

21         Q.     Would you be able to tell me a

22   particular precinct that you were assigned to as

23   a BSO officer?

24         A.     The Fourth and Fifth Precincts.

25         Q.     Are you currently a BSO police officer?
```

7

```
 1                         Knatz
 2          A.    Yes.
 3          Q.    Are you assigned to any precinct today?
 4          A.    We go everywhere, but we are generally
 5     assigned to the Fourth, Fifth, First and Seventh,
 6     which is considered the south shore.
 7          Q.    Would you be so kind as to tell me what
 8     you believe the BSO to be?
 9          A.    Bureau of Special Operations.
10          Q.    That's what the acronym means, but what
11     is the Bureau of Special Operations?
12          A.    We are a function of Nassau County
13     Police Department, we are what most people would
14     call us the swat team and we're also a
15     plainclothes unit that assists various squads
16     throughout Nassau County.
17          Q.    Back in September of 2009, did you
18     participate in the arrest of Antoine Taylor?
19          A.    Yes.
20          Q.    Do you recall what day that occurred
21     on?
22          A.    Late 2009.  The actual date, no.
23          Q.    Would it refresh your recollection at
24     all if I told you September 26, 2009?
25          A.    I don't know the date.
```

8

```
1                          Knatz
2          Q.    Do you recall the incident?
3          A.    Yes.
4          Q.    Do you recall what your tour of duty
5     was on the day of this incident?
6          A.    Night tour.
7          Q.    Do you recall what the hours would have
8     been?
9          A.    Probably 3:30 to 1:30.
10         Q.    Did you have to go to a precinct at the
11    beginning of your tour?
12         A.    Did I have to?
13         Q.    Yes.
14         A.    That would depend.
15         Q.    Did you go to a precinct before the
16    start of your tour?
17         A.    I believe I did, I'm not 100 percent
18    sure.
19         Q.    Did you review any records before
20    coming here today?
21         A.    Records of what?
22         Q.    Anything.
23         A.    Yes.
24         Q.    What did you review before you came
25    here today?
```

9

```
 1                          Knatz
 2          A.    This, this and that (indicating).
 3          Q.    Aside from the subpoenas that were
 4     served on you, did you review any other records
 5     before coming here today?
 6          A.    No.
 7          Q.    Did you discuss the events that
 8     occurred with Police Officer Rogich before coming
 9     here today?
10          A.    No.
11          Q.    Do you recall where you started your
12     tour of duty on the night of this incident or
13     afternoon of this incident?
14          A.    I believe it was the Fifth Precinct,
15     but I'm not 100 percent sure.
16          Q.    Do you recall what you were doing
17     before you started your tour of duty?
18          A.    I was getting ready for work.
19          Q.    Do you recall where you went after you
20     got ready for work?
21          A.    I believe it was the Fifth Precinct,
22     but I'm not 100 percent sure.
23          Q.    That's why I keep asking these
24     questions because there is no certainty to your
25     answers.  So if you're wondering why I'm asking
```

10

```
 1                         Knatz
 2      the same questions it's to try and get some kind
 3      of certainty.  After you got ready for work and
 4      you arrived, wherever it is that you arrived, do
 5      you recall how long you stayed there?
 6           A.    No.
 7           Q.    Do you recall what happened once you
 8      got there?
 9           A.    I was ordered to go to Hempstead.
10           Q.    Who ordered you to go to Hempstead?
11           A.    BSO office.
12           Q.    Was there a particular person in the
13      BSO office?
14           A.    Police officers, yes.
15           Q.    Who was it?
16           A.    I don't know.
17           Q.    Was this something that was told to you
18      verbally or was it some kind of communication in
19      writing?
20           A.    No.
21           Q.    Well, was it writing or oral?
22           A.    Over the phone.
23           Q.    Do you recall what the sum and
24      substance of the conversation was that you had
25      over the phone?
```

11

```
 1                        Knatz
 2        A.    To go and assist BSO officers who were
 3    already in Hempstead.
 4        Q.    Did they give you a particular location
 5    to go to?
 6        A.    Yes.
 7        Q.    Do you recall what location you had to
 8    go to?
 9        A.    Graham.
10        Q.    Is that Graham or West Graham Avenue?
11        A.    It's Graham.  There is a West Graham,
12    we might have been on West Graham.  I don't know
13    where it changes.
14        Q.    Was there a particular intersection
15    that you were told to go to?
16        A.    It was between Peninsula Boulevard and
17    Franklin Avenue.
18        Q.    Aside from telling you to go to
19    Hempstead, do you recall anything else that
20    occurred during that conversation?
21        A.    Yes, we were going to assist homicide.
22        Q.    In what?
23        A.    In they had an investigation going.
24        Q.    Do you know who they were
25    investigating?
```

12

1                        Knatz

2        A.    His name is Antoine Taylor.

3        Q.    Tell me what you recall the

4     conversation in its entirety to be as opposed to

5     doing this in piecemeal.  Tell me what you

6     remember the conversation being.

7        A.    I was instructed to go to Hempstead to

8     assist homicide in an investigation they had

9     going.

10       Q.    Who did you go with?

11       A.    I believe my partner Keith Rogich, we

12    went together.  I believe it was Keith, yes, we

13    went together.

14       Q.    How long had Keith Rogich been your

15    partner prior to the day of this incident?

16       A.    Years.  I don't recall.

17       Q.    Is he still your partner today?

18       A.    No.

19       Q.    Did you have a particular falling out

20    with Police Officer Rogich?

21       A.    No.

22       Q.    Is there a reason why you're not

23    partners today?

24       A.    Just we changed partners, that's it.

25       Q.    Are you aware that he testified at a

H & B REPORTING CO., INC
718-948-5835

Case 2:11-cv-00934-GRB   Document 63-7   Filed 08/06/12   Page 14 of 102 PageID #: 1094

1                        Knatz

2      deposition?

3           A.    I was told a bunch of police officers

4      did, I don't know if he did.

5           Q.    Are you aware that he testified that

6      you had a falling out and that's why you ceased

7      being partners?

8           A.    No.

9           Q.    Did any supervising officers have to

10     get involved when you and Keith Rogich ceased

11     being partners?

12          A.    No.  It was a very typical nonevent

13     type of thing.

14          Q.    Do you recall what vehicle you traveled

15     in from wherever it is that you started your tour

16     to the time that you got to Hempstead?

17          A.    Yes, that would be a BSO car.

18          Q.    Do you recall what type of car it was?

19          A.    It's a Jeep.

20          Q.    Did it have a particular number?

21          A.    975.  Also known as 947.

22          Q.    Why is that?

23          A.    That's 'cause they had a little change

24     of car numbers between what our fleet service,

25     the guys who fix the cars call our cars and what

14

1                          Knatz

2      the BSO calls the cars and they wanted to square

3      it all away and they changed it.

4           Q.    For consistency purposes, in September

5      of 2009, were you operating a police vehicle 947?

6           A.    Yes.

7           Q.    Was that a SUV?

8           A.    It's a Jeep.

9           Q.    Do you recall what color that Jeep was?

10          A.    It's gray.

11          Q.    Would you describe it as being a light

12     gray, dark gray, something else?

13          A.    Light gray.

14          Q.    From the time that you left the

15     precinct up until the time that you arrived

16     in Hempstead, did you have any further

17     communications during your ride there?

18          A.    You said from the time I left the

19     precinct.  I believe I left the precinct but I'm

20     not 100 percent sure.

21          Q.    From wherever it is that you left up

22     until the time that you arrived in Hempstead, did

23     you have any further communication with anyone

24     regarding what you were going to do once you got

25     to Hempstead?

15

```
1                          Knatz
2           A.    I don't recall.
3           Q.    Once you got to Hempstead, did you meet
4     with any other officers?
5           A.    There was a bunch of police officers
6     there as well as bosses.
7           Q.    Do you recall who the bosses were that
8     were there?
9           A.    It would be my sergeant which is
10    Sergeant Kevin McCarthy.  It would be Sergeant
11    John Carney and Sergeant Richard Carlstrom.
12          Q.    Do you recall where you arrived in
13    Hempstead, when you physically got into Hempstead
14    and you saw these officers, where were you
15    geographically?
16          A.    Between -- there is a side street and
17    it was between Peninsula Boulevard and Franklin
18    Avenue.
19          Q.    Once you got to Peninsula Boulevard and
20    Franklin Avenue, did you have any further
21    conversations with any police officers that were
22    there?
23          A.    Yes.
24          Q.    Who did you converse with?
25          A.    Just in general, the police officers at
```

16

1                           Knatz

2      the scene.

3           Q.     Did it have to do with Antoine Taylor

4      or was it things that had nothing to do with

5      Antoine Taylor?

6           A.     It had to do with why we were there and

7      what we were going to do.

8           Q.     Once you got there, did you learn more

9      of why you were there as opposed to what you

10     learned during the phone conversation you had at

11     the precinct or wherever it was you had the phone

12     conversation?

13          A.     Yes.

14          Q.     What did you learn?

15          A.     That Antoine Taylor -- it was believed

16     Antoine Taylor was in a house on the south side

17     of Graham and that he would be driving a

18     particular vehicle and we were awaiting his exit

19     from this house.

20          Q.     Who told you that you were waiting for

21     him to leave this house in a vehicle?

22          A.     I don't remember.

23          Q.     Are you sure as you sit here today that

24     that was the instruction as opposed to seeing

25     whether he came out of the house walking or

17

```
 1                         Knatz
 2     driving or was it specifically driving a vehicle?
 3         A.    He could have walked out, he could have
 4     drove out.  We didn't know how he was going to
 5     come out.
 6         Q.    Was a plan devised as to what was going
 7     to take place once he came out of the building?
 8         A.    There were police officers positioned
 9     on all sides of this house location and depending
10     on which way he went he was going to be stopped.
11         Q.    How was he going to be stopped?
12         A.    I don't understand what you mean by
13     that.
14         Q.    Was there a plan devised as to how the
15     police officers were going to stop him?
16         A.    We were going to stop him in close
17     proximity of the house, if he was walking we'd
18     approach him on foot, if he was driving we'd stop
19     him with police cars.
20         Q.    Do you recall what time you arrived in
21     Hempstead?
22         A.    No, I do not.
23         Q.    Would you be able to approximate what
24     time you arrived in Hempstead?
25         A.    Four or five o'clock.  P.M.
```

18

```
 1                           Knatz
 2        Q.    Where were you positioned once you had
 3   these various conversations with police officers?
 4        A.    I don't know the street, but it was
 5   east of the house he was supposed to be in and a
 6   little north.
 7        Q.    Does Rose refresh your recollection?
 8        A.    No.
 9        Q.    Rose Street or Rose Avenue?
10        A.    It's possible.  If I saw a map I'd be
11   able to show you.
12        Q.    But where you were stationed was
13   northeast of where Antoine Taylor was allegedly
14   staying?
15        A.    Correct.
16        Q.    Do you recall the house address where
17   Antoine Taylor was staying?
18        A.    No.
19        Q.    Would it refresh your recollection if I
20   told you it was 152 West Graham Avenue?
21        A.    Nope.
22        Q.    How long were you in that position
23   before that position changed?  In other words,
24   you were parked in your car --
25        A.    Yes.
```

19

```
 1                          Knatz
 2         Q.     -- in a location that was northeast of
 3      where Antoine Taylor was staying.  How long did
 4      you remain in that position?
 5         A.     It was a while.  I don't know exactly.
 6      But it was a while.
 7         Q.     During that time, was Keith Rogich in
 8      the car?
 9         A.     Yes.
10         Q.     Were you still in the driver's seat?
11         A.     I was driving, yes.
12         Q.     Is there such a term as a recorder, are
13      you familiar with that term, recorder?
14         A.     Yes.
15         Q.     What is a recorder?
16         A.     Just another word for a passenger.
17         Q.     Do they have any responsibilities?
18         A.     No, just passenger in the car.
19         Q.     During the time that you were sitting
20      in this car with Keith Rogich, were you getting
21      any further communication with anyone?
22         A.     Yes.
23         Q.     Who were you getting communications
24      from?
25         A.     Just other BSO police officers who were
```

20

```
 1                        Knatz
 2      at the scene.
 3           Q.    Would you be able to tell me how many
 4      communications you received?
 5           A.    No.
 6           Q.    Do you recall the sum and substance of
 7      any of those communications?
 8           A.    Just generally what was going on on the
 9      block.
10           Q.    What do you recall that was generally
11      going on on the block?
12           A.    Just the comings and goings in the
13      general area, people.
14           Q.    Was there anything specific that you
15      recall about comings and goings?
16           A.    No, there was people coming and going
17      in various houses.
18           Q.    When you're referring to people, you're
19      referring to pedestrians?
20           A.    There were people on foot, yes.
21           Q.    Were these people coming and going from
22      152 or the address where Antoine Taylor was
23      staying?
24           A.    The general area.
25           Q.    Who was giving you these communications,
```

21

```
 1                        Knatz
 2      do you recall?
 3           A.    They were coming over the radio, just
 4      police officers who were there.
 5           Q.    Was there one particular police officer
 6      that was giving communications or were there more
 7      than one police officer?
 8           A.    There was more than one.
 9           Q.    Do you know Brian O'Connor?
10           A.    Police Officer O'Connor, yes.
11           Q.    How do you know him?
12           A.    He's a member of the Bureau of Special
13      Operations, I work with him.
14           Q.    Was he present at this location while
15      you were there?
16           A.    I didn't see him.  But he was there,
17      yes.
18           Q.    Do you know where he was?
19           A.    No.
20           Q.    Did you receive any communications from
21      him?
22           A.    Yes.
23           Q.    Do you recall what communications you
24      received from him?
25           A.    No.
```

SHEET 22  PAGE 22

22

```
 1                          Knatz
 2        Q.    While were you waiting at that
 3    location, did you receive any communications from
 4    Kevin McCarthy?
 5        A.    Yes.
 6        Q.    Do you recall what type of
 7    communications you received from him?
 8        A.    Just updates and --
 9        Q.    Is there anything specific that you
10    recall?
11        A.    No.
12        Q.    Did you receive any communications from
13    John Carney while you were waiting there?
14        A.    Yes.
15        Q.    Do you recall any of the sum and
16    substance of any of these conversations or
17    communications?
18        A.    Just updates.
19        Q.    Is there anything that you recall about
20    these updates?
21        A.    No.
22        Q.    Do you recall the specifics of any of
23    the updates that you received from Sergeant Kevin
24    McCarthy and Sergeant John Carney?
25        A.    No.
```

23

```
1                        Knatz
2        Q.    Did you receive any communications from
3    Richard Carlstrom while you were there?
4        A.    I don't recall.
5        Q.    The plan that was devised or what the
6    police officers' goal was at this location, was
7    that ever put in writing?
8        A.    By myself?
9        Q.    Anybody.
10       A.    Don't know.
11       Q.    Subsequent to this incident, did you
12   ever see anything in writing that reflected the
13   plan that was made?
14       A.    No.
15       Q.    Are you aware that prior to this
16   incident Keith Rogich was involved in another
17   incident while he was employed by the New York
18   City Police Department involving a shooting, are
19   you aware of that?
20       A.    I don't really know what happened, but
21   I've heard that, yes, he was involved in
22   something.
23       Q.    Are you aware that he shot another
24   individual prior to this incident?
25       A.    I don't know whether he shot somebody
```

24

```
 1                         Knatz
 2    or shot at somebody, I don't know.
 3          Q.    Did you have a conversation with Keith
 4    Rogich about that incident?
 5          A.    No.
 6          Q.    Do you know the name of the person that
 7    he shot or shot at?
 8          A.    I don't even know if he shot somebody.
 9          Q.    How would you describe your
10    relationship with Keith Rogich back in September
11    of 2009?
12          A.    He was my partner.
13          Q.    Did you have a relationship outside of
14    being partners?
15          A.    As far as?
16          Q.    Did you socialize?
17          A.    At police events, yes.
18          Q.    Aside from police events, did you
19    socialize anywhere else?
20          A.    No.
21          Q.    How would you describe your
22    relationship with him today?
23          A.    Fine.
24          Q.    Obviously you spoke to Keith Rogich
25    during the period of time that you were waiting
```

```
 1                         Knatz
 2      at this location.  Do you recall the sum and
 3      substance of any of the conversations you had
 4      with Keith Rogich while you were waiting at this
 5      location?
 6          A.    No.
 7          Q.    Eventually you moved your vehicle?
 8          A.    Yes.
 9          Q.    What was the catalyst for that?
10          A.    Why I did it?
11          Q.    Yes.
12          A.    Because a vehicle was coming eastbound
13      believed to be driven by Antoine Taylor.
14          Q.    How do you know that?
15          A.    It was relayed over the radio.
16          Q.    Do you know who relayed that over the
17      radio?
18          A.    No.
19          Q.    Do you recall hearing something over
20      the radio that formed the basis for you to move
21      your vehicle?
22          A.    Yes.
23          Q.    Do you recall the sum and substance of
24      what you heard?
25          A.    That a vehicle was coming eastbound on
```

26

```
 1                       Knatz

 2     Graham that was believed to be driven by Antoine

 3     Taylor.

 4          Q.    Prior to this incident, did you know

 5     Antoine Taylor?

 6          A.    No, I did not.

 7          Q.    Prior to this incident, did you know

 8     anything about Antoine Taylor?

 9          A.    No, I did not.

10          Q.    On the day of this incident, did you

11     learn anything about Antoine Taylor aside from

12     that he was wanted by homicide?

13          A.    He had a warrant and was wanted for

14     shooting somebody in Hempstead, and killing them.

15          Q.    Aside from a warrant and he was wanted

16     for allegedly killing somebody in Hempstead, did

17     you know anything else about him?

18          A.    His general description, I was shown a

19     picture.

20          Q.    Anything else?

21          A.    What car he would be driving when he

22     left the residence he was in.

23          Q.    Were you familiar with this

24     intersection prior to the date of this incident?

25          A.    I had been on Graham before but I don't
```

27

```
 1                          Knatz
 2      regularly patrol there.
 3           Q.    Do you recall what the house Antoine
 4      Taylor was staying in looked like?
 5           A.    No.
 6           Q.    Do you recall seeing it?
 7           A.    I passed by it.
 8           Q.    Do you recall taking a look at it aside
 9      from just passing by?
10           A.    Very quickly passed by it.
11           Q.    Did you pass by it on the date of this
12      incident?
13           A.    Yes.
14           Q.    When you passed by it, did you look at
15      it for any particular reason?
16           A.    Yes, 'cause they said that's where he
17      might be hiding in.
18           Q.    Would you describe that as a glance or
19      something more than a glance?
20           A.    Just a glance, I was driving the speed
21      limit on the road as we passed by.
22           Q.    Do you recall what the speed limit on
23      the road was?
24           A.    It's 30 miles an hour.
25           Q.    Do you recall what the traffic pattern
```

28

```
 1                         Knatz
 2      was at this location, by that I mean how many
 3      lanes of traffic there were?
 4           A.    There was one lane in each direction.
 5           Q.    Do they travel in a westerly and an
 6      easterly direction?
 7           A.    Graham runs east and west, yes.
 8           Q.    And there is one lane in each
 9      direction?
10           A.    Yes.
11           Q.    Is there also a lane for parking on
12      both sides?
13           A.    No, I don't think there is.
14           Q.    You don't think there is parking there
15      because there's not enough space or is there an
16      ordinance or some type of restriction?
17           A.    Don't know.
18           Q.    Do you know if there is enough space
19      there for cars to park?
20           A.    Don't know.
21           Q.    The call that you got, was it a call
22      basically to move in or a communication to move
23      in?
24           A.    There was a call saying that the car
25      that Antoine Taylor was probably driving was
```

29

1                          Knatz

2     coming eastbound.

3          Q.    Do you recall what type of car he was

4     driving?

5          A.    It was a light colored Mitsubishi.

6          Q.    Did you see the manner in which Antoine

7     Taylor left the residence where he was staying?

8          A.    No.

9          Q.    When for the first time did you see his

10    car?

11         A.    When I pulled out of the side street

12    and came up to Graham.

13         Q.    Where did you eventually bring your

14    vehicle to a stop?

15         A.    On Graham and the side street I was on.

16         Q.    Did you remain in the side street, the

17    traffic pattern of the side street when you

18    brought your car to a stop?

19         A.    No, on Graham.

20         Q.    Did you have to bring your vehicle in a

21    westerly direction on Graham to bring it to a

22    stop?

23         A.    I went a little west, then south, then

24    a little east.

25         Q.    Using that description, is that like a

30

1                            Knatz

2       K-turn or a U-turn?

3            A.     Semi-turn.

4            Q.     How far did you drive your car a little

5       south before you did something different?

6            A.     The exact footage I couldn't tell you.

7            Q.     Could you approximate how far you

8       traveled a little south before you did something

9       different?

10           A.     When I got into the intersection.

11           Q.     How are you describing the

12      intersection, would that be the first lane of

13      traffic traveling on West Graham Avenue in a

14      westerly direction?

15           A.     Well, I was actually going a little

16      west in the westerly direction in the western

17      lanes and then went a little south and then a

18      little east when I got to the eastern part of the

19      lanes.

20           Q.     Initially you traveled in a southwest

21      direction?

22           A.     Yes.

23           Q.     Was that on an angle?

24           A.     Yes.

25           Q.     How far, approximately, did you travel

31

1                           Knatz

2       in a southwest direction into the intersection?

3              A.     I didn't measure.  I don't know.

4              Q.     Did you enter the first lane of traffic

5       on West Graham and after that travel in a

6       westerly direction?

7              A.     Yes.

8              Q.     Did you pass that before you did

9       something different?

10             A.     I don't recall exactly.

11             Q.     After you traveled in a southwesterly

12      direction for whatever period of distance your

13      car traveled, did you then turn it into an

14      easterly direction?

15             A.     Southeast, yes.

16             Q.     With respect to the two lanes of

17      traffic on West Graham Avenue, do you recall

18      where you did that?

19             A.     Somewheres in the middle.

20             Q.     Was there a double yellow line on this

21      road, do you recall?

22             A.     I don't recall.

23             Q.     Did you eventually bring your car to a

24      stop?

25             A.     Yes.

32

1                          Knatz

2        Q.     As you traveled on an angle in a

3   southwest direction, could you see Antoine

4   Taylor's vehicle at that point in time?

5        A.     Yes.

6        Q.     What observations, if any, did you make

7   about his vehicle?

8        A.     It was traveling eastbound.

9        Q.     Aside from the fact that it was

10  traveling eastbound, did you make any other

11  observations?

12       A.     I saw a lot of things.

13       Q.     Let's concentrate on what you saw with

14  respect to the vehicle Antoine Taylor was

15  traveling in.  Aside from the fact that it was

16  traveling eastbound, did you make any other

17  observations about it?

18       A.     Yes.  It came to a stop.

19       Q.     When his vehicle came to a stop, where

20  was your vehicle?  To his left, in front of him,

21  someplace else?

22       A.     His vehicle was to the west of me.

23       Q.     Which lane of moving traffic on West

24  Graham Avenue were you in when Antoine Taylor's

25  vehicle came to a stop?

SHEET 33   PAGE 33

33

1                          Knatz

2        A.     Exactly where my car was?

3        Q.     If you can approximate.

4        A.     I was in the intersection.

5        Q.     Where did your car come to a stop?

6        A.     In the intersection.

7        Q.     When your car came to a stop, what part

8    of your car was facing the front part of the car

9    that Antoine Taylor was in?

10       A.     What direction was my car facing?

11       Q.     Yes.

12       A.     My car was facing south, mostly south.

13       Q.     When you brought your car to a stop,

14   how would you describe it in relationship to

15   where Antoine Taylor's car stopped, by that I

16   mean were you parallel to his car, perpendicular

17   to his car, something else?

18       A.     My vehicle was south and a little east

19   and I was east of his car.

20       Q.     Was that perpendicular to his car or

21   almost perpendicular, about perpendicular?

22       A.     I would describe it as south, a little

23   east.

24       Q.     On an angle?

25       A.     On an angle.

34

1                           Knatz

2          Q.    Was the back part of your vehicle

3     facing the front of his car?

4          A.    No.

5          Q.    What part of your car, if any, was

6     facing the front of his car?

7          A.    The passenger door.

8          Q.    How would you describe your rate of

9     speed from the time that you left the position

10    you were in up until the time that you brought

11    your car to a stop?

12         A.    Extremely slow.

13         Q.    Why were you going extremely slow?

14         A.    Because I didn't want to have an

15    accident.

16         Q.    When you say extremely slow, was that

17    less than 20 miles an hour?

18         A.    Yes.

19         Q.    Would you say you were going less than

20    ten miles an hour?

21         A.    Probably.

22         Q.    During that time that you traveled from

23    the position you were in up until the time that

24    you brought your car to a stop going less than

25    ten miles an hour, did you ever put your lights

35

```
 1                        Knatz
 2      on?
 3           A.      Before I stopped?
 4           Q.      Yes.
 5           A.      No.
 6           Q.      Is there a reason why you didn't put
 7      your lights on?
 8           A.      Yes.
 9           Q.      What was the reason?
10           A.      Because I was waiting for a police car
11      to come up behind Antoine Taylor's car.
12           Q.      Was that something you decided to do
13      on your own or was that something you were
14      instructed to do?
15           A.      It was something that was talked about.
16           Q.      Who talked about it?
17           A.      Just the police officers that were
18      there.
19           Q.      Did someone direct you not to put your
20      lights on until another police officer came?
21           A.      I don't remember.
22           Q.      When you were in the police academy,
23      did you get any lesson books with respect to
24      certain aspects of law enforcement?
25           A.      Yes.
```

36

```
 1                        Knatz
 2        Q.    Did some of those lessons pertain to
 3    the use of force?
 4        A.    Yes.
 5        Q.    Did some of them pertain to the use of
 6    a vehicle?
 7        A.    We had a driving school, yes.
 8        Q.    Did any of that indicate when you
 9    should put your lights and sirens on?
10        A.    I don't recall.
11        Q.    When a police officer is trying to
12    apprehend somebody, are there any rules that are
13    in writing with respect to when you're supposed
14    to put your lights and sirens on?
15        A.    I don't recall.
16        Q.    Did you receive any training as to when
17    you're supposed to put your lights and sirens on?
18        A.    I'm sure I did, yes.
19        Q.    What is your impression of when a
20    police officer is supposed to put his lights and
21    sirens on when he's apprehending somebody?
22        A.    Can you say that again?
23                   MR. NONNENMACHER:  Can you repeat
24              that?
25                   (Whereupon, the reporter repeated
```

H & B REPORTING CO., INC
718-948-5835

37

1                               Knatz

2                   the requested portion of the record.)

3          A.     When -- pretty much when I want that

4    person to know that I'm the police.

5          Q.     So from the time that you were in your

6    position up until the time that you stopped your

7    vehicle or put your lights and sirens on, you

8    didn't want Antoine Taylor to know that you were

9    the police; is that correct?

10         A.     Correct.

11         Q.     You have a patrol guide, am I correct,

12   or you have the equivalent of a patrol guide?

13         A.     I don't know what you mean by a patrol

14   guide.

15         Q.     You have rules and regulation that are

16   promulgated by the Nassau County Police

17   Department?

18         A.     Yes.

19         Q.     Is a police officer supposed to follow

20   those rules and regulations?

21         A.     Yes.

22         Q.     Is a police officer supposed to take it

23   upon himself to disregard those rules and

24   regulations?

25         A.     It would depend on the circumstances.

38

```
 1                        Knatz
 2        Q.    How about procedures, are there certain
 3   written procedures that are promulgated by the
 4   Nassau County Police Department?
 5        A.    Yes.
 6        Q.    And a police officer who is employed by
 7   the Nassau County Police Department is supposed
 8   to follow those procedures?
 9        A.    Yes.
10        Q.    Can you disregard those procedures?
11        A.    It would depend.
12        Q.    Do you recall a particular person who
13   told you to delay the fact that you were a police
14   officer with respect to apprehending Antoine
15   Taylor?
16        A.    I don't recall.
17        Q.    Do you recall if anyone told you that
18   or you did that on your own?
19        A.    I don't recall.
20        Q.    Is it possible that you did it on your
21   own?
22        A.    I don't know.
23        Q.    How long were you going to wait until
24   you told or informed Antoine Taylor, who was
25   traveling in a vehicle, that the police were
```

39

```
 1                          Knatz
 2      present?
 3          A.     How long did I wait?
 4          Q.     Yes.
 5          A.     I didn't count, but it had to be a
 6      split second or two.
 7          Q.     What did you do once you brought your
 8      vehicle to a stop?
 9          A.     I looked east -- excuse me, west.  Saw
10      Antoine Taylor, saw the police car coming up
11      behind him and I put on my lights.
12          Q.     When you looked to the left and saw
13      Antoine Taylor's vehicle and another police
14      vehicle coming from behind him, where was Keith
15      Rogich?
16          A.     I didn't look to my left.  I looked to
17      my right.
18          Q.     I'm sorry.  When you looked to your
19      right and you saw Antoine Taylor's vehicle and a
20      police vehicle coming up from behind him, where
21      was Keith Rogich?
22          A.     Sitting right next to me.
23          Q.     The car that was coming up behind
24      Antoine Taylor, can you describe that vehicle for
25      me?
```

40

```
 1                        Knatz
 2        A.     It was an unmarked police Jeep.
 3        Q.     Was it black?
 4        A.     I believe it was, yes.
 5        Q.     Was Officer Alonge in that vehicle?
 6        A.     I think so.
 7        Q.     Was Officer Lanzalotto also in that
 8   vehicle?
 9        A.     I believe he was.
10        Q.     And was Lanzalotto operating that
11   vehicle?
12        A.     I don't know.
13        Q.     When you looked to your right and you
14   saw the vehicle that Alonge and Lanzalotto were
15   in, did they have their lights on at that time?
16        A.     When I first saw them?
17        Q.     Yes.
18        A.     No.
19        Q.     Do you know why they didn't have their
20   lights on?
21        A.     No.
22        Q.     Did you ever discuss with either
23   Lanzalotto and Alonge why they didn't have their
24   lights on?
25        A.     No.
```

SHEET 41  PAGE 41

41

1                          Knatz

2       Q.    Do you know if they were following some

3    type of plan or procedure by not having their

4    lights on?

5       A.    You'll have to ask them.

6       Q.    So then either you know or you don't

7    know.  So what I'm going to do is have the

8    question asked again, it's either I know why they

9    didn't have their lights on or I don't know.

10      A.    Well, it's not a yes or no answer.

11                  MR. NONNENMACHER:  Then we'll

12              just call a Magistrate and we will see.

13                  Can you read back my last

14              question.

15                  (Whereupon, the reporter repeated

16              the requested portion of the record.)

17      A.    Well, they did have their lights on

18    when they came up behind him.

19      Q.    When you were looking to the right, did

20    they have their lights on?

21      A.    Yes.

22      Q.    When you looked to your right for the

23    first time and you saw the black vehicle

24    traveling behind Antoine Taylor's vehicle, did

25    they have their lights on at that time?

42

1                          Knatz

2          A.     When I first looked?

3          Q.     Yes.

4          A.     They were not behind Antoine Taylor,

5     they were down the block and they did not have

6     their lights on.  When they got closer they did

7     have their lights on.

8          Q.     How close were they from Antoine

9     Taylor's vehicle when you saw their lights on

10    for the first time?

11         A.     Don't know.

12         Q.     When you looked to your right, did you

13    keep your eyes on that direction the entire time

14    this incident occurred or did your focus change?

15         A.     I was looking to my right.

16         Q.     Eventually Antoine Taylor was shot; am

17    I correct?

18         A.     Yes, he was.

19         Q.     From the time you first looked to the

20    right up until the time that Antoine Taylor was

21    shot, did you look in any other direction other

22    than to the right?

23         A.     Sure.

24         Q.     Where else did you look?

25         A.     I'm not sure what you're asking.

43

```
 1                        Knatz
 2        Q.    Well, the incident that took place
 3    between Antoine Taylor and Keith Rogich all
 4    occurred to your right; am I correct?
 5        A.    Yes.
 6        Q.    Aside from looking in the direction
 7    where this incident occurred, did you look in any
 8    other direction?
 9        A.    Yes.
10        Q.    What other direction did you look in?
11        A.    When I got out of the car I'm sure I
12    looked in that direction to make sure I wouldn't
13    get hit by a car.  I went around the back of the
14    vehicle which I couldn't see anything to the east
15    because I was behind the police car and then I
16    came out to the east of the car.
17        Q.    Did you get out of your vehicle prior
18    to Antoine Taylor being shot?
19        A.    Yes.
20        Q.    How long were you stopped in that
21    vehicle before you put your lights on?
22        A.    A split second or two.
23        Q.    Did your car come equipped with a
24    siren?
25        A.    Yes, there is a siren in the car.
```

44

1                         Knatz

2        Q.    Did you put your siren on?

3        A.    No, I did not.

4        Q.    Is there a reason why you did not put

5   the siren on?

6        A.    Yes.

7        Q.    What's the reason?

8        A.    The reason was that Keith Rogich was

9   getting out and we would be giving orders to the

10  driver of that car.

11       Q.    Who was going to give orders to the

12  driver of that car?

13       A.    Whoever came upon him first.

14       Q.    Was that decided before you got out of

15  the vehicle?

16       A.    No.

17       Q.    Did your car come equipped with any

18  type of communication system, megaphone or

19  loudspeaker or something where you can make an

20  announcement?

21       A.    There is one in the car, yes.

22       Q.    Is that part of the car or is that

23  independent of the car?

24       A.    As far as what?

25       Q.    What is it called?

45

1                         Knatz

2        A.    Just a mike.

3        Q.    The sound, does that come from the car

4   as opposed to you picking up a megaphone and

5   saying something?

6        A.    It's attached by a wire.

7        Q.    Could you have given Antoine Taylor

8   orders or directions using that system?

9        A.    Could I have?

10       Q.    Yes.

11       A.    I guess it's possible, yes.

12       Q.    Did you?

13       A.    No, I did not.

14       Q.    Why not?

15       A.    Because I was concentrating on him.

16       Q.    How would concentrating on Antoine

17   Taylor affect your ability to pick up a mike and

18   give him a command over the radio?

19       A.    First you would have to find the mike,

20   you would have to hit the buttons to do it, you

21   would have to bring it up and there was just not

22   time for that.

23       Q.    Are you trained to do that?

24       A.    I've never been trained to that, no.

25       Q.    You never received any training from

46

```
 1                        Knatz
 2      the Nassau County Police Department with respect
 3      to using that communication system?
 4          A.    As far as this is how you pick it up
 5      and this is --
 6          Q.    Yes, all of that.
 7          A.    How it works, yes.  How to specifically
 8      do it, no and when you specifically use it, no.
 9          Q.    Did you know how to find that mike?
10          A.    It's on the right-hand side of the car.
11          Q.    So when you were in the car you knew
12      where the mike was; right?
13          A.    No.
14          Q.    When you were in this car you did not
15      know where the mike was?
16          A.    It's on the right-hand side of the car.
17      Exactly where it was, no.
18          Q.    How far away was it from your right
19      hand?
20          A.    It's on the passenger side of the car,
21      I'm on the driver's side of the car.
22          Q.    Then it would have been the recorder's
23      responsibility or Keith Rogich's responsibility
24      to make such an announcement?
25                    MR. LASERNA:  Objection.
```

47

```
 1                        Knatz
 2        A.    It was --
 3              MR. LASERNA:  Go ahead, you can
 4              answer.
 5        A.    There is no responsibility at all.
 6        Q.    So then either of you could have done
 7   it?
 8        A.    It's possible.
 9        Q.    But nobody did?
10        A.    No, we did not.
11        Q.    Who got out of the car first, you or
12   Keith Rogich?
13        A.    Police Officer Rogich.
14        Q.    Did you observe him get out of the car?
15        A.    I saw him get out of the car, yes.
16        Q.    When you saw him get out of the car,
17   did he have his gun drawn?
18        A.    I do not know.
19        Q.    How long was Officer Rogich out of the
20   car before you got out of it?
21        A.    I got out of the car right after he got
22   out.
23        Q.    When Keith Rogich got out of the car,
24   what, if anything, did you observe him do?
25        A.    He opened the door.
```

48

1                         Knatz

2          Q.     After he opened the door, then what did

3    you see?

4          A.     He exited the car.

5          Q.     And then what did you see?

6          A.     I don't know what he did.

7          Q.     You don't know what he did because then

8    you got out of the car; am I correct?

9          A.     I got out on the opposite side.

10         Q.     When Keith Rogich got out of the car,

11   do you know what distance he was from the front

12   of Antoine Taylor's vehicle?

13         A.     No.

14         Q.     Do you know what, if anything, Antoine

15   Taylor's vehicle was doing when Keith Rogich got

16   out of the car and by that I mean was it stopped,

17   was it moving, doing something else?

18         A.     When we exited the car, when Officer

19   Rogich exited the car Antoine Taylor's car was

20   stopped.

21         Q.     And you observed that?

22         A.     Yes.

23         Q.     When you observed Antoine Taylor's car

24   stopped, it would have been beyond Keith Rogich;

25   am I correct?

49

1                          Knatz

2          A.     What do you mean by beyond?

3          Q.     For you to see that Antoine Taylor's

4     vehicle was stopped, Antoine Taylor's vehicle was

5     more west than Keith Rogich; am I correct?

6          A.     Correct.

7          Q.     When you saw Antoine Taylor's vehicle

8     stopped, did you see where Officer Rogich was in

9     relationship to that car?

10         A.     Well, in relation to our car he stepped

11    right out of our car, out of the police car.

12         Q.     What distance separated Keith Rogich

13    from the front of Antoine Taylor's stopped

14    vehicle?

15         A.     I have no idea.

16         Q.     As you exited your vehicle, did you

17    then travel towards the rear of your vehicle or

18    the front of your vehicle?

19         A.     The rear.

20         Q.     So then you went around the rear?

21         A.     Correct.

22         Q.     When you went around the rear, where

23    was Keith Rogich standing?

24         A.     Don't know.

25         Q.     Were you able to see Keith Rogich at

1                     Knatz

2     that time?

3          A.    No.

4          Q.    Where was Antoine Taylor's vehicle at

5     that time?

6          A.    Don't know.

7          Q.    Where were you looking at that time?

8          A.    At what time?

9          Q.    When you got to the rear of your

10    vehicle.

11         A.    I was looking in the roadway to make

12    sure I didn't get hit by a car.

13         Q.    Did you cross behind the rear of your

14    car?

15         A.    Yes.

16         Q.    After you looked to make sure that

17    there were no vehicles traveling east in the

18    western lane of moving traffic, did you then

19    travel, walk behind your car?

20         A.    Say that again.

21         Q.    When you walked down to the rear of

22    your car --

23         A.    Correct.

24         Q.    -- and you're looking to make sure

25    you're not struck by any vehicles coming, were

51

```
 1                          Knatz
 2    you able to see anything that was transpiring
 3    between Antoine Taylor and Keith Rogich?
 4         A.    When I came around to the rear of the
 5    police car I was looking at cars coming
 6    westbound, not eastbound.
 7         Q.    Right.
 8         A.    And once that was clear and there was
 9    nobody coming, then I proceeded to look westbound
10    at Antoine Taylor's car.
11         Q.    When you were walking, were you in the
12    westbound lane, or the eastbound lane when you
13    were walking after making sure there was nobody
14    going to hit you with a car?
15         A.    I was pretty much in the middle.
16         Q.    When you were in the middle, were you
17    able to see what was going on between Keith
18    Rogich and Antoine Taylor?
19         A.    No.
20         Q.    What prevented you from seeing that?
21         A.    The police car.
22         Q.    What police car?
23         A.    BSO police car.
24         Q.    Was that another BSO police car?
25         A.    It was 947.
```

52

1                          Knatz

2          Q.     Your car?

3          A.     My Jeep.

4          Q.     Once you made sure that you weren't

5     going to get hit by a car, did you then walk in

6     the direction of Keith Rogich?

7          A.     No.

8          Q.     Where did you walk?

9          A.     I walked westbound.

10         Q.     Towards what?  What were you walking

11    towards westbound?

12         A.     Towards west.

13         Q.     To do what?

14         A.     To apprehend Antoine Taylor.

15         Q.     Eventually did you see Antoine Taylor?

16         A.     Yes, he was behind the wheel of the

17    car.

18         Q.     Did you see Keith Rogich?

19         A.     No.

20         Q.     Did you observe Keith Rogich fire his

21    service revolver?

22         A.     I believe he has a nine-millimeter at

23    the time and I did not observe that, no.

24         Q.     Where were you when Keith Rogich fired

25    his nine-millimeter weapon?

53

1                        Knatz

2        A.     I was on Graham facing westbound.

3        Q.     Did you see him fire his

4   nine-millimeter gun?

5        A.     No.

6        Q.     Did you see anything that Antoine

7   Taylor did from the time that he got out of the

8   car until time that you heard the sounds of the

9   gun?

10       A.     Yes.

11       Q.     What did you see?

12       A.     I saw Antoine Taylor's car back up a

13   little and then accelerate.

14       Q.     Where were you when you saw Antoine

15   Taylor's car back up?

16       A.     On Graham.

17       Q.     Where on Graham?  Where in relationship

18   to your vehicle were you when you saw Antoine

19   Taylor's vehicle back up?

20       A.     I was on foot on Graham behind my

21   vehicle.

22       Q.     Directly behind your vehicle?

23       A.     Closer to the right rear quarter panel.

24       Q.     When you saw Antoine Taylor's vehicle

25   at that time, what was it doing?

54

```
 1                        Knatz
 2        A.    It was making a lot of noise and then
 3   it accelerated.
 4        Q.    When you saw Antoine Taylor's vehicle
 5   back up, what was the distance that separated the
 6   front of Antoine Taylor's vehicle and Keith
 7   Rogich?
 8        A.    I didn't know where Keith was.
 9        Q.    You had no idea where Keith Rogich was
10   at that time?
11        A.    Somewhere to my left, but I don't know
12   where he was.
13        Q.    Do you know how far he was to your
14   left?
15        A.    No.
16        Q.    When you observed Antoine Taylor's
17   vehicle go in reverse, how far was the front of
18   Antoine Taylor's vehicle and you before it
19   started going in reverse?
20        A.    Don't know.
21        Q.    Would you be able to approximate?
22        A.    I didn't measure, I don't know.
23        Q.    Was it more or less than five feet?
24        A.    Don't know.
25        Q.    You testified that Antoine Taylor's
```

55

1                          Knatz

2      vehicle traveled in reverse a little bit.  How

3      far did it travel in reverse a little bit?

4          A.    Don't know.

5          Q.    Would you be able to estimate?

6          A.    No.

7          Q.    Did the vehicle that Alonge and

8      Lanzalotto were in, did that eventually come to

9      a stop?

10         A.    Yes.

11         Q.    Did that stop directly in back of

12     Antoine Taylor's vehicle?

13         A.    It stopped to the west, I don't know if

14     it was directly behind him.

15         Q.    When they brought their vehicle to a

16     stop, what was the distance that separated

17     Antoine Taylor's vehicle, the back of Antoine

18     Taylor's vehicle from the front of the vehicle

19     Alonge and Lanzalotto were in?

20         A.    You'll have to ask them, I don't know.

21         Q.    I'm asking you, do you know?

22         A.    No, I don't know.

23         Q.    When you saw Antoine Taylor's vehicle

24     travel in reverse, how fast was it going when it

25     traveled that little distance?

56

1                          Knatz

2          A.     Slow.

3          Q.     When Antoine Taylor's vehicle traveled

4     whatever distance slowly, were there any other

5     police officers out of their vehicles?

6          A.     Don't know.

7          Q.     Do you recall ever seeing Officer

8     Alonge out of his vehicle?

9          A.     He was out of his vehicle, yes.

10         Q.     Did you see Officer Alonge when you

11    observed Antoine Taylor's vehicle traveling in

12    reverse?

13         A.     There was police officers out on foot,

14    but I don't know who was where.

15         Q.     Were all the police officers that were

16    present that day, were they all wearing

17    plainclothes?

18         A.     The ones I was with.

19         Q.     Do you recall what type of clothes you

20    were wearing that day, by that I mean was it dark

21    colored, light colored?

22         A.     Just street clothes.

23         Q.     Do you recall in particular whether you

24    were wearing street clothes that were light

25    colored or dark colored at the time of this

57

```
 1                         Knatz
 2      incident?
 3           A.    No, I do not.
 4           Q.    When you brought your car from the
 5      position it was in a northwest position to where
 6      it came to a stop, do you recall what the
 7      lighting conditions were then, was it dark, was
 8      it well lit, something else?
 9           A.    During this incident?
10           Q.    Yes.
11           A.    When I pulled into the intersection?
12           Q.    Yes.
13           A.    It was light out.
14           Q.    Do you recall what time this incident
15      occurred?
16           A.    Approximately what time?
17           Q.    Yes.
18           A.    Sometime around dinnertime.
19           Q.    6:30?
20           A.    I don't know.
21           Q.    What's dinnertime?
22           A.    5:00 to 7:00.
23           Q.    On September 26, 2009 at approximately
24      5:00 to 7:00, it was well lit?
25           A.    Yes.
```

1                           Knatz

2          Q.    When Antoine Taylor drove his car in

3     reverse, did it eventually stop?

4          A.    I don't know.

5          Q.    Did you observe it stop?

6          A.    When I saw it backing up I was looking

7     at him.

8          Q.    At who?

9          A.    Antoine Taylor.

10         Q.    When you say you were looking at

11    Antoine Taylor, you were looking at him through

12    the windshield?

13         A.    Correct.

14         Q.    What were you looking for?

15         A.    Any kind of movements.

16         Q.    Any kind of movements with respect to

17    Antoine Taylor inside the vehicle?

18         A.    Both.

19         Q.    Did you observe any movements that

20    Antoine Taylor made inside the vehicle?

21         A.    Yes, he was moving his arms.

22         Q.    In what manner?

23         A.    In a hurriedly way.

24         Q.    Could you describe what you mean by a

25    hurriedly way?

59

```
 1                         Knatz
 2              When he was operating his vehicle in
 3     reverse slow, were you able to see him through
 4     that windshield?
 5        A.    I was looking at him, yes.
 6        Q.    Where were his hands?
 7        A.    His hands were inside the vehicle.
 8        Q.    Where were they in relationship to the
 9     driving wheel?
10        A.    They were moving.
11        Q.    Moving on the driving wheel or off the
12     driving wheel?
13        A.    They were moving close to the driving
14     wheel, either on it or real close to it.
15        Q.    Did you observe him as you were
16     looking, did his car eventually stop?
17        A.    I don't know.
18        Q.    Did his car eventually do anything
19     other than go in reverse?
20        A.    Eventually it went forward, yes.
21        Q.    In order to go from reverse to forward
22     with that Mitsubishi, that 1999 Mitsubishi Galant
23     would that have had to have stopped before it
24     went from reverse into drive?
25        A.    I guess physics-wise eventually at one
```

60

1                          Knatz

2      point it would have to stop, yes.

3           Q.    Yes, I would agree with you.

4           A.    It could have been for one millionth of

5      a second, but I would say physics, yes, it would

6      have had to have stopped at one point.

7           Q.    When it stopped for whatever period of

8      time that it stopped for, did you observe it in a

9      stopped position?

10          A.    I did not see it stopped, no.

11          Q.    Were you looking at the vehicle the

12     whole time or were you looking at Antoine Taylor

13     the whole time?

14          A.    I was looking at Antoine Taylor.

15          Q.    The position that Antoine Taylor was

16     in, his vehicle, that period of time where it had

17     to stop in order to go forward, how far away were

18     you from the front of his vehicle?

19          A.    I don't know.

20          Q.    Where was Keith Rogich at that point in

21     time?

22          A.    I didn't see Keith.

23          Q.    Was Keith still to your left?

24          A.    Somewhere to my left.

25          Q.    Did you have your gun drawn at that

61

1                          Knatz

2      point in time?

3          A.    I took out my gun when his car went in

4      reverse.

5          Q.    When his car traveled that little

6      distance at less than ten miles an hour, was it

7      traveling in a straight direction, did it veer in

8      any direction, something else?

9          A.    Could you say that again?

10         Q.    Sure.  When you observed Antoine

11     Taylor's vehicle travel in reverse, did it travel

12     in reverse in a straight direction or did it veer

13     in any direction?

14         A.    I just saw it backing up.

15         Q.    After it backed up, what, if anything,

16     did you observe about the direction of the

17     vehicle at that time?

18         A.    It went forward.

19         Q.    When the car began to go forward, how

20     far was the front of his vehicle from you?

21         A.    Don't know.

22         Q.    What it a car length, less than a car

23     length?

24         A.    I could only approximate maybe a car

25     length.

62

```
 1                        Knatz
 2          Q.    When it started going forward, this
 3     1999 Mitsubishi Galant, when it started going
 4     forward, how fast was it going?
 5                     MR. LASERNA:  Objection.
 6          Q.    What was its rate of speed?
 7          A.    I don't know.
 8          Q.    Could you describe its rate of speed in
 9     any way?
10          A.    Quick.
11          Q.    During the time that you've been a
12     police officer, have you ever given somebody a
13     ticket?
14          A.    Yes.
15          Q.    Have you ever given anybody a speeding
16     ticket?
17          A.    Yes.
18          Q.    During the time that you were in the
19     academy and the time that you've been a police
20     officer, have you been trained to estimate the
21     speed of a vehicle using your eyes?
22          A.    Yes.
23          Q.    Would you be able to estimate the speed
24     at which Antoine Taylor's vehicle went from the
25     time that it stopped for however long until the
```

63

```
 1                          Knatz
 2      time that it started going forward?
 3           A.    My estimate would be quick and fast.
 4           Q.    When you saw this vehicle going quick
 5      and fast, how far away was it from you?
 6           A.    You had asked me that before, I can
 7      only estimate, a car length or so.
 8           Q.    When you observed it going forward,
 9      was it going straight or did it veer in any
10      direction?
11           A.    He was going east.
12           Q.    Was he going east in a straight
13      direction?
14           A.    It appeared to be a straight direction.
15           Q.    When he started to travel in a straight
16      direction, where were you in relationship to his
17      car?  By that I mean were you in the front of his
18      car, to the right of his car, something else?
19           A.    I was to the northeast of his car.
20           Q.    Which would be the driver's side of the
21      vehicle?
22           A.    I would be past the driver's side of
23      Taylor's vehicle.
24           Q.    You would be to the right of the
25      driver's side of Taylor's vehicle?
```

64

1                          Knatz

2          A.     I can't really give you right or left

3     because I'm facing this way, you're facing that

4     way.  My right is this way, your right is that

5     way (indicating).  That's why I said northeast.

6          Q.     I understand.  When you're looking at

7     his vehicle you're looking at his vehicle, right,

8     and it's coming forward, were you, you, as you're

9     looking at the car, were you to the right of his

10    vehicle?

11         A.     His vehicle was accelerating on my

12    left.

13         Q.     Where was Keith Rogich at that point in

14    time?

15         A.     Don't know.

16         Q.     Did you see Keith Rogich fire the

17    nine-millimeter gun that he had or did you hear

18    the shots?

19         A.     I heard.

20         Q.     At any point in time, from the time

21    that you saw Antoine Taylor's vehicle travel and

22    drive to the point in time that you heard the

23    shots, were you able to see Keith Rogich in your

24    peripheral vision to your left?

25         A.     No.

65

```
 1                          Knatz
 2          Q.    Did you fire your weapon?
 3          A.    No.
 4          Q.    When you heard the shots, did you have
 5     your gun pointed towards Antoine Taylor?
 6          A.    No.
 7          Q.    Where was your gun pointed when you
 8     heard the shots?
 9          A.    Down.
10          Q.    Why was your gun pointed down?
11          A.    Because I was on -- in the street and
12     as the car accelerated it wasn't accelerating at
13     me, there was police officers to my west and
14     there was no reason for me to point my gun at
15     him.
16          Q.    Did you point your gun at Antoine
17     Taylor?
18          A.    No.
19          Q.    Did any other police officers point
20     their gun at Antoine Taylor?
21          A.    You'll have to ask them.
22          Q.    Did you observe any police officers
23     having their guns pointed at Antoine Taylor?
24          A.    I do not know.
25          Q.    When you heard the shots fired, were
```

66

1                          Knatz

2       you standing in front of Keith Rogich or were you

3       side by side when he was to your left?

4           A.    I don't know where Keith was.

5           Q.    When Antoine Taylor's vehicle was to

6       your left, how far to your left was it?  Five

7       feet, ten feet, something else?

8           A.    It was further away from me to the west

9       than it was to my left.

10          Q.    Would you be able to approximate how

11      far it was to your left?

12          A.    A foot or so.

13          Q.    Aside from your vehicle that was

14      stopped, Officer Alonge's vehicle that was

15      stopped behind Taylor's vehicle, were there any

16      other police vehicles at the scene when you heard

17      the shots fired?

18          A.    There was another police car that came

19      up on the north.

20          Q.    Would that have been to your right or

21      in front of you?

22          A.    In that general area, exactly where it

23      was, I don't know.

24          Q.    Was there only one vehicle in that

25      general area or two?

67

```
 1                              Knatz

 2          A.     Don't know.

 3          Q.     Do you know what the purpose of that

 4     vehicle being there was?

 5          A.     To prevent Antoine Taylor from taking

 6     off.

 7          Q.     Do you recall how many shots were

 8     fired?

 9          A.     I found out afterwards it was three.

10          Q.     Do you have a present recollection of

11     how many shots were fired while you were at the

12     scene?

13          A.     No.

14          Q.     Not based on what somebody told you,

15     but would you be able to approximate based on

16     your own senses at the time how many shots were

17     fired?

18          A.     I didn't count so I couldn't give you

19     an answer.

20          Q.     Was more than one shot fired?

21          A.     I didn't count, I couldn't give you an

22     answer.

23          Q.     You don't have to count high after one.

24     So was it more than one?

25          A.     I don't --
```

68

1                          Knatz

2          Q.    You don't know?

3          A.    I don't know.

4          Q.    When the shots were fired, you heard

5     shots being fired; right?

6          A.    Yes.

7          Q.    When you heard shots fired, do you know

8     what direction those shots were fired in?

9          A.    They were fired at Antoine Taylor.

10         Q.    Were they shot at the vehicle?

11         A.    They were fired toward the vehicle,

12    yes.

13         Q.    What part of the vehicle were the shots

14    fired at?

15         A.    The window.

16         Q.    How many shots were fired at the

17    window?

18         A.    I don't know.

19         Q.    Were any shots fired at the passenger

20    door?

21         A.    Don't know.

22         Q.    Could somebody, could a police officer

23    stand in front of Antoine Taylor's vehicle, fire

24    their gun, and the bullet wind up in the

25    passenger side door?

69

1                              Knatz

2           A.      Say that again.

3           Q.      Sure.  Could a police officer standing

4      in front of Antoine Taylor's vehicle fire three

5      shots and one of them wind up in the passenger

6      side door, is that possible?

7           A.      Sure.

8           Q.      How does that happen?

9           A.      If you were firing and moving at the

10     same time, absolutely.

11          Q.      If you're standing right here and you

12     fire your gun, could that bullet go all the way

13     around and get into the passenger side door?

14          A.      If you're standing and not moving --

15          Q.      Straight at the windshield?

16          A.      And not moving and shooting at a

17     windshield?

18          Q.      Right.

19          A.      Can a bullet do what?

20          Q.      Go from being in front of the car

21     around and wind up in the passenger side door?

22          A.      Maybe if the door was open.

23          Q.      What happened after the shots were

24     fired, what do you recall happening after the

25     shots were fired?

70

```
 1                         Knatz
 2         A.    Antoine Taylor's car continued to
 3    accelerate east and south and went around my car.
 4         Q.    In order to go around your car, did
 5    Antoine Taylor's vehicle have to go on the
 6    sidewalk?
 7         A.    I don't know.
 8         Q.    Did you observe where Antoine Taylor's
 9    vehicle went?
10         A.    East and south.
11         Q.    Did you observe that?
12         A.    I saw it, yes.
13         Q.    When you saw that where was Keith
14    Rogich?
15         A.    Somewhere to the south.
16         Q.    Did you see Keith Rogich get out of the
17    way of Antoine Taylor's vehicle?
18         A.    I don't know what Keith did.
19         Q.    Just so I'm clear, the record is clear,
20    before this incident began, the last time you saw
21    Keith Rogich before the shots were fired was when
22    he got out of the vehicle; is that correct?
23         A.    Yes.
24         Q.    When was the next time you saw Keith
25    Rogich?
```

71

1                        Knatz

2          A.    After Antoine Taylor's car passed going

3     east and south Keith was over in the bushes.

4          Q.    He was in the bushes?

5          A.    On the ground by the bushes.

6          Q.    Did you prepare any type of writing

7     regarding this incident, any type of incident

8     reports?

9          A.    Not that I recall.

10         Q.    Were you ever interviewed by anybody?

11         A.    The detective, sure.

12         Q.    Who interviewed you?

13         A.    Various detectives.

14         Q.    Do you recall when that occurred?

15         A.    After the incident.

16         Q.    Were you interviewed with respect to

17    the shooting of Antoine Taylor or were you

18    interviewed regarding the entire incident?

19         A.    The entire incident.

20         Q.    Were you ever interviewed specifically

21    with respect to the shooting of Antoine Taylor?

22         A.    As far as what?

23         Q.    That he was shot and who shot him.  Did

24    anybody sit down with you and say tell us what

25    happened regarding the shooting?

72

```
 1                        Knatz
 2        A.    Yes.
 3        Q.    Who?
 4        A.    Detectives.
 5        Q.    Do you remember what detectives?
 6        A.    No.
 7        Q.    Were you ever asked to put anything in
 8   writing?
 9        A.    I don't recall.
10        Q.    If you had to put something in writing
11   regarding somebody being shot, is that something
12   you would forget?
13        A.    I don't recall.
14        Q.    Did you ever have to testify at the
15   grand jury?
16        A.    I don't think so.
17              MR. NONNENMACHER:  Could I have
18              this marked as Plaintiff's 1, please.
19              (Whereupon, the reporter marked the
20              aforementioned Photocopy of Photograph as
21              Plaintiff's Exhibit 1 for identification
22              as of this date.)
23              MR. LASERNA:  Let's take a break.
24              (Whereupon, a short recess was
25              taken.)
```

73

```
 1                        Knatz
 2   CONTINUED EXAMINATION BY MR. NONNENMACHER:
 3                MR. NONNENMACHER:  Could you mark
 4           these, please.
 5                (Whereupon, the reporter marked the
 6           aforementioned Photographs as Plaintiff's
 7           Exhibits 2 through 16 for identification
 8           as of this date.)
 9      Q.    Let me show you what's been marked as
10   Plaintiff's 1 for identification, can you take a
11   look at that, please.  Do you recognize what's
12   shown in that photograph?
13      A.    It says West Graham.
14      Q.    Do you recognize that to be West
15   Graham?
16      A.    That's what it says.  I don't
17   particularly know the area that well.
18      Q.    Do you recognize this photograph having
19   anything to do with this incident?
20      A.    It says West Graham, the incident
21   happened on Graham, that's all I could tell you.
22      Q.    Could you tell by looking at this
23   photograph where your vehicle came to a stop?
24      A.    No.
25      Q.    Can you tell on this photograph where
```

74

```
 1                        Knatz
 2      Antoine Taylor's vehicle came to a stop when you
 3      first saw it?
 4           A.    No.
 5           Q.    Is there anything that you can tell me
 6      using this photograph, about this incident?
 7           A.    Just that it's West Graham --
 8           Q.    You're saying --
 9           A.    -- or Graham.
10           Q.    You're saying it's West Graham or
11      Graham because of what's located in the top
12      portion of this photograph?
13           A.    Yeah, it says up there, it says Graham
14      up there.
15           Q.    Aside from the fact that it says 122
16      West Graham Avenue, Hempstead, New York, United
17      States, is there anything besides that that leads
18      you to believe that that's West Graham?
19           A.    Oh, it could be West Graham.
20           Q.    But do you recognize it to be West
21      Graham?
22           A.    I don't know.
23           Q.    Let me show you what's been marked as
24      Plaintiff's 2 for identification, can you take a
25      look at that.  Do you recognize that photograph?
```

75

```
 1                          Knatz
 2        A.    Yeah, it's probably Antoine Taylor's
 3   car.
 4        Q.    Do you see those different colored
 5   sticks, one is yellow, one is pink and one is
 6   green?
 7        A.    Yellow, pink -- is this green
 8   (indicating) is that what you consider green?
 9        Q.    What do you consider it?
10        A.    I see those lines, yes.
11        Q.    What's the purpose of those lines?
12        A.    That appears to indicate where bullet
13   holes are.
14        Q.    They also show the trajectory or the
15   travel of the bullet; am I correct?
16        A.    Oh, I don't know.
17        Q.    Do you know what the purpose of those
18   lines are?
19        A.    No.
20        Q.    Is one of them, the green line or we
21   could argue about its color, I don't want to
22   argue with you, but one of them is in the right
23   passenger door; am I correct?
24        A.    Yes, it looks like it's in the molding
25   up there, I don't know if it's in the door or the
```

76

1                           Knatz

2        molding up there.

3            Q.     Could you tell where somebody was

4        standing when they shot or fired that bullet that

5        wound up in that area?

6            A.     No.

7            Q.     Let mow show you what's been marked as

8        Plaintiff's 4 for identification.  Do you

9        recognize that photograph?

10           A.     It's probably Antoine Taylor's car.

11           Q.     With the same sticks, same colored

12       sticks?

13           A.     Yes, it's hard to tell, but there's

14       three lines there.

15           Q.     Those lines indicate where certain

16       bullet holes wound up; am I correct?  If you

17       know?

18           A.     You could see this one (indicating) I

19       don't know about the other two.  You really can't

20       see what's over there, it's just lines.

21           Q.     Again, do you know what the purpose of

22       those lines are?

23           A.     No.

24           Q.     Let me show you what's been marked as

25       Plaintiff's Exhibit 6 for identification, can you

1                          Knatz

2       take a look at that.

3              Again that shows the same car?

4       A.    Well, it appears to be the same

5       markings, I don't know if it's the same car, it

6       doesn't have license plates, I can't read the

7       sticker here.  I would think it would be Antoine

8       Taylor's car.

9       Q.    And the same lines are located in

10      there?

11      A.    There are three lines, yeah, they are a

12      little different in length and stuff.

13      Q.    Do those lines have any significance to

14      you?

15      A.    They appear to point where there is

16      bullet holes, at least these two, I don't know

17      about this one, you can't really see

18      (indicating).

19      Q.    When you said this one, you're

20      referring to the one in the right passenger side;

21      am I correct?

22      A.    It's on the left.

23      Q.    It's on the passenger side?  It's in

24      the left photograph but --

25      A.    What I'm looking at would be the

78

1                          Knatz

2      passenger area of the car by the molding.

3          Q.    You're referring to not the yellow one,

4      not the pink one, but the one than goes from the

5      leftmost portion of the photograph to the vehicle

6      itself?

7          A.    Yeah, there is a line there, yes.

8          Q.    That line is on the passenger side of

9      this car?

10         A.    Yes.

11         Q.    Do you see that the lines that are in

12     the photograph have a particular length?

13         A.    Well, they are all different, in all

14     the photographs you showed me, they are all

15     different.

16         Q.    Do you know what the significance of

17     the varying lengths are?

18         A.    No.

19         Q.    Let me show you what's been marked as

20     Plaintiff's Exhibit 13 for identification, can

21     you take a look at that.  Do you recognize that

22     photograph?

23         A.    No.

24         Q.    Let me show you what's been marked as

25     Plaintiff's Exhibit 14 for identification, can

79

1                               Knatz

2       you take a look at that.  Do you recognize that

3       photograph?

4            A.    No.

5            Q.    Do you see the hole that's shown in

6       this photograph, Plaintiff's 14?

7            A.    Yes.

8            Q.    Do you know what caused that hole?

9            A.    I don't know what that is, no.

10           Q.    Could a bullet from a nine-millimeter

11      cause a hole like that?

12                      MR. LASERNA:  Objection.

13           A.    I don't know.

14           Q.    Let me show you what's been marked as

15      Plaintiff's Exhibit 16 for identification, kindly

16      take a look at that, do you recognize that

17      photograph?

18           A.    It appears to be the crime scene is

19      right here.

20           Q.    Do you know who took that crime scene

21      photo?

22           A.    No.

23           Q.    Is there anything about this photograph

24      that would be able to tell you that this is the

25      intersection where the accident occurred?

80

```
 1                        Knatz
 2       A.    Well, there is a street sign there.
 3       Q.    Okay, do you recognize this to be where
 4  the incident happened?
 5       A.    It appears to be that way, yes.
 6       Q.    Not what it appears to be, but do you
 7  recognize this to be the intersection where the
 8  incident happened?
 9       A.    It appears that way.
10       Q.    Can you tell from looking at this
11  photograph where your vehicle came to a stop?
12       A.    No.
13       Q.    Do you see the pole that's located in
14  this photograph?
15       A.    Yes.
16       Q.    Was that there on the date of the
17  incident?
18       A.    I believe it was, yes.
19       Q.    This trash can, was that there on the
20  date of the incident?
21       A.    I don't know.
22       Q.    You see those poles here, the one that
23  has the street address on it and then there is a
24  sign, I guess, for ordinances, was that there on
25  the day of the incident?
```

SHEET 81   PAGE 81

81

```
 1                        Knatz
 2        A.    I don't know.
 3        Q.    Assuming that that was there on the day
 4    of the incident, would that have prevented
 5    Antoine Taylor from traveling onto the sidewalk?
 6        A.    No.
 7        Q.    If he traveled on the sidewalk,
 8    wouldn't he come into contact with the pole?
 9        A.    You can't tell if that pole is in the
10    street or on the sidewalk.
11        Q.    Let's look at Plaintiff's 13 for
12    identification.  Does this refresh your
13    recollection as to where this pole is?
14        A.    Yes, I see where the pole is.
15        Q.    Do you see the other signs there?
16        A.    Yes.
17        Q.    Do you recall whether Antoine Taylor's
18    vehicle, in order to get around your vehicle, had
19    to get onto the sidewalk?
20        A.    I don't know.
21               MR. NONNENMACHER:  Mark this,
22               please.
23                   (Whereupon, the reporter marked
24               the aforementioned Photocopy of Photograph
25               as Plaintiff's Exhibit 17 for
```

82

```
 1                          Knatz
 2               identification as of this date.)
 3         Q.    Was Antoine Taylor eventually
 4    apprehended?
 5         A.    Yes.
 6         Q.    Were you involved in the apprehension
 7    of him?
 8         A.    Yes.
 9         Q.    How were you involved in the
10    apprehension of Antoine Taylor?
11         A.    I put handcuffs on him.
12         Q.    After he left the scene, did you follow
13    him?
14         A.    Yes.
15         Q.    Were you the first officer on the scene
16    when he was handcuffed or apprehended?
17         A.    No.
18         Q.    Why were you the one that put handcuffs
19    on him?
20         A.    Because he was fighting with the two
21    officers.
22         Q.    When you saw Antoine Taylor, was he
23    bleeding from any portion of his body?
24         A.    No.
25         Q.    He was not bleeding at all?
```

83

1                          Knatz

2          A.    When I first saw him?

3          Q.    Yes.

4          A.    He might have been, I don't know.  I

5     didn't see.

6          Q.    When you handcuffed him, did you see

7     him bleeding from any portion of his body?

8          A.    No.

9          Q.    Did he have a bullet wound in his

10    abdomen?

11         A.    Did he, yes.

12         Q.    Was he bleeding from his abdomen?

13         A.    Very little.

14         Q.    When you apprehended Antoine Taylor,

15    was a gun recovered?

16         A.    I did not recover a gun.

17         Q.    Did anyone recover a gun?

18         A.    I don't know.

19         Q.    Who was the arresting officer?

20         A.    Don't know.

21         Q.    When you put cuffs on him, did you have

22    to fill out any paperwork?

23         A.    No.

24         Q.    When you put cuffs on him, did anyone

25    inspect his car?

84

1                          Knatz

2          A.     Probably.

3          Q.     Do you know who inspected his car?

4          A.     That would be detectives.

5          Q.     Let me show you what's been marked as

6     Plaintiff's 17 for identification.  Do you

7     recognize what's shown in the photograph?

8          A.     Graham and Rose.

9          Q.     How do you know that's Graham and Rose?

10         A.     Well, that's not as blurry as the other

11    pictures.

12         Q.     You know that's Graham and Rose by

13    virtue of the street signs; am I correct?

14         A.     Correct.

15         Q.     If the street signs were not there,

16    would you recognize that to be the intersection

17    where this incident occurred?

18         A.     Well, the other photos of the crime

19    scene and stuff, yeah.

20         Q.     Could you use that photograph to tell

21    me where your car came to a stop?

22         A.     No.

23         Q.     Could you use that photograph to tell

24    me where Antoine Taylor's vehicle came to a stop?

25         A.     No.

85

1                           Knatz

2           Q.    Could you use that photograph to answer

3     any questions regarding the incident that

4     occurred between Keith Rogich and Antoine Taylor?

5           A.    What question are you asking?

6           Q.    From the time that you got out of the

7     car to the time that you put Antoine Taylor in

8     handcuffs.

9           A.    What's the question?

10          Q.    Using that photograph, can you tell me

11    anything using that photograph about the incident

12    that occurred involving Keith Rogich and Antoine

13    Taylor, aside from that's the intersection where

14    it happened?

15          A.    I don't understand what the question

16    is.

17          Q.    Using that photograph, show me where

18    Officer Alonge's car stopped behind Antoine

19    Taylor's vehicle.

20          A.    This is just a very small photograph of

21    a very small area on a corner here.

22          Q.    So you can't do it?

23          A.    No.

24          Q.    Show me where your vehicle came to a

25    stop.

86

1                          Knatz

2         A.    I couldn't tell you from this photo.

3         Q.    Tell me where, after the shots were

4    fired, where Antoine Taylor's vehicle traveled?

5         A.    Eastbound.

6         Q.    Using that photograph, show me.

7         A.    I -- eastbound.

8         Q.    No, show me, point on the photograph

9    how far he traveled?

10        A.    Eastbound would be this direction

11   (indicating).

12        Q.    He went this way (indicating)?

13        A.    That would be eastbound.  I don't know

14   which way by this photograph.  I can tell you

15   eastbound or westbound.

16        Q.    This is the last question, we've gotten

17   along fantastic, my question solely is can you

18   use this photograph to describe for me, using

19   your finger or a pen where Antoine Taylor's

20   vehicle traveled after the shots were fired?

21        A.    No.

22             MR. NONNENMACHER:  Thank you, no

23             further questions.

24

25   EXAMINATION BY MR. LASERNA:

1                         Knatz

2        Q.     Officer Knatz, when you referred to

3    lights earlier, when you and Mr. Nonnenmacher

4    were discussing that, what did you mean by

5    lights?  When he asked when you turned your

6    lights on and all that, what are lights?

7        A.     Police lights.

8        Q.     Are they strobe lights, do they

9    flash --

10       A.     Yes, they are multicolored strobe

11   lights, they flash in numerous parts of the

12   police car.

13       Q.     Did you have those lights turned on

14   before Mr. Taylor went in reverse?

15       A.     Yes.

16       Q.     To the best of your knowledge, did you

17   have them on before Officer Rogich shot his

18   firearm?

19       A.     Yes, they were on when Officer Rogich

20   was still in the police car.

21       Q.     You testified earlier that you saw

22   Antoine Taylor's car backing up, correct, after

23   you exited your car?

24       A.     Yes.

25       Q.     You mentioned something about the car

88

1                          Knatz

2          was making a lot of noise?

3          A.     Yes.

4          Q.     What do you mean by that?

5          A.     Well, not when it was backing up, when

6    it was accelerating.

7          Q.     Accelerating in which direction?

8          A.     East.

9          Q.     What kind of noise was it making?

10         A.     Acceleration noise that cars make when

11   you hit the gas too fast.

12         Q.     In terms of the engine?

13         A.     Yes.

14         Q.     Did you hear the tires screeching at

15   all?

16         A.     It was just a loud -- loud noise.

17         Q.     At some point Mr. Taylor's car drove

18   past your car in an easterly direction on Graham;

19   correct?

20         A.     Well, east first, then north.

21         Q.     At some point after that you handcuffed

22   him; correct?

23         A.     Yes.

24         Q.     Could you describe everything that

25   happened after he got past your car but before

89

```
1                          Knatz
2      you handcuffed him?
3          A.    There was a high speed pursuit that
4      went north, then a little southeast, then east,
5      then south and it ended with a collision with
6      Antoine Taylor's car.  And then there was a foot
7      pursuit and then there was a struggle and then he
8      was handcuffed and then we found that he was shot
9      and we got him medical attention.
10         Q.    When you say high speed pursuit, would
11     you be able to estimate how fast Mr. Taylor was
12     driving?
13         A.    He was going fast, I didn't measure the
14     speed.  He was going fast.
15         Q.    Would you estimate it was over the
16     speed limit?
17         A.    Yes.
18         Q.    Who took part in the pursuit besides
19     yourself?
20         A.    There was Police Officer Carney and
21     Dennehy in front of me and police officers in
22     back of me.
23         Q.    What kind of car were Dennehy and
24     Carney driving?
25         A.    It was a police car, it wasn't a Jeep,
```

90

1                           Knatz

2     I don't know what they were driving.

3          Q.    During this pursuit, did you have your

4     police lights on?

5          A.    Yes.

6          Q.    Were you able to observe whether

7     Officer Carney and Officer Dennehy had their

8     lights on as well?

9          A.    Yes.

10                MR. LASERNA:  I have no further

11                questions.

12                MR. NONNENMACHER:  I have three.

13

14    CONTINUED EXAMINATION BY MR. NONNENMACHER:

15         Q.    Sir, the observations you made with

16    respect to the travel of Antoine Taylor's vehicle

17    before the high speed pursuant, would that be

18    consistent with him trying to get away?

19         A.    Yes.

20         Q.    When he was involved in the high speed

21    pursuit, would that also be consistent with him

22    trying to get away?

23         A.    Yes.

24         Q.    The events that you just described that

25    were part of the high speed pursuit, would that

91

1                        Knatz

2       be consistent with the crime of reckless

3       endangerment?

4                        MR. LASERNA:   Objection.

5            A.    Well, he was trying to get away for the

6       crime he committed in the past.

7            Q.    But the high speed pursuit, everything

8       that you described, the police chasing him, him

9       trying to get away, that would be consistent with

10      the crime of reckless endangerment the way he was

11      driving?

12           A.    Well, that would be up to the

13      detectives whether that fits the bill.

14           Q.    Under those circumstances, would you

15      charge him with reckless endangerment?

16           A.    I wouldn't charge him with anything,

17      that's up to the detectives.

18           Q.    Would you arrest him for reckless

19      endangerment?

20           A.    I didn't arrest him.

21           Q.    No, but would you, under the

22      circumstances, if you had to be the arresting

23      officer, would you arrest him for reckless

24      endangerment?

25           A.    That would be up to the detectives.

SHEET 92   PAGE 92

92

1                          Knatz

2                  MR. NONNENMACHER:   Thank you,

3          nothing further.

4                  Have a good day.

5                  (Time noted: 11:25 A.M.)

6

7

                           MICHAEL F. KNATZ
8

9

10     Subscribed and sworn to before me

11     This        day of              ,        .

12

13          Notary Public

14

15

16

17                    *    *    *    *

18

19

20

21

22

23

24

25

H & B REPORTING CO., INC
718-948-5835

SHEET 93   PAGE 93

93

```
 1
 2                              INDEX
 3
 4     WITNESS              EXAMINATION BY           PAGE
 5       MICHAEL F.       MR. NONNENMACHER            4
         KNATZ
 6                        MR. LASERNA                86
 7                        MR. NONNENMACHER           90
 8
 9
10                            EXHIBITS
11
12     PLAINTIFF'S          DESCRIPTION            PAGE
13       1                Photocopy of Photograph   72
14       2 through        Photographs               73
         16
15       17               Photocopy of Photograph   81
16
17
18
19
20                      *    *    *    *
21
22
23
24
25
```

H & B REPORTING CO., INC
718-948-5835

SHEET 94  PAGE 94

94

CERTIFICATION BY REPORTER

I, NANCY DIONISIO a Notary Public of the State
of New York, do hereby certify:

That the testimony of MICHAEL F. KNATZ was held
before me at the aforementioned time and
place.

That said witness(s) was duly sworn before the
commencement of the testimony; that the testimony
was taken stenographically by me and then
transcribed under my direction; that the parties
were represented by Counsel as appears herein.

That the within transcript is a true record of
the Examination Before Trial of said witness.

That I am not connected by blood or marriage
with any of the parties. I am not interested
directly or indirectly in the matter in
controversy, nor am I in the employ of any of the
Counsel.

IN WITNESS WHEREOF, I have hereunto set my hand
this 2nd day of February, 2012.

*Nancy Dionisio*

NANCY DIONISIO

## 1

1 [4] 72:18,21 73:10 93:13
1:30 [1] 8:9
100 [4] 8:17 9:15,22 14:20
10118 [1] 2:7
11:25 [1] 92:5
11501 [2] 2:13 4:16
122 [1] 74:15
13 [2] 78:20 81:11
14 [2] 78:25 79:6
1490 [1] 4:15
152 [2] 18:20 20:22
16 [2] 73:7 79:15
17 [3] 81:25 84:6 93:15
1987 [1] 5:17
1988 [2] 6:2,4
1999 [2] 59:22 62:3

## 2

2 [3] 73:7 74:24 93:14
20 [1] 34:17
2009 [7] 4:22 7:17,22,24 14:5 24:11 57:23
2012 [1] 94:22
26 [2] 7:24 57:23
2nd [1] 94:22

## 3

3:30 [1] 8:9
30 [1] 27:24

## 4

4 [2] 76:8 93:5

## 5

5:00 [2] 57:22,24

## 6

6 [1] 76:25
6:30 [1] 57:19

## 7

7:00 [2] 57:22,24
72 [1] 93:13
73 [1] 93:14

## 8

81 [1] 93:15
86 [1] 93:6

## 9

9:44 [1] 1:16
90 [1] 93:7
947 [3] 13:21 14:5 51:25
975 [1] 13:21

## A

a.m [2] 1:16 92:5
abdomen [2] 83:10,12
ability [1] 45:17
able [17] 6:21 17:23 18:11 20:3 49:25 51:2,17
   54:21 55:5 59:3 62:23 64:23 66:10 67:15 79:
   24 89:11 90:6
above-entitled [1] 1:19
above-mentioned [1] 1:20
absolutely [1] 69:10
academy [6] 5:21,22,25 6:3 35:22 62:19

accelerate [2] 53:13 70:3
accelerated [2] 54:3 65:12
accelerating [4] 64:11 65:12 88:6,7
acceleration [1] 88:10
accident [2] 34:15 79:25
acronym [1] 7:10
action [2] 1:5,20
actual [1] 7:22
actually [1] 30:15
address [4] 4:13 18:16 20:22 80:23
affect [1] 45:17
aforementioned [4] 72:20 73:6 81:24 94:7
afternoon [1] 9:13
afterwards [1] 67:9
agency [1] 5:19
agree [1] 60:3
agreed [3] 3:3,8,12
ahead [1] 47:3
allegedly [2] 18:13 26:16
almost [1] 33:21
alonge [7] 40:5,14,23 55:7,19 56:8,10
alonge's [2] 66:14 85:18
already [1] 11:3
angle [4] 30:23 32:2 33:24,25
announcement [2] 44:20 46:24
another [7] 19:16 23:16,23 35:20 39:13 51:
   24 66:18
answer [5] 41:10 47:4 67:19,22 85:2
answers [1] 9:25
antoine [119] 4:20 7:18 12:2 16:3,5,15,16 18:
   13,17 19:3 20:22 25:13 26:2,5,8,11 27:3 28:
   25 29:6 32:3,14,24 33:9,15 35:11 37:8 38:14,
   24 39:10,13,19,24 41:24 42:4,8,16,20 43:3,
   18 45:7,16 48:12,14,19,23 49:3,4,7,13 50:4
   51:3,10,18 52:14,15 53:6,12,14,18,24 54:4,6,
   16,18,25 55:12,17,17,23 56:3,11 58:2,9,11,
   17,20 60:12,14,15 61:10 62:24 64:21 65:5,
   16,20,23 66:5 67:5 68:9,23 69:4 70:2,5,8,17
   71:2,17,21 74:2 75:2 76:10 77:7 81:5,17 82:
   3,10,22 83:14 84:24 85:4,7,12,18 86:4,19 87:
   22 89:6 90:16
anybody [4] 23:9 62:15 71:10,24
appear [1] 77:15
appeared [1] 63:14
appears [7] 75:12 77:4 79:18 80:5,6,9 94:13
apprehend [2] 36:12 52:14
apprehended [3] 82:4,16 83:14
apprehending [2] 36:21 38:14
apprehension [2] 82:6,10
approach [1] 17:18
approximate [7] 17:23 30:7 33:3 54:21 61:
   24 66:10 67:15
approximately [3] 30:25 57:16,23
area [8] 20:13,24 66:22,25 73:17 76:5 78:2
   85:21
argue [2] 75:21,22
arms [1] 58:21
around [10] 43:13 49:20,22 51:4 57:18 69:13,
   21 70:3,4 81:18
arrest [7] 47:18 91:18,20,23
arresting [1] 83:19 91:22
arrived [7] 10:4,4 14:15,22 15:12 17:20,24
aside [12] 9:3 11:18 24:18 26:11,15 27:8 32:
   9,15 43:6 66:13 74:15 85:13

aspects [1] 35:24
assigned [5] 6:9,14,22 7:3,5
assignment [1] 6:4
assist [3] 11:2,21 12:8
assists [1] 7:15
assuming [1] 81:3
attached [1] 45:6
attention [1] 89:9
attorneys [3] 2:6,12 3:3
avenue [11] 4:15 11:10,17 15:18,20 18:9,20
   30:13 31:17 32:24 74:16
awaiting [1] 16:18
aware [5] 12:25 13:5 23:15,19,23
away [9] 14:3 46:18 60:17 63:5 66:8 90:18,
   22 91:5,9

## B

back [13] 4:22 7:17 24:10 34:2 41:13 43:13
   53:12,15,19 54:5 55:11,17 89:22
backed [1] 61:15
backing [4] 58:6 61:14 87:22 88:5
bader [1] 4:19
based [2] 67:14,15
basically [1] 28:22
basis [1] 25:20
began [2] 61:19 70:20
beginning [1] 8:11
behind [17] 35:11 39:11,14,20,23 41:18,24
   42:4 43:15 50:13,19 52:6 53:20,22 55:14
   66:15 85:18
believe [12] 7:8 8:17 9:14,21 12:11,12 14:19
   40:4,9 52:22 74:18 80:18
believed [3] 16:15 25:13 26:2
besides [2] 74:17 89:18
best [1] 87:16
between [10] 1:24 3:3 11:16 13:24 15:16,17
   43:3 51:3,17 85:4
beyond [2] 48:24 49:2
bill [1] 91:13
bit [2] 55:2,3
black [2] 40:3 41:23
bleeding [4] 82:23,25 83:7,12
block [3] 20:9,11 42:5
blood [1] 94:16
blurry [1] 84:10
body [2] 82:23 83:7
books [1] 35:23
bosses [2] 15:6,7
both [2] 28:12 58:18
boulevard [3] 11:16 15:17,19
break [1] 72:23
brian [1] 21:9
bring [5] 29:13,20,21 31:23 45:21
broadway [1] 6:5
brought [7] 29:18 33:13 34:10,24 39:7 55:15
   57:4
bso [13] 6:15,18,23,25 7:8 10:11,13 11:2 13:
   17 14:2 19:25 51:23,24
building [1] 17:7
bullet [10] 68:24 69:12,19 75:12,15 76:4,16
   77:16 79:10 83:9
bunch [2] 13:3 15:5
bureau [4] 6:15 7:9,11 21:12
bushes [3] 71:3,4,5

buttons [1] 45:20

## C

call [6] 7:14 13:25 28:21,21,24 41:12
called [1] 44:25
calls [1] 14:2
came [21] 8:24 16:25 17:7 29:12 32:18,19,25 33:7 35:20 41:18 43:16 44:13 51:4 57:6 66:18 73:23 74:2 80:11 84:21,24 85:24
car [138] 13:17,18,24 18:24 19:8,18,20 26:21 28:24 29:3,10,18 30:4 31:13,23 33:2,5,7,8,8, 10,12,13,15,16,17,19,20 34:3,5,6,11,24 35:10,11 39:10,23 43:11,13,15,16,23,25 44:10, 12,17,21,22,23 45:3 46:10,11,14,16,20,21 47:11,14,15,16,20,21,23 48:4,8,10,16,18,19,19, 23 49:9,10,11,11 50:12,14,19,22 51:5,10,14, 21,22,23,24 52:2,5,17 53:8,12,15 57:4 58:2 59:16,18 61:3,5,19,22,22,24 63:7,17,18,18, 19 64:9 65:12 66:18 69:20 70:2,3,4 71:2 75:3 76:10 77:3,5,8 78:2,9 83:25 84:3,21 85:7, 18 87:12,20,22,23,25 88:17,18,25 89:6,23,25
carlstrom [2] 15:11 23:3
carney [6] 15:11 22:13,24 89:20,24 90:7
cars [7] 13:25,25 14:2 17:19 28:19 51:5 88:10
catalyst [1] 25:9
cause [3] 13:23 27:16 79:11
caused [1] 79:8
ceased [2] 13:6,10
certain [3] 35:24 38:2 76:15
certainty [2] 9:24 10:3
certification [2] 3:5 94:2
certify [1] 94:5
change [2] 13:23 42:14
changed [3] 12:24 14:3 18:23
changes [1] 11:13
charge [2] 91:15,16
chasing [1] 91:8
chief [1] 1:9
circumstances [3] 37:25 91:14,22
city [1] 23:18
civil [2] 1:5,23
clear [3] 51:8 70:19,19
close [4] 17:16 42:8 59:13,14
closer [2] 42:6 53:23
clothes [3] 56:19,22,24
codignotto [1] 1:9
collision [1] 89:5
color [2] 14:9 75:21
colored [7] 29:5 56:21,21,25,25 75:4 76:11
come [7] 17:5 33:5 35:11 43:23 44:17 45:3 55:8 81:8
coming [17] 8:20 9:5,8 20:16,21 21:3 25:12, 25 29:2 39:10,14,20,23 50:25 51:5,9 64:8
comings [2] 20:12,15
command [1] 45:18
commencement [1] 94:10
commissioner [1] 7:4,8,9
commissioners [1] 1:10
committed [1] 91:6
communication [6] 10:18 14:23 19:21 28:22 44:18 46:3
communications [13] 14:17 19:23 20:4,7, 25 21:6,20,23 22:3,7,12,17 23:2

concentrate [1] 32:13
concentrating [2] 45:15,16
conditions [1] 57:7
connected [1] 94:16
consider [2] 75:8,9
considered [1] 7:6
consistency [1] 14:4
consistent [4] 90:18,21 91:2,9
contact [1] 81:8
continued [3] 70:2 73:2 90:14
controversy [1] 94:19
conversation [7] 10:24 11:20 12:4,6 16:10, 12 24:3
conversations [4] 15:21 18:3 22:16 25:3
converse [1] 15:24
corner [1] 85:21
correct [23] 18:15 37:9,10,11 42:17 43:4 48:8,25 49:5,6,21 50:23 58:13 70:22 75:15,23 76:16 77:21 84:13,14 87:22 88:19,22
couldn't [5] 30:6 43:14 67:18,21 86:2
counsel [3] 1:24 94:13,20
count [4] 39:5 67:18,21,23
county [14] 1:6,6 2:11 5:9,10,16,22 6:20 7:12, 16 37:16 38:4,7 46:2
court [2] 1:2 3:16
crime [6] 79:18,20 84:18 91:2,6,10
cross [1] 50:13
cuffs [2] 83:21,24
current [1] 4:13
currently [1] 6:25

## D

dark [4] 14:12 56:20,25 57:7
date [9] 7:22,25 26:24 27:11 72:22 73:8 80:16,20 82:2
day [11] 7:20 8:5 12:15 26:10 56:16,20 80:25 81:3 92:4,11 94:22
decided [2] 35:12 44:14
defendants [2] 1:12 2:12
delay [1] 38:13
dennehy [3] 89:21,23 90:7
department [7] 5:11 7:13 23:18 37:17 38:4,7 46:2
depend [3] 8:14 37:25 38:11
depending [1] 17:9
deposition [1] 1:18 3:12 13:2
deputy [1] 1:8
describe [12] 14:11 24:9,21 27:18 33:14,22 34:8 39:24 58:24 62:8 86:18 88:24
described [2] 90:24 91:8
describing [1] 30:11
description [3] 26:18 29:25 93:12
detective [1] 71:11
detectives [7] 71:13 72:4,5 84:4 91:13,17,25
devised [3] 17:6,14 23:5
different [7] 30:5,9 31:9 75:4 77:12 78:13,15
dinnertime [1] 57:18,21
dionisio [3] 1:21 94:4,25
direct [1] 35:19
direction [34] 28:4,6,9 29:21 30:14,16,21 31:2,6,12,14 32:3 33:10 42:13,21 43:6,8,10,12 52:6 61:7,8,12,13,16 63:10,13,14,16 68:8 86:10 88:7,18 94:12
directions [1] 45:8

directly [4] 53:22 55:11,14 94:18
discuss [2] 9:7 40:22
discussing [1] 87:4
disregard [2] 37:23 38:10
distance [8] 31:12 48:11 49:12 54:5 55:16, 25 56:4 61:6
district [1] 1:2
doe [1] 1:11
doing [9] 9:16 12:5 48:15,17 53:25
done [1] 47:6
door [4] 47:17 47:25 48:2 68:20,25 69:6,13, 21,22 75:23,25
double [1] 31:20
down [5] 42:5 50:21 65:9,10 71:24
drawn [2] 47:17 60:25
drive [3] 30:4 59:24 64:22
driven [2] 25:13 26:2
driver [2] 44:10,12
driver's [5] 19:10 46:21 63:20,22,25
driving [16] 16:17 17:2,2,18 19:11 26:21 27:20 28:25 29:4 36:7 59:9,11,12,13 89:12,24 90:2 91:11
drove [3] 17:4 58:2 88:17
duly [2] 4:4 94:9
during [11] 11:20 14:17 16:10 19:7,19 24:25 34:22 57:9 62:11,18 90:3
dutch [1] 6:5
duty [3] 8:4 9:12,17

## E

each [2] 28:4,8
earlier [1] 87:3,21
early [1] 6:2
east [19] 18:5 28:7 29:24 30:18 33:18,19,23 39:9 43:14,16 50:17 63:11,12 70:3,10 71:3 88:8,20 89:4
eastbound [3] 25:12,25 29:2 32:8,10,16 51:6,12 86:5,7,10,13,15
easterly [3] 28:6 31:14 88:18
eastern [1] 31:4
effect [1] 3:14
elect [2] 40:22 41:6,8 47:6 59:14
elmont [1] 6:6
employ [1] 94:19
employed [6] 5:6,8,16,18 23:17 38:6
endangerment [5] 91:3,10,15,19,24
ended [1] 89:5
enforcement [2] 5:19 35:24
engine [1] 88:12
enough [2] 28:15,18
enter [1] 31:4
entire [3] 42:13 71:18,19
entirety [1] 12:4
equipped [2] 43:23 44:17
equivalent [1] 37:12
esq [2] 2:8,14
estimate [7] 55:5 62:20,23 63:3,7 89:11,15
even [1] 28:19
events [4] 9:7 24:17,18 90:24
eventually [12] 25:7 29:13 31:23 42:16 52:15 55:8 58:3 59:16,18,20,25 82:3
everything [4] 88:24 91:7
everywhere [1] 77:4
exact [1] 30:6

exactly [5] 19:5 31:10 33:2 46:17 66:22
examination [6] 4:9 73:2 86:25 90:14 93:4
 94:15
examined [1] 4:6
except [1] 3:8
excuse [1] 39:9
exhibit [6] 72:21 76:25 78:20,25 79:15 81:25
exhibits [2] 73:7 93:10
exit [1] 16:18
exited [5] 48:4,18,19 49:16 87:23
extremely [3] 34:12,13,16
eyes [2] 42:13 62:21

**F**

facing [6] 33:8,10,12 34:3,6 53:2 64:3,3
fact [4] 32:9,15 38:13 74:15
falling [2] 12:19 13:6
familiar [2] 19:13 26:23
fantastic [1] 86:17
far [7] 24:15 30:4,7,25 44:24 46:4,18 54:13,
 17 55:3 60:17 61:20 63:5 66:6,11 71:22 86:9
fast [8] 55:24 62:4 63:3,5 88:11 89:11,13,14
february [1] 94:22
federal [1] 1:22
feet [3] 54:23 66:7,7
fifth [6] 6:5,9,12,18,24 7:5 9:14,21
fighting [1] 82:20
filing [1] 3:5
fill [1] 83:22
find [2] 45:19 46:9
fine [1] 24:23
finger [1] 86:19
fire [7] 52:20 53:3 64:16 65:2 68:23 69:4,12
firearm [1] 87:18
fired [22] 52:24 65:25 66:17 67:8,11,17,20 68:
 4,5,7,8,9,11,14,16,19 69:24,25 70:21 76:4
 86:4,20
firing [1] 69:9
firm [1] 14:19
first [18] 4:3 6:4 7:5 29:9 30:12 31:4 40:16 41:
 23 42:2,10,19 44:13 45:19 47:11 74:3 82:15
 83:2 88:20
fits [1] 91:13
five [4] 6:11 17:25 54:23 66:6
fix [1] 13:25
flanagan [1] 1:8
flash [2] 87:9,11
fleet [1] 13:24
focus [1] 42:14
follow [3] 37:19 38:8 82:12
following [2] 6:12 41:2
follows [1] 4:7
foot [6] 17:18 20:20 53:20 56:13 66:12 89:6
footage [1] 30:6
force [2] 3:14 36:3
forget [1] 72:12
form [1] 3:9
formed [1] 25:20
forward [10] 59:20,21 60:17 61:18,19 62:2,4
 63:2,8 64:8
found [2] 67:9 89:8
four [1] 17:25
fourth [2] 6:24 7:5
franklin [4] 4:15 11:17 15:17,20

front [19] 32:20 33:8 34:3,6 48:11 49:13,18
 54:6,17 55:18 60:18 61:20 63:17 66:2,21 68:
 23 69:4,20 89:21
full [1] 4:10
function [1] 7:12
further [10] 3:7,11 14:16,23 15:20 19:21 66:8
 86:23 90:10 92:3

**G**

galant [2] 59:22 62:3
gas [1] 88:11
general [6] 15:25 20:13,24 26:18 66:22,25
generally [3] 7:4 20:8,10
geographically [1] 15:15
getting [4] 9:18 19:20,23 44:9
give [6] 11:4 44:11 45:18 64:2 67:18,21
given [3] 45:7 62:12,15
giving [3] 20:25 21:6 44:9
glance [3] 27:18,19,20
goal [1] 23:6
goings [2] 20:12,15
got [31] 5:4 9:20 10:3,8 13:16 14:24 15:3,13,
 19 16:8 28:21 30:10,18 42:6 43:11 44:14 47:
 11,20,21,23 48:8,9,10,15 50:9 53:7 70:22
 85:6 88:25 89:9
gotten [1] 86:16
graduate [1] 5:25
graduated [1] 6:3
graham [40] 11:9,10,10,11,11,12 16:17 18:20
 26:2,25 28:7 29:12,15,19,21 30:13 31:5,17
 32:24 53:2,16,17,20 73:13,15,20,21 74:7,9,
 10,11,13,16,18,19,21 84:8,9,12 88:18
grand [1] 72:15
gray [4] 14:10,12,12,13
green [4] 75:6,7,8,20
ground [1] 71:5
guess [3] 45:11 59:25 80:24
guide [3] 37:11,12,14
gun [17] 47:17 53:4,9 60:25 61:3 64:17 65:5,
 7,10,14,16,20 68:24 69:12 83:15,16,17
guns [1] 65:23
guys [1] 13:25

**H**

hand [2] 46:19 94:21
handcuffed [5] 82:16 83:6 88:21 89:2,8
handcuffs [3] 82:11,18 85:8
handed [1] 5:5
hands [3] 59:6,7
happen [1] 69:8
happened [9] 10:7 23:20 69:23 71:25 73:21
 80:4,8 85:14 88:25
happening [1] 69:24
hard [1] 76:13
hear [2] 64:17 88:14
heard [11] 23:21 25:24 53:8 64:19,22 65:4,8,
 25 66:16 68:4,7
hearing [1] 25:19
held [1] 94:6
hempstead [17] 10:9,10 11:3,19 12:7 13:16
 14:16,22,25 15:3,13,13 17:21,24 26:14,16
 74:16
hereby [3] 3:2,6 94:5
herein [2] 4:3 94:13

hereto [1] 3:4      97
hereunto [1] 94:21
hiding [1] 27:17
high [7] 67:23 89:3,10 90:17,20,25 91:7
himself [1] 37:23
hit [6] 43:13 45:20 50:12 51:14 52:5 88:11
hole [3] 79:5,8,11
holes [3] 75:13 76:16 77:16
homicide [3] 11:21 12:8 26:12
hour [5] 27:24 34:17,20,25 61:6
hours [1] 8:7
house [9] 16:16,19,21,25 17:9,17 18:5,16 27:
 3
houses [2] 20:17
however [1] 62:25
hunter [1] 1:10
hurriedly [2] 58:23,25

**I**

idea [2] 49:15 54:9
identification [12] 72:21 73:7,10 74:24 76:8,
 25 78:20,25 79:15 81:12 82:2 84:6
impression [1] 36:19
incident [40] 4:21 8:2,5 9:12,13 12:15 23:11,
 16,17,24 24:4 26:4,7,10,24 27:12 42:14 43:2,
 7 57:2,9,14 70:20 71:7,7,15,18,19 73:19,20
 74:6 80:4,8,17,20,25 81:4 84:17 85:3,11
independent [1] 44:23
index [1] 93:2
indicate [3] 36:8 75:12 76:15
indicating [7] 9:2 64:5 75:8 76:18 77:18 86:
 11,12
indirectly [1] 94:18
individual [1] 23:24
informed [1] 38:24
initially [1] 30:20
inside [3] 58:17,20 59:7
inspect [1] 83:25
inspected [1] 84:3
instructed [2] 12:7 35:14
instruction [1] 16:24
interested [1] 94:17
intersection [12] 11:14 26:24 30:10,12 31:2
 33:4,6 57:11 79:25 80:7 84:16 85:13
interviewed [5] 71:10,12,16,18,20
investigating [1] 11:25
investigation [2] 11:23 12:8
involved [6] 13:10 23:16,21 82:6,9 90:20
involving [2] 23:18 85:12
itself [1] 78:6

**J**

jeep [5] 13:19 14:8,9 40:2 52:3 89:25
john [8] 1:10,10,11 2:8 4:18 15:11 22:13,24
jury [1] 72:15

**K**

k-turn [1] 30:2
keep [2] 9:23 42:13
keith [50] 12:11,12,14 13:10 19:7,20 23:16 24:
 3,10,24 25:4 39:14,21 43:3 44:8 46:23 47:12,
 23 48:10,15,24 49:5,12,23,25 51:3,17 52:6,
 18,20,24 54:6,8,9 60:20,22,23 64:13,16,23
 66:2,4 70:13,16,18,21,24 71:3 85:4,12
kevin [3] 15:10 22:4,23

98

killing [2] 26:14,16
kind [7] 7:7 10:2,18 58:15,16 88:9 89:23
kindly [1] 79:15
knatz [93] 1:19 4:12,17 5:1 6:1 7:1 8:1 9:1 10:
  1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:
  1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:
  1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:
  1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:
  1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1
  87:1,2 88:1 89:1 90:1 91:1 92:1 94:6
knowledge [1] 87:16
known [1] 13:21

## L

lane [9] 28:4,8,11 30:12 31:4 32:23 50:18 51:
  12,12
lanes [4] 28:3 30:17,19 31:16
lanzalotto [6] 40:7,10,14,23 55:8,19
laserna [10] 2:14 46:25 47:3 62:5 72:23 79:
  12 86:25 90:10 91:4 93:6
last [7] 41:13 70:20 86:16
late [1] 17:22
law [6] 4:18 5:19 35:24
lawrence [1] 1:7
leads [1] 74:17
learn [3] 16:8,14 26:11
learned [1] 16:10
least [1] 77:16
leave [1] 16:21
left [25] 14:14,18,19,21 26:22 29:7 32:20 34:9
  39:12,16 54:11,14 60:23,24 64:2,12,24 66:3,
  6,6,9,11 77:22,24 82:12
leftmost [1] 78:5
length [6] 61:22,23,25 63:7 77:12 78:12
lengths [1] 78:17
less [6] 34:17,19,24 54:23 61:6,22
lesson [1] 35:23
lessons [1] 36:2
license [1] 77:6
light [6] 14:11,13 29:5 56:21,24 57:13
lighting [1] 57:7
lights [31] 34:25 35:7,20 36:9,14,17,20 37:7
  39:11 40:15,20,24 41:4,9,17,20,25 42:6,7,9
  43:21 87:3,5,6,6,7,8,11,13 90:4,8
limit [3] 27:21,22 89:16
line [4] 31:20 75:20 78:7,8
lines [11] 75:10,11,18 76:14,15,20,22 77:9,11,
  13 78:11
lit [2] 57:8,24
little [19] 13:23 18:6 29:23,24 30:4,8,15,17,18
  33:18,22 53:13 55:2,3,25 61:5 77:12 83:13
  89:4
located [3] 74:11 77:9 80:13
location [1:21] 66:14,11 4,7 17:9 19:2 21:14 22:
  2 23:6 25:2,5 28:2
long [11] 5:15 6:9 10:5 12:14 18:22 19:3 38:
  23 39:3 43:20 47:19 62:25
look [15] 27:8,14 39:16 42:21,24 43:7,10 51:9
  73:11 74:25 77:2 78:21 79:2,16 81:11
looked [12] 27:4 39:9,12,16,18 40:13 41:22

42:2,12,19 43:12 50:16
looking [22] 41:19 42:15 43:6 50:7,11,24 51:
  5 58:6,10,11,14 59:5,16 60:11,12,14 64:6,7,
  9 73:22 77:25 80:10
looks [1] 75:24
lot [3] 32:12 54:2 88:2
loud [2] 88:16,16
loudspeaker [1] 44:19

## M

made [4] 23:13 52:4 58:20 90:15
magistrate [1] 41:12
mail [1] 5:4
manner [2] 29:6 58:22
many [6] 20:3 28:2 67:7,11,16 68:16
map [1] 18:10
mark [2] 73:3 81:21
marked [12] 72:18,19 73:5,9 74:23 76:7,24
  78:19,24 79:14 81:23 84:5
markings [1] 77:5
marriage [1] 94:16
matter [1] 94:18
mccarthy [3] 15:10 22:4,24
mean [11] 17:12 28:2 33:16 37:13 48:16 49:2
  56:20 58:24 63:17 87:4 88:4
means [1] 17:10
measure [3] 31:3 54:22 89:13
medical [1] 89:9
meet [1] 15:3
megaphone [2] 44:18 45:4
member [1] 21:12
mentioned [1] 87:25
michael [4] 1:18 4:12 93:5 94:6
middle [3] 31:19 51:15,16
might [3] 11:12 27:17 83:4
mike [6] 45:2,17,19 46:9,12,15
miles [5] 27:24 34:17,20,25 61:6
millionth [1] 60:4
mineola [2] 2:13 4:15
mitsubishi [4] 29:5 59:22,22 62:3
molding [3] 75:24 76:2 78:2
morning [1] 4:17
most [1] 7:13
mostly [1] 33:12
move [3] 25:20 28:22,22
moved [1] 25:7
movements [1] 58:15,16,19
moving [10] 32:23 48:17 50:16 58:21 59:10,
  11,13 69:9,14,16
mow [1] 76:7
much [6] 37:3 51:15
multicolored [1] 87:10
mulvey [1] 1:7
myself [1] 23:8

## N

name [4] 4:10,17 12:2 24:6
nancy [3] 1:21 94:4,25
nassau [13] 1:6,6 2:11 5:9,10,16,22 7:12,16
  37:16 38:4,7 46:2
never [2] 45:24,25
new [9] 1:22 2:7,7,13 4:5,15 23:17 74:16 94:
  5
next [2] 39:22 70:24

night [2] 8:6 9:12
nine-millimeter [5] 52:22,25 53:4 64:17 79:
  10
nobody [4] 5:4 47:9 51:9,13
noise [5] 54:2 88:2,9,10,16
nonevent [1] 13:12
nonnenmacher [17] 2:8 4:9,18,19 36:23 41:
  11 72:17 73:2,3 81:21 86:22 87:3 90:12,14
  92:2 93:5,7
nonparty [1] 1:19
nope [1] 18:21
nor [1] 94:19
north [4] 18:6 66:19 88:20 89:4
northeast [4] 18:13 19:2 63:19 64:5
northwest [1] 57:5
notary [5] 1:21 3:13 4:4 92:13 94:4
noted [1] 92:5
nothing [2] 16:4 92:3
number [2] 4:21 13:20
numbers [1] 13:24
numerous [1] 87:11

## O

o'clock [1] 17:25
o'connor [2] 21:9,10
objection [4] 46:25 62:5 79:12 91:4
objections [1] 3:8
observations [4] 32:6,11,17 90:15
observe [3] 47:14,24 52:20,23 58:5,19 59:
  15 60:8 61:16 65:22 70:8,11 90:6
observed [6] 48:21,23 54:16 56:11 61:10 63:
  8
obviously [1] 24:24
occurred [13] 4:22 7:20 9:8 11:20 42:14 43:
  4,7 57:15 71:14 79:25 84:17 85:4,12
office [4] 5:3 6:18 10:11,13
officer [43] 1:11,18 4:17 5:13,15 6:7,23,25 9:
  8 12:20 21:5,7,10 35:20 36:11,20 37:19,22
  38:6,14 40:5,7 47:13,19 48:18 49:8 56:7,10
  62:12,20,66 14 68:22 69:3 62:15 83:19 85:
  18 87:2,17,19 89:20 90:7,7 91:23
officers [23] 10:14 11:2 13:3,9 15:4,5,14,21,
  25 17:8,15 18:3 19:25 21:4 35:17 56:5,13,15
  65:13,19,22 82:21 89:21
officers' [1] 23:6
offices [1] 6:19
okay [1] 80:3
once [10] 10:7 14:24 15:3,19 16:8 17:7 18:2
  39:7 51:8 52:4
one [29] 1:14 21:5,7,8 28:4,8 44:21 59:25 60:
  4,6 66:24 67:20,23,24 69:5 75:5,5,5,20,22
  76:18 77:17,19,20 78:3,4,4 80:22 82:18
ones [1] 56:18
only [3] 61:24 63:7 66:24
open [1] 69:22
opened [2] 47:25 48:2
operating [3] 14:5 40:10 59:2
operations [4] 6:15 7:9,11 21:13
opposed [2] 12:4 16:9,24 45:4
opposite [1] 48:9
oral [1] 10:21
order [4] 59:21 60:17 70:4 81:18
ordered [2] 10:9,10
orders [3] 44:9,11 45:8

ordinance [1] 28:16
ordinances [1] 80:24
other [19] 5:19 9:4 15:4 18:23 19:25 32:10,16
42:21,21 43:8,10 56:4 59:19 65:19 66:16 76:
19 81:15 84:10,18
out [40] 12:19 13:6 16:25 17:3,4,5,7 29:11 43:
11,16,17 44:9,14 47:11,14,15,16,19,20,21,22,
23 48:8,9,10,16 49:11,11 53:7 56:5,8,9,13
57:13 61:3 67:9 70:16,22 83:22 85:6
outside [1] 24:13
over [11] 6:19 10:22,25 21:3 25:15,16,19 45:
18 71:3 76:20 89:15
own [4] 35:13 38:18,21 67:16

P

p.m [1] 17:25
page [2] 93:4,12
panel [1] 53:23
paperwork [1] 83:22
parallel [1] 33:16
park [1] 28:19
parked [1] 18:24
parking [2] 28:11,14
part [9] 30:18 33:7,8 34:2,5 44:22 68:13 89:
18 90:25
participate [1] 7:18
particular [13] 6:16,22 10:12 11:4,14 12:19
13:20 16:18 21:5 27:15 38:12 56:23 78:12
particularly [1] 73:17
parties [3] 3:4 94:12,17
partner [5] 4:18 12:11,15,17 24:12
partners [5] 12:23,24 13:7,11 24:14
parts [1] 87:11
pass [2] 27:11 31:8
passed [5] 27:7,10,14,21 71:2
passenger [14] 19:16,18 34:7 46:20 68:19,
25 69:5,13,21 75:23 77:20,23 78:2,8
passing [1] 27:9
past [4] 63:22 88:18,25 91:6
patrol [4] 27:2 37:11,12,13
pattern [2] 27:25 29:17
pedestrians [1] 20:19
pen [1] 86:19
peninsula [3] 11:16 15:17,19
people [6] 7:13 20:13,16,18,20,21
percent [4] 8:17 9:15,22 14:20
period [4] 24:25 31:12 60:7,16
peripheral [1] 64:24
perpendicular [4] 33:16,20,21,21
person [4] 10:12 24:6 37:4 38:12
pertain [2] 36:2,5
peter [1] 2:14
phone [4] 10:22,25 16:10,11
photo [2] 79:21 86:2
photocopy [4] 72:20 81:24 93:13,15
photograph [34] 72:20 73:12,18,23,25 74:6,
12,25 76:9 77:24 78:5,12,22 79:3,6,17,23 80:
11,14 81:24 84:7,20,23 85:2,10,11,17,20 86:
6,8,14,18 93:13,15
photographs [3] 73:6 78:14 93:14
photos [1] 84:18
physically [1] 15:13
physics [1] 60:5
physics-wise [1] 59:25

pick [2] 45:17 46:4
picking [1] 45:4
picture [1] 26:19
pictures [1] 84:11
piecemeal [1] 12:5
pink [3] 75:5,7 78:4
place [5] 1:20 6:19 17:7 43:2 94:8
plainclothes [2] 7:15 56:17
plaintiff [2] 1:4 2:6
plaintiff's [15] 72:18,21 73:6,10 74:24 76:8,
25,78:20,25 79:6,15 81:11,25 84:6 93:12
plan [5] 17:6,14 23:5,13 41:3
plates [1] 77:6
please [6] 4:11,14 72:18 73:4,11 81:22
point [15] 32:4 60:2,6,20 61:2 64:13,20,22 65:
14,16,19 77:15 86:8 88:17,21
pointed [4] 65:5,7,10,23
pole [5] 80:13 81:8,9,13,14
poles [1] 80:22
police [80] 1:7,11,18 5:10,13,15,22 6:7,25 7:
13 9:8 10:14 12:20 13:3 14:5 15:5,21,25 17:
8,15,19 18:3 19:25 21:4,5,7,10 23:6,18 24:
17,18 35:10,17,20,22 36:11,20 37:4,9,16,19,
22 38:4,6,7,13,25 39:10,13,20 40:2 43:15 46:
2 47:13 49:11 51:5,21,22,23,24 56:5,13,15
62:12,19 65:13,19,22 66:16,18 68:22 69:3
87:7,12,20 89:20,21,25 90:4 91:8
portion [6] 37:2 41:16 74:12 78:5 82:23 83:7
position [10] 18:22,23 19:4 34:9,23 37:6 57:
5,5 60:9,15
positioned [1] 78:18
possible [5] 18:10 38:20 45:11 47:8 69:6
precinct [14] 6:5,10,12,18,22 7:3 8:10,15 9:
14,21 14:15,19,19 16:11
precincts [2] 6:20,24
prepare [1] 71:6
present [4] 21:14 39:2 56:16 67:10
presently [1] 5:6
pretty [2] 37:3 51:15
prevent [1] 67:5
prevented [2] 51:20 81:4
prior [8] 5:18 12:15 23:15,24 26:4,7,24 43:17
probably [6] 8:9 28:25 34:21 75:2 76:10 84:
2
procedure [2] 1:23 41:3
procedures [4] 38:2,3,8,10
proceeded [1] 51:9
promulgated [2] 37:16 38:3
proximity [1] 17:17
public [5] 1:21 3:13 4:4 92:13 94:4
pulled [3] 29:11 57:11
purpose [4] 67:3 75:11,17 76:21
purposes [1] 14:4
pursuant [4] 1:22,23 4:23 90:17
pursuit [5] 89:3,7,10,18 90:3,21,25 91:7
put [20] 23:7 34:25 35:6,19 36:9,14,17,20 37:
7 39:11 43:21 44:2,4 72:7,10 82:11,18 83:21,
24 85:7

Q

quarter [1] 53:23
question [8] 3:9 41:8,14 85:5,9,15 86:16,17
questions [6] 4:21 9:24 10:2 85:3 86:23 90:
11

quick [3] 62:10 63:3,4
quickly [1] 27:10

R

radio [3] 21:3 25:15,17,20 45:18
rate [3] 34:8 62:6,8
read [2] 41:13 77:6
ready [3] 9:18,20 10:3
real [1] 59:14
really [5] 5:5 23:20 64:2 76:19 77:17
rear [9] 49:17,19,20,22 50:9,13,21 51:4 53:23
reason [8] 12:22 27:15 35:6,9 44:4,7,8 65:14
recall [30] 7:20 8:2,4,7 9:11,16,19 10:5,7,23
11:7,19 12:3,16 13:14,18 14:9 15:2,7,12 17:
20 18:16 20:6,10,15 21:2,23 22:6,10,15,19,
22 23:4 25:2,19,23 27:3,6,8,22,25 29:3 31:
10,17,21,22 36:10,15 38:12,16,17,19 56:7,19,
23 57:6,14 67:7 69:24 71:9,14 72:9,13 81:17
receive [5] 21:20 22:3,12 23:2 36:16
received [5] 20:4 21:24 22:7,23 45:25
recess [1] 72:24
reckless [5] 91:2,10,15,18,23
recognize [13] 73:11,14,18 74:20,25 76:9 78:
21 79:2,16 80:3,7 84:7,16
recollection [5] 7:23 18:7,19 67:10 81:13
record [6] 4:11,14 37:2 41:16 70:19 94:14
recorder [3] 19:12,13,15
recorder's [1] 46:22
records [8] 8:19,21 9:4
recover [2] 83:16,17
recovered [1] 83:15
referred [1] 87:2
referring [4] 20:18,19 77:20 78:3
reflected [1] 23:12
refresh [4] 7:23 18:7,19 81:12
regarding [7] 4:21 14:24 71:7,18,25 72:11
85:3
regularly [1] 27:2
regulation [1] 37:15
regulations [2] 37:20,24
relation [1] 49:10
relationship [8] 24:10,13,22 33:14 49:9 53:
17 59:8 63:16
relayed [2] 25:15,16
remain [2] 19:4 29:16
remember [4] 12:6 16:22 35:21 72:5
repeat [1] 36:23
repeated [2] 36:25 41:15
reporter [6] 36:25 41:15 72:19 73:5 81:23 94:
2
reports [1] 71:8
represent [1] 4:20
represented [1] 94:13
requested [2] 37:2 41:16
reserved [1] 3:10
residence [2] 26:22 29:7
respect [10] 31:16 32:14 35:23 36:13 38:14
46:2 58:16 71:16,21 90:16
respective [1] 3:4
responsibilities [1] 19:17
responsibility [3] 46:23,23 47:5
restriction [1] 28:16
reverse [15] 54:17,19 55:2,3,24 56:12 58:3
59:3,19,21,24 61:4,11,12 87:14

review [3] 8:19,24 9:4
revolver [1] 52:21
richard [2] 15:11 23:3
ride [1] 14:17
right-hand [2] 46:10,16
road [3] 27:21,23 31:21
roadway [1] 50:11
robert [1] 1:9
rogich [50] 9:8 12:11,14,20 13:10 19:7,20 23: 16 24:4,10,24 25:4 39:15,21 43:3 44:8 47:12, 13,19,23 48:10,15,19,24 49:5,8,12,23,25 51: 3,18 52:6,18,20,24 54:7,9 60:20 64:13,16,23 66:2 70:14,16,21,25 85:4,12 87:17,19
rogich's [1] 46:23
rose [6] 18:7,9,9 84:8,9,12
rules [5] 1:22 36:12 37:15,20,23
runs [1] 28:7

**S**

same [9] 3:14 10:2 69:10 76:11,11 77:3,4,5,9
saw [33] 15:14 18:10 32:12,13 39:9,10,12,19 40:14,16 41:23 42:9 47:15,16 49:7 53:12,14, 18,24 54:4 55:23 58:6 61:14 63:4 64:21 70: 12,13,20,24 74:3 82:22 83:2 87:21
saying [4] 28:24 45:5 74:8,10
says [6] 73:13,16,20 74:13,13,15
scene [9] 16:2 20:2 66:16 67:12 79:18,20 82: 12,15 84:19
school [1] 36:7
screeching [1] 88:14
sealing [1] 3:5
seat [1] 19:10
second [4] 1:8 39:6 43:22 60:5
see [39] 21:16 23:12 29:6,9 32:3 41:12 43:14 48:3,5 49:3,8,25 51:2,17 52:15,18 53:3,6,11 56:10 59:3 60:10,22 64:16,23 70:16 75:4,10 76:18,20 77:17 78:11 79:5 80:13,22 81:14, 15 83:5,6
seeing [4] 16:24 27:6 51:20 56:7
semi-turn [1] 30:3
senses [1] 67:16
separated [3] 49:12 54:5 55:16
september [6] 4:22 7:17,24 14:4 24:10 57: 23
sergeant [6] 15:9,10,10,11 22:23,24
served [2] 5:2 9:4
service [2] 13:24 52:21
set [1] 94:21
seventh [1] 17:5
shall [1] 3:9
shooting [6] 23:18 26:14 69:16 71:17,21,25
shore [1] 17:6
short [1] 72:24
shot [17] 23:23,25 24:2,7,7,8 42:16,21 43:18 67:20 68:10 71:23,23 72:11 76:4 87:17 89:8
shots [20] 64:18,23 65:4,8,25 66:17 67:7,11, 16 68:4,5,7,8,13,16,19 69:5,23,25 70:21 86: 3,20
show [14] 18:11 73:9 74:23 75:14 76:7,24 78: 19,24 79:14 84:5 85:17,24 86:6,8
showed [1] 78:14
shown [4] 26:18 73:12 79:5 84:7
shows [1] 77:3
side [23] 15:16 16:16 29:11,15,16,17 46:10,

16,20,21 48:9 63:20,22,25 66:3,3 68:25 69:6, 13,21 77:20,23 78:8
sides [2] 17:9 28:12
sidewalk [5] 70:6 81:5,7,10,19
sign [2] 80:2,24
signed [1] 3:13
significance [2] 77:13 78:16
signs [3] 81:15 84:13,15
since [1] 5:17
sir [1] 90:15
siren [4] 43:24,25 44:2,5
sirens [2] 36:9,14,17,21 37:7
sit [2] 16:23 71:24
sitting [2] 19:19 39:22
six [1] 6:11
slow [3] 34:12,13,16 56:2 59:3
slowly [1] 56:4
small [2] 85:20,21
socialize [2] 24:16,19
solely [1] 86:17
somebody [12] 23:25 24:2,8 26:14,16 36:12, 21 62:12 67:14 68:22 72:11 76:3
someone [1] 35:19
someplace [1] 32:21
sometime [1] 57:18
somewhere [3] 54:11 60:24 70:15
somewheres [1] 31:19
sorry [1] 39:18
sound [1] 45:3
sounds [1] 53:8
south [15] 7:6 16:16 29:23 30:5,8,17 33:12, 12,18,22 70:3,10,15 71:3 89:5
southeast [2] 31:15 89:4
southwest [3] 30:20 31:2 32:3
southwesterly [1] 31:11
space [2] 28:15,18
special [4] 6:15 7:9,11 21:12
specific [2] 20:14 22:9
specifically [4] 17:2 46:7,8 71:20
specifics [1] 22:22
speed [15] 27:20,22 34:9 62:6,8,21,23 89:3, 10,14,16 90:17,20,25 91:7
speeding [1] 62:15
split [2] 39:6 43:22
spoke [1] 24:24
squads [1] 17:15
square [1] 14:12
stand [1] 68:23
standing [3] 49:23 66:2 69:3,11,14 76:4
start [1] 8:16
started [6] 9:11,17 13:15 54:19 62:2,3 63:2, 15
state [4] 1:21 4:5,13 94:4
states [2] 1:2 74:17
stationed [1] 18:12
stayed [1] 10:5
staying [6] 18:14,17 19:3 20:23 27:4 29:7
stenographically [1] 94:11
stepped [1] 49:10
sticker [1] 77:7
sticks [3] 75:5 76:11,12
still [6] 6:17,17 12:17 19:10 60:23 87:20
stipulated [3] 3:2,7,11
stipulations [1] 1:24

stop [31] 17:15,16,18 29:14,18,22 31:24 32: 18,19,25 33:5,7,13 34:11,24 39:8 55:9,11,16 57:6 58:3,5 59:16 60:2,17 73:23 74:2 80:11 84:21,24 85:25
stopped [23] 17:10,11 33:15 35:3 37:6 43:20 48:16,20,24 49:4,8,13 55:13 59:23 60:6,7,8, 9,10 62:25 66:14,15 85:18
straight [7] 61:7,12 63:9,12,14,15 69:15
street [16] 1:14 15:16 18:4,9 29:11,15,16,17 56:22,24 65:11 80:2,23 81:10 84:13,15
strobe [2] 87:8,10
struck [1] 50:25
struggle [1] 89:7
stuff [2] 77:12 84:19
subpoena [3] 1:23 4:24 5:2
subpoenas [1] 9:3
subscribed [2] 3:15 92:10
subsequent [1] 23:11
substance [5] 10:24 20:6 22:16 25:3,23
sum [5] 10:23 20:6 22:15 25:2,23
supervising [1] 13:9
supposed [7] 18:5 36:13,17,20 37:19,22 38: 7
suv [1] 14:7
swat [1] 17:14
sworn [4] 3:15 4:4 92:10 94:9
system [3] 44:18 45:8 46:3

**T**

talked [2] 35:15,16
taylor [64] 4:20 7:18 12:2 16:3,5,15,16 18:13, 17 19:3 20:22 25:13 26:3,5,8,11 27:4 28:25 29:7 32:14 33:9 37:8 38:15,24 39:10,24 42:4, 16,20 43:3,18 45:7,17 51:3,18 52:14,15 53:7 58:2,9,11,17,20 60:12,14,15 65:5,17,20,23 67:5 68:9 71:17,21 81:5 82:3,10,22 83:14 85: 4,7,13 87:14 89:11
taylor's [60] 32:4,24 33:15 35:11 39:13,19 41: 24 42:9 48:12,15,19,23 49:3,4,7,13 50:4 51: 10 53:12,15,19,24 54:4,6,16,18,25 55:12,17, 18,23 56:3,11 61:11 62:24 63:23,25 64:21 66:5,15 68:23 69:4 70:2,5,8,17 71:2 74:2 75: 2 76:10 77:8 81:17 84:24 85:19 86:4,19 87: 22 88:17 89:6 90:16
team [1] 7:14
ten [4] 34:20,25 61:6 66:7
term [2] 19:12,13
terms [1] 88:12
testified [5] 4:6 12:25 13:5 54:25 87:21
testify [1] 72:14
testimony [3] 94:6,10,10
there's [2] 28:15 76:13
though [1] 13:15
three [5] 67:9 69:4 76:14 77:11 90:12
throughout [2] 6:20 7:16
ticket [2] 62:13,16
tires [1] 88:14
today [10] 4:23 7:3 8:20,25 9:5,9 12:17,23 16: 23 24:22
together [2] 12:12,13
took [4] 43:2 61:3 79:20 89:18
top [1] 74:11
tour [7] 8:4,6,11,16 9:12,17 13:15
toward [1] 68:11

towards [5] 49:17 52:10,11,12 65:5
traffic [8] 27:25 28:3 29:17 30:13 31:4,17 32:
 23 50:18
trained [3] 45:23,24 62:20
training [2] 36:16 45:25
trajectory [1] 75:14
transcribed [1] 94:12
transcript [1] 94:14
transferred [1] 6:13
transpiring [1] 51:2
trash [1] 80:19
travel [19] 28:5 30:25 31:5 49:17 50:19 55:3,
 24 61:11,11 63:15 64:21 75:15 90:16
traveled [16] 13:14 30:8,20 31:11,13 32:2 34:
 22 55:2,25 56:3 61:5 81:7 86:4,9,20
traveling [11] 30:13 32:8,10,15,16 38:25 41:
 24 50:17 56:11 61:7 81:5
trial [2] 3:10 94:15
true [1] 94:14
try [1] 10:2
trying [5] 36:11 90:18,22 91:5,9
turn [1] 31:13
turned [2] 87:5,13
two [7] 31:16 39:6 43:22 66:25 76:19 77:16
 82:20
type [10] 13:13,18 22:6 28:16 29:3 41:3 44:18
 56:19 71:6,7
typical [1] 13:12

## U

u-turn [1] 30:2
under [3] 91:14,21 94:12
understand [3] 17:12 64:6 85:15
unit [1] 7:15
united [2] 1:2 74:16
unmarked [1] 40:2
until [10] 14:15,22 34:10,23 35:20 37:6 38:23
 42:20 53:8 62:25
up [38] 14:15,21 29:12 34:10,23 35:11 37:6
 39:10,20,23 41:18 42:20 45:4,17,21 46:4 53:
 12,15,19 54:5 58:6 61:14,15 66:19 68:24 69:
 5,21 74:13,14 75:25 76:2,5,16 87:22 88:5 91:
 12,17,25
updates [4] 22:8,18,20,23
using [10] 29:25 45:8 46:3 62:21 74:6 85:10,
 11,17 86:6,18

## V

various [5] 6:19 7:15 18:3 20:17 71:13
varying [1] 78:17
veer [3] 61:7,12 63:9
vehicle [120] 13:14 14:5 16:18,21 17:2 25:7,
 12,21,25 29:14,20 32:4,7,14,19,20,22,25 33:
 18 34:2 36:6 37:7 38:25 39:8,13,14,19,20,24
 40:5,8,11,14 41:23,24 42:9 43:14,17,21 44:
 15 48:12,15 49:4,4,7,14,16,17,18 50:4,10 53:
 18,19,21,22,24 54:4,6,17,18 55:2,7,12,15,17,
 18,18,23 56:3,8,9,11 58:17,20 59:2,7 60:11,
 16,18 61:11,17,20 62:21,24 63:4,21,23,25
 64:7,7,10,11,21 66:5,13,14,15,24 67:4 68:10,
 11,13,23 69:4 70:5,9,17,22 73:23 74:2 78:5
 80:11 81:18,18 84:24 85:19,24 86:4,20 90:
 16
vehicles [4] 50:17,25 56:5 66:16

verbally [1] 10:18
virtue [1] 84:13
vision [1] 64:24

## W

wait [2] 38:23 39:3
waiting [6] 16:20 22:2,13 24:25 25:4 35:10
waived [1] 3:6
walk [3] 50:19 52:5,8
walked [3] 17:3 50:21 52:9
walking [5] 16:25 17:17 51:11,13 52:10
wanted [4] 14:2 26:12,13,15
warrant [2] 26:13,15
way [15] 17:10 58:23,25 62:9 64:3,4,4,5 69:
 12 70:17 80:5,9 86:12,14 91:10
weapon [2] 52:25 65:2
wearing [3] 56:16,20,24
west [28] 1:14 11:10,11,12 18:20 28:7 29:23
 30:13,16 31:5,17 32:22,23 39:9 49:5 52:12
 55:13 65:13 66:8 73:13,14,20 74:7,10,16,18,
 19,20
westbound [7] 51:6,9,12 52:9,11 53:2 86:15
westerly [5] 28:5 29:21 30:14,16 31:6
western [2] 30:16 50:18
whatever [3] 31:12 56:4 60:7
wheel [5] 52:16 59:9,11,12,14
whereof [1] 94:21
whereupon [6] 36:25 41:15 72:19,24 73:5
 81:23
wherever [4] 10:4 13:15 14:21 16:11
whether [6] 16:25 23:25 56:23 81:17 90:6 91:
 13
whoever [1] 44:13
whole [2] 60:12,13
will [1] 41:12
william [1] 1:8
wind [3] 68:24 69:5,21
window [2] 68:15,17
windshield [4] 58:12 59:4 69:15,17
wire [1] 45:6
within [2] 3:12 94:14
witness [5] 1:19 4:3 93:4 94:15,21
witness(s [1] 94:9
wondering [1] 9:25
word [1] 19:16
words [1] 18:23
work [5] 5:4 9:18,20 10:3 21:13
works [1] 46:7
wound [3] 76:5,16 83:9
writing [8] 10:19,21 23:7,12 36:13 71:6 72:8,
 10
written [1] 38:3

## Y

yakaitis [1] 4:19
years [2] 6:11 12:16
yellow [4] 31:20 75:5,7 78:3
york [9] 1:22 2:7,7,13 4:5,15 23:17 74:16 94:
 5
yourself [1] 89:19

H & B REPORTING CO., INC
718-948-5835