# Exhibit Q



SHEET 1   PAGE 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------X

ANTOINE TAYLOR,                            :

                              Plaintiff,   :

         -against-                         :

NASSAU COUNTY, THE NASSAU COUNTY POLICE    :
DEPARTMENT, NASSAU COUNTY POLICE
COMMISSIONER LAWRENCE MULVEY, FIRST        :
DEPUTY COMMISSIONER ROBERT MCGUIGAN,
SECOND DEPUTY COMMISSIONER WILLIAM         :
FLANAGAN, ASSISTANT COMMISSIONER DAVID
MACK, ASSISTANT COMMISSIONER ROBERT        :
CODIGNOTTO, CHIEF OF THE DEPARTMENT
STEVEN SKRYNECKI, CHIEF OF PATROL JOHN     :
HUNTER, JOHN DOES COMMISSIONERS AND
SUPERVISORS, POLICE OFFICER KEITH ROGICH   :
AND JOHN DOE POLICE OFFICER,
                                           :
                              Defendants.
                                           :
------------------------------------------X

          Deposition of a Non-Party Witness,

EDWARD ALONGE, taken by Plaintiff, pursuant

to Subpoena, held at the NASSAU COUNTY,

OFFICE OF THE COUNTY ATTORNEY, One West Street,

Mineola, New York  11501, on December 23, 2011, at

9:40 A.M., before EILEEN WAIN, a Shorthand Reporter

and Notary Public within and for the State of New

York.

H & B REPORTING CO., INC
718-948-5835

SHEET 2   PAGE 2

```
 1                              Alonge

 2          A P P E A R A N C E S:

 3                    BADER, YAKAITIS & NONNENMACHER, LLP
                      Attorneys for Plaintiff
 4                        350 Fifth Avenue
                          New York, New York  10118
 5
                      BY:   JOHN J. NONNENMACHER, ESQ.
 6

 7


 8                    NASSAU COUNTY
                      OFFICE OF THE COUNTY ATTORNEY
 9                    Attorneys for Defendants
                          One West Street
10                        Mineola, New York  11501

11                    BY:   PETER LASERNA, ESQ.

12                        (File #10X44051)

13

14                              *       *       *

15

16

17

18

19

20

21

22

23

24

25
```

SHEET 3   PAGE 3

```
 1                      Alonge
 2            FEDERAL STIPULATIONS
 3            IT IS HEREBY STIPULATED AND AGREED
 4      by and among counsel for the respective
 5      parties hereto, that the filing, sealing,
 6      and certification of the within
 7      deposition shall be and the same are
 8      hereby waived;
 9                 IT IS FURTHER STIPULATED AND
10      AGREED that all objections, except as to
11      the form of the question, shall be
12      reserved to the time of the trial;
13                 IT IS FURTHER STIPULATED AND
14      AGREED that the within deposition may be
15      signed before any Notary Public with the
16      same force and effect as if signed and
17      sworn to before the Court.
18
19
20                 *        *        *
21
22
23
24
25
```

SHEET 4  PAGE 4

```
 1                    Alonge
 2    E D W A R D    A L O N G E,
 3            called as a witness by the
 4            Plaintiff, being first duly sworn
 5            by the Notary Public (Eileen
 6            Wain), was examined and testified
 7            as follows:
 8    DIRECT EXAMINATION
 9    BY MR. NONNENMACHER:
10            Q    Would you please state your
11    name for the record.
12            A    Edward Alonge.
13            Q    What is your present
14    business address?
15            A    1490 Franklin Avenue,
16    Mineola, New York  11501.
17            Q    Good morning, Police
18    Officer Alonge.  My name is John
19    Nonnenmacher.  I am a partner with the
20    law firm of Bader, Yakaitis &
21    Nonnenmacher.  I represent the
22    Plaintiff, Antoine Taylor.
23                 I will ask you a number of
24    questions regarding an incident that
25    occurred back in September of 2009.
```

SHEET 5  PAGE 5

```
 1                        Alonge
 2              Can we have your home
 3      address, please?
 4          A     (No response.)
 5          Q     You have to say something,
 6      yes, no?
 7          A     No, you cannot.
 8          Q     Are you presently employed?
 9          A     Yes.
10          Q     Who are you employed by?
11          A     Nassau County Police
12      Department.
13          Q     What is your present rank?
14          A     Police Officer.
15          Q     And do you have a shield
16      number?
17          A     369.
18          Q     How long have you been
19      employed by the Nassau County Police
20      Department?
21          A     Since 1985.
22          Q     From the time that you
23      began your employment with the Police
24      Department, have you always been a
25      Police Officer?
```

SHEET 6   PAGE 6

```
1                          Alonge
2           A      Yes.
3           Q      What is your present
4    assignment?
5           A      Bureau of Special
6    Operations, BSO.
7           Q      Can you tell me what is the
8    Bureau of Special Operations?
9           A      We are the County's
10   Tactical Team, SWAT.  We do a variety
11   of other tasks, assist precinct squads,
12   special squads, in any day-to-day
13   details that they may have.
14          Q      How long have you been a
15   member of the Bureau of Special
16   Operations?
17          A      Since '93.
18          Q      Prior to becoming employed
19   by the Nassau County Police Department
20   as a police officer, had you ever been
21   employed by any other law enforcement
22   agency?
23          A      No.
24          Q      Did you have to go to an
25   academy?
```

SHEET 7 PAGE 7

1                        Alonge
2          A    Nassau County Police
3    Academy.
4          Q    How long was that?
5          A    Six months.
6          Q    Did you receive any
7    training with respect to the use of
8    force?
9          A    Yes.
10         Q    What did that training
11   consist of?
12         A    Use of force.
13         Q    Can you describe it?
14         A    That is sort of what the
15   class would have been called, the use
16   of force.
17         Q    Do you recall how long that
18   class was?
19         A    No.  I don't recall.  No, I
20   don't.
21              In terms of hours?
22         Q    Yes.
23         A    I don't recall.
24         Q    Were there lesson plans for
25   the use of force?

```
 1                    Alonge
 2          A     That the instructor used,
 3    or that was handed out?
 4          Q     Yes.  That was handed out.
 5          A     I don't recall.
 6          Q     Do you work out of a
 7    particular location right now?
 8          A     Our office is in the
 9    Highway Building on Newbridge Road in
10    North Bellmore.
11          Q     Is that the main office?
12          A     The main BSO office?
13          Q     Yes.
14          A     Yes.
15          Q     Where did you report to
16    everyday, or for the most part?
17          A     There.
18          Q     Did you ever work out of
19    the Fifth Precinct?
20          A     Yes.  Occasionally, I will
21    go there.
22          Q     How long have you been
23    working out of Headquarters?
24          A     What do you mean
25    "headquarters"?
```

SHEET 9   PAGE 9

```
 1                        Alonge

 2           Q     I am sorry.  Out of the

 3    Bellmore office.

 4           A     I don't know what year that

 5    we moved there.  Since I have been at

 6    BSO, we had three different locations

 7    for an office.

 8           Q     What is the present

 9    location?

10           A     The one I told you,

11    Newbridge Road in Bellmore.

12           Q     Do you know the exact

13    address?

14           A     No.  It is Newbridge Road.

15    I don't know the numerical.  I never

16    sent a car there or anything.  It is

17    just south of Jerusalem and the

18    Southern State.

19                 MR. NONNENMACHER:  Off the

20           record.

21                 (A discussion was held off

22           the record.)

23           Q     Where is Police

24    Headquarters?

25           A     1490 Franklin Avenue in
```

```
 1                    Alonge

 2      Mineola.

 3           Q      Do you know an officer by

 4      the name of Keith Rogich?

 5           A      Yes, I do.

 6           Q      How do you know Mr. Rogich?

 7           A      He works in BSO.

 8           Q      Does he work out of the

 9      same office as you do?

10           A      Yes.

11           Q      Do you know if he goes to

12      the Fifth Precinct with any frequency?

13           A      I would imagine every now

14      and then, like all of us.

15           Q      How long have you known Mr.

16      Rogich?

17           A      I don't know how long he

18      has been in BSO.  I have known him as

19      long as he has been in BSO.  Prior to

20      that, he was in the Fourth Precinct.  I

21      came from the Fourth Precinct, but I

22      came in '93.  He may have been there

23      for a little bit before I left.  I

24      never really worked next to him or with

25      him in uniform.
```

1                    Alonge

2          Q    Outside of the police

3    department, did you have any type of

4    relationship with Mr. Rogich?

5          A    No.

6          Q    Now, are you aware that Mr.

7    Rogich already testified at a

8    deposition?

9          A    I knew that he was over

10   here.  I didn't know that it was a

11   deposition.  I thought it may have been

12   case prep or whatever it may have been.

13         Q    When was the last time that

14   you spoke to Mr. Rogich?

15         A    Probably within the last

16   two weeks.  I took some time off.  I

17   think he took some time off.  I think

18   he was sick or something.

19         Q    In the last two weeks, did

20   you discuss the incident that occurred

21   involving Antoine Taylor?

22         A    No.  It was basically

23   police activity that was going on at

24   work -- actually, I did see him at the

25   New York City Police funeral the other

SHEET 12  PAGE 12

```
 1                    Alonge

 2      day, for the City cop.  I saw him

 3      there.

 4           Q    Prior to the last two

 5      weeks, when was the last time that you

 6      spoke to him, prior to that?

 7           A    I see him at work.  I don't

 8      know, you know --

 9           Q    Okay.

10           A    We work in the same squad,

11      so I see him.

12           Q    Does the squad have a

13      particular name?

14           A    It has a number.

15           Q    What is the number?

16           A    Squad 4.

17           Q    What are the jurisdictional

18      confines of Squad 4?

19           A    I don't understand what you

20      mean.

21           Q    Is Squad 4 limited to a

22      certain area within Nassau County?

23           A    No, not at all.

24           Q    It is Nassau Countywide?

25           A    Yes.  The whole unit is.
```

```
 1                    Alonge

 2          Q     Did you participate in the

 3    arrest of Antoine Taylor on September

 4    26, 2009?

 5          A     Yes, I did.

 6          Q     Do you recall what day of

 7    the week that was?

 8          A     No.

 9          Q     Do you know if it was a

10    weekend, as opposed to a weekday?

11          A     No, I don't.

12          Q     Do you recall what your

13    tour of duty was on September 26, 2009.

14          A     We were coming in for the

15    night tour.

16          Q     What was the night tour?

17          A     The reason I say this, the

18    County changed our chart, so, I want to

19    say it was 3:30 P.M. to 1:30 A.M.   They

20    used to be five o'clock to 1 A.M.   I

21    think it was what I said first, 3:30.

22          Q     From what you remember,

23    sitting here today, you believe that

24    your tour of duty on September 26,

25    2009, was 3:30 P.M. to 1:30 A.M.?
```

```
 1                    Alonge
 2          A    Correct.
 3          Q    Do you recall where you
 4   reported to?
 5          A    I was on my way to the --
 6   to our office in Bellmore.  I was
 7   actually on the Southern State Parkway.
 8          Q    Do you recall what time
 9   that you arrived at your office in
10   Bellmore?
11          A    No.  I never got there.
12          Q    You were on your way, and
13   then something happened?
14          A    That is correct.
15          Q    Did you have a partner back
16   in September of 2009?
17          A    We have steady partners in
18   BSO the entire time we were there, but
19   I wasn't with my steady partner that
20   day.
21          Q    Who is your steady partner?
22          A    Police officer Stephen,
23   Loschiavo, L-o-s-c-h-i-a-v-o.
24          Q    Did he participate in the
25   arrest of Antoine Taylor?
```

SHEET 15  PAGE 15

                              Alonge

1

2          A     He was in the general

3     vicinity.  He was driving one of our

4     trucks.  I didn't see him at all that

5     day after the incident, after the

6     arrest, and after people were sent to

7     the hospital.

8          Q     What happened as you were

9     traveling on the Southern State towards

10    Headquarters?

11         A     I was a passenger in an

12    automobile.  I was with the sergeant,

13    and we heard another sergeant, Sergeant

14    Carney, come over the air and ask if

15    there was any units in the vicinity of

16    Hempstead -- I don't want to say

17    exactly what he said, because I don't

18    remember what he said, but I knew it

19    was in reference to this case.

20         Q     Who was driving the

21    automobile that you were in?

22         A     Sergeant McCarthy, Sergeant

23    Kevin McCarthy.

24         Q     Was he your supervisor back

25    in 2009?

```
                                Alonge
 1
 2        A      Yes.
 3        Q      Why were you in a vehicle
 4   with him on your way to the
 5   Headquarters?
 6        A      Because we live near each
 7   other, he picked me up, and we were
 8   going to work.
 9        Q      Were you driving in a
10   police owned vehicle?
11        A      Yes.
12        Q      What kind of vehicle was
13   it?
14        A      I believe it was a black
15   Crown Vic.
16        Q      Do you recall exactly what
17   was sent over the airways?
18        A      No.
19        Q      Do you recall sum and
20   substance of what was sent over the
21   airway?
22        A      Yes.  That a location in
23   Hempstead where a subject who one of
24   the squads was looking for, was
25   possibly located.
```

```
 1                    Alonge
 2     exit we were at.  We got off the
 3     Southern State, re-entered the Southern
 4     State heading back towards Hempstead,
 5     and got off, I guess at, Peninsula
 6     Boulevard, right where the location
 7     was.
 8          Q     Did you respond on the
 9     airway, like, "We are on it"?
10          A     I am not sure if it was
11     either myself or the Sergeant who
12     responded verbally.
13          Q     Were you in plain clothes
14     at the time?
15          A     Yes.
16          Q     Do you recall what you were
17     wearing?
18          A     No.
19          Q     Did the BSO officers have a
20     particular uniform that they would
21     wear?
22          A     We have a couple of
23     different types of dress -- for regular
24     routine patrol, no.
25          Q     Do you recall the colors
```

SHEET 17  PAGE 17

1                          Alonge

2          Q      When you say "one of the

3    squads was looking for," what squad was

4    that?

5          A      I believe it was the

6    Homicide Squad.

7          Q      The message that was sent

8    to you over the air, was that recorded

9    in any fashion?

10         A      I don't know, but I assume

11   it would be.  It was on main band.  I

12   am assuming through Police

13   Headquarters, it would have been.

14         Q      Do you know who sent that

15   message out?

16         A      I believe it was Sergeant

17   John Carney.

18         Q      Was Sergeant John Carney a

19   supervisor of yours, as well?

20         A      No.  He would have been the

21   day tour supervisor.

22         Q      Upon hearing this message,

23   did you respond at all?

24         A      Yes.  We were on the

25   Southern State.  I don't remember what

```
 1              Alonge
 2    that you were wearing on the date of
 3    this incident?
 4          A    No.
 5          Q    The normal course of
 6    events, would you wear jeans or
 7    something else or you wouldn't wear
 8    jeans?
 9          A    Normally, jeans, T-shirt,
10    in warm weather.
11          Q    Do you recall what Sergeant
12    McCarthy was wearing?
13          A    No.
14          Q    Once you got off of the
15    Southern State, where did you go then?
16          A    You know what, I don't know
17    the name of the street.  It is right
18    off of Peninsula Boulevard in
19    Hempstead, just north or east of Mercy
20    Hospital.  The house where the subject
21    was located in, or we believed he was
22    located in, I don't remember the street
23    name right now.
24          Q    Would it refresh your
25    recollection if I told you it was West
```

```
 1                    Alonge
 2    Graham Avenue?
 3         A    It probably would.  I can't
 4    be one hundred percent.  I don't want
 5    to give you the wrong street.
 6         Q    Do you recall what time
 7    that you arrived at the location?
 8         A    No.
 9         Q    Since you don't recall the
10    street name, would it be okay to refer
11    to that as the location?
12         A    Sure.
13         Q    From the time that you were
14    traveling in the opposite direction on
15    the Southern State, until you got to
16    the location, did you have any further
17    communication with anyone?
18         A    I don't recall.  I really
19    don't.
20         Q    Did you have an address at
21    that point in time, as to where someone
22    believed that Antoine Taylor was?
23         A    I don't recall the
24    numerical house number.  I know we had
25    an address, because that is where we
```

SHEET 21   PAGE 21

1                    Alonge

2    went.

3         Q      Would it refresh your

4    recollection if I told you the address

5    was 152 West Graham Avenue?

6         A      It wouldn't help me.   I

7    would take your word for it.

8         Q      That is okay.

9                What did you do when you

10   arrived in the vicinity of the

11   location?

12        A      We went on a side street,

13   which was almost directly across from

14   the driveway in the front of the house,

15   that we believed the subject to be in.

16   I don't know the name of that side

17   street.   If I sat there, I would be

18   able to point out where I was.   We sat

19   down the block with an eye on the front

20   of the house in the driveway.

21        Q      Were you still in the car

22   with Sergeant McCarthy?

23        A      Yes.

24        Q      From where you were, were

25   you able to see the house?

SHEET 22  PAGE 22

                              Alonge

1

2        A    Yes.

3        Q    Do you recall what time

4   that you arrived at the location?

5        A    No.  The only timeframe I

6   can give you is, after the initial

7   call, when we were on the Southern

8   State, it was less than five minutes

9   for us to turn around and get back to

10  that location.  We weren't much

11  further -- I don't know if it was Grand

12  Avenue on the Southern State, the next

13  exit, or whatever it was.  It was

14  pretty quick.

15       Q    You would have to report to

16  work around 3:30 that evening?

17       A    Yes.

18       Q    Would you be able to use

19  that as a reference as to approximately

20  what time that you got to the location?

21       A    I don't know if after the

22  Sergeant picked me up, we went straight

23  there, or we went to get gas at the

24  Fourth Precinct.  I don't remember.

25       Q    Do you recall --

Alonge

1

2          MR. NONNENMACHER:  Withdrawn.

3      Q    As a police officer, would

4  you maintain any type of book which

5  would reflect what you did on a daily

6  basis?

7      A    No.  We don't keep memo

8  books at BSO.

9      Q    When you got to the

10  location and you parked in the vicinity

11  where you could see the house that was

12  involved in this incident, did you stay

13  there from the time that you got there

14  up until the time of this incident?

15      A    I believe so.  The reason I

16  hedge that, at some point, another unit

17  pulled up, I got out of Sergeant

18  McCarthy's car, because he was sort of

19  running the detail.  He didn't need to

20  be locked into one spot.

21          I got into another car with

22  a different police officer, and

23  Sergeant McCarthy left my spot and sort

24  of ran the detail.

25      Q    Do you recall how long that

Alonge

1
2  you remained in that location with
3  Sergeant McCarthy before something else
4  changed?
5       A    I can't give you an exact
6  timeframe.  Probably at least a half an
7  hour, and I want to say probably a
8  little longer than that, until the
9  other units started arriving.
10      Q    When you say "unit," what
11 defines a "unit"?  What does a "unit"
12 consist of?
13      A    Two officers and a car,
14 usually.
15      Q    During the time that you
16 were in the car with Sergeant McCarthy,
17 what was he doing?
18      A    Observing the subject
19 location and driveway.  He may have
20 also been on the phone with our base to
21 try to coordinate who was coming, and
22 how many teams that we were going to
23 have there.
24           I am assuming he was
25 getting updated information as to what

```
                              Alonge
 1
 2      was going on from Sergeant Carney.
 3          Q      When you say Sergeant
 4      McCarthy was running the investigation,
 5      what leads you to that conclusion?
 6          A      I didn't say the
 7      investigation.  He was the supervisor
 8      at scene for the BSO units.
 9                 In terms of if we are
10      watching a location, he wants to make
11      sure that the units are in the proper
12      location.  Not everyone is in the same
13      block.  We spread out.
14          Q      Do you know if you and
15      Sergeant McCarthy was the first unit
16      there?
17          A      I believe that we were.
18          Q      What do you recall
19      happening right before you got into the
20      other vehicle?
21          A      (No response.)
22          Q      By that I mean, did the
23      other vehicle drive up to where you
24      were?
25          A      I believe they were already
```

SHEET 26  PAGE 26

```
 1                    Alonge
 2    on the block by the time that we
 3    switched.  One of the officers -- the
 4    passenger got out of the car, and he
 5    went into the vicinity of an abandoned
 6    house across the street that had a very
 7    good view of the subject's dwelling --
 8    not dwelling, his location, the
 9    driveway in the front of the house, so
10    I jumped in the passenger seat that was
11    vacant.
12         Q     Do you know who the
13    gentleman was, or the police officer
14    who got out of the vehicle to go into
15    the abandoned building?
16         A     Yes.  Police Officer Brian
17    O'Connor.
18         Q     Who was driving the vehicle
19    that you got in?
20         A     Police Officer Louis
21    Lanzillota.
22         Q     Were you ever partners with
23    Louis Lanzillota?
24         A     Never official partners.  I
25    worked with him, but never official
```

```
 1                    Alonge

 2    partners.

 3         Q     What type of vehicle was he

 4    operating?

 5         A     I believe it was a black

 6    Jeep Cherokee.

 7         Q     Was there anything about

 8    that black Jeep Cherokee that would let

 9    someone know that was a police vehicle?

10         A     There would have been an

11    antenna on top, a police antenna.

12         Q     Anything else?

13         A     Absent us turning on the

14    emergency lights, no.

15         Q     Was there anything about

16    the vehicle that Sergeant McCarthy was

17    driving, that would lead someone to

18    believe that was a police vehicle?

19         A     The antenna also, and it is

20    a black Crown Vic, which -- I believe

21    the general public knows to be police

22    vehicles.  It is a fleet police

23    vehicle.

24         Q     Where was the antenna on

25    the black Jeep Cherokee that you got
```

```
 1                    Alonge
 2      in?
 3          A     I believe it was on the
 4      roof.
 5          Q     Do you know, as you sit
 6      here today, where it was?
 7          A     I believe it was on the
 8      roof.  The same as my Jeep Cherokee.
 9          Q     Where did you go, once you
10      got into the black Jeep Cherokee?
11          A     That same side street.  We
12      were on that same side street that I
13      was on with Sergeant McCarthy.  Once
14      Officer O'Connor got out, had the
15      eyeball on the house from where he was,
16      we backed up further away, as to not
17      raise suspicion of the police vehicle.
18          Q     Were you still able to see
19      the building that was involved, or
20      targeted?
21          A     I am not sure how much of a
22      view we had, but our eyeball was
23      Officer O'Connor.
24          Q     When you were still in the
25      car with Sergeant McCarthy, were you
```

```
 1                    Alonge

 2     able to see the house that was being

 3     targeted?

 4         A     Yes.

 5         Q     Do you recall anything

 6     about the house?

 7         A     Nothing that would stand

 8     out.

 9         Q     Was there any activity

10     going on with respect to that house?

11         A     With that house, I don't

12     believe.  I know that there was a party

13     next door.

14         Q     How far away were you, in

15     terms of blocks, from the house that

16     was involved?

17         A     With Sergeant McCarthy?

18         Q     Yes.

19         A     We were probably three or

20     four houses on that side street away

21     from the house, but you also had to

22     cross Graham, and then go down the side

23     street.

24         Q     Are you familiar with the

25     compass directions of West Graham
```

```
 1                    Alonge

 2    Street?

 3          A     Yes.  I believe it goes

 4    east and west.

 5          Q     Were you north or south of

 6    the house?

 7          A     I would have been north.

 8    That side street I was on, I believe

 9    only ran north from Graham.

10          Q     Let's assume you are

11    correct, that West Graham Street runs

12    west to east.  Based on that

13    assumption, you were north of the house

14    that was being targeted?

15          A     That is correct.

16          Q     Would you be able to

17    estimate, in terms of feet or car

18    lengths or anything else, how far away

19    you were from that house, when you were

20    with Sergeant McCarthy?

21          A     No.  Like I said, three to

22    four house lengths, plus Graham, plus

23    the street.

24          Q     In other words, if you are

25    looking at the house that was being
```

SHEET 31  PAGE 31

```
                         Alonge
 1
 2    targeted, you were approximately three
 3    or four houses to the left of that
 4    house, and then cross the street in a
 5    northerly direction?
 6         A     I don't know what you
 7    mean --
 8         Q     If you were looking at that
 9    house, you said you were three or four
10    houses away, if you were looking at it,
11    you would be three to four houses to
12    the left of that house as you are
13    looking at it?
14         A     You got me confused.
15         Q     Would it be three to four
16    houses in a westerly direction?
17         A     No.  I was north of it.  It
18    was south of me.
19         Q     It was south of you?
20         A     Correct.
21         Q     But how many houses from
22    the corner?
23         A     Oh, it was pretty much
24    across the street from the
25    intersection.  Maybe offset a little
```

```
 1                    Alonge

 2      bit, but pretty much across the street.

 3      A direct line down that side street.

 4           Q     You said that there was a

 5      party going on?

 6           A     I believe that there was

 7      some kind of function at the corner

 8      house, or the house next door to it,

 9      which would have been just east of it.

10           Q     When you say you "believe,"

11      is that something that you observed

12      yourself, or was that something that

13      was told to you?

14           A     Told to me.

15           Q     Did you, yourself actually

16      see a party going on?

17           A     I saw people.  I didn't

18      know what was going on in that

19      backyard.  I didn't have a view of that

20      backyard.

21           Q     Can you describe what you

22      mean by "backyard"?

23           A     The neighbor's house, where

24      I thought the party was, the backyard,

25      which would have been behind the house,
```

```
 1              Alonge

 2    in the rear of the house.

 3        Q    When you were with Sergeant

 4    McCarthy, were you able to see the

 5    gathering that was going on with

 6    respect to that house adjacent to the

 7    house that was being targeted?

 8        A    No, but I saw people coming

 9    and going.  I didn't see the crowd in

10    one mass.

11        Q    How long of a period of

12    time did you observe people coming and

13    going?

14        A    Half an hour, an hour, two

15    hours.  I don't remember.  I don't

16    recall -- from the time that I got

17    there, until the time that the incident

18    happened, I was in that same location,

19    so there were times people were coming

20    and going, and there were times that

21    there was no one out front.

22        Q    Was there anything that you

23    observed, which would lead you to the

24    conclusion that there was a party?

25        A    That I observed?
```

SHEET 34  PAGE 34

```
 1                    Alonge

 2         Q    Yes.

 3         A    Just seeing people coming

 4    and going, but that wouldn't let me to

 5    believe that there was a party.  I was

 6    advised that there was a large

 7    gathering in the backyard.

 8         Q    Who advised you of that?

 9         A    Another BSO officer, and I

10    believe, the team was John Condon and

11    Mark Auerichio, A-u-e-r-i-c-h-i-o, I

12    think.

13              MR. NONNENMACHER:  Off the

14         record.

15              (A discussion was held off

16         the record.)

17         Q    During the time that you

18    were observing this house, would you

19    describe the people that were coming

20    and going as adults only, adults and

21    children, something else?

22         A    Adults and children.  There

23    were definitely children there.

24         Q    How long did you remain in

25    that location, until you were advised
```

```
 1                     Alonge
 2      that Mr. Taylor was leaving the
 3      building?
 4            A      I was there until --
 5            Q      In terms of time, was it an
 6      hour, three hours?
 7            A      What was the time of the
 8      incident?
 9            Q      Okay.
10            A      I don't know how long I was
11      there in terms of hours.  I know that I
12      was the first car there, and I stayed
13      there until he left, and the incident
14      happened.
15            Q      I want to assume that
16      Officer Rogich testified that the
17      incident occurred around 6:30.
18                   Would that refresh your
19      recollection as to what time this
20      incident occurred; if it does it does,
21      if it does not, it doesn't?
22            A      I don't recall the exact
23      hour and minute that it happened.
24            Q      Did you remain in your car
25      the whole time?
```

SHEET 36   PAGE 36

1                    Alonge

2          A    Yes.

3          Q    Did Officer Lanzillota, did

4    he also remain in the car at the same

5    time?

6          A    That I was with him, yes,

7    because I was with McCarthy prior.

8          Q    During the time that you

9    were in the car, were there any

10   communications coming over the air

11   between other officers?

12         A    Yes.

13         Q    Do you recall,

14   approximately, how many came?

15         A    I have no idea how many.

16         Q    Would it be more than ten?

17         A    Assuming we were there for

18   three hours, I would say it is a good

19   chance there was more than ten.

20         Q    Were any of them recorded?

21         A    I don't know what radio

22   frequency we were on.

23         Q    Assuming they were

24   recorded, where would someone send a

25   request to get copies of the

```
 1                    Alonge

 2    recordings?

 3         A      Without knowing -- I know

 4    where it comes from -- Police

 5    Headquarters.  I guess they would go to

 6    the Communications Bureau.

 7         Q      While you were there, was

 8    there any type of plan that was put in

 9    place?

10         A      Yes.

11         Q      Let me back up a little

12    bit.

13                During the time that you

14    were in the car with Officer

15    Lanzillota, did you come to realize why

16    you were there?

17         A      Yes.

18         Q      Why were you there?

19         A      The subject was wanted for

20    a homicide.

21         Q      Was he wanted for a

22    homicide, or did police officers or

23    detectives want to talk to him about a

24    homicide?

25         A      I believe he was wanted for
```

```
 1                        Alonge

 2      a homicide.

 3          Q      What makes you believe he

 4      was wanted for a homicide?

 5          A      I believe that is the

 6      information that I got.

 7          Q      Do you know who you got

 8      that information from?

 9          A      No.

10          Q      Do you know a Detective

11      Cereghino?

12          A      Yes.

13          Q      How do you know a Detective

14      Cereghino?

15          A      When I first went to the

16      Fourth Precinct in '85, he was a police

17      officer in the Fourth Precinct.  I knew

18      him as far back as then.

19          Q      Did Detective Cereghino

20      have anything to do with Antoine Taylor

21      and this incident?

22          A      From my perspective?

23          Q      Yes.

24          A      Detective Cereghino was at

25      the scene when the subject was taken
```

H & B REPORTING CO., INC
718-948-5835

```
 1                    Alonge

 2     into custody in the rear yard.  That is

 3     where I first saw him.

 4          Q    Do you know if Detective

 5     Cereghino was the detective that was

 6     investigating this alleged homicide?

 7          A    I don't know who the

 8     carrying detective was.

 9          Q    Did you receive any

10     communications from Detective

11     Cereghino, prior to you getting to this

12     location?

13          A    No.

14          Q    Did you have any

15     communication with Detective Cereghino

16     while you were at this location?

17          A    Me, no.

18          Q    What was the plan once you

19     arrived there?

20          A    I believe it was, if

21     someone saw the subject getting into

22     his vehicle in the driveway, we were

23     going to block the end of the driveway

24     off, not let them out of the driveway

25     in the vehicle, and take him into
```

```
 1                    Alonge
 2      custody then.
 3          Q     How was that plan
 4      communicated?
 5          A     In terms of who, or how?
 6          Q     Who communicated that plan?
 7          A     I don't know who came over
 8      the radio and said it.  I am not sure
 9      which supervisor it would have been.
10          Q     Do you know who devised
11      that plan?
12          A     Who devised it?
13          Q     Yes.
14          A     I don't know if it was one
15      person, as opposed to the police
16      officers there.
17          Q     Was that plan put in
18      writing?
19          A     No.
20          Q     Was that plan communicated
21      to everyone, all of the units that were
22      there?
23          A     Yes.
24          Q     When Sergeant McCarthy was
25      making communications, would those
```

H & B REPORTING CO., INC
718-948-5835

```
 1                    Alonge
 2    communications go to one unit, or did
 3    they go to all of the units that were
 4    present there?
 5         A     It could have been both.
 6    It could have been units that were
 7    responding where he wanted them to set
 8    up, talking with other supervisors, how
 9    many units he felt we needed.  It would
10    have encompassed quite a few.
11         Q     As you sit here today, you
12    recall that the plan was to block Mr.
13    Taylor from leaving the driveway; is
14    that correct?
15         A     The initial plan, that is
16    correct.
17         Q     How long had that been the
18    initial plan?
19         A     Up until someone observed
20    the party next door.  That changed the
21    dynamic.
22         Q     Again, the term "party" was
23    something that was communicated to you,
24    and not something that you observed?
25         A     That is correct, but I did
```

```
 1                     Alonge

 2     observe the people, the adults and

 3     children.

 4          Q     Would you be able to

 5     approximate how many people were coming

 6     and going?

 7          A     I want to say what I saw in

 8     the front was probably three adults,

 9     three children.

10          Q     Did you see how they got to

11     the backyard?

12          A     No.

13          Q     Did they have to enter the

14     house to get to the backyard?

15          A     I don't recall.

16          Q     You don't know?

17          A     No.

18          Q     Do you recall how many

19     entrances there were to this building?

20          A     Which building?

21          Q     The targeted building.  I

22     am sorry.

23          A     How many entrances?

24          Q     Yes.

25          A     Well, there was a front
```

H & B REPORTING CO., INC
718-948-5835

```
 1                    Alonge

 2     door, and I believe there was a side

 3     door and a back door.

 4          Q     Prior to participating in

 5     the arrest of Antoine Taylor, did you

 6     know how many other units were in the

 7     area?

 8          A     I probably had a good idea.

 9     I didn't know a finite number.

10          Q     Were you able to

11     approximate how many units were there,

12     right before you participated in the

13     arrest of Antoine Taylor?

14          A     I believe that there was at

15     least five units of police officers,

16     and two sergeants.

17          Q     Aside from Sergeant

18     McCarthy, who was the other Sergeant?

19          A     Rich Carlstrom.  I don't

20     know if I knew he was there until the

21     incident took place.

22          Q     Do you know if --

23                Prior to participating in

24     the arrest of Antoine Taylor, did you

25     know that Keith Rogich was at the
```

SHEET 44  PAGE 44

```
 1                    Alonge

 2      scene?

 3           A     I knew his car was there,

 4      his unit number.

 5           Q     How did you know that?

 6           A     They came on the air.  We

 7      identify ourself with car numbers.

 8           Q     Do you know who was in the

 9      car that Keith Rogich was in?

10           A     Police Officer Mike Knatz

11      K-n-a-t-z.

12           Q     What was the catalyst for

13      this incident; in other words, what

14      happened --

15                 MR. NONNENMACHER:  Withdrawn.

16           Q     Did your car eventually

17      move?

18           A     Yes.

19           Q     What was the catalyst for

20      that?

21           A     I believe it was -- I am

22      not sure who it was -- the subject,

23      they believed to be -- the Defendant

24      was getting in an auto.  I forget the

25      type of auto.  We had a description of
```

```
 1                    Alonge

 2      the auto that he was operating, and

 3      that was observed, not by me, by other

 4      officers in the back end of the

 5      driveway to the rear of the house, and

 6      the subject fitting his description was

 7      getting in that auto.

 8          Q    Do you recall, as you sit

 9      here today, the make of the auto that

10      he got in?

11          A    No.  I don't recall.

12          Q    Would it refresh your

13      recollection if I told you it was a

14      1999 Mitsubishi Galant?

15          A    I don't want to say 100

16      percent.  It sounds like the car.

17              MR. NONNENMACHER:  Off the

18          record.

19              (A discussion was held off

20          the record.)

21          Q    Did you, yourself, observe

22      Mr. Taylor leave out of the driveway?

23          A    I observed the vehicle

24      coming out of the driveway.

25          Q    The street where this house
```

```
 1                    Alonge

 2    existed, is that a two-way street?

 3         A     West Graham?

 4         Q     Yes.

 5         A     I believe it is a two-way

 6    street.

 7         Q     Traffic goes in an easterly

 8    direction and westerly direction?

 9         A     Correct.

10         Q     What did you observe about

11    the car, after it left the driveway?

12         A     You mean which way it

13    turned?

14                MR. LASERNA:  Objection.

15         Q     Yes.  Which way it turned.

16         A     It turned east.

17         Q     Do you know what the next

18    intersection on West Graham Avenue is?

19         A     Sitting here today, no.

20         Q     Would it refresh your

21    recollection if I told you it was Rose

22    Avenue, Rose Street?

23         A     On which side?  The same

24    side as his house?  I thought Rose was

25    on the side that I was on, further
```

```
 1                   Alonge

 2     down.  I know the neighbor's house that

 3     the party was at, there was a side

 4     street there going south, that only

 5     went south, so Rose, I believe, would

 6     have been on my side of Graham further

 7     east where the incident took place.

 8          Q     As you observed Mr. Taylor

 9     travel in an easterly direction, you

10     would have been west of him; is that

11     correct?

12          A     That is correct.

13          Q     What, if anything, did you

14     do --

15               MR. NONNENMACHER:  I will

16          withdraw that.

17          Q     You weren't driving?

18          A     That is correct.

19          Q     What, if anything, happened

20     after you made the observation that Mr.

21     Taylor's car was traveling in an

22     easterly direction?

23          A     Officer Lanzillota drove up

24     to the corner of West Graham, and the

25     side street that we were on, he made
```

```
 1                    Alonge
 2    the left turn and proceeded east on
 3    West Graham to catch up to the
 4    subject's vehicle.
 5         Q     Why were you attempting to
 6    catch up to the subject vehicle?
 7         A     The subject was going to be
 8    placed under arrest.
 9         Q     What, if anything, was the
10    plan with respect to the operation of
11    your vehicle, the vehicle that you were
12    in, and Mr. Antoine Taylor's vehicle?
13         A     I don't understand the
14    plan.
15         Q     Do you know what --
16               What were your intentions
17    as you went to catch up to Mr. Taylor?
18         A     My intentions?
19         Q     Yes.
20         A     Me personally?
21         Q     Yes.
22         A     It was when Mr. Taylor's
23    car stopped to get out of the car and
24    place him under arrest.
25         Q     Did there come a time when
```

```
 1                     Alonge

 2      your vehicle was traveling behind Mr.

 3      Taylor's vehicle?

 4          A     Yes.

 5          Q     What was the reason why

 6      your vehicle was traveling behind Mr.

 7      Taylor's vehicle?

 8          A     We were following him.  We

 9      were trying to catch up to him.  He had

10      a little bit of a head start.  We were

11      going to conduct a car stop and place

12      him under arrest.

13          Q     Was it your intention, or

14      Mr. Lanzillota's intention, or a

15      combined intention, to get behind Mr.

16      Taylor's car, so as to block him from

17      moving?

18          A     It was our intention, when

19      we were following him down that street

20      to eventually come up behind him, turn

21      the emergency lights on, and have him

22      pull over.  That was the original

23      intention.

24          Q     Your goal wasn't to block

25      his vehicle; is that correct?
```

SHEET 50   PAGE 50

1                           Alonge

2          A     The goal is to stop his

3     vehicle.  It is also, as in any car

4     stop, to prevent him from leaving when

5     we do stop him.

6          Q     Would you describe the rate

7     of speed that Mr. Taylor was traveling

8     when you observed him, traveling for

9     the first time, in an easterly

10    direction?

11         A     That is difficult to say,

12    because we were on the side street.  It

13    took us a bit to get up to Graham, make

14    the turn, and catch up.  I don't know

15    how fast he was going initially.

16         Q     Did your vehicle, the

17    vehicle that you were in, eventually

18    make the left onto West Graham Avenue?

19         A     Yes.

20         Q     At that point in time, did

21    you have your lights on?

22         A     No.

23         Q     Is there a reason why you

24    didn't have your lights on?

25         A     Well, if the subject is

```
 1                      Alonge

 2    that far ahead of us, we would not want

 3    to alert him we are back here trying to

 4    catch up with that much of a lead.

 5          Q     Once you made the left onto

 6    West Graham Avenue, were you able to

 7    see Mr. Taylor's vehicle?

 8          A     Yes.

 9          Q     Did you see any other units

10    at that point in time?

11          A     Not initially, no.

12          Q     Was there anything

13    obstructing your view of other units?

14          A     Of other units?

15          Q     Yes.

16          A     I don't understand.

17                MR. NONNENMACHER:   I will

18          withdraw that.

19          Q     As you proceeded behind Mr.

20    Taylor, did you make any observations

21    with respect to the arrival of other

22    units?

23          A     Yes.   When we got up to

24    where I believe was Rose, where the

25    incident happened:
```

SHEET 52  PAGE 52

```
 1                  Alonge

 2        Q    What did you observe, as

 3   you traveled behind Mr. Taylor's

 4   vehicle, up until Rose, with respect to

 5   other units?

 6        A    Up until Rose?

 7        Q    Yes.

 8        A    Up until I saw the first

 9   car pull out at Rose, prior to that?

10        Q    Yes.

11        A    I didn't observe any other

12   vehicles.

13        Q    Were you the only unit

14   following Mr. Taylor at that time?

15        A    I don't recall, and the

16   reason that I say that, I was watching

17   his vehicle.  I know that there were

18   cars on the street, Condom and

19   Auerichio, who had mentioned there was

20   a party in the corner house, they were

21   down that side street.  I don't know

22   when they came out behind me.  I don't

23   know.  I wasn't looking behind me.  I

24   wasn't driving.  I didn't have a mirror

25   available to me.
```

```
 1                    Alonge
 2         Q    The vehicle that Keith
 3  Rogich was in, did that vehicle
 4  eventually come to the scene?
 5         A    Yes.
 6         Q    Was your vehicle following
 7  Mr. Taylor, before Mr. Rogich's vehicle
 8  was at the scene?
 9         A    We were behind.  We were
10  still a distance behind.
11         Q    As you traveled behind Mr.
12  Taylor's vehicle, did you eventually
13  see the arrival of Police Officer
14  Rogich's vehicle?
15         A    Yes.
16         Q    How far along did you
17  travel on West Graham Street before you
18  saw the arrival of the vehicle that
19  Keith Rogich was in?
20         A    We traveled from the side
21  street that we were sitting on, up
22  until Rose.  It probably would have
23  been -- I saw him come out prior to us
24  getting there -- I don't recall
25  exactly.  If you are asking me feet,
```

H & B REPORTING CO., INC
718-948-5835

1                    Alonge

2       yards, or anything like that, or

3       streets, how far back we were -- we

4       were not within close proximity, not

5       within a few car lengths of him at that

6       point.

7            Q      Is there a stop sign that

8       controls the intersection of West

9       Graham Avenue and Rose?

10           A      I don't recall.

11           Q      Do you recall Mr. Taylor

12      stopping his vehicle at that

13      intersection?

14           A      Yes, because the road was

15      blocked.

16           Q      What was blocking the road?

17           A      Officer Rogich's silver

18      Jeep Cherokee.

19           Q      Did you see where that Jeep

20      Cherokee traveled from?

21           A      It came from the left, as

22      we were driving down.

23           Q      As you were traveling on

24      West Graham, you saw Police Officer

25      Rogich's vehicle, come from your left

```
 1              Alonge

 2   to your right; is that correct?

 3        A    Correct.

 4        Q    What did you observe, if

 5   anything, about the path of the Jeep

 6   Cherokee?

 7        A    I don't understand.

 8        Q    How did it travel; did it

 9   travel straight on Rose, did it make a

10   left, or right onto West Graham Avenue?

11        A    I don't know where he

12   started.  I saw him when he was

13   entering the intersection.  It would

14   have been the opposite lane of travel.

15   That is pretty much where I saw him.

16        Q    Did you see anything about

17   the operation of the vehicle that Keith

18   Rogich was in, prior to it stopping in

19   front of Mr. Taylor's vehicle?

20        A    I don't understand the

21   question.

22        Q    When, for the first time,

23   did you see the vehicle that Keith

24   Rogich was in?

25        A    When it was entering the
```

SHEET 56  PAGE 56

```
 1                    Alonge
 2    intersection.
 3         Q    How far behind Mr. Taylor's
 4    vehicle were you when you saw that for
 5    the first time?
 6         A    We weren't very close to
 7    him at all.  We were still a decent
 8    amount of car lengths back.
 9         Q    When you saw the vehicle
10    that Keith Rogich was in, were his
11    lights on?
12         A    Not at that time, no.
13         Q    Do you recall where that
14    vehicle came to a stop?
15         A    Yes.  In front of the
16    subject's vehicle at the intersection
17    of -- I believe it is Rose and West
18    Graham, and he was blocking most of the
19    travel portion of the roadway in the
20    direction that we were going.
21         Q    Let's assume that this
22    incident did happen at the intersection
23    of Rose and West Graham Avenue.  Was
24    the vehicle that Mr. Rogich was in,
25    Police Officer Rogich, was that
```

```
 1              Alonge
 2    completely in Rose or was a portion of
 3    it on West Graham Avenue?
 4         A    Well, it was on West
 5    Graham.  If you went across Rose, I
 6    guess it still would have been -- you
 7    know what I am saying?
 8         Q    Yes.
 9              Let's assume for one
10    second, that there is a stop sign at
11    this intersection that controls traffic
12    on West Graham Avenue.
13         A    Okay.
14         Q    Did the vehicle that Police
15    Officer Rogich was in, did it go in a
16    westerly direction past that stop sign?
17         A    Where did he come to a
18    stop?
19         Q    Yes.
20         A    I don't know if it was east
21    of the stop sign or west of the stop
22    sign or right at the stop sign.  I
23    don't recall.  It was sort of where the
24    stop sign would be.  I don't know
25    exactly.
```

```
 1                    Alonge
 2          Q      Did he enter any portion of
 3     the traffic that traveled on West
 4     Graham Avenue in an easterly direction?
 5          A      That is where we were
 6     traveling.
 7          Q      Right.
 8                 Did any portion of his
 9     vehicle enter into West Graham Avenue,
10     or did it remain on Rose as it
11     intersects West Graham Avenue?
12          A      It blocked the majority,
13     not all of West Graham heading east,
14     where we are assuming that stop sign
15     would be.
16          Q      Right.
17                 Does West Graham Avenue
18     have lanes for parked cars on both
19     sides?
20          A      I am not sure if -- because
21     West Graham is a very long road, I know
22     when you get down to the intersections,
23     it narrows down, because of turning.  I
24     don't know how much of a curb lane
25     there was at that intersection.
```

SHEET 59  PAGE 59

```
 1                    Alonge

 2          Q      Do you recall, as you sit

 3     here today, whether there were parked

 4     vehicles on both sides of West Graham

 5     Avenue?

 6          A      In terms of the vicinity of

 7     the incident?

 8          Q      Yes.  The vicinity of the

 9     incident.

10          A      I don't believe that there

11     were any vehicles parked to the right.

12     I ended up over there.  I have no idea

13     about the left side.

14          Q      Could you describe for me,

15     what you mean by you "ended up over

16     there"?

17          A      I was in the passenger side

18     of the vehicle, so when I got out of

19     our car, I was on the curb side, as

20     opposed to the middle of the road.

21          Q      Who was the first police

22     officer to exit a vehicle?

23          A      From any car?

24          Q      Yes.

25                 Who was the first police
```

```
 1                        Alonge

 2      officer that arrived at the scene that

 3      exited a car?

 4           A     I believe it would have to

 5      be Officer Rogich.

 6           Q     Did you observe him exit

 7      his vehicle?

 8           A     I wasn't watching him get

 9      out, but I saw him -- I saw him out

10      when we got up to the scene, yes.

11           Q     When you saw him out, were

12      you still a passenger in your vehicle?

13           A     Correct.  It was coming to

14      a stop.

15           Q     As your vehicle was coming

16      to a stop, you observed Keith Rogich

17      out of the vehicle?

18           A     (No response.)

19                 MR. NONNENMACHER:  Let me

20           withdraw that.

21           Q     When you saw Keith Rogich

22      for the first time outside of his car,

23      was your vehicle stopped, still moving,

24      or something else?

25           A     I know that my door was
```

```
 1                    Alonge
 2    open, my car door was open, even prior
 3    to us stopping.  I was getting ready to
 4    get out.  I believe he was out as we
 5    were stopping, and I was exiting my
 6    vehicle.  He was out already by the
 7    time that I got out of my vehicle.
 8          Q     Did your vehicle eventually
 9    come to a stop?
10          A     Yes.
11          Q     Where was your vehicle
12    stopped in relationship to the vehicle
13    that Mr. Taylor was in?
14          A     Behind him.
15          Q     When your vehicle came to a
16    stop, was the vehicle Antoine Taylor
17    was in, also stopped?
18          A     He made a couple of moves.
19    I don't know at what point you want to
20    know.
21          Q     Okay.
22                When your vehicle came to
23    stop, how much distance separated the
24    front of the vehicle that you were in,
25    from the back of Mr. Taylor's vehicle?
```

SHEET 62  PAGE 62

```
 1                    Alonge

 2         A     Not very much.  Within a

 3    car length.  Probably a little less.

 4         Q     Can we agree that a car

 5    length is approximately ten feet?

 6         A     Approximately.

 7         Q     Would the distance between

 8    the front of your vehicle and the back

 9    of Mr. Taylor's vehicle be less than

10    ten feet?

11         A     It could have been.  Within

12    a car length.  It could have been half

13    a car, three quarters of a car,

14    somewhere in there.

15         Q     Could it have been five

16    feet away?

17         A     At what point, because he

18    moved?

19         Q     When you came to a stop.

20         A     Approximately.  Somewhere

21    in there.

22         Q     When your vehicle came to a

23    stop, can you approximate for me the

24    distance between the front of Mr.

25    Taylor's vehicle and Keith Rogich's
```

1                      Alonge

2    vehicle?

3          A      Probably about the same

4    distance as us.

5          Q      Approximately five feet?

6          A      Yes.  Within a car length

7    or so.

8          Q      At that point in time, were

9    there any other vehicles at the scene?

10         A      Yes.  The two sergeants'

11   Crown Vics, that was Sergeant McCarthy,

12   and Sergeant Carlstrom, who I didn't

13   know he was there until -- this was the

14   point that I knew he was there.  They

15   arrived at the scene, from somewhere

16   from the left.  I am assuming Rose.

17         Q      Both the McCarthy vehicle

18   and the Carlstrom vehicle both came to

19   the scene from the left?

20         A      Yes.  They stopped on our

21   driver's side.  That would be from my

22   left.

23         Q      In terms of when your

24   vehicle came to a stop behind Mr.

25   Taylor's vehicle, when did the McCarthy

```
 1                    Alonge

 2    vehicle arrive?

 3         A    I don't know.  Everything

 4    was pretty much at the same time.  It

 5    was within the same time span of us

 6    stopping and getting out of my car.  It

 7    certainly wasn't a minute later or a

 8    minute before.

 9         Q    Where did the McCarthy

10    vehicle come to a stop in relation to

11    the vehicle that Antoine Taylor was in?

12         A    On his driver's side.

13         Q    On Antoine Taylor's

14    driver's side?

15         A    That is correct.

16         Q    Where in relation to the

17    driver's side door or the driver's side

18    of the vehicle, did the McCarthy

19    vehicle stop; by that I mean, at the

20    front --

21         A    Between him and Sergeant

22    Carlstrom, they both came out from the

23    same side.  I don't know who was at

24    either side of who, so I can't say who

25    was in the front of Taylor's car, and
```

1                          Alonge

2      who was at the rear of Taylor's car.  I

3      can't say.

4            Q    Was one of the vehicles at

5      the front of Taylor's vehicle?

6            A    Not at the front, but on

7      his driver's side, one would be towards

8      the front, and the other one would be

9      towards the rear.  They were both on

10     the driver's side.

11           Q    Was that as to block Mr.

12     Taylor's movement?

13           A    I believe so.

14           Q    When you saw Keith Rogich

15     get out of his vehicle, were the lights

16     on his vehicle?

17           A    By that time, they were,

18     absolutely.

19           Q    And when for the first time

20     did the lights on your vehicle go on?

21           A    I didn't turn them on.

22     Officer Lanzillota did.  I believe it

23     was within the last four or five car

24     lengths before we stopped, somewhere in

25     that vicinity, as we got closer to him.

```
 1                    Alonge

 2          Q     The lights on your vehicle

 3    went on, prior to the time that your

 4    vehicle came to a stop?

 5          A     That is correct.

 6          Q     Do you know if there were

 7    any pedestrians in the area?

 8          A     I didn't see any.

 9          Q     Do you know if there were

10    any witnesses to this event?

11          A     Other than police?

12          Q     Right.

13          A     That, I don't know.  I

14    didn't see any.

15          Q     When you were behind

16    Antoine Taylor's car, how far away was

17    the house where the people were coming

18    and going?

19          A     The neighbor's house?

20          Q     Yes.

21          A     From where that side street

22    was to Rose?

23                You have better luck

24    looking at a Hagstrom.

25                It was at least a couple of
```

```
 1              Alonge

 2    blocks.  We past the one side street on

 3    the right where my other officers

 4    were -- at least two long blocks.

 5          Q     When you observed Officer

 6    Rogich out of his vehicle, was his gun

 7    drawn?

 8          A     When he first got out?

 9          Q     Yes.

10          A     I don't recall.

11          Q     When, for the first time,

12    did you observe Mr. Rogich with his

13    revolver out?

14              MR. LASERNA:  Note my

15          objection.

16              MR. NONNENMACHER:  I am

17          sorry.

18          Q     His gun.

19          A     He was out of his vehicle.

20    He was towards the front of the

21    subject's vehicle, and I was out -- I

22    was completely out of my vehicle now,

23    coming up to the rear of the subject's

24    vehicle.

25          Q     When you got out of your
```

1                    Alonge

2    vehicle, did you have your gun drawn?

3         A    After I got out, I drew my

4    gun.

5         Q    Where was your gun aimed?

6         A    My gun was depressed.   It

7    wasn't aimed.

8         Q    Can you describe what you

9    mean by "depressed"?

10        A    Down (indicating).

11        Q    Indicating both hands on

12   the gun, aiming down at the ground?

13        A    I don't know if both hands

14   were on the gun at the time, but the

15   muzzle of the gun was pointed down at

16   the ground.

17        Q    From the time that you got

18   out of your vehicle up until the time

19   that Mr. Taylor was shot, did you ever

20   aim your gun at Mr. Taylor?

21        A    I don't recall, but I don't

22   believe that I did, because I saw

23   Officer Rogich on the other side of

24   him.

25        Q    Did Officer Rogich

```
 1                    Alonge
 2    eventually discharge his gun?
 3         A     Yes.
 4         Q     Where were you when Officer
 5    Rogich discharged his gun?
 6         A     I was behind the subject's
 7    vehicle, behind it, on the passenger
 8    side.
 9         Q     How long were you out of
10    your vehicle before you either heard or
11    saw Officer Rogich discharge his gun?
12         A     The amount of time needed
13    to -- when I got out of my vehicle, to
14    move from my passenger door up to the
15    subject's rear bumper, so a few seconds
16    or whatever it may have been.  I didn't
17    run up, but I moved up.
18         Q     When you got out of your
19    car and you were approaching the rear
20    bumper of the subject's car, from the
21    time that you got out until the time
22    that you reached that point, where were
23    you looking?
24         A     I was looking forward.
25         Q     Were you able to see Mr.
```

```
 1                 Alonge

 2      Taylor, at that point in time, inside

 3      of his vehicle?

 4           A    I saw the operator of the

 5      vehicle, yes.

 6           Q    Were you able to see Keith

 7      Rogich at the same time?

 8           A    Yes.

 9           Q    As you left your vehicle,

10      and you walked, or whatever it is, how

11      you traveled to the rear of the

12      subject's vehicle, you could see the

13      subject that was operating the vehicle,

14      as well as Keith Rogich?

15           A    I don't understand what you

16      mean by "see" them.

17                I saw the whole scene in

18      front of me.  I saw what was going on

19      with the subject operating the vehicle,

20      and I saw Officer Rogich at the front

21      of that vehicle.

22           Q    Before you got out of your

23      vehicle, did Mr. Taylor operate his

24      vehicle in any way?

25           A    Did he drive it?
```

1                          Alonge

2          Q      Yes.  Did it move?

3          A      Yes.  He drove from the

4      driveway up to the location of the

5      incident.

6          Q      Right before you get out of

7      the vehicle --

8          A      Okay.

9          Q      -- your door is open, you

10     are about to get out of the vehicle, or

11     your car is still moving, what do you

12     observe about Mr. Taylor's vehicle?

13         A      It lurched forward.  It was

14     moving forward towards Officer Rogich's

15     vehicle and Officer Rogich.

16         Q      Did that vehicle ever

17     operate in reverse?

18         A      I don't recall.  As I was

19     getting out of my vehicle -- as I was

20     getting out, I wasn't looking exactly

21     at his car.  I was trying to get out of

22     the car and make my way around my car

23     door.

24         Q      When was the last time that

25     you observed the vehicle Antoine Taylor

```
 1                 Alonge
 2      was in before you got out of your
 3      vehicle?
 4          A    I don't understand --
 5          Q    I asked you two questions.
 6               MR. NONNENMACHER:  Off the
 7          record.
 8               (A discussion was held off
 9          the record.)
10          Q    When you got out of your
11      vehicle, were you able to see Mr.
12      Taylor's vehicle?
13          A    Yes.
14          Q    What was it doing at that
15      point in time; was it stopped or
16      moving?
17          A    It was moving forward.
18          Q    Before you got out of your
19      vehicle, did you see what Mr. Taylor's
20      vehicle was doing; was it stopped or
21      moving?
22          A    Well, initially, it was
23      stopped when it came up to that
24      intersection and it couldn't go
25      anymore, because of where Officer
```

H & B REPORTING CO., INC
718-948-5835

```
 1                    Alonge
 2     Rogich's vehicle was, and when I got
 3     out, I saw it started going forward.
 4          Q     From the time that you
 5     traveled in an easterly direction
 6     behind Antoine Taylor's vehicle, did
 7     you ever see it go in reverse?
 8          A     I don't recall.  It surely
 9     wasn't going reverse when we were going
10     from the house all the way down to the
11     scene of the incident.
12          Q     At any time while you
13     traveled on West Graham Avenue, prior
14     to getting out of your vehicle, did you
15     see Mr. Taylor's vehicle go in reverse?
16          A     I don't recall if he did
17     when I was getting out of the vehicle.
18          Q     From the time that you got
19     out of the vehicle up until the time
20     that Keith Rogich discharged his gun,
21     were you able to see where Mr. Taylor's
22     hands were?
23          A     No.
24          Q     As you were approaching his
25     vehicle, were you looking to see where
```

SHEET 74  PAGE 74

```
 1                    Alonge

 2     his hands were?

 3          A    I was trying to see

 4     everything I could inside of the car.

 5          Q    As you were trying to see

 6     everything that you could inside of the

 7     car, were you able to observe where his

 8     hands were?

 9          A    No.

10          Q    Did you observe what

11     Antoine Taylor's vehicle was doing

12     before you saw it move forward?

13          A    I don't understand.

14          Q    You testified, at some

15     point in time, you saw Mr. Taylor's

16     vehicle moving forward?

17          A    Correct.

18          Q    What was it doing before it

19     moved forward; was it stopped, was it

20     going in reverse, was it always going

21     forward?

22          A    I don't recall if it was

23     going in reverse when I was getting out

24     of my car, but when I got out and

25     started approaching, it started moving
```

SHEET 75   PAGE 75

```
 1                        Alonge
 2     forward.  It was moving forward.  Let's
 3     say that.
 4          Q     Now, you indicated with
 5     your hand, in a right direction towards
 6     the right?
 7          A     Yes.  To the right.
 8          Q     As you observed Mr.
 9     Taylor's vehicle moving forward, it was
10     veering towards the right?
11          A     Initially, it was going
12     straight ahead, towards the vicinity of
13     where Officer Rogich's car was, but it
14     ended up veering to the right.
15          Q     What made it veer to the
16     right?
17          A     You have to ask Mr. Taylor.
18          Q     Did it veer to the right
19     before Officer Rogich discharged his
20     gun?
21          A     Officer Rogich was moving
22     from my left to the right -- actually,
23     he was moving from his door to the
24     front of the car -- it was moving
25     forward, I believe -- towards Officer
```

                      Alonge

2   Rogich, when he fired that first round,

3   when the first round went off.

4        Q    How far did you observe the

5   vehicle that Mr. Taylor was in move

6   forward?

7        A    He probably stopped.  Like

8   I said before, probably less than a car

9   length from where Officer Rogich's

10   vehicle was.  He probably knocked that

11   distance down to maybe half that.

12        Q    Did you observe the vehicle

13   Mr. Taylor was in, travel forward,

14   approximately two feet, two and-a-half

15   feet?

16             MR. LASERNA:  Objection.

17        A    I don't know the exact

18   footage.

19        Q    Can you approximate for me?

20        A    I don't know the exact

21   footage of it.

22        Q    Would it be a lot less than

23   a car length?

24        A    It would be less than a car

25   length.

Alonge

Q    Could you give me any
approximation of how far that you
observed this vehicle going forward?

A    Less than a car length.

Q    When you saw this vehicle
traveling less than a car length, would
you be able to tell me how fast it was
going?

A    It was, like, a lurch, from
almost a dead stop to where you put
your foot on the gas and lurch forward.

Q    When you say it went from
"a dead stop," did you observe the
vehicle at a dead stop?

A    I didn't say dead stop.
Whatever it was doing at that time, I
saw it lurching forward.  I don't know
if it was at a dead stop.

Q    How far forward did it
lurch?

A    I don't know.  Less than a
car length.

Q    Do you know how fast a 1999
Mitsubishi Galant could go from stop to

```
 1                   Alonge
 2    forward in less than a car length?
 3              MR. LASERNA:  Objection.
 4         Q    Do you know?
 5         A    I have no idea.
 6         Q    Sir, had you ever issued a
 7    traffic violation -- had you ever
 8    issued someone a traffic violation?
 9         A    For anything?
10         Q    Yes.
11         A    Yes.
12         Q    Had you ever issued a
13    traffic violation for speeding?
14         A    Never radar, but speed
15    imprudent.
16         Q    What does speed imprudent
17    mean?
18         A    Say, a local road, the
19    speed limit was 20, 25, and it is
20    raining, and it is icy, and people are
21    doing 30, 35.  I don't have a radar
22    gun, but we know it is imprudent to
23    travel that fast.
24         Q    Did you give any training
25    to estimate the speed of a vehicle in
```

```
                              Alonge
 1
 2      order to give someone a speeding
 3      ticket?
 4             A      In the Police Academy.
 5             Q      Subsequent to the Police
 6      Academy, did you get any other
 7      training?
 8             A      No.
 9             Q      Based on your training in
10      the Police Academy, can you tell us,
11      how fast that Galant could have been
12      going in less than a car length?
13                    MR. LASERNA:   Objection.
14             A      No.
15             Q      When you observed this
16      vehicle going forward, what was the
17      distance that separated the front of
18      Mr. Taylor's vehicle and Officer
19      Rogich?
20             A      At the initial --
21             Q      When it began.
22             A      It would have been half the
23      distance between his car and both of
24      their cars.  Let's say that.  Somewhere
25      in the middle.
```

```
 1                    Alonge
 2          Q     Would you be able to
 3     approximate what the distance is?
 4          A     I don't want to give a
 5     finite number.  I don't know.  Like,
 6     half the distance between Officer
 7     Rogich's car and Taylor's car.
 8          Q     When you observed Officer
 9     Rogich at that point in time, did he
10     have his gun drawn?
11          A     At which time?
12          Q     Okay.  I am sorry.
13                Do you recall what Antoine
14     Taylor's vehicle was doing, when you
15     first observed Officer Rogich point his
16     gun at Mr. Taylor?
17          A     It was moving forward.
18          Q     That was the first time
19     that you saw him point his gun?
20          A     That is correct.
21          Q     Okay.
22                Where was Officer Rogich in
23     relationship to the front of Mr.
24     Taylor's vehicle; by that I mean, was
25     it in the middle, if it was towards the
```

SHEET 81  PAGE 81

```
 1              Alonge

 2    passenger side, it was towards the

 3    operator's side, something else?

 4          A    I would say he was probably

 5    in front of -- I guess where the

 6    headlights would be on the car, maybe a

 7    little more to the inside, in the

 8    front.

 9          Q    When you say on the inside

10    front --

11          A    In between the headlights,

12    that inside, so the driver's side

13    headlight.  Somewhere in front there

14    (indicating).

15          Q    When you observed Officer

16    Rogich standing in that position in

17    front of Mr. Taylor's vehicle, what was

18    to the right of Officer Rogich?

19          A    Which right, his right or

20    my right, because we were opposite of

21    each other?

22          Q    Officer Rogich's right?

23          A    I don't know what you mean.

24    I know where you are talking about.

25          Q    Was anything to his right?
```

1                    Alonge

2         A     That is where those

3    Sergeant's vehicles stopped.  I don't

4    know where they were, they were on that

5    side.

6         Q     When you saw Officer Rogich

7    with his gun aimed at Mr. Taylor, was

8    he standing or was he moving?

9         A     I believe he was coming a

10   little bit forward at that point.

11        Q     Did you ever see Officer

12   Rogich go to his left?

13        A     Yes.

14        Q     At what point in time?

15        A     He moved from his right to

16   his left, he came out, and approached

17   the vehicle where I told you, and then

18   he moved to his left as the vehicle

19   lurched towards him, and he kept on

20   going towards his left.

21        Q     That would be towards the

22   sidewalk?

23        A     That is correct.

24        Q     Antoine Taylor's vehicle

25   never struck Officer Rogich; am I

```
 1                        Alonge
 2    correct?
 3         A      Not that I believe.
 4         Q      He was able to get away?
 5         A      Who?
 6         Q      Officer Rogich was able to
 7    get out of the way of the vehicle?
 8         A      He ended up falling over on
 9    the curb, yes.
10         Q      He was able to avoid
11    getting struck by the vehicle?
12         A      He did not get struck by
13    the vehicle.
14         Q      Are you familiar with the
15    term "retreat"?
16         A      As?
17         Q      As used in law enforcement.
18         A      Military, I understand.
19         Q      Were you in the military?
20         A      No.
21         Q      When you receive training
22    with respect to the use of deadly
23    force, do you recall any lessons
24    regarding the issue of being able to
25    retreat?
```

SHEET 84  PAGE 84

```
 1                          Alonge

 2           A     For police officers?

 3           Q     Yes.

 4           A     Lessons, no.

 5           Q     Do you remember, or recall,

 6      anything in any literature that was

 7      given to you by the Police Department

 8      where the term "retreat" was used?

 9           A     No.

10           Q     Is retreat synonymous with

11      getting out of the way?

12           A     No.

13           Q     With respect to restraining

14      someone, is the use of a firearm the

15      last resort?

16                 MR. LASERNA:  Objection.

17           A     In terms of the use of

18      force?

19           Q     Yes.

20           A     Using deadly physical force

21      would probably be the last, yes.

22           Q     When Officer Rogich pointed

23      his gun at Antoine Taylor, was he using

24      deadly physical force?

25                 MR. LASERNA:  Objection.
```

SHEET 85   PAGE 85

1                          Alonge

2          A     When he pointed his gun?

3          Q     Yes.

4          A     No.

5          Q     When he fired his gun at

6      Mr. Taylor, was he using deadly

7      physical force?

8          A     Yes.

9          Q     Was Keith Rogich able to

10     retreat before firing his gun?

11              MR. LASERNA:  Objection.

12         A     I have no idea.  I wasn't

13     in his -- I wasn't where he was

14     standing.  I was behind the car.

15         Q     Was Officer Rogich able to

16     get to the sidewalk before he fired his

17     gun?

18              MR. LASERNA:  Objection.

19         A     I have no idea.

20         Q     Eventually, you saw him on

21     the sidewalk?

22         A     After he fired three

23     rounds, yes, he fell over the curb.

24         Q     What was the distance that

25     separated the front of Antoine Taylor's

H & B REPORTING CO., INC
718-948-5835

```
 1                   Alonge
 2    vehicle and Officer Rogich when he
 3    fired his gun for the first time?
 4         A    I said it before.  I don't
 5    know exactly what it was.  It was
 6    within probably half the distance
 7    between both of their vehicles,
 8    whatever that distance may have been.
 9         Q    Did you observe Officer
10    Rogich fire his gun?
11         A    In terms of what?  I don't
12    understand -- pull the trigger?
13         Q    Yes.
14              What led you to the
15    conclusion that Officer Rogich fired
16    his gun; you heard it, you observed it,
17    something else?
18         A    I didn't see him shoot the
19    first time.  I saw the rear window on
20    the subject's vehicle started to -- I
21    don't know the word to use.
22         Q    Implode?
23         A    No.  The window didn't
24    break until afterwards, but it did -- I
25    am trying to think of the right word
```

```
 1                    Alonge
 2    here.  There was an impact on the
 3    glass, and without breaking apart, it
 4    did shatter, where you can see
 5    something had impacted that glass.
 6    That was the first time that I realized
 7    a shot went out.
 8        Q    When you realized for the
 9    first time that a shot went out, did
10    you know where that shot came from?
11        A    I didn't see Officer Rogich
12    pull the trigger on the first shot, no.
13        Q    You were not looking at
14    Officer Rogich when he pulled the
15    trigger; is that correct?
16        A    That is correct.
17        Q    When Officer Rogich fired
18    his first shot, you were not in a
19    position to tell us what distance
20    separated the front of Mr. Taylor's
21    vehicle and Officer Rogich?
22        A    No.  I could see the whole
23    scene.  I could see what was in front
24    of me.  I could see where his body was.
25    I wasn't looking at his hand to see if
```

```
 1                   Alonge

 2     he pulled the trigger.

 3          Q     Where were you looking when

 4     Officer Rogich pulled the trigger?

 5          A     The first time?

 6          Q     Yes.

 7          A     I was trying to look

 8     through the back window of the

 9     subject's vehicle.

10               MR. NONNENMACHER:  Off the

11          record.

12               (A discussion was held off

13          the record.)

14          Q     When Officer Rogich pulled

15     the trigger for the first time, were

16     you behind Mr. Taylor's vehicle?

17          A     Yes, I was.

18          Q     Where behind his vehicle

19     were you; directly in the middle of his

20     vehicle, to the right, to the left, or

21     something else?

22          A     I was on the passenger side

23     behind, probably behind where the rear

24     passenger would be sitting, behind the

25     trunk.
```

SHEET 89  PAGE 89

```
 1                      Alonge

 2            Q     Why were you behind the

 3    trunk?

 4            A     I don't understand.

 5            Q     How did you wind up behind

 6    the trunk?

 7                  MR. NONNENMACHER:  I will

 8            withdraw it.

 9            Q     How much time elapsed from

10    the time that Officer Rogich fired the

11    first round until the time that he

12    fired the second round?

13            A     Enough time for him to

14    probably move from where he was, over

15    to his left.  The car started -- he

16    started going that way, the car started

17    going that way (indicating).

18                  I don't know, a second,

19    two.  That was about it -- one thousand

20    one, one thousand two.  That is about

21    it.

22            Q     How much time elapsed from

23    the time that he fired the second shot

24    until the time he fired the third shot?

25            A     I am assuming the same
```

H & B REPORTING CO., INC
718-948-5835

```
 1                  Alonge

 2    time.  He kept moving to his left, to

 3    my right.

 4          Q    As Officer Rogich was going

 5    from his right to his left, what was he

 6    doing?

 7          A    In terms of walking?

 8          Q    Yes.

 9          A    He was moving to his left.

10          Q    Was he walking, was he

11    running?

12          A    He wasn't running.  He

13    was --  I would say he was moving

14    quickly.

15          Q    Do you know why he was

16    moving quickly?

17          A    Because the vehicle was

18    headed right for him.

19          Q    As a result of moving

20    quickly, he was able to avoid getting

21    struck by the vehicle?

22               MR. LASERNA:  Objection.

23               MR. NONNENMACHER:  I will

24          withdraw it.

25          Q    Do you know if a bullet
```

H & B REPORTING CO., INC
718-948-5835

```
 1                    Alonge

 2     from Officer Rogich's gun came into

 3     contact with Antoine Taylor?

 4          A    I didn't do any ballistics.

 5     I ended up where he subsequently was

 6     taken into custody in the rear yard,

 7     and I observed he had a gun shot wound

 8     to his abdomen.  I am assuming that was

 9     Officer Rogich's bullet.

10          Q    Had you ever appeared

11     anywhere and gave testimony regarding

12     the incident that occurred regarding

13     Antoine Taylor?

14          A    I don't believe that I had.

15          Q    Did you ever appear before

16     the Grand Jury?

17          A    I want to say no.  I don't

18     think that I had.  This is the first

19     involvement that I had with the case

20     since that night.  I don't believe that

21     I did.  Don't hold me to that.  I don't

22     believe that I did.

23          Q    Were you interviewed by

24     anyone after this incident?

25          A    Yes.  I guess it would have
```

```
 1                    Alonge
 2      been -- I don't know how they are
 3      labeled.  The County's Police
 4      Department's Shooting Investigation
 5      Team.
 6           Q     When did that occur?
 7           A     That night.  That same
 8      night.
 9           Q     Do you recall who you were
10      interviewed by?
11           A     Who ran it?  No, but there
12      was a group of people there.  It was up
13      in homicide.
14           Q     Do you know if any of the
15      questions that were asked of you, and
16      the answers that you gave, were
17      recorded in any way, or transcribed?
18           A     That, I don't know.
19           Q     Did you ever prepare any
20      type of written document regarding this
21      incident?
22           A     No.
23           Q     Were you required to
24      prepare any reports?
25           A     No.  I had nothing to do
```

1              Alonge

2    with the arrest.

3         Q    Following this incident,

4    had you ever sat down and discussed the

5    incident with Police Officer Rogich?

6         A    No.  I sat down with the

7    DA, I believe.  They debriefed me.

8         Q    Who was the DA, do you

9    recall?

10        A    I believe it may have

11   been -- I am pretty sure -- I don't

12   want to say 100 percent.  I believe it

13   was Ana Acafrieda.  I believe it was

14   her.

15        Q    Do you recall how many

16   times that you met with her?

17        A    I believe it was just once.

18             MR. LASERNA:  Off the

19             record.

20             (A discussion was held off

21             the record.)

22             MR. NONNENMACHER:  At this

23             point in time, I don't have

24             anything further thank you.

25             MR. LASERNA:  I have a few

```
 1                  Alonge
 2          questions for you.
 3     DIRECT EXAMINATION
 4     BY MR. LASERNA:
 5          Q     You said earlier that
 6     sometimes you respond to -- that you
 7     report to the Fifth Precinct?
 8          A     That is correct.
 9          Q     What is the reason for
10     that?
11          A     BSO has offices, little
12     satellite offices, let's call it, in
13     the Second Precinct, the Seventh
14     Precinct, and the Fifth Precinct, so
15     instead of everyone responding to the
16     main office in Bellmore, we are
17     actually out in the field, spread out
18     around the County, so if something does
19     happen at the beginning of the tour, we
20     already have officers all over the
21     County.
22          Q     So, you occasionally report
23     to those other precincts, as well,
24     then?
25          A     No.  We are in a
```

```
 1                    Alonge
 2    transition, because of the downsizing,
 3    but my sector, historically covered the
 4    Fourth and Fifth Precincts, which was
 5    out west.  Other teams would cover the
 6    east, the Seventh Precinct, and the
 7    others would cover the north, the
 8    Second in Syosset.  You would be
 9    assigned to one of those precincts to
10    begin the day in, if you didn't go to
11    the office.
12        Q    Earlier, Mr. Nonnenmacher
13    asked you what you were wearing on
14    September 26, 2009.  You said you
15    didn't recall.  Do you recall if you
16    had your badge displayed at any point?
17        A    Yes.  I had my badge on a
18    chain on my neck.
19        Q    Do you recall what Officer
20    Rogich was wearing that day?
21        A    Not specifically.
22        Q    Were you able to see if he
23    had his badge displayed?
24        A    He had his badge out on his
25    neck.
```

SHEET 96   PAGE 96

```
 1                  Alonge

 2        Q    You were able to see it?

 3        A    Yes.

 4        Q    Earlier, you discussed with

 5   Mr. Nonnenmacher the emergency lights

 6   on the cars that you were driving --

 7   not that you were driving, but that you

 8   were in.

 9             Were all of the police

10   vehicles -- were they all equipped with

11   emergency vehicles to your lights?

12        A    You mean emergency lights?

13        Q    Yes.  I apologize.

14        A    We all have lights and

15   sirens in our vehicles.

16        Q    You told Mr. Nonnenmacher,

17   you were approximately four or five car

18   lengths behind Mr. Taylor when the

19   lights were turned on in your car?

20        A    Somewhere in that vicinity,

21   that is correct.

22        Q    Do you recall if --

23             They were on before you

24   pulled up behind him and stopped, the

25   emergency lights?
```

```
 1                    Alonge
 2          A    That is correct.
 3          Q    Do you recall if the Jeep
 4   that Officer Rogich was in had its
 5   emergency lights on?
 6          A    Yes.  He had his lights on.
 7   As we got closer to that intersection,
 8   his lights were on.  They weren't on
 9   the entire time, but they were on
10   before both of us got to that
11   intersection.
12          Q    Were they on before Officer
13   Rogich exited the Jeep?
14          A    Yes.  They were on before
15   that.
16          Q    Sergeant McCarthy was
17   driving a Crown Victoria; is that
18   correct?
19          A    Yes.
20          Q    And Sergeant Carlstrom, he
21   was driving a Crown Victoria?
22          A    Yes.
23          Q    Were both of those cars
24   equipped with emergency lights?
25          A    Yes.
```

SHEET 98   PAGE 98

```
 1                  Alonge

 2          Q      Did either of those, or

 3    both of those cars, have their

 4    emergency lights on?

 5          A      I don't recall.  I wasn't

 6    watching what they were doing.  I was

 7    just watching the subject's vehicle,

 8    what was going on in front of me.

 9                  MR. LASERNA:  Off the

10          record.

11          Q      I want to go back a little

12    bit.  I am sorry.

13                  You said that Antoine

14    Taylor was wanted for a homicide, and

15    that is why he was being arrested?

16          A      Yes.

17          Q      Do you recall any other

18    information that you were given about

19    Mr. Taylor?

20          A      The vehicle he was probably

21    operating, this location, I am not sure

22    his involvement with the location,

23    other than they assumed he would

24    possibly be at that location, that is

25    all I recall at this time.
```

```
 1                     Alonge
 2          Q     And then you said earlier,
 3     that Officer Rogich exited his vehicle
 4     before you did; is that correct?
 5          A     That is correct.
 6          Q     Do you recall what he did,
 7     if anything, before he discharged his
 8     weapon?
 9          A     In terms of -- I saw him
10     yelling, yelling something at the
11     vehicle -- I am assuming it was the
12     driver, prior to the shots going off.
13          Q     Do you recall what he said,
14     or the gist of it?
15          A     No.  I was getting out of
16     my vehicle.  I couldn't hear what was
17     being yelled.
18               MR. LASERNA:  I think that
19          is all the questions that I have.
20               MR. NONNENMACHER:  I have a
21          few more questions.
22     DIRECT EXAMINATION
23     BY MR. NONNENMACHER:
24          Q     When Officer Rogich
25     discharged his gun, aside from you,
```

                        Alonge

1

2      were there any other police officers,

3      sergeants or other people employed by

4      the Nassau County Police Department out

5      of their vehicles?

6           A     Officer Lanzillota, who was

7      driving the vehicle that I was in.

8           Q     He came out of his vehicle?

9           A     Absolutely.

10          Q     When did he come out of his

11     vehicle?

12          A     Probably after me.  As we

13     are slowing down --

14               MR. NONNENMACHER:  I am

15          sorry.  I didn't mean to -- when

16          someone talks, I do it out of a

17          habit.  It wasn't to be

18          obnoxious.  I have this habit, so

19          I am sorry.  I didn't want you to

20          think that I was being rude to

21          you.

22               THE WITNESS:  Not at all.

23          A     It was sometime after me,

24     because he had to put the car in park

25     and get out.  When the first shot was

SHEET 101  PAGE 101

```
 1                Alonge

 2    fired, he was at the rear of the

 3    vehicle with me, to my left over

 4    towards the driver's side.

 5         Q    Thank you very much.

 6              MR. NONNENMACHER:  I don't

 7         have anything further.

 8              MR. LASERNA:  No further

 9         questions.

10              (Time noted:  11:30 A.M.)

11                 *        *        *

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        Alonge

 2

 3     STATE OF NEW YORK        )

 4                             ) SS:

 5     COUNTY OF               )

 6

 7           I have read the foregoing record of

 8        my testimony taken at the time and place

 9        noted in the heading hereof and I do

10        hereby acknowledge it to be a true and

11        correct transcript of same.

12

13                              EDWARD ALONGE

14

15     Subscribed and sworn to

16     before me this      day

17     of                , 2012.

18

19

20        NOTARY PUBLIC

21              *        *        *

22                   I N D E X

23
       WITNESS          EXAMINATION BY        PAGE
24
       Edward Alonge    Mr. Nonnenmacher      4, 99
25                      Mr. Laserna             94
```

SHEET 103   PAGE 103

```
 1                        Alonge

 2                 C E R T I F I C A T E

 3
       STATE OF NEW YORK  )
 4                        ) SS:
       COUNTY OF NASSAU   )
 5

 6              I, EILEEN WAIN, a Shorthand

 7         Reporter and Notary Public of the State

 8         of New York, do hereby certify:

 9              That EDWARD ALONGE, the witness

10         whose deposition is hereinbefore set

11         forth, was duly sworn by me, and that

12         such deposition is a true record of the

13         testimony given by such witness.

14              I further certify that I am not

15         related to any of the parties to this

16         action by blood or marriage, and that I

17         am in no way interested in the outcome of

18         this matter.

19              IN WITNESS WHEREOF, I have hereunto

20         set my hand this 11th day of January

21         2012.

22

23                              EILEEN WAIN

24

25
```

SHEET 104   PAGE 104

1                           Alonge

2                      CORRECTION SHEET

3    CHANGE FROM:              CHANGE TO:

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

## #

#10x44051 [1] 2:12

## 1

1 [1] 13:20
1:30 [2] 13:19,25
100 [1] 45:15 93:12
11:30 [1] 101:10
11501 [2] 2:10 4:16
1490 [2] 4:15 9:25
152 [1] 21:5
1985 [1] 5:21
1999 [2] 45:14 77:24

## 2

20 [1] 78:19
2009 [7] 4:25 13:4,13,25 14:16 15:25 95:14
2012 [1] 103:21
25 [1] 78:19
26 [4] 13:4,13,24 95:14

## 3

3:30 [4] 13:19,21,25 22:16
30 [1] 78:21
35 [1] 78:21
350 [1] 2:4
369 [1] 5:17

## 4

4 [3] 12:16,18,21

## 6

6:30 [1] 35:17

## 8

85 [1] 38:16

## 9

93 [1] 6:17 10:22
94 [1] 102:25

## A

a-u-e-r-i-c-h-i-o [1] 34:11
a.m [4] 13:19,20,25 101:10
abandoned [2] 26:5,15
abdomen [1] 91:8
able [26] 21:18,25 22:18 28:18 29:2 30:16 33:
  4 42:4 43:10 51:6 69:25 70:6 72:11 73:21
  74:7 77:8 80:2 83:4,6,10,24 85:9,15 90:20
  95:22 96:2
absent [1] 27:13
absolutely [2] 65:18 100:9
academy [5] 6:25 7:3 79:4,6,10
acafrieda [1] 93:13
acknowledge [1] 102:10
across [5] 21:13 26:6 31:24 32:2 57:5
action [1] 103:16
activity [1] 11:23 29:9
actually [5] 11:24 14:7 32:15 75:22 94:17
address [6] 4:14 5:3 9:13 20:20,25 21:4
adjacent [1] 33:6
adults [5] 34:20,20,22 42:2,8
advised [4] 34:6,8,25
afterwards [1] 86:24
agency [1] 6:22
agree [1] 62:4

agreed [3] 3:3,10,14
ahead [2] 51:2 75:12
aim [1] 68:20
aimed [3] 68:5,7 82:7
aiming [1] 68:12
air [4] 15:14 17:8 36:10 44:6
airway [2] 16:21 18:9
airways [1] 16:17
alert [1] 51:3
alleged [1] 39:6
almost [2] 21:13 77:11
alonge [106] 2:1 3:1 4:1,12,18 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:
  1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:
  1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:
  1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1
  69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:
  1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:
  1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:
  1 103:1,9 104:1
already [4] 11:7 25:25 61:6 94:20
among [1] 13:4
amount [2] 56:8 69:12
ana [1] 93:13
and-a-half [1] 76:14
another [4] 15:13 23:16,21 34:9
answers [1] 92:16
antenna [4] 27:11,11,19,24
antoine [24] 4:22 11:21 13:3 14:25 20:22 38:
  20 43:5,13,24 48:12 61:16 64:11,13 66:16
  71:25 73:6 74:11 80:13 82:24 84:23 85:25
  91:3,13 98:13
apart [1] 87:3
apologize [1] 96:13
appear [1] 91:15
appeared [1] 91:10
approached [1] 82:16
approaching [1] 69:19 73:24 74:25
approximate [5] 42:5 43:11 62:23 76:19 80:
  3
approximately [2] 22:19 31:2 36:14 62:5,6,
  20 63:5 76:14 96:17
approximation [1] 77:3
area [3] 12:22 43:7 66:7
around [5] 22:9,16 35:17 71:22 94:18
arrest [10] 13:3 14:25 15:6 43:5,13,24 48:8,
  24 49:12 93:2
arrested [1] 98:15
arrival [3] 51:21 53:13,18
arrive [1] 64:2
arrived [7] 14:9 20:7 21:10 22:4 39:19 60:2
  63:15
arriving [1] 24:9
aside [3] 43:17 99:25
assigned [1] 95:9
assignment [1] 6:4
assist [1] 6:11
assume [5] 17:10 30:10 35:15 56:21 57:9
assumed [1] 98:23
assuming [6] 17:12 24:24 36:17,23 58:14 63:

16 89:25 91:8 99:11
assumption [1] 30:13
attempting [1] 48:5
attorneys [1] 2:9
auerichio [2] 34:11 52:19
auto [5] 44:24,25 45:2,7,9
automobile [2] 15:12,21
available [1] 52:25
avenue [7] 2:4 4:15 9:25 20:2 21:5 22:12 46:
  18,22 50:18 51:6 54:9 55:10 56:23 57:3,12
  58:4,9,11,17 59:5 73:13
avoid [2] 83:10 90:20
aware [1] 111:6
away [8] 22:16 29:14,20 30:18 31:10 62:16
  66:16 83:4

## B

back [16] 4:25 14:15 15:24 18:4 22:9 37:11
  38:18 43:3 45:4 51:3 54:3 56:8 61:25 62:8
  88:8 98:11
backed [1] 28:16
backyard [7] 32:19,20,22,24 34:7 42:11,14
bader [2] 2:3 4:20
badge [4] 95:16,17,23,24
ballistics [1] 91:4
band [1] 17:11
base [1] 24:20
based [2] 30:12 79:9
basically [1] 11:22
basis [1] 23:6
becoming [1] 6:18
began [2] 5:23 79:21
begin [1] 95:10
beginning [1] 94:19
behind [29] 32:25 49:2,6,15,20 51:19 52:3,22,
  23 53:9,10,11 56:3 61:14 63:24 66:15 69:6,7
  73:6 85:14 88:16,18,23,23,24 89:2,5 96:18,
  24
believe [47] 13:23 16:14 17:5,16 23:15 25:17,
  25 27:5,18,20 28:3,7 29:12 30:3,8 32:6,10
  34:5,10 37:25 38:3,5 39:20 43:2,14 44:21 46:
  5 47:5 51:24 56:17 59:10 60:4 61:4 65:13,22
  68:22 75:25 82:9 83:3 91:14,20,22 93:7,10,
  12,13,17
believed [4] 19:21 20:22 21:15 44:23
bellmore [6] 8:10 9:3,11 14:6,10 94:16
better [1] 66:23
between [8] 36:11 62:7,24 64:21 79:23 80:6
  81:11 86:7
bit [7] 10:23 32:2 37:12 49:10 50:13 82:10 98:
  12
black [6] 16:14 27:5,8,20,25 28:10
block [8] 21:19 25:13 26:2 39:23 41:12 49:16,
  24 65:11
blocked [2] 54:15 58:12
blocking [2] 54:16 56:18
blocks [3] 29:15 67:2,4
blood [1] 103:16
body [1] 87:24
book [1] 23:4
books [1] 23:8
both [14] 41:5 58:18 59:4 63:17,18 64:22 65:
  9 68:11,13 79:23 86:7 97:10,23 98:3
boulevard [2] 18:6 19:18

**C**

break [1] 86:24
breaking [1] 87:3
brian [1] 26:16
bso [12] 6:6 8:12 9:6 10:7,18,19 14:18 18:19 23:8 25:8 34:9 94:11
building [7] 8:9 26:15 28:19 35:3 42:19,20,21
bullet [2] 90:25 91:9
bumper [2] 69:15,20
bureau [4] 6:5,8,15 37:6
business [1] 4:14

call [2] 22:7 94:12
called [2] 4:3 7:15
came [21] 10:21,22 36:14 40:7 44:6 52:22 54:21 56:14 61:15,22 62:19,22 63:18,24 64:22 66:4 72:23 82:16 87:10 91:2 100:8
cannot [1] 5:7
car [14] 9:16 21:21 23:18,21 24:13,16 26:4 28:25 30:17 35:12,24 36:4,9 37:14 44:3,7,9,16 45:16 46:11 47:21 48:23,23 49:11,16 50:3 52:9 54:5 56:8 59:19,23 60:3,22 61:2 62:3,4,12,13,13 63:6 64:6,25 65:2,23 66:16 69:19,20 71:11,21,22,22 74:4,7,24 75:13,24 76:8,23,24 77:5,7,23 78:2 79:12,23 80:7,7 81:6 85:14 89:15,16 96:17,19 100:24
carlstrom [5] 43:19 63:12,18 64:22 97:20
carney [4] 15:14 17:17,18 25:2
carrying [1] 39:8
cars [6] 52:18 58:18 79:24 96:6 97:23 98:3
case [3] 11:12 15:19 91:19
catalyst [2] 44:12,19
catch [6] 48:3,6,17 49:9 50:14 51:4
cereghino [7] 38:11,14,19,24 39:5,11,15
certain [1] 12:22
certainly [1] 64:7
certification [1] 3:6
certify [2] 103:8,14
chain [1] 95:18
chance [1] 36:19
change [2] 104:3,3
changed [3] 13:18 24:4 41:20
chart [1] 13:18
cherokee [8] 27:6,8,25 28:8,10 54:18,20 55:6
children [5] 34:21,22,23 42:3,9
city [2] 11:25 12:2
class [2] 7:15,18
close [2] 54:4 56:6
closer [2] 65:25 97:7
clothes [1] 18:13
colors [1] 18:25
combined [1] 49:15
come [11] 15:14 37:15 48:25 49:20 53:4,23 54:25 57:17 61:9 64:10 100:10
comes [1] 37:4
coming [13] 13:14 24:21 33:8,12,19 34:3,19 36:10 42:5 45:24 60:13,15 66:17 67:23 82:9
communicated [4] 40:4,6,20 41:23
communication [2] 20:17 39:15
communications [5] 36:10 37:6 39:10 40:25 41:2
compass [1] 29:25

completely [2] 57:2 67:22
conclusion [8] 25:5 33:24 86:15
condom [1] 52:18
condon [1] 34:10
conduct [1] 49:11
confines [1] 12:18
confused [1] 31:14
consist [2] 7:11 24:12
contact [1] 91:3
controls [2] 54:8 57:11
coordinate [1] 24:21
cop [1] 12:2
copies [1] 36:25
corner [4] 31:22 32:7 47:24 52:20
correct [31] 14:2,14 30:11,15 31:20 41:14,16,25 46:9 47:11,12,18 49:25 55:2,3 60:13 64:15 66:5 74:17 80:20 82:23 83:2 87:15,16 94:8 96:21 97:2,18 99:4,5 102:11
correction [1] 104:2
couldn't [2] 72:24 99:16
counsel [1] 3:4
county [11] 2:8 5:11,19 6:19 7:2 12:22 13:18 94:18,21 100:4 102:5
county's [2] 6:9 92:3
countywide [1] 12:24
couple [3] 18:22 61:18 66:25
course [1] 19:5
court [1] 3:17
cover [1] 95:5,7
covered [1] 95:3
cross [2] 29:22 31:4
crowd [1] 33:9
crown [6] 16:15 27:20 63:11 97:17,21
curb [4] 58:24 59:19 83:9 85:23
custody [5] 39:2 40:2 91:6

**D**

da [2] 93:7,8
daily [1] 23:5
date [1] 19:2
day [9] 12:2 13:6 14:20 15:5 17:21 95:10,20 102:16 103:20
day-to-day [1] 6:12
dead [5] 77:11,14,15,16,19
deadly [2] 83:22 84:20,24 85:6
debriefed [1] 93:7
decent [1] 56:7
defendant [1] 44:23
defendants [1] 2:9
defines [1] 24:11
definitely [1] 34:23
department [7] 5:12,20,24 6:19 11:3 84:7 100:4
department's [1] 92:4
deposition [6] 3:7,14 11:8,11 103:10,12
depressed [2] 68:6,9
describe [6] 7:13 32:21 34:19 50:6 59:14 68:8
description [2] 44:25 45:6
detail [2] 23:19,24
details [1] 6:13
detective [9] 38:10,13,19,24 39:4,5,8,10,15
detectives [1] 37:23
devised [2] 40:10,12

different [3] 9:6 18:23 23:22
difficult [1] 50:11
direct [4] 4:8 32:3 94:3 99:22
direction [13] 20:14 31:5,16 46:8,8 47:9,22 50:10 56:20 57:16 58:4 73:5 75:5
directions [1] 29:25
directly [2] 21:13 88:19
discharge [2] 69:2,11
discharged [5] 69:5 73:20 75:19 99:7,25
discuss [1] 11:20
discussed [2] 93:4 96:4
discussion [6] 9:21 34:15 45:19 72:8 88:12 93:20
displayed [2] 95:16,23
distance [14] 53:10 61:23 62:7,24 63:4 76:11 79:17,23 80:3,6 85:24 86:5,8 87:19
document [1] 92:20
doing [10] 24:17 72:14,20 74:11,18 77:17 78:21 80:14 90:6 98:6
door [13] 15:3,20 16:9 26:18 27:17 47:17 52:24 54:22 56:6,8 97:17,21 100:7
drove [2] 47:23 71:3
duly [2] 4:4 103:11
during [4] 24:15 34:17 36:8 37:13
duty [2] 13:13,24
dwelling [2] 26:7,8
dynamic [1] 41:21

**E**

each [2] 16:6 81:21
earlier [4] 94:5 95:12 96:4 99:2
east [10] 19:19 30:4,12 32:9 46:16 47:7 48:2 57:20 58:13 95:6
easterly [6] 46:7 47:9,22 50:9 58:4 73:5
edward [2] 4:12 103:9
effect [1] 13:16
eileen [2] 4:5 103:6
either [4] 18:11 64:24 69:10 98:2
elapsed [2] 89:9,22
emergency [9] 27:14 49:21 96:5,11,12,25 97:5,24 98:4
employed [6] 5:8,10,19 6:18,21 100:3
employment [1] 5:23
encompassed [1] 41:10
end [2] 39:23 45:4
ended [5] 59:12,15 71:14 83:8 91:5
enforcement [2] 6:21 83:17
enough [1] 89:13
enter [3] 42:13 58:2,9

entering [2] 55:13,25
entire [2] 14:18 97:9
entrances [2] 42:19,23
equipped [2] 96:10 97:24
esq [1] 2:11
estimate [2] 30:17 78:25
even [1] 61:2
evening [1] 22:16
event [1] 66:10
events [1] 19:6
eventually [6] 44:16 49:20 50:17 53:4,12 61:
  8 69:2 85:20
everyday [1] 8:16
everyone [3] 25:12 40:21 94:15
everything [3] 64:3 74:4,6
exact [5] 9:12 24:5 35:22 76:17,20
exactly [6] 15:17 16:16 53:25 57:25 71:20 86:
  5
examination [3] 4:8 94:3 99:22
examined [1] 4:6
except [1] 13:10
existed [1] 46:2
exit [4] 18:2 22:13 59:22 60:6
exited [3] 60:3 97:13 99:3
exiting [1] 61:5
eye [1] 21:19
eyeball [2] 28:15,22

**F**

falling [1] 83:8
familiar [2] 29:24 83:14
far [11] 29:14 30:18 38:18 51:2 53:16 54:3 56:
  3 66:16 76:4 77:3,20
fashion [1] 117:9
fast [5] 50:15 77:8,24 78:23 79:11
federal [1] 3:2
feet [6] 30:17 53:25 62:5,10,16 63:5 76:14,15
fell [1] 85:23
felt [1] 41:9
few [5] 41:10 54:5 69:15 93:25 99:21
field [1] 94:17
fifth [6] 2:4 8:19 10:12 94:7,14 95:4
file [1] 2:12
filing [1] 3:5
finite [2] 43:9 80:5
fire [1] 86:10
firearm [1] 84:14
fired [12] 76:2 85:5,16,22 86:3,15 87:17 89:
  10,12,23,24 101:2
firing [1] 85:10
firm [1] 4:20
first [31] 4:4 13:21 25:15 35:12 38:15 39:3 50:
  9 52:8 55:22 56:5 59:21,25 60:22 65:19 67:8,
  11 76:2,3 80:15,18 86:3,19 87:6,9,12,18 88:
  5,15 89:11 91:18 100:25
fitting [1] 45:6
five [7] 13:20 22:9 43:15 62:15 63:5 65:23 96:
  17
fleet [1] 27:22
following [5] 49:8,19 52:14 53:6 93:3
follows [1] 4:7
foot [1] 77:12
footage [2] 76:18,21
force [10] 3:16 7:8,12,16,25 83:23 84:18,20,

24 85:7
foregoing [1] 102:7
forget [1] 44:24
form [1] 3:11
forth [1] 103:11
forward [23] 69:24 71:13,14 72:17 73:3 74:
  12,16,19,21 75:2,2,9,25 76:5,13 77:4,12,18,
  20 78:2 79:16 80:17 82:10
four [6] 29:20 30:22 31:3,9,11,15 65:23 96:17
fourth [6] 10:20,21 22:24 38:16,17 95:4
franklin [2] 4:15 9:25
frequency [2] 10:12 36:22
front [31] 21:14,19 26:9 33:21 42:8,25 55:19
  56:15 61:24 62:8,24 64:20,25 65:5,6,8 67:20
  70:18,20 75:24 79:17 80:23 81:5,8,10,13,17
  85:25 87:20,23 98:8
function [1] 32:7
funeral [1] 11:25
further [11] 3:9,13 20:16 22:11 28:16 46:25
  47:6 93:24 101:7,8 103:14

**G**

galant [2] 45:14 77:25 79:11
gas [2] 22:23 77:12
gathering [2] 33:5 34:7
gave [2] 91:11 92:16
general [2] 15:2 27:21
gentleman [1] 26:13
getting [17] 24:25 39:11,21 44:24 45:7 53:24
  61:3 64:6 71:19,20 73:14,17 74:23 83:11 84:
  11 90:20 99:15
gist [1] 99:14
give [7] 20:5 22:6 24:5 77:2 78:24 79:2 80:4
given [3] 84:7 98:18 103:13
glass [2] 87:3,5
goal [2] 49:24 50:2
got [44] 14:11 18:2,5 19:14 20:15 22:20 23:9,
  13,17,21 25:19 26:4,14,19 27:25 28:10,14
  31:14 33:16 38:6,7 42:10 45:10 51:23 59:18
  60:10 61:7 65:25 67:8,25 68:3,17 69:13,18,
  21 70:22 72:2,10,18 73:2,18 74:24 97:7,10
graham [32] 20:2 21:5 29:22,25 30:9,11,22
  46:3,18 47:6,24 48:3 50:13,18 51:6 53:17 54:
  9,24 55:10 56:18,23 57:3,5,12 58:4,9,11,13,
  17,21 59:4 73:13
grand [2] 22:11 91:16
ground [2] 68:12,16
group [1] 92:12
guess [5] 18:5 37:5 57:6 81:5 91:25
gun [31] 67:6,18 68:2,4,5,6,12,14,15,20 69:2,
  5,11 73:20 75:20 78:20 80:10,16,19 82:7 84:
  23 85:2,5,10,17 86:3,10,16 91:2,7 99:25

**H**

habit [2] 100:17,18
hagstrom [1] 66:24
half [7] 24:6 33:14 62:12 76:11 79:22 80:6 86:
  6
hand [2] 75:5 87:25 103:20
handed [2] 8:3,4
hands [5] 68:11,13 73:22 74:2,8
happen [2] 56:22 94:19
happened [8] 14:13 15:8 33:18 35:14,23 44:
  14 47:19 51:25

happening [1] 25:19
head [1] 49:10
headed [1] 90:18
heading [3] 18:4 58:13 102:9
headlight [1] 81:13
headlights [2] 81:6,11
headquarters [7] 8:23,25 9:24 15:10 16:5
  17:13 37:5
hear [1] 99:16
heard [3] 15:13 89:10 86:16
hearing [1] 17:22
hedge [1] 23:16
held [9] 9:21 34:15 45:19 72:8 88:12 93:20
help [1] 21:6
hempstead [4] 15:16 16:23 18:4 19:19
hereby [4] 3:3,8 102:10 103:8
hereinbefore [1] 103:10
hereof [1] 102:9
hereto [1] 3:5
hereunto [1] 103:19
highway [1] 18:9
historically [1] 95:3
hold [1] 91:21
home [1] 5:2
homicide [9] 17:6 37:20,22,24 38:2,4 39:6
  92:13 98:14
hospital [2] 15:7 19:20
hour [5] 24:7 33:14,14 35:6,23
hours [5] 7:21 33:15 35:6,11 36:18
house [40] 19:20 20:24 21:14,20,25 23:11 26:
  6,9 28:15 29:2,6,10,11,15,21 30:6,13,19,22,
  25 31:4,9,12 32:8,8,23,25 33:2,6,7 34:18 42:
  14 45:5,25 46:24 47:2 52:20 66:17,19 73:10
houses [6] 29:20 31:3,10,11,16,21
hundred [1] 20:4

**I**

icy [1] 78:20
idea [6] 36:15 43:8 59:12 78:5 85:12,19
identify [1] 44:7
imagine [1] 10:13
impact [1] 87:2
impacted [1] 87:5
implode [1] 86:22
imprudent [3] 78:15,16,22
incident [26] 4:24 11:20 15:5 19:3 23:12,14
  33:17 35:6,13,17,20 38:21 43:21 44:13 47:7
  51:25 56:22 59:7,9 71:5 73:11 91:12,24 92:
  21 93:3,5
indicated [1] 75:4
indicating [4] 68:10,11 81:14 89:17
information [4] 24:25 38:6,8 98:18
initial [4] 22:6 41:15,18 79:20
initially [4] 50:15 51:11 72:22 75:11
inside [6] 70:2 74:4,6 81:7,9,12
instead [1] 94:15
instructor [1] 8:2
intention [5] 49:13,14,15,18,23
intentions [2] 48:16,18
interested [1] 103:17
intersection [13] 31:25 46:18 54:8,13 55:13
  56:2,16,22 57:11 58:25 72:24 97:7,11
intersections [1] 58:22
intersects [1] 58:11

interviewed [2] 91:23 92:10
investigating [1] 39:6
investigation [3] 25:4,7 92:4
involved [3] 23:12 28:19 29:16
involvement [2] 91:19 98:22
involving [1] 11:21
issue [1] 83:24
issued [3] 78:6,8,12

### J

jeans [3] 19:6,8,9
jeep [10] 27:6,8,25 28:8,10 54:18,19 55:5 97:3,13
jerusalem [1] 9:17
john [4] 4:18 17:17,18 34:10
jumped [1] 26:10
jurisdictional [1] 12:17
jury [1] 91:16

### K

k-n-a-t-z [1] 44:11
keep [1] 23:7
keith [16] 10:4 43:25 44:9 53:2,19 55:17,23 56:10 60:16,21 62:25 65:14 70:6,14 73:20 85:9
kept [2] 82:19 90:2
kevin [1] 15:23
kind [6] 16:12 32:7
knatz [1] 44:10
knocked [1] 76:10
knowing [1] 37:3
known [2] 10:15,18
knows [1] 27:21

### L

l-o-s-c-h-i-a-v-o [1] 14:23
labeled [1] 92:3
lane [2] 55:14 58:24
lanes [1] 58:18
lanzillota [7] 26:21,23 36:3 37:15 47:23 65:22 100:8
lanzillota's [1] 49:14
large [1] 34:6
laserna [10] 2:11 46:14 67:14 76:16 78:3 79:13 84:16,25 85:11,18 90:22 93:18,25 94:4 98:9 99:18 101:8 102:25
last [9] 11:13,15,19 12:4,5 65:23 71:24 84:15,21
later [1] 64:7
law [3] 4:20 6:21 83:17
lead [3] 27:17 33:23 51:4
leads [1] 25:5
least [4] 24:6 43:15 66:25 67:4
leave [1] 45:22
leaving [3] 35:2 41:13 50:4
led [1] 86:14
left [8] 10:23 23:23 31:3,12 35:13 46:11 48:2 50:18 51:5 54:21,25 55:10 59:13 63:16,19, 22 70:9 75:22 82:12,16,18,20 88:20 89:15 90:2,5,9 101:3
length [14] 62:3,5,12 63:6 76:9,23,25 77:5,7, 23 78:2 79:12
lengths [6] 30:18,22 54:5 56:8 65:24 96:18
less [11] 22:8 62:3,9 76:8,22,24 77:5,7,22 78:2 79:12

lesson [1] 7:24
lessons [2] 83:23 84:4
lights [10] 27:14 49:21 50:21,24 56:11 65:15, 20 66:2 96:5,11,12,14,19,25 97:5,6,8,24 98:4
limit [1] 78:19
limited [1] 12:21
line [1] 32:3
literature [1] 84:6
little [10] 10:23 24:8 31:25 37:11 49:10 62:3 81:7 82:10 94:11 98:11
live [1] 61:16
llp [1] 2:3
local [1] 78:18
located [3] 16:25 19:21,22
location [25] 8:7 9:9 16:22 18:6 20:7,11,16 21:11 22:4,10,20 23:10 24:2,19 25:10,12 26:8 33:18 34:25 39:12,16 71:4 98:21,22,24
locations [1] 9:6
locked [1] 23:20
long [16] 5:18 6:14 7:4,17 8:22 10:15,17,19 23:25 33:11 34:24 35:10 41:17 58:21 67:4 69:9
longer [1] 24:8
look [1] 88:7
looking [15] 16:24 17:3 30:25 31:8,10,13 52:23 66:24 69:23,24 71:20 73:25 87:13,25 88:3
loschiavo [1] 14:23
lot [1] 76:22
louis [2] 26:20,23
luck [1] 66:23
lurch [3] 77:10,12,21
lurched [2] 71:13 82:19
lurching [1] 77:18

### M

made [5] 47:20,25 51:5 61:18 75:15
main [4] 8:11,12 17:11 94:16
maintain [1] 23:4
majority [1] 58:12
many [11] 24:22 31:21 36:14,15 41:9 42:5,18, 23 43:6,11 93:15
mark [1] 34:11
marriage [1] 103:16
mass [1] 33:10
matter [1] 103:18
mccarthy [24] 15:22,23 19:12 21:22 23:23 24:3,16 25:4,5 27:16 28:13,25 29:17 30:20 33:4 36:7 40:24 43:18 63:11,17,25 64:9,18 97:16
mccarthy's [1] 23:18
mean [15] 8:24 12:20 25:22 31:7 32:22 46:12 59:15 64:19 68:9 70:16 78:17 80:24 81:23 96:12 100:15
member [1] 6:15
memo [1] 23:7
mentioned [1] 52:19
mercy [1] 19:19
message [3] 17:7,15,22
met [1] 93:16
middle [4] 59:20 79:25 80:25 88:19
mike [1] 44:10
military [2] 83:18,19

mineola [3] 2:10 4:16 10:2
minute [3] 35:23 64:7,8
minutes [1] 22:8
mirror [1] 52:24
mitsubishi [2] 45:14 77:25
months [1] 7:5
morning [1] 4:17
most [2] 8:16 56:18
move [6] 44:17 69:14 71:2 74:12 76:5 89:14
moved [6] 9:5 62:18 69:17 74:19 82:15,18
movement [1] 65:12
moves [1] 61:18
moving [21] 49:17 60:23 71:11,14 72:16,17, 21 74:15,25 75:2,9,21,23,24 80:17 82:8 90:2, 9,13,16,19
much [13] 22:10 28:21 31:23 32:2 51:4 55:15 58:24 61:23 62:2 64:4 89:9,22 101:5
muzzle [1] 68:15
myself [1] 18:11

### N

name [8] 4:11,18 10:4 12:13 19:17,23 20:10 21:16
narrows [1] 58:23
nassau [8] 2:8 5:11,19 6:19 7:2 12:22,24 100:4
near [1] 116:6
neck [2] 95:18,25
need [1] 23:19
needed [2] 41:9 69:12
neighbor's [3] 32:23 47:2 66:19
never [7] 9:15 10:24 14:11 26:24,25 78:14 82: 25
new [5] 2:10 4:16 11:25 102:3 103:8
newbridge [3] 8:9 9:11,14
next [6] 10:24 22:12 29:13 32:8 41:20 46:17
night [5] 13:15,16 91:20 92:7,8
nonnenmacher [25] 2:3 4:9,19,21 9:19 23:2 34:13 44:15 45:17 47:15 51:17 60:19 67:16 72:6 88:10 89:7 90:23 93:22 95:12 96:5,16 99:20,23 100:14 101:6
normal [1] 19:5
normally [1] 19:9
north [8] 8:10 19:19 30:5,7,9,13 31:17 95:7
northerly [1] 31:5
notary [3] 3:15 4:5 103:7
note [1] 67:14
noted [2] 101:10 102:9
nothing [6] 29:7 92:25
number [8] 4:23 5:16 12:14,15 20:24 43:9 44:4 80:5
numbers [1] 44:7
numerical [2] 9:15 20:24

### O

o'clock [1] 13:20
o'connor [3] 26:17 28:14,23
objection [10] 46:14 67:15 76:16 78:3 79:13 84:16,25 85:11,18 90:22
objections [1] 3:10
obnoxious [1] 100:18
observation [1] 47:20
observations [1] 51:20
observe [16] 33:12 42:2 45:21 46:10 52:2,11

55:4 60:6 67:12 71:12 74:7,10 76:4,12 77:14
86:9
**observed** [20] 32:11 33:23,25 41:19,24 45:3,
23 47:8 50:8 60:16 67:5 71:25 75:8 77:4 79:
15 80:8,15 81:15 86:16 91:7
**observing** [2] 24:18 34:18
**obstructing** [1] 51:13
**occasionally** [2] 8:20 94:22
**occur** [1] 92:6
**occurred** [5] 4:25 11:20 35:17,20 91:12
**office** [10] 8:8,11,12 9:3,7 10:9 14:6,9 94:16
95:11
**officer** [77] 4:18 5:14,25 6:20 10:3 14:22 23:
3,22 26:13,16,20 28:14,23 34:9 35:16 36:3
37:14 38:17 44:10 47:23 53:13 54:17,24 56:
25 57:15 59:22 60:2,5 65:22 67:5 68:23,25
69:4,11 70:20 71:14,15 72:25 75:13,19,21,
25 76:9 79:18 80:6,8,15,22 81:15,18,22 82:6,
11,25 83:6 84:22 85:15 86:2,9,15 87:11,14,
17,21 88:4,14 89:10 90:4 91:2,9 93:5 95:19
97:4,12 99:3,24 100:6
**officers** [12] 18:19 24:13 26:3 36:11 37:22
40:16 43:15 45:4 67:3 84:2 94:20 100:2
**offices** [2] 94:11,12
**official** [2] 26:24,25
**offset** [1] 31:25
**okay** [12] 9:20 10:21 8:35:9 57:13 61:21 71:
8 80:12,21
**once** [6] 19:14 28:9,13 39:18 51:5 93:17
**one** [20] 9:10 15:3 16:23 17:2 20:4 23:20 26:
3 33:10,21 40:14 41:2 57:9 65:4,7,8 67:2 89:
19,20,20 95:9
**only** [5] 22:5 30:9 34:20 47:4 52:13
**open** [3] 61:2,2 71:9
**operate** [2] 70:23 71:17
**operating** [5] 27:4 45:2 70:13,19 98:21
**operation** [2] 48:10 55:17
**operations** [3] 6:6,8,16
**operator** [1] 70:4
**operator's** [1] 81:3
**opposed** [3] 13:10 40:15 59:20
**opposite** [3] 20:14 55:14 81:20
**order** [1] 79:2
**original** [1] 49:22
**other** [33] 6:11,21 11:25 16:7 24:9 25:20,23
30:24 36:11 41:8 43:6,18 44:13 45:3 51:9,13,
14,21 52:5,11 63:9 65:8 66:11 67:3 68:23 79:
6 81:21 94:23 95:5 98:17,23 100:2,3
**others** [1] 95:7
**ourself** [1] 44:7
**out** [78] 8:3,4,6,18,23 9:2 10:8 17:15 21:18
23:17 25:13 26:4,14 28:14 29:8 33:21 39:24
45:22,24 48:23 52:9,22 53:23 59:18 60:9,9,
11,17 61:4,4,6,7 64:6,22 65:15 67:6,8,13,19,
21,22,25 68:3,18 69:9,13,18,21 70:22 71:6,
10,19,20,21 72:2,10,18 73:3,14,17,19 74:23,
24 82:16 83:7 84:11 87:7,9 94:17,17 95:5,24
99:15 100:4,8,10,16,25
**outcome** [1] 103:17
**outside** [1] 11:2 60:22
**over** [15] 11:9 15:14 16:17,20 17:8 36:10 40:
7 49:22 59:12,15 83:8 85:23 89:14 94:20
101:3
**owned** [1] 16:10

**P**

**p.m** [2] 13:19,25
**park** [1] 100:24
**parked** [4] 23:10 58:18 59:3,11
**parkway** [1] 14:7
**part** [1] 8:16
**participate** [2] 13:2 14:24
**participated** [1] 43:12
**participating** [2] 43:4,23
**particular** [3] 8:7 12:13 18:20
**parties** [3] 5:13 103:15
**partner** [4] 4:19 14:15,19,21
**partners** [4] 14:17 26:22,24 27:2
**party** [10] 29:12 32:5,16,24 33:24 34:5 41:20,
22 47:3 52:20
**passenger** [10] 15:11 26:4,10 59:17 60:12
69:7,14 81:2 88:22,24
**past** [2] 57:16 67:2
**path** [1] 55:5
**patrol** [1] 18:24
**pedestrians** [1] 66:7
**peninsula** [2] 18:5 19:18
**people** [13] 15:6 32:17 33:8,12,19 34:3,19 42:
2,5 66:17 78:20 92:12 100:3
**percent** [2] 20:4 45:16 93:12
**period** [1] 33:11
**person** [1] 40:15
**personally** [1] 48:20
**perspective** [1] 38:22
**peter** [1] 2:11
**phone** [1] 24:20
**physical** [3] 84:20,24 85:7
**picked** [2] 16:7 22:22
**place** [6] 37:9 43:21 47:7 48:24 49:11 102:8
**placed** [1] 48:8
**plain** [1] 18:13
**plaintiff** [2] 4:4,22
**plan** [12] 37:8 39:18 40:3,6,11,17,20 41:12,15,
18 48:10,14
**plans** [1] 7:24
**please** [2] 4:10 5:3
**plus** [2] 30:22,22
**point** [21] 20:21 21:18 23:16 50:20 51:10 54:
6 61:19 62:17 63:8,14 69:22 70:2 72:15 74:
15 80:9,15,19 82:10,14 93:23 95:16
**pointed** [3] 68:15 84:22 85:2
**police** [50] 4:17 5:11,14,19,23,25 6:19,20 7:2
9:23 11:2,23,25 14:22 16:10 17:12 23:3,22
26:13,16,20 27:9,11,18,21,22 28:17 37:4,22
38:16 40:15 43:15 44:10 53:13 54:24 56:25
57:14 59:21,25 66:11 79:4,5,10 84:2,7 92:3
93:5 96:9 100:2,4
**portion** [4] 56:19 57:2 58:2,8
**position** [2] 81:16 87:19
**possibly** [2] 16:25 98:24
**precinct** [13] 6:11 8:19 10:12,20,21 22:24 38:
16,17 94:7,13,14,14 95:6
**precincts** [3] 94:23 95:4,9
**prep** [1] 11:12
**prepare** [2] 92:19,24
**present** [5] 4:13 5:13 6:3 9:8 41:4
**presently** [1] 5:8
**pretty** [6] 22:14 31:23 32:2 55:15 64:4 93:11

**prevent** [1] 50:4
**prior** [16] 6:18 10:19 12:4,6 36:7 39:11 43:4,
23 52:9 53:23 55:18 61:2 66:3 73:13 99:12
**probably** [20] 11:15 20:3 24:6,7 29:19 42:8
43:8 53:22 62:3 63:3 76:7,8,10 81:4 84:21
86:6 88:23 89:14 98:20 100:12
**proceeded** [2] 48:2 51:19
**proper** [1] 25:11
**proximity** [1] 54:4
**public** [4] 3:15 4:5 27:21 103:7
**pull** [4] 49:22 52:9 86:12 87:12
**pulled** [6] 23:17 87:14 88:2,4,14 96:24
**put** [4] 37:8 40:17 77:11 100:24

**Q**

**quarters** [1] 62:13
**question** [2] 3:11 55:21
**questions** [7] 4:24 72:5 92:15 94:2 99:19,21
101:9
**quick** [1] 22:14
**quickly** [3] 90:14,16,20
**quite** [1] 41:10

**R**

**radar** [2] 78:14,21
**radio** [2] 36:21 40:8
**raining** [1] 78:20
**raise** [1] 28:17
**ran** [3] 23:24 30:9 92:11
**rank** [1] 5:13
**rate** [1] 50:6
**re-entered** [1] 18:3
**reached** [1] 69:22
**read** [1] 102:7
**ready** [1] 61:3
**realize** [2] 37:15
**realized** [2] 87:6,8
**really** [2] 10:24 20:18
**rear** [19] 33:2 39:2 45:5 65:2,9 67:23 69:15,
19 70:11 86:19 88:23 91:6 101:2
**reason** [6] 13:17 23:15 49:5 50:23 52:16 94:
9
**recall** [59] 7:17,19,23 8:5 13:6,12 14:3,8 16:
16,19 18:16,25 19:11 20:6,9,18,23 22:3,25
23:25 25:18 29:5 33:16 35:22 36:13 41:12
42:15,18 45:8,11 52:15 53:24 54:10,11 56:
13 57:23 59:2 67:10 68:21 71:18 73:8,16 74:
22 80:13 83:23 84:5 92:9 93:9,15 95:15,15,
19 96:22 97:3 98:5,17,25 99:6,13
**receive** [3] 7:6 39:9 83:21
**recollection** [6] 19:25 21:4 35:19 45:13 46:
21
**record** [16] 4:11 9:20,22 34:14,16 45:18,20
72:7,9 88:11,13 93:19,21 98:10 102:7 103:
12
**recorded** [4] 17:8 36:20,24 92:17
**recordings** [1] 37:2
**refer** [1] 20:10
**reference** [2] 15:19 22:19
**reflect** [1] 23:5
**refresh** [5] 19:24 21:3 35:18 45:12 46:20
**regarding** [5] 4:24 83:24 91:11,12 92:20
**regular** [1] 18:23
**related** [1] 103:15

| | | |
|---|---|---|
| relation [2] 64:10,16 | 9,15,19 70:17 73:11 87:23 | southern [10] 9:18 14:7 15:9 17:25 18:3,3 |
| relationship [3] 11:4 61:12 80:23 | sealing [1] 3:5 | 19:15 20:15 22:7,12 |
| remain [4] 34:24 35:24 36:4 58:10 | seat [1] 26:10 | span [1] 64:5 |
| remained [1] 124:2 | second [8] 57:10 89:12,18,23 94:13 95:8 | special [4] 6:5,8,12,15 |
| remember [7] 13:22 15:18 17:25 19:22 22: | seconds [1] 69:15 | specifically [1] 95:21 |
| 24 33:15 84:5 | sector [1] 95:3 | speed [5] 50:7 78:14,16,19,25 |
| report [4] 8:15 22:15 94:7,22 | see [42] 11:24 12:7,11 15:4 21:25 23:11 28: | speeding [2] 78:13 79:2 |
| reported [1] 14:4 | 18 29:2 32:16 33:4,9 42:10 51:7,9 53:13 54: | spoke [2] 11:14 12:6 |
| reporter [1] 103:7 | 19 55:16,23 66:8,14 69:25 70:6,12,16 72:11, | spot [2] 23:20,23 |
| reports [1] 92:24 | 19 73:7,15,21,25 74:3,5 82:11 86:18 87:4,11, | spread [2] 25:13 94:17 |
| represent [1] 4:21 | 22,23,24,25 95:22 96:2 | squad [7] 12:10,12,16,18,21 17:3,6 |
| request [1] 36:25 | seeing [1] 34:3 | squads [4] 6:11,12 16:24 17:3 |
| required [1] 92:23 | send [1] 36:24 | stand [1] 29:7 |
| reserved [1] 3:12 | sent [6] 9:16 15:6 16:17,20 17:7,14 | standing [3] 81:16 82:8 85:14 |
| resort [1] 84:15 | separated [4] 61:23 79:17 85:25 87:20 | start [1] 49:10 |
| respect [8] 7:7 29:10 33:6 48:10 51:21 52:4 | september [6] 4:25 13:3,13,24 14:16 95:14 | started [9] 24:9 55:12 73:3 74:25,25 86:20 |
| 83:22 84:13 | sergeant [32] 15:12,13,13,22,22 17:16,18 18: | 89:15,16,16 |
| respective [1] 3:4 | 11 19:11 21:22 22:22 23:17,23 24:3,16 25:2, | state [4] 4:10 9:18 14:7 15:9 17:25 18:3,4 |
| respond [3] 17:23 18:8 94:6 | 3,15 27:16 28:13,25 29:17 30:20 33:3 40:24 | 19:15 20:15 22:8,12 102:3 103:7 |
| responded [1] 18:12 | 43:17,18 63:11,12 64:21 97:16,20 | stay [1] 23:12 |
| responding [2] 41:7 94:15 | sergeant's [1] 82:3 | stayed [1] 35:12 |
| response [3] 5:4 25:21 60:18 | sergeants [2] 43:16 100:3 | steady [3] 14:17,19,21 |
| restraining [1] 84:13 | sergeants' [1] 63:10 | stephen [1] 14:22 |
| result [1] 90:19 | set [3] 41:7 103:10,20 | still [9] 21:21 28:18,24 53:10 56:7 57:6 60:12, |
| retreat [5] 83:15,25 84:8,10 85:10 | seventh [2] 94:13 95:6 | 23 71:11 |
| reverse [6] 71:17 73:7,9,15 74:20,23 | shall [2] 3:7,11 | stipulated [3] 3:3,9,13 |
| revolver [1] 67:13 | shatter [1] 87:4 | stipulations [1] 3:2 |
| rich [1] 43:19 | sheet [1] 104:2 | stop [31] 49:11 50:2,4,5 54:7 56:14 57:10,16, |
| road [8] 8:9 9:11,14 54:14,16 58:21 59:20 78: | shield [1] 5:15 | 18,21,21,22,24 58:14 60:14,16 61:9,16,23 |
| 18 | shoot [1] 86:18 | 62:19,23 63:24 64:10,19 66:4 77:11,14,15, |
| roadway [1] 56:19 | shooting [1] 92:4 | 16,19,25 |
| rogich [65] 10:4,6,16 11:4,7,14 35:16 43:25 | shorthand [1] 103:6 | stopped [13] 48:23 60:23 61:12,17 63:20 65: |
| 44:9 53:3,19 55:18,24 56:10,24,25 57:15 60: | shot [10] 68:19 87:7,9,10,12,18 89:23,24 91:7 | 24 72:15,20,23 74:19 76:7 82:3 96:24 |
| 5,16,21 65:14 67:6,12 68:23,25 69:5,11 70:7, | 100:25 | stopping [5] 54:12 55:18 61:3,5 64:6 |
| 14,20 71:15 73:20 75:19,21 76:2 79:19 80:9, | shots [1] 99:12 | straight [3] 22:22 55:9 75:12 |
| 15,22 81:16,18 82:6,12,25 83:6 84:22 85:9, | sick [1] 11:18 | street [33] 19:17,22 20:5,10 21:12,17 26:6 28: |
| 15 86:2,10,15 87:11,14,17,21 88:4,14 89:10 | side [40] 21:12,16 28:11,12 29:20,22 30:8 32: | 11,12 29:20,23 30:2,8,11,23 31:4,24 32:2,3 |
| 90:4 93:5 95:20 97:4,19 99:3,24 | 3 43:2 46:23,24,25 47:3,6,25 50:12 52:21 53: | 45:25 46:2,6,22 47:4,25 49:19 50:12 52:18, |
| rogich's [19] 53:7,14 54:17,25 62:25 71:14 | 20 59:13,17,19 63:21 64:12,14,17,17,23,24 | 21 53:17,21 66:21 67:2 |
| 73:2 75:13 76:9 80:7 81:22 91:2,9 | 65:7,10 66:21 67:2 68:23 69:8 81:2,3,12 82: | streets [1] 54:3 |
| roof [2] 28:4,8 | 5 88:22 101:4 | struck [4] 82:25 83:11,12 90:21 |
| rose [18] 46:21,22,24 47:5 51:24 52:4,6,9 53: | sides [2] 58:19 59:4 | subject [4] 16:23 19:20 21:15 24:18 37:19 |
| 22 54:9 55:9 56:17,23 57:2,5 58:10 63:16 66: | sidewalk [3] 82:22 85:16,21 | 38:25 39:21 44:22 45:6 48:6,7 50:25 70:13, |
| 22 | sign [8] 54:7 57:10,16,21,22,22,24 58:14 | 19 |
| round [4] 76:2,3 89:11,12 | signed [2] 3:15,16 | subject's [12] 26:7 48:4 56:16 67:21,23 69:6, |
| rounds [1] 85:23 | silver [1] 54:17 | 15,20 70:12 86:20 88:9 98:7 |
| routine [1] 18:24 | since [5] 5:21 6:17 9:5 20:9 91:20 | subscribed [1] 102:15 |
| rude [1] 100:20 | sir [1] 78:6 | subsequent [1] 79:5 |
| run [1] 69:17 | sirens [1] 96:15 | subsequently [1] 91:5 |
| running [4] 23:19 25:4 90:11,12 | sit [4] 28:5 41:11 45:8 59:2 | substance [1] 16:20 |
| runs [1] 30:11 | sitting [4] 13:23 46:19 53:21 88:24 | sum [1] 116:19 |
| | six [1] 7:5 | supervisor [5] 15:24 17:19,21 25:7 40:9 |
| | slowing [1] 100:13 | supervisors [1] 41:8 |
| **S** | someone [10] 20:21 27:9,17 36:24 39:21 41: | surely [1] 73:8 |
| same [19] 3:7,16 10:9 12:10 25:12 28:8,11,12 | 19 78:8 79:2 84:14 100:16 | suspicion [1] 28:17 |
| 33:18 36:4 46:23 63:3 64:4,5,23 70:7 89:25 | sometime [1] 100:23 | swat [1] 6:10 |
| 92:7 102:11 | sometimes [1] 94:6 | switched [1] 26:3 |
| sat [4] 21:17,18 93:4,6 | somewhere [7] 62:14,20 63:15 65:24 79:24 | sworn [4] 3:17 4:4 102:15 103:11 |
| satellite [1] 94:12 | 81:13 96:20 | synonymous [1] 84:10 |
| saw [35] 12:2 32:17 33:8 39:3,21 42:7 52:8 | sorry [7] 9:2 42:22 67:17 80:12 98:12 100:15, | syosset [1] 95:8 |
| 53:18,23 54:24 55:12,15 56:4,9 60:9,9,11,21 | 19 | |
| 65:14 68:22 69:11 70:4,17,18,20 73:3 74:12, | sort [4] 7:14 23:18,23 57:23 | **T** |
| 15 77:8,18 80:19 82:6 85:20 86:19 99:9 | sounds [1] 45:16 | |
| saying [1] 57:7 | south [6] 9:17 30:5 31:18,19 47:4,5 | t-shirt [1] 19:9 |
| scene [13] 25:8 38:25 44:2 53:4,8 60:2,10 63: | | tactical [1] 6:10 |

talks [1] 100:16
targeted [6] 28:20 29:3 30:14 31:2 33:7 42:
  21
tasks [1] 6:11
taylor [39] 4:22 11:21 13:3 14:25 20:22 35:2
  38:20 41:13 43:5,13,24 45:22 47:8 48:17 50:
  7 51:20 52:14 53:7 54:11 61:13,16 64:11 68:
  19,20 70:2,23 71:25 75:17 76:5,13 80:16 82:
  7 84:23 85:6 91:3,13 96:18 98:14,19
taylor's [38] 47:21 48:12,22 49:3,7,16 51:7
  52:3 53:12 55:19 56:3 61:25 62:9,25 63:25
  64:13,25 65:2,5,12 66:18 71:12 72:12,19 73:
  6,15,21 74:11,15 75:9 79:18 80:7,14,24 81:
  17 82:24 85:25 87:20 88:16
team [3] 6:10 34:10 92:5
teams [2] 24:22 95:5
ten [4] 36:16,19 62:5,10
term [3] 41:22 83:15 84:8
terms [13] 7:21 25:9 29:15 30:17 35:5,11 40:
  5 59:6 63:23 84:17 86:11 90:7 99:9
testified [4] 4:6 11:7 35:16 74:14
testimony [3] 91:11 102:8 103:13
third [1] 89:24
thousand [2] 89:19,20
three [13] 9:6 29:19 30:21 31:2,9,11,15 35:6
  36:18 42:8,9 62:13 85:22
ticket [1] 79:3
timeframe [2] 22:5 24:6
today [6] 13:23 28:6 41:11 45:9 46:19 59:3
took [5] 11:16,17 43:21 47:7 50:13
top [1] 27:11
tour [6] 13:13,15,16,24 17:21 94:19
towards [16] 15:9 18:4 65:7,9 67:20 71:14
  75:5,10,12,25 80:25 81:2 82:19,20,21 101:4
traffic [6] 46:7 57:11 58:3 78:7,8,13
training [6] 7:7,10 76:24 79:7,9 83:21
transcribed [1] 92:17
transcript [1] 102:11
transition [1] 95:2
travel [8] 47:9 53:17 55:8,9,14 56:19 76:13
  78:23
traveled [6] 52:3 53:11,20 54:20 58:3 70:11
  73:5,13
traveling [10] 15:9 20:14 47:21 49:2,6 50:7,8
  54:23 58:6 77:7
trial [1] 3:12
trigger [6] 86:12 87:12,15 88:2,4,15
trucks [1] 115:4
true [2] 102:10 103:12
trunk [3] 88:25 89:3,6
try [1] 24:21
trying [7] 49:9 51:3 71:21 74:3,5 86:25 88:7
turn [5] 22:9 48:2 49:20 50:14 65:21
turned [4] 46:13,15,16 96:19
turning [2] 27:13 58:23
two [13] 11:16,19 12:4 24:13 33:14 43:16 63:
  10 67:4 72:5 76:14,14 89:19,20
two-way [2] 46:2,5
type [6] 11:3 23:4 27:3 37:8 44:25 92:20
types [1] 18:23

### U

under [3] 48:8,24 49:12
understand [11] 12:19 48:13 51:16 55:7,20

70:15 72:4 74:13 83:18 86:12 89:4
uniform [1] 10:25 18:20
unit [9] 12:25 23:16 24:10,11,11 25:15 41:2
  44:4 52:13
units [16] 15:15 24:9 25:8,11 40:21 41:3,6,9
  43:6,11,15 51:9,13,14,22 52:5
until [20] 20:15 23:14 24:8 33:17 34:25 35:4,
  13 41:19 43:20 52:4,6,8 53:22 63:13 68:18
  69:21 73:19 86:24 89:11,24
up [40] 16:7 22:22 23:14,17 25:23 28:16 37:
  11 41:8,19 47:23 48:3,6,17 49:9,20 50:13,14
  51:4,23 52:4,6,8 53:21 59:12,15 60:10 67:23
  68:18 69:14,17,17 71:4 72:23 73:19 75:14
  83:8 89:5 91:5 92:12 96:24
updated [1] 24:25
using [3] 84:20,23 85:6

### V

vacant [1] 26:11
variety [1] 6:10
veer [2] 75:15,18
veering [2] 75:10,14
vehicle [165] 16:3,10,12 25:20,23 26:14,18
  27:3,9,16,18,23 28:17 39:22,25 45:23 48:4,6,
  11,11,12 49:2,3,6,7,25 50:3,16,17 51:7 52:4,
  17 53:2,3,6,7,12,14,18 54:12,25 55:17,19,23
  56:4,9,14,16,24 57:14 58:9 59:18,22 60:7,12,
  15,17,23 61:6,7,8,11,12,15,16,22,24,25 62:8,
  9,22,25 63:2,17,18,24,25 64:2,10,11,18,19
  65:5,15,16,20 66:2,4 67:6,19,21,22,24 68:2,
  18 69:7,10,13 70:3,5,9,12,13,19,21,23,24 71:
  7,10,12,15,16,19,25 72:3,11,12,19,20 73:2,6,
  14,15,17,19,25 74:11,16 75:9 76:5,10,12 77:
  4,6,15 78:25 79:16,18 80:14,24 81:17 82:17,
  18,24 83:7,11,13 86:2,20 87:21 88:9,16,18,
  20 90:17,21 98:7,20 99:3,11,16 100:7,8,11
  101:3
vehicles [17] 27:22 52:12 59:4,11 63:9 65:4
  82:3 86:7 96:10,11,15 100:5
verbally [1] 18:12
vic [2] 16:15 27:20
vicinity [10] 15:3,15 21:10 23:10 26:5 59:6,8
  65:25 75:12 96:20
vics [1] 63:11
victoria [2] 97:17,21
view [4] 26:7 28:22 32:19 51:13
violation [3] 78:7,8,13

### W

wain [2] 4:6 10:6
waived [1] 3:8
walked [1] 70:10
walking [2] 90:7,10
wanted [6] 37:19,21,25 38:4 41:7 98:14
wants [1] 25:10
warm [1] 19:10
watching [5] 25:10 52:16 60:8 98:6,7
way [14] 14:5,12 16:4 46:12,15 70:24 71:22
  73:10 83:7 84:11 89:16,17 92:17 103:17
weapon [1] 99:8
wear [3] 18:21 19:6,7
wearing [5] 18:17 19:2,12 95:13,20
weather [1] 19:10
week [1] 13:7

weekday [1] 13:10
weekend [1] 13:10
weeks [3] 11:16,19 12:5
west [32] 19:25 21:5 29:25 30:4,11,12 46:3,
  18 47:10,24 48:3 50:18 51:6 53:17 54:8,24
  55:10 56:17,23 57:3,4,12,21 58:3,9,11,13,17,
  21 59:4 73:13 95:5
westerly [3] 31:16 46:8 57:16
whatever [6] 11:12 22:13 69:16 70:10 77:17
  86:8
whereof [1] 103:19
whether [1] 59:3
whole [4] 12:25 35:25 70:17 87:22
will [6] 4:23 8:20 47:15 51:17 89:7 90:23
wind [1] 89:5
window [3] 86:19,23 88:8
withdraw [5] 47:16 51:18 60:20 89:8 90:24
withdrawn [2] 23:2 44:15
within [12] 3:6,14 11:15 12:22 54:4,5 62:2,11
  63:6 64:5 65:23 86:6
without [2] 37:3 87:3
witness [5] 4:3 100:22 103:9,13,19
witnesses [1] 66:10
word [6] 21:7 86:21,25
words [2] 30:24 44:13
work [8] 8:6,16 10:8 11:24 12:7,10 16:8 22:
  16
worked [2] 10:24 26:25
working [1] 8:23
works [1] 10:7
wound [1] 91:7
writing [1] 40:18
written [2] 192:20

### Y

yakaitis [2] 2:3 4:20
yard [3] 39:2 91:6
yards [1] 54:2
year [1] 9:4
yelled [1] 99:17
yelling [2] 99:10,10
york [5] 2:10 4:16 11:25 102:3 103:8
yourself [3] 32:12,15 45:21