**EDWARD P. MANGANO**    **JOHN CIAMPOLI**
County Executive                                                              County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
PHONE 516-571-2999/ FAX: 516-571-3058

August 6, 2012

Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:    <u>Antoine Taylor v. Nassau County, et al.</u>, 11-CV-0934 (SJF)(GRB)**

Dear Judge Feuerstein:

      Enclosed herewith please find County Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and supporting documents in the above-captioned action. The County Defendants' moving papers, Plaintiff's opposition papers, and the County Defendants' reply papers were filed on August 6, 2012, in accordance with Your Honor's Individual Rules. Enclosed herewith are the following documents:

<u>County Defendants Motion for Summary Judgment</u>
1. County Defendants' Notice of Motion;
2. Declaration of Peter A. Laserna in Support of County Defendants' Motion for Summary Judgment, with Exhibits A through GG attached therewith;
3. County Defendants Statements of Material Facts Pursuant to Local Rule 56.1;
4. Memorandum of Law in Support of County Defendants' Motion for Summary Judgment;

<u>Plaintiff's Opposition</u>
5. Plaintiff's Response to Statement of Material Facts Pursuant to Local Rule 56.1;
6. Memorandum of Law in Opposition to County Defendants' Motion for Summary Judgment;
7. Plaintiff's Exhibits A and B;

<u>County Defendants' Reply</u>
8. Supplemental Declaration of Peter A. Laserna in Support of County Defendants' Reply Memorandum, with Exhibit HH attached therewith;
9. Reply Memorandum of Law in Further Support of the County Defendants' Motion for Summary Judgment.

1

      Pursuant to a So Ordered Stipulation and Order of Confidentiality, Exhibit FF and Exhibit HH are filed under seal.

      It is hoped that this fully-briefed summary judgment motion is in compliance with Your Honor's Individual Rules. Thank you for attention with respect to this motion.

                                                                                                        Respectfully submitted,

                                                                                                         /s/

                                                                                   Peter A. Laserna
                                                                                  Deputy County Attorney

Encls.

cc:       John J. Nonnenmacher, Esq. (attorney for Plaintiff)
           Via ECF