OFFICIAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTOINE TAYLOR,

                             Plaintiff,                     **VERDICT SHEET**
                                                                    CV 11-934 (GRB)

        -against-

KEITH ROGICH,

                             Defendant.
------------------------------------------------------------X

      According to the principles of law as instructed by the Court and the facts as you find them, please answer the following questions:

1. Did Plaintiff Antoine Taylor prove that Defendant Keith Rogich used excessive force in discharging the firearm during the arrest of plaintiff?

      YES: ✓                                NO: _____

*If you answer "YES" please proceed to Question 2 below.*

*If you answer "NO", do not answer question 2. You have found a verdict in favor of Defendant Police Officer Keith Rogich. Please report your verdict to the Court.*

2. Did Defendant Keith Rogich's use of excessive force cause Plaintiff Antoine Taylor physical injury?

      YES: ✓                                  NO: _____

*If you answer "YES" please report your verdict to the Court. You have found a verdict in favor Plaintiff Antoine Taylor in Plaintiff's claim of excessive force against Defendant*

1

*Keith Rogich.*

*If you answer "NO" please report your verdict to the Court. You have found a verdict in favor of Defendant Police Officer Keith Rogich.*

FOREPERSON, please sign and date the Verdict Sheet, and then advise the Court by note that you have reached a verdict and are ready to announce that verdict in the courtroom.

Dated: Central Islip, NY
       June 4, 2013

                                                          _____
                                                          FOREPERSON