**EDWARD P. MANGANO**  
County Executive



**JOHN CIAMPOLI**  
County Attorney

**COUNTY OF NASSAU**  
**OFFICE OF THE COUNTY ATTORNEY**  
One West Street  
Mineola, New York 11501-4820  
516-571-2999/FAX: 516-571-3058

July 1, 2013

Honorable Gary R. Brown  
United States Magistrate Judge  
Eastern District of New York  
100 Federal Plaza, P.O. Box 9014  
Central Islip, NY 11722-9014

    **RE:**    <u>**Antoine Taylor v. Keith Rogich**</u>**, 11-CV-0934 (GRB)**

Dear Judge Brown:

    This office represents Officer Keith Rogich in the above-referenced matter. As Your Honor is aware, this office has until July 5, 2013 to submit the post-trial motions discussed after the jury returned a verdict in the above-referenced matter. The purpose of this letter is to respectfully request a 30-day extension of this deadline, adjourning the motion deadline to August 5, 2013. Plaintiff's counsel, Mr. John Nonnenmacher, consents to the instant application.

    This request is necessary because the County Attorney's Office has not yet received the trial transcripts which have been ordered. This office needs the information contained in the transcripts before the motion can be completed. Moreover, this office respectfully requests a reasonable amount of time within which to review the transcripts, which should be provided to this office within a week.

    For the foregoing reasons, and in lights of Plaintiff's consent, it is respectfully requested that Your Honor extend the deadline for post-trial motions to August 5, 2013.

    Thank you for your attention with regard to this request.

                                                                Respectfully submitted,

                                                                    /s/  
                                                               Peter A. Laserna  
                                                               Deputy County Attorney

cc:      Attorney for Plaintiff (via ECF)