UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANTOINE TAYLOR,                              **AMENDED NOTICE OF APPEAL**
               Plaintiff,            11-cv-0934 (GRB)

   -against-

NASSAU COUNTY, *et al.*,
---------------------------------------------------------X


Amended Notice is given that Nassau County and õall defendantsö in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered in this on the 2nd day of January, 2014.


          Yours, etc.,

          CARNELL T. FOSKEY
          *Attorney for all defendants*

          By:   *Robert F. Van der Waag*
                  Robert F. Van der Waag
                  Deputy County Attorney
                  One West Street
                  Mineola, New York  11501
                  (516) 571-3954

Cc:   Clerk, EDNY