| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>U.S. MAGISTRATE JUDGE | DATE: 2/7/2014<br>TIME:  2:30 PM |

CASE:  **CV 11-934 (GRB)** Taylor v. Nassau County

TYPE OF CONFERENCE: Telephone Pretrial Conference

APPEARANCES:     Plaintiff       John J. Nonnenmacher

　　　　　　　　　　Defendant     Pablo Fernandez

**THE FOLLOWING RULINGS WERE MADE:**

☐　Scheduling Order entered.

☐　Settlement conference scheduled for ___ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐　Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☐　Other:

　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　 /s/ Gary R. Brown
　　　　　　　　　　　　　　　　　　　　GARY R. BROWN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge